

1  Matthew C. Helland, MN Bar No. 346214
   NICHOLS KASTER & ANDERSON, PLLP
2  4600 IDS Center, 80 South 8th Street
   Minneapolis, Minnesota 55402          E-filing
3  Telephone (612) 256-3200

4
5                      **UNITED STATES DISTRICT COURT**

6                  **NORTHERN DISTRICT OF CALIFORNIA**

7
8  Philip Wong and Frederic Chaussy,          **C  07    2446**
   individually, on behalf of all others similarly   Case No:
9  situated, and on behalf of the general public,

10            Plaintiffs,                  **APPLICATION FOR**
                                           **ADMISSION OF ATTORNEY**   **EDL**
11 v.                                      **PRO HAC VICE**

12 HSBC Mortgage Corporation (USA); HSBC
   Bank USA, N.A.; HSBC Holdings, Inc.; and
13 DOES 1 through 50, inclusive,

14            Defendant.

15

16      Pursuant to Civil L.R. 11-3, Matthew C. Helland, an active member in good standing of
17 the bar of Minnesota, hereby applies for admission to practice in the Northern District of
18 California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

19      In support of this application I certify on oath that:

20      1.    I am an active member in good standing of the United States Court or of the
21            highest court of another State or the District of Columbia, as indicated above;

22      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
23            Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
24            become familiar with the Local Rules and the Alternative Dispute Resolution
25            programs of this Court; and,

26      3.    An attorney who is a member of the bar of this Court in good standing and who
27            maintains an office within the State of California has been designated as co-
28

                                         1

1    counsel in the above-entitled action.  The name, address, and telephone number of

2    that attorney is:

3
          Bryan J. Schwartz
4         Nichols Kaster & Anderson, LLP
          One Embarcadero Center
5         Suite 720
          San Francisco, CA 94111
6         415-277-7235

7

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Dated: 5/7/07

10                                              Matthew C. Helland

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28