| Clerk's Use Only |
| :--- |
| Initial for fee pd.: |
| _____ |

Donald H. Nichols
Nichols Kaster & Anderson, PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
612-256-3200

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Philip Wong and Frederic Chaussy,
individually, on behalf of all others
similarly situated, and on behalf of the
general public
                    Plaintiff(s),

            v.

HSBC Mortgage Corporation (USA);
HSBC Bank USA, N.A.; HSBC Holdings,
Inc.; and DOES 1 through 50, inclusive

                    Defendant(s).            /

**E-filing**

CASE NO. **C 07 2446**

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

**EDL**

        Pursuant to Civil L.R. 11-3, Donald H. Nichols                    , an active member in

good standing of the bar of  Minnesota                                , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiff                                in the above-entitled action.

        In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the highest

        court of another State or the District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

        Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

        become familiar with the Local Rules and the Alternative Dispute Resolution

        programs of this Court; and,

3.      An attorney who is a member of the bar of this Court in good standing and who

        maintains an office within the State of California has been designated as co-

        counsel in the above-entitled action. The name, address and telephone number of

        that attorney is:

        Bryan J. Schwartz, Nichols Kaster & Anderson, LLP
        One Embarcadero Center, Suite 720, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  05/04/2007