

Paul J. Lukas
Nichols Kaster & Anderson, PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
612-256-3200



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public
    Plaintiff(s),

v.

HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive
    Defendant(s).

CASE NO. 07-2446 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Paul J. Lukas, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Bryan J. Schwartz, Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-11-07