# AFFIDAVIT OF SERVICE

| U.S. District Court, County of **Northern District,** | Index # **C 07 2446** | **5/7/07** |

## Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public    Plaintiff(s),

– vs. –

## HSBC Mortgage Corporation (USA), et al.
Defendant(s).

State of New York, County of **Erie**                ss.:

**Mark Anacone** being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Fri, May 11, 2007** at approximately **11:10 AM** at **One HSBC Center, Buffalo NY 14203** deponent served the annexed **Summons and Complaint** on **HSBC Mortgage Corporation (USA)** in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☒ Corporation — By delivering to and leaving with **Dawn Elmes**, **Legal Processor**

☐ Responsible Person — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipient's ☐ dwelling place ☐ place of business ☐ last known address, within the State of New York.

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipient's ☐ dwelling place ☐ place of business ☐ last known address. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description:
- ☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
- ☒ Female ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☒ 5'0"-5'3"  ☒ 100-130 Lbs.
- ☐ Yellow Skin ☐ Blond Hair ☐ Mustache   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
- ☐ Brown Skin  ☒ Gray Hair  ☐ Beard      ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
- ☐ Red Skin    ☐ Red Hair   ☐ Glasses    ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on 5/14/07

*[signature]*
BARBARA SITTNIEWSKI
Notary Public, State of New York
Qualified in Erie County
My Commission Expires  Nov 1, 2008

*[signature: Mark Anacone]*
Mark Anacone