UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------X
PHILIP WONG, ET AL.,

                Plaintiff(s),             CASE NO. C 07 2446

    -against-

                                         **AFFIDAVIT OF SERVICE**

HSBC MORTGAGE CORPORATION (USA),
ET AL.,
                Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s:
COUNTY OF NEW YORK  )

    STEVEN MITCHELL, being duly sworn, deposes and says that he is an agent of WESTERN ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.

    That on the 10th day of May, 2007, at approximately 3:02 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT FOR DAMAGES, etc.; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE and DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE** upon HSBC Holdings, Inc. at 120 Broadway, New York, New York by personally delivering and leaving the same with Jamal C. Licorish, who is authorized by appointment to accept service.

    Jamal C. Licorish is a brown-skinned-male, approximately 25-35 years of age, was seated at the time of service, weighs approximately 180 pounds, with short black hair, and moustache and dark eyes and was wearing glasses.

Sworn to before me this
14th day of May, 2007                    STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC STATE OF NEW YORK
Reg. No. 01-KE-4851359
Qualified in New York County
Commission expires February 3, 2010