1   GEORGE J. TICHY, II, Bar No. 041146
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street
3   20th Floor
    San Francisco, CA 94108.2693
4   Telephone:    415.433.1940
    Facsimile:    415.743.6608
5   E-mail: gtichy@littler.com

6   Attorneys for Defendants
    HSBC MORTGAGE CORPORATION (USA) AND
7   HSBC BANK USA, N.A.

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11
    Philip Wong and Frederic Chaussy,          Case No. C 07 2446
12  individually, on behalf of all others
    similarly situated, and on behalf of the
13  general public.,

14              Plaintiffs,                     **STIPULATION TO EXTEND TIME TO
                                                ANSWER OR OTHERWISE PLEAD**
15       v.

16  HSBC Mortgage Corporation (USA);
    HSBC Bank USA, N.A.; HSBC Holdings,
17  INC.; and DOES 1 through 50, inclusive,

18              Defendants.

19

20          IT IS HEREBY STIPULATED by and between Plaintiffs PHILIP WONG and

21  FREDERIC CHAUSSY and Defendants HSBC MORTGAGE CORPORATION (USA) and HSBC

22  BANK USA, N.A., through their respective counsel, as follows:

23          1.    The time to answer or otherwise plead in this case on behalf of Defendants

24  HSBC MORTGAGE CORPORATION (USA) and HSBC BANK USA, N.A. shall be extended to,

25  and including, June 29, 2007.

26          2.    The parties recognize that there is a good faith dispute with regard to the

27  purported service on "HSBC HOLDINGS, INC." as Defendants HSBC MORTGAGE CORP. and

28  HSBC BANK USA, N.A. dispute that such company exists.  It is intended that during the time

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation to Extend Time to Answer or
Otherwise Plead                                      Case No. C 07 2446

1    referenced in 1, above, the parties will attempt to resolve this matter and no default or other action in

2    furtherance of litigation against "HSBC HOLDINGS, INC." will occur during that period.

3            3.    By entering into this stipulation, no party is waiving any legal position in this

4    litigation, including any asserted claim or potential defense.    Moreover, this stipulation is not

5    intended to, and shall not constitute acknowledgment of, appropriate service on or submission to the

6    Court's jurisdiction by "HSBC HOLDINGS, INC." or any entity believed to be "HSBC HOLDINGS,

7    INC.".

8    Dated:    May 30, 2007.

9

10                                          _____

11                                          Donald H. Nichols
                                            Matthew C. Helland

12                                          Bryan J. Schwartz
                                            NICHOLS KASTER & ANDERSON

13                                          Attorneys for Plaintiffs PHILIP WONG and
                                            FREDERIC CHAUSSY

14   Dated:    May 30, 2007.

15

16                                          _____

17                                          GEORGE J. TICHY, II
                                            LITTLER MENDELSON

18                                          A Professional Corporation
                                            Attorneys for Defendants

19                                          HSBC MORTGAGE CORPORATION (USA)
                                            and HSBC BANK USA, N.A.

20

21

22

23   Firmwide:82534839.1 023404.1000

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433.1940

**Stipulation to Extend Time to Answer or
Otherwise Plead**                    2.                    Case No.  C 07 2446