IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446-EDL |
| Plaintiffs, | **ORDER GRANTING APPLICATIONS FOR ADMISSION OF ATTORNEYS PRO HAC VICE** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants. / | |

Matthew C. Helland, Donald H. Nichols, and Paul J. Lukas have applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiffs. Each applicant is an active member in good standing of the bar of Minnesota, and each applicant shares the same business address and telephone number: Nichols Kaster & Anderson PLLP, 80 South 8th Street, Suite 4600, Minneapolis, MN 55402, (612) 256-3200. For good cause shown, the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the above attorneys must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice

//
//
//

to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**
Dated:  May 31, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge