```
 1  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
 2  (Admitted pro hac vice)
    Paul J. Lukas, MN State Bar No. 22084X
 3  (Admitted pro hac vice)
 4  Matthew C. Helland, MN State Bar No. 346214
    (Admitted pro hac vice)
 5  4600 IDS Center
    80 South Eighth Street
 6  Minneapolis, MN 55402
 7  Telephone: (612) 256-3200
    Facsimile: (612) 215-6870
 8
    NICHOLS KASTER & ANDERSON, LLP
 9  Bryan Schwartz, State Bar No. 209903
    One Embarcadero Center
10  Suite 720
    San Francisco, CA 94111
11  Telephone: (415) 277-7236
12  Facsimile: (415) 277-7238

13  Attorneys for Individual and Representative Plaintiffs
            IN THE UNITED STATES DISTRICT COURT
14
            NORTHERN DISTRICT OF CALIFORNIA
15
```

| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public, | **Case File No. 07-cv-2446 EDL** |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Johnson      David Erik
Kanazawa     Ryan

Dated: June 4, 2007          s/Bryan J. Schwartz
_____

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200


ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on June 4, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com

Dated: June 4, 2007

s/Bryan J. Schwartz

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

3
NOTICE OF CONSENT FILING

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Erik Johnson*

REDACTED

If above information is incorrect, please change

_____ 5-15-07
Signature                Date

DAVID ERIK JOHNSON
Print Name

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Ryan Kanazawa*

REDACTED

If above information is incorrect, please change

R. Kan_____  6.1.07
Signature                        Date

Ryan R. Kanazawa
Print Name

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT A