1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  (Admitted *pro hac vice*)
   Paul J. Lukas, MN State Bar No. 22084X
3  (Admitted *pro hac vice*)
4  Matthew C. Helland, MN State Bar No. 346214
   (Admitted *pro hac vice)*
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER & ANDERSON, LLP
9  Bryan Schwartz, State Bar No. 209903
   One Embarcadero Center
10 Suite 720
   San Francisco, CA 94111
11 Telephone: (415) 277-7236
12 Facsimile: (415) 277-7238

13 Attorneys for Individual and Representative Plaintiffs

   IN THE UNITED STATES DISTRICT COURT
14
   NORTHERN DISTRICT OF CALIFORNIA
15

16 Philip Wong and Frederic Chaussy,
   individually, on behalf of all others          **Case File No. 07-cv-2446 EDL**
   similarly situated, and on behalf of the
17 general public,

18                         Plaintiffs,            **NOTICE OF CONSENT FILING**

19       vs.

20 HSBC Mortgage Corporation (USA);
   HSBC Bank USA, N.A.; HSBC
21 Holdings, Inc.; and DOES 1 through 50,
   inclusive,
22
                           Defendants.
23

24       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

25 attached Consent Form(s) for the following person(s):

26

27 Darcy          Marilen

28

| | | |
|---|---|---|
| 1 | Dated: June 20, 2007 | s/Bryan J. Schwartz |

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice)*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200


ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on June 20, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com


Dated: June 20, 2007                    s/Bryan J. Schwartz
                                        _____
                                        **NICHOLS KASTER & ANDERSON, LLP**
                                        Bryan Schwartz, State Bar No. 209903
                                        One Embarcadero Center
                                        Suite 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7236
                                        Facsimile: (415) 277-7238

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Marilen Darcy*

REDACTED

If above information is incorrect, please change

*nDarcy*   6/13/07
Signature    Date

MARILEN DARCY
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION