| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON, PLLP |
| 2 | Donald H. Nichols, MN State Bar No. 78918<br>(Admitted *pro hac vice*) |
| 3 | Paul J. Lukas, MN State Bar No. 22084X<br>(Admitted *pro hac vice*) |
| 4 | Matthew C. Helland, MN State Bar No. 346214<br>(Admitted *pro hac vice*) |
| 5 | 4600 IDS Center |
| 6 | 80 South Eighth Street<br>Minneapolis, MN 55402 |
| 7 | Telephone: (612) 256-3200<br>Facsimile: (612) 215-6870 |
| 8 | |
| 9 | NICHOLS KASTER & ANDERSON, LLP<br>Bryan Schwartz, State Bar No. 209903 |
| 10 | One Embarcadero Center<br>Suite 720 |
| 11 | San Francisco, CA 94111<br>Telephone: (415) 277-7236 |
| 12 | Facsimile: (415) 277-7238 |
| 13 | Attorneys for Individual and Representative Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 EDL**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Shearn          Leslie Marie

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: June 29, 2007 | s/Bryan J. Schwartz |

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200


ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on June 29, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com


Dated:  June 29, 2007                              s/Bryan J. Schwartz

                                                   _____
                                                   **NICHOLS KASTER & ANDERSON, LLP**
                                                   Bryan Schwartz, State Bar No. 209903
                                                   One Embarcadero Center
                                                   Suite 720
                                                   San Francisco, CA 94111
                                                   Telephone: (415) 277-7236
                                                   Facsimile: (415) 277-7238

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Leslie Marie Shearn*

REDACTED

If above information is incorrect, please change

*Leslie Shearn*    6/28/07
Signature                Date

Leslie Shearn
Print Name

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION