1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  PAUL R. LYND, Bar No. 202764
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490
   E-mail: gtichy@littler.com, mbarrett@littler.com,
6  plynd@littler.com

7  Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
8  HSBC BANK USA, N.A.

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. C 07 2446 EDL |
|---|---|
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | Complaint Filed: June 29, 2007 (Amended) |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive, | Trial Date: Not Yet Set |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 13, 2007

                                    _____
                                    MICHELLE R. BARRETT
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    Attorneys for Defendants
                                    HSBC MORTGAGE CORPORATION (USA)
                                    and HSBC BANK USA, N.A.

Firmwide:82775034.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

Case No. C 07 2446 EDL