**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6
7    PHILIP WONG, et al.,

                    Plaintiffs,                    No. C-07-02446 EDL
8
9            v.                                    NOTICE OF IMPENDING
                                                   REASSIGNMENT TO A UNITED
                                                   STATES DISTRICT COURT JUDGE
10
11   HSBC MORTGAGE CORPORATION,
     et al.,
12
                    Defendants.
13   _____/

14           The Clerk of this Court will now randomly reassign this case to a United States District Judge

15   because either:

16   **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

17   or has not consented to the jurisdiction of a United States Magistrate Judge, or

18           (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

19   restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

20   the necessary consents have not been secured, and time is of the essence.

21           The CASE MANAGEMENT CONFERENCE previously scheduled for August 14, 2007, at

22   10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

23
24   Dated:  July 13, 2007

25                                                 Richard W. Wieking, Clerk
                                                   United States District Court
26
                                                   By: Lili M. Harrell
27                                                 Deputy Clerk

28