**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | |
|---|---:|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

**July 16, 2007**

**CASE NUMBER:  CV 07-02446 EDL**
**CASE TITLE:  PHILIP WONG-v-HSBC MORTGAGE CORP**

REASSIGNMENT ORDER

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/16/07

                     FOR THE EXECUTIVE COMMITTEE:

                     _____*Richard W. Wieking*_____
                              Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 07/16/07 MAB |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |