1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  PAUL R. LYND, Bar No. 202764
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490
   E-mail: gtichy@littler.com, mbarrett@littler.com,
6  plynd@littler.com

7  Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
8  HSBC BANK USA, N.A.

9

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC<br><br>**DEFENDANTS HSBC MORTGAGE CORPORATION (USA)'S AND HSBC BANK USA, N.A.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STRIKE RULE 23 CLASS ACTION ALLEGATIONS**<br><br>Date:        August 24, 2007<br>Time:        9:00 a.m.<br>Courtroom:   7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney<br><br>Complaint Filed: June 29, 2007 (Amended)<br>Trial Date:      Not Yet Set |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  Pursuant to Federal Rules of Evidence, Rule 201, Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. request that the Court take judicial notice of the following document in support of their Motion to Dismiss or, Alternatively, Motion to Strike Rule 23 Class Action Allegations:

(1)  Order filed on June 27, 2007 by the United States District Court for the Western District of Missouri in *Tanya Harden v. WIS Holding Corporation*, Case No. 07-4076-CV-C-SOW.

Dated: July 19, 2007

Respectfully submitted,

GEORGE J. TICHY, II
MICHELLE R. BARRETT
PAUL R. LYND
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA)
and HSBC BANK USA, N.A.

Firmwide:82804851.1 023404.1043

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF. HSBC MORTGAGE CORP. & HSBC BANK'S REQ. FOR JUDICIAL NOTICE ISO MOT. TO DISMISS OR MOT. TO STRIKE RULE 23 CLASS ACTION ALLEGATIONS.   2.   Case No. C 07 2446 EDL