# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wong,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>HSBC Mortgage Corporation (USA),<br><br>　　　　　　Defendant(s). | 07-02446 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 8, 2007

                                RICHARD W. WIEKING
                                Clerk
                                by:    Timothy J. Smagacz

                                */s/ Timothy Smagacz*
                                ADR Administrative Assistant
                                415-522-4205
                                Tim_Smagacz@cand.uscourts.gov

*United States District Court — Northern District of California*

PROOF OF SERVICE

Case Name:      Wong v. HSBC Mortgage Corporation (USA)

Case Number:    07-02446 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 8, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Paul J. Lukas
>   Nichols Kaster & Anderson, PLLP
>   4600 IDS Center
>   80 S. 8th Street
>   Minneapolis, MN 55402
>   lukas@nka.com
>
>   Bryan Jeffrey Schwartz
>   Nichols Kaster & Anderson, LLP
>   One Embarcadero Center, Suite 720
>   San Francisco, CA 94111
>   schwartz@nka.com
>
>   Matthew C Helland
>   Nichols Kaster & Anderson, PLLP
>   4600 IDS Center
>   80 South 8th St
>   Minneapolis, MN 55402
>   helland@nka.com
>
>   Donald H. Nichols

Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
nichols@nka.com

Timothy C Selander
Nichols Kaster & Anderson, PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
selander@nka.com

George Joseph Tichy II
Littler Mendelson
650 California Street, 20th Floor
A Professional Corporation
San Francisco, CA 94108-2693
gtichy@littler.com

Michelle R. Barrett
Littler Mendelson, P.C.
650 California Street, 20th Fl.
San Francisco, CA 94108
mbarrett@littler.com

HSBC Holdings, Inc.
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2007 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                _____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov