1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  (Admitted *pro hac vice*)
   Paul J. Lukas, MN State Bar No. 22084X
3  (Admitted *pro hac vice*)
4  Matthew C. Helland, MN State Bar No. 346214
   (Admitted *pro hac vice*)
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER & ANDERSON, LLP
9  Bryan Schwartz, State Bar No. 209903
   One Embarcadero Center
10 Suite 720
   San Francisco, CA 94111
11 Telephone: (415) 277-7236
12 Facsimile: (415) 277-7238

13 Attorneys for Individual and Representative Plaintiffs

   IN THE UNITED STATES DISTRICT COURT
14
   NORTHERN DISTRICT OF CALIFORNIA
15

| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 EDL**<br><br>**NOTICE OF CONSENT FILING** |
|---|---|

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Ehly    Sharon

| | | |
|---|---|---|
| 1 | Dated: August 20, 2007 | s/Bryan J. Schwartz |

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice)*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200


ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

# CERTIFICATE OF SERVICE
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on August 20, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com


Dated: August 20, 2007                    s/Bryan J. Schwartz
                                          _____
                                          **NICHOLS KASTER & ANDERSON, LLP**
                                          Bryan Schwartz, State Bar No. 209903
                                          One Embarcadero Center
                                          Suite 720
                                          San Francisco, CA 94111
                                          Telephone: (415) 277-7236
                                          Facsimile: (415) 277-7238

REDACTED

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
- ☐ Retail Mortgage Lending Consultant
- ☐ Senior Retail Mortgage Lending Consultant
- ☒ Other Non-Management Mortgage Sales Employee
  (Specify Title: Funder, Acct Manager II and underwriter)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  8/20/07
Signature                  Date

Sharon S Ehly
Print Name

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION