IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN PEPE, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>ACCREDITED HOME LENDERS,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-1225<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 14th day of May, 2007, IT IS HEREBY ORDERED that plaintiffs' motion to compel [doc. no. 19] is GRANTED, in part, and DENIED, in part, without prejudice.

The parties are directed to proceed as follows:

(1) Defendant shall respond to Interrogatories 2 and 3 by providing plaintiffs with the name and last known address of the relevant individuals no later than May 29, 2007. This information shall be used by plaintiffs and their counsel solely to prepare for trial and not for the purpose of soliciting future clients;

(2) Defendant shall respond to Interrogatory 6 and Document Request 6, as limited to the applicable statutory period, no later than May 29, 2007;

(3) Defendant shall respond to Document Request 1, as it has been limited to plaintiffs' termination forms, evaluation

1



forms, and performance improvement plans for the applicable statutory period, no later than May 29, 2007;

(4) Defendant shall respond to Document Requests 3 and 4, as they have been limited to plaintiffs' records only and to the applicable statutory period, no later than May 29, 2007;

(5) Defendant shall respond to Document Request 7, limited to the applicable statutory period, no later than May 29, 2007;

(6) In response to Document Request 5, defendants need produce only all relevant "Agent Group Outbound Trace" and "ACD" Reports no later than May 29, 2007;

(7) Defendant shall respond to Document Request 18 no later than May 29, 2007. If defendant desires, it may provide backup tapes to plaintiffs so that plaintiffs may incur the burden and expense of searching the archived e-mails for this information. The back up tapes shall be provided no later than May 18, 2007. If backup tapes are so provided, they may only be used for the limited purpose of finding e-mails responsive to Document Request 18 and may only be reviewed in their raw data form by technical personnel and attorneys. Once the relevant documents have been excised, copies shall be provided to defendant no later than May 29, 2007. Defendant may object within 5 days to any particular document's relevance prior to

it being further revealed. Once agreed upon, the excised documents then will be treated in the same manner as any other document produced in discovery;

(8) Defendant need not further respond to Document Requests 16 or 17 or Interrogatory 4 at this time;

(9) The Court will conduct a telephonic status conference in this matter on Friday, June 15, 2007, at 1:30 p.m. The court will initiate the conference call. Counsel are directed to contact chambers with their direct dial telephone numbers in advance of the conference.

BY THE COURT,

_____, J.

cc:    All Counsel of Record