IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                                  Plaintiffs,<br><br>    vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>                                  Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER

In light of the parties' submissions and the entire record in this case, I hereby GRANT Plaintiffs' Motion To Compel Defendants' Complete And Thorough Responses To Interrogatories 4 And 6 And Requests For Production 1, 3, 4, And 5, Within Five (5) Days Of The Court's Order.

It is so ORDERED.

_____
Hon. Maxine M. Chesney
United States District Court
Northern District of California