**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP WONG, et al.,

    Plaintiffs

v.

HSBC MORTGAGE CORPORATION (USA), et al.,

    Defendants
_____/

No. C 07-2446 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Civil Local Rule 72-1, plaintiffs Philip Wong, Frederic Chaussy, and Leslie Marie Shearn's "Motion to Compel Defendants' Complete and Thorough Responses to Interrogatories 4 and 6 and Requests for Production 1, 3, 4, and 5 Within Five (5) Days of the Court's Order," filed August 21, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: August 22, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing noticed for September 28, 2007 before the undersigned is VACATED.