**CIVIL MINUTES**

E-Filing

**Judge MAXINE M. CHESNEY**

Date: AUG 24 2007

C-07-2446-MMC (ENE)

Philip Wong et al    v    HSBC Mortgage Corp (USA) et al

Attorneys: Bryan Schwartz        Paul Lynd
           Donald Nichols         Michelle Barrett

Deputy Clerk: **TRACY LUCERO**        Reporter: Lydia Radovich Zinn

**PROCEEDINGS:**                                    **RULING:**

1. Δs' motion to Dismiss                             GRANTED/DENIED

2. Δs' motion to strike class action allegations     DENIED

3. _____          _____

4. _____          _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Deadline for π to file motion re: Conditional Approval of FLSA class is 10/31/07. Joint statement due by 2/15/08.

(✓) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court ✓

( ) Referred to Magistrate For: _____
       ( ) By Court
(✓) CASE CONTINUED TO 2/22/08 @ 10:30 for Continued Case Management Conf.

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                    Type of Trial: ( ) Jury   ( ) Court
Notes:
Any motion to Amend must be filed before filing motion to Certify Rule 23 Class.

cc: Chamber file