Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Timothy C. Selander, MN State Bar No. 0387016
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, MN State Bar No. 346214, CA Bar No. 250451
(admitted **pro hac vice**, N.D. Cal. application forthcoming)
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Attorneys for Individual and Representative Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>              Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>              Defendants. | **Case No.: 3:07-cv-2446 MMC/JSC**<br><br>**PLAINTIFFS' RE-NOTICE OF HEARING REGARDING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS' COMPLETE AND THOROUGH RESPONSES TO INTERROGATORIES 4 AND 6 AND REQUESTS FOR PRODUCTION 1, 3, 4, AND 5, WITHIN FIVE (5) DAYS OF THE COURT'S ORDER, AND MEMORANDUM OF LAW AND POINTS OF AUTHORITY [DOCKET #34]**<br><br>**Hearing Date and Time:**<br>**September 28, 2007**<br>**9:30 a.m.** |

Regarding Plaintiffs' Notice Of Motion And Motion To Compel Defendants' Complete And Thorough Responses To Interrogatories 4 And 6 And Requests For Production 1, 3, 4, And 5, Within Five (5) Days Of The Court's Order, And Memorandum Of Law And Points Of Authority [Docket #34] per the Court's request, Plaintiffs hereby re-notice their original hearing date of September 28, 2007 at 9:00 a.m. in front of Judge Chesney, to September 28 at 9:30 a.m. in front of Magistrate Judge Spero, Courtroom A, 15th Floor.

Dated: August 24, 2007                                    NICHOLS KASTER & ANDERSON, LLP

                                                                    s/Bryan J. Schwartz
Bryan J. Schwartz, CA Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111

ATTORNEYS FOR PLAINTIFFS

**PLAINTIFFS' RE-NOTICE OF HEARING REGARDING PLAINTIFFS' PLAINTIFFS' MOTION TO COMPEL**

Case No.  C 07-2446 MMC/JSC

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC Mortgage Corporation et al
**Case No. 07-2446 MMC/JSC**

I hereby certify that on August 24, 2007, I caused the following document(s):

**Plaintiffs' Re-Notice Of Hearing Regarding Plaintiffs' Notice Of Motion And Motion To Compel Defendants' Complete And Thorough Responses To Interrogatories 4 And 6 And Requests For Production 1, 3, 4, And 5, Within Five (5) Days Of The Court's Order, And Memorandum Of Law And Points Of Authority [Docket #34]**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, CA 94108-2693

Dated:  August 24, 2007          NICHOLS KASTER & ANDERSON, PLLP


          s/ Bryan Schwartz
Bryan J. Schwartz State Bar No. 209903
**NICHOLS KASTER & ANDERSON, LLP**
One Embarcadero Center
Suite 720
San Francisco, CA  94111
Telephone (415) 277-7235
Facsimile (415) 277-7238

ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASS

**PLAINTIFFS' RE-NOTICE OF HEARING REGARDING PLAINTIFFS' PLAINTIFFS' MOTION TO COMPEL**

Case No.  C 07-2446 MMC/JSC