NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 EDL**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Yee          Dennis

NOTICE OF CONSENT FILING

| | |
|---|---|
| 1  Dated: August 27, 2007 | s/Bryan J. Schwartz |
| 2 | **NICHOLS KASTER & ANDERSON, LLP** |
| 3 | Bryan Schwartz, State Bar No. 209903 |
|   | One Embarcadero Center |
| 4 | Suite 720 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 277-7236 |
|   | Facsimile: (415) 277-7238 |
| 6 | |
| 7 | **NICHOLS KASTER & ANDERSON, PLLP** |
|   | Donald H. Nichols, MN Bar No. 78918 |
| 8 | (Admitted *pro hac vice*) |
|   | Paul J. Lukas, MN Bar No. 22084X |
| 9 | (Admitted *pro hac vice*) |
|   | Matthew C. Helland, MN State Bar No. 346214 |
| 10 | (Admitted *pro hac vice*) |
|   | 4600 IDS Center, 80 South 8th Street |
| 11 | Minneapolis, MN  55402 |
|   | Telephone (612) 256-3200 |
| 12 | |
| 13 | |
|   | ATTORNEYS FOR PLAINTIFFS AND THE |
| 14 | PUTATIVE CLASS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on August 27, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com

Dated: August 27, 2007                s/Bryan J. Schwartz

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
- ☐ Retail Mortgage Lending Consultant
- ☐ Senior Retail Mortgage Lending Consultant
- ☐ Other Non-Management Mortgage Sales Employee

(Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Dennis Yee*
*1626 Kirkham St.*
*San Francisco, CA 94122*

If above information is incorrect, please change

Signature: [signed]   Date: 8/23/07

Print Name: DENNIS YEE

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED