# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-2446 MMC (JCS)**          **TIME: 1.5 hrs**

**CASE NAME: Philip Wong, et al v. HSBC Mortgage Corp.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY:  Karen Hom**

**DATE: September 5, 2007**          **COURT REPORTER: <u>Not Recorded</u>**

**<u>COUNSEL FOR PLAINTIFF:</u>**          **<u>COUNSEL FOR DEFENDANT:</u>**
**Bryan J. Schwartz**                **Michelle R. Barrett**

---

### <u>PROCEEDINGS</u>

☐    SETTLEMENT CONFERENCE          ☐   FURTHER SETTLEMENT CONFERENCE

X    DISCOVERY CONFERENCE

☐    STATUS CONFERENCE RE:_____

☐    TELEPHONIC CONFERENCE RE:_____

☐    OTHER:_____

CASE CONTINUED TO:_____FOR_____

NOTES:

Lead trial counsel, in person, meet-and-confer held. Parties resolved their issues as to the Motion to Compel Defendants' Complete and Thorough Responses to Interrogatories 4 and 6 and Requests for Production 1, 3, 4, 5 [Docket No. 34]. Parties will submit a report.

cc:     Chambers