| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON, PLLP |
| 2 | Donald H. Nichols, MN State Bar No. 78918 (Admitted *pro hac vice*) |
| 3 | Paul J. Lukas, MN State Bar No. 22084X (Admitted *pro hac vice*) |
| 4 | Matthew C. Helland, MN State Bar No. 346214 (Admitted *pro hac vice*) |
| 5 | 4600 IDS Center |
| 6 | 80 South Eighth Street Minneapolis, MN 55402 |
| 7 | Telephone: (612) 256-3200 Facsimile: (612) 215-6870 |
| 8 | |
| 9 | NICHOLS KASTER & ANDERSON, LLP Bryan Schwartz, State Bar No. 209903 |
| 10 | One Embarcadero Center Suite 720 |
| 11 | San Francisco, CA 94111 Telephone: (415) 277-7236 |
| 12 | Facsimile: (415) 277-7238 |
| 13 | Attorneys for Individual and Representative Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 EDL**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Lim     Christine

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2007 | s/Bryan Schwartz |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Bryan Schwartz, State Bar No. 209903 |
| 3 | | One Embarcadero Center |
| 4 | | Suite 720 |
| | | San Francisco, CA 94111 |
| 5 | | Telephone: (415) 277-7236 |
| | | Facsimile: (415) 277-7238 |
| 6 | | |
| 7 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | Donald H. Nichols, MN Bar No. 78918 |
| 8 | | (Admitted *pro hac vice*) |
| | | Paul J. Lukas, MN Bar No. 22084X |
| 9 | | (Admitted *pro hac vice*) |
| | | Matthew C. Helland, MN State Bar No. 346214 |
| 10 | | (Admitted *pro hac vice)* |
| | | 4600 IDS Center, 80 South 8th Street |
| 11 | | Minneapolis, MN  55402 |
| 12 | | Telephone (612) 256-3200 |
| 13 | | |
| 14 | | ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on September 10, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com


Dated: September 10, 2007

                                        s/Bryan Schwartz
                                        **NICHOLS KASTER & ANDERSON, LLP**
                                        Bryan Schwartz, State Bar No. 209903
                                        One Embarcadero Center
                                        Suite 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7236
                                        Facsimile: (415) 277-7238

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
- ☐ Retail Mortgage Lending Consultant
- ☒ Senior Retail Mortgage Lending Consultant
- ☐ Other Non-Management Mortgage Sales Employee

(Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Christine Lim*

REDACTED

_____Christo_____   _9-3-07_
Signature                Date

_____Christine Lim_____
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION