United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, ET AL., | Case No. C 07-02446 JCS |
| Plaintiff(s), | **ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' COMPLETE AND THOROUGH RESPONSES TO INTERROGATORIES 4 AND 6, AND REQUEST FOR PRODUCTION 1, 3, 4 AND 5 [Docket No. 34]** |
| v. | |
| HSBC MORTGAGE CORP, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Defendants' Complete and Thorough Responses to Interrogatories 4 and 6 and Request for Production 1, 3, 4 and 5 is DENIED as moot. The hearing date of September 28, 2007, at 9:30 a.m., has been taken off calendar.

IT IS SO ORDERED.

Dated: September 11, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge