United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| 10  Wong, | 07-02446 MMC ENE |
| 11            Plaintiff(s), | **Notice of Appointment of Evaluator** |
| 12       v. | |
| 13  HSBC Mortgage Corporation (USA), | |
| 14            Defendant(s). | |

15  TO COUNSEL OF RECORD:

16       The court notifies the parties and counsel that the Evaluator assigned to this

17  case is:

18                    **Roderick P. Bushnell**
                     Bushnell, Caplan, Fielding, & Maier, LLP
19                   900 Kearny St., Suite 299
                     San Francisco, CA 94133-5124
20                   415-217-3800

21       Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which

22  governs the ENE program.  The evaluator will schedule a joint phone conference with

23  counsel under ADR L.R. 5-7 and will set the date of the ENE session within the

24  deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court

25  permits the evaluator to charge each party its pro rata share of the cost of the phone

26  conference.

27
28

---

1      Counsel are reminded that the written ENE statements required by the ADR L.R.

2  5-8 shall NOT be filed with the court.

3

4  Dated: September 14, 2007

5                                    RICHARD W. WIEKING
Clerk

6                                      by:    Alice M. Fiel

7

8

9                                    ADR Case Administrator
415-522-3148

10                                   Alice_Fiel@cand.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02446 MMC ENE             - 2 -