NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                         Plaintiffs,<br><br>    vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>                      Defendants. | **Case File No. 07-cv-2446 EDL**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Lei     Violeta

1    Dated:  September 19, 2007                    s/Bryan Schwartz

2                                                 _____
                                                 **NICHOLS KASTER & ANDERSON, LLP**
3                                                 Bryan Schwartz, State Bar No. 209903
                                                 One Embarcadero Center
4                                                 Suite 720
                                                 San Francisco, CA 94111
5                                                 Telephone: (415) 277-7236
                                                 Facsimile: (415) 277-7238
6
                                                 **NICHOLS KASTER & ANDERSON, PLLP**
7                                                 Donald H. Nichols, MN Bar No. 78918
                                                 (Admitted *pro hac vice*)
8                                                 Paul J. Lukas, MN Bar No. 22084X
                                                 (Admitted *pro hac vice*)
9                                                 Matthew C. Helland, MN State Bar No. 346214
                                                 (Admitted *pro hac vice*)
10                                               4600 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
11                                               Telephone (612) 256-3200

12

13                                               ATTORNEYS FOR PLAINTIFFS AND THE
                                                 PUTATIVE CLASS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on September 19, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com

Dated:  September 19, 2007

s/Bryan Schwartz
**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

3

REDACTED

# CONSENT FORM AND DECLARATION

    I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

    I worked for HSBC as a (please check all that apply):

        Retail Mortgage Lending Consultant

       ✓ Senior Retail Mortgage Lending Consultant

        Other Non-Management Mortgage Sales Employee

    (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Violeta Lei*

REDACTED

If above information is incorrect, please change

Signature _____  Date 9-17-2007

**Fax or Mail To:**

Print Name: Violeta Lei

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION