```
 1  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
 2  (Admitted pro hac vice)
    Paul J. Lukas, MN State Bar No. 22084X
 3  (Admitted pro hac vice)
    Matthew C. Helland, MN State Bar No. 346214
 4  (Admitted pro hac vice)
 5  4600 IDS Center
    80 South Eighth Street
 6  Minneapolis, MN 55402
 7  Telephone: (612) 256-3200
    Facsimile: (612) 215-6870
 8
    NICHOLS KASTER & ANDERSON, LLP
 9  Bryan Schwartz, State Bar No. 209903
    One Embarcadero Center
10  Suite 720
    San Francisco, CA 94111
11  Telephone: (415) 277-7236
    Facsimile: (415) 277-7238
12
13  Attorneys for Individual and Representative Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case File No. 07-cv-2446 EDL |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Cox          Dustin   J.

| | | |
|---|---|---|
| 1 | Dated: September 28, 2007 | s/Bryan Schwartz |

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice)*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200


ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

## CERTIFICATE OF SERVICE
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on September 28, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com

Dated: September 28, 2007

                s/Bryan Schwartz
                **NICHOLS KASTER & ANDERSON, LLP**
                Bryan Schwartz, State Bar No. 209903
                One Embarcadero Center
                Suite 720
                San Francisco, CA 94111
                Telephone: (415) 277-7236
                Facsimile: (415) 277-7238

NOTICE OF CONSENT FILING

REDACTED

REDACTED

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
- ☐ Retail Mortgage Lending Consultant
- ☒ Senior Retail Mortgage Lending Consultant
- ☐ Other Non-Management Mortgage Sales Employee
  (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  09-26-07
Signature                Date

Dustin James Cox
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson,
4600 IDS Center, 80 S. 8th St
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION