```
 1  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
 2  (Admitted pro hac vice)
    Paul J. Lukas, MN State Bar No. 22084X
 3  (Admitted pro hac vice)
    Matthew C. Helland, MN State Bar No. 346214
 4  (Admitted pro hac vice)
 5  4600 IDS Center
    80 South Eighth Street
 6  Minneapolis, MN 55402
    Telephone: (612) 256-3200
 7  Facsimile: (612) 215-6870
 8
    NICHOLS KASTER & ANDERSON, LLP
 9  Bryan Schwartz, State Bar No. 209903
    One Embarcadero Center
10  Suite 720
    San Francisco, CA 94111
11  Telephone: (415) 277-7236
    Facsimile: (415) 277-7238
12
13  Attorneys for Individual and Representative Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case File No. 07-cv-2446 EDL<br><br>**NOTICE OF CONSENT FILING** |
|---|---|

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Medley            Russell

| | | |
|---|---|---|
| 1 | Dated: November 12, 2007 | s/Bryan Schwartz |

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice)*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 EDL**

I hereby certify that on November 12, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com


Dated: November 12, 2007

                s/Bryan Schwartz
**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
☐ Retail Mortgage Lending Consultant
☐ Senior Retail Mortgage Lending Consultant
☒ Other Non-Management Mortgage Sales Employee
    (Specify Title: Account Executive) Beneficial Finance

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/11/07
Signature                         Date

Russell E. McNilly III
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

---

CONSENT AND DECLARATION