GEORGE J. TICHY II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, from December 22, 2007 through and including January 4, 2008, Defendants' counsel will be unavailable for all purposes, including, but not limited to, receiving and responding to notices of any kind, appearing in Court, responding to *ex parte* applications, attending depositions, or otherwise communicating with the Court and opposing counsel.

NOTICE OF UNAVAILABILITY OF COUNSEL         1.         Case No. C 07 2446 MMC [ECF]

1  Request is hereby made that no motions, *ex parte* applications, or orders to show cause be
2  filed or noticed between December 22, 2007 and January 4, 2008. Defendants have not received
3  service of any notices, subpoenas, motions, or otherwise which set any matter, hearing, deposition or
4  deadline during this time period.

5  Dated: November 13, 2007

7  /s/ *Michelle R. Barrett*
   MICHELLE R. BARRETT
8  GEORGE J. TICHY II
   KIMBERLY L. OWENS
9  JUSTIN T. CURLEY
   LITTLER MENDELSON
10 A Professional Corporation
   Attorneys for Defendants
11 HSBC MORTGAGE CORPORATION (USA)
   and HSBC BANK USA, N.A.

13 Firmwide:83596956.1 023404.1043

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF UNAVAILABILITY OF COUNSEL    2.    Case No. C 07 2446 MMC [ECF]