NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 MMC**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Gora    Alysse

| | | |
|---|---|---|
| 1 | Dated: November 26, 2007 | s/Bryan Schwartz |
| 2 | | |
| 3 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Bryan Schwartz, State Bar No. 209903 |
| 4 | | One Embarcadero Center |
| | | Suite 720 |
| 5 | | San Francisco, CA 94111 |
| | | Telephone: (415) 277-7236 |
| 6 | | Facsimile: (415) 277-7238 |
| 7 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | Donald H. Nichols, MN Bar No. 78918 |
| 8 | | (Admitted *pro hac vice*) |
| | | Paul J. Lukas, MN Bar No. 22084X |
| 9 | | (Admitted *pro hac vice*) |
| | | Matthew C. Helland, MN State Bar No. 346214 |
| 10 | | (Admitted *pro hac vice)* |
| | | 4600 IDS Center, 80 South 8th Street |
| 11 | | Minneapolis, MN  55402 |
| | | Telephone (612) 256-3200 |
| 12 | | |
| 13 | | |
| 14 | | ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 MMC**

I hereby certify that on November 26, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George Tichy, II
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA 94108
gtichy@littler.com

Dated: November 26, 2007

        s/Bryan Schwartz
**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the states where I worked for HSBC. During the past three years, there were occasions when I worked over 40 hours per week for HSBC and did not receive overtime compensation.

I worked for HSBC as a (please check all that apply):
- ☒ Retail Mortgage Lending Consultant
- ☐ Senior Retail Mortgage Lending Consultant
- ☒ Other Non-Management Mortgage Sales Employee

(Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Alysse Gora*

REDACTED

If above information is incorrect, please change

_____
Signature                    Date

ALYSSE GORA
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION