# Exhibit 4

00001

1   IN THE UNITED STATES DISTRICT COURT FOR THE

2       NORTHERN DISTRICT OF CALIFORNIA

3   PHILIP WONG, FREDERIC CHAUSSY,   )

4   and Leslie Marie Shearn,         )

5   individually, on behalf of the   )

6   general public,                  )

7       Plaintiffs,                  )

8   vs.                ) No. 07-CV-2446

9   HSBC MORTGAGE CORPORATION (USA); )

10  HSBC Bank USA, N.A.; and DOES 1, )

11  through 50, inclusive,           )

12      Defendants.                  )

13          The 30(b)(6) deposition of HSBC

14  MORTGAGE CORPORATION, SUSAN R. MARCZAK, called as

15  a 30(b)(6) witness by the Plaintiffs, for

16  examination, taken pursuant to notice, agreement

17  and by the provisions of the Rules of Civil

18  Procedure for the United States District Courts

19  pertaining to the taking of depositions, taken

20  before Patricia A. Armstrong, a Notary Public

21  within and for the County of DuPage, State of

22  Illinois, and a Certified Shorthand Reporter,

23  No. 084-1766, of said state, at 200 North LaSalle

24  Street, Chicago, Illinois, on the 30th day of

25  August, 2007 at 10:00 a.m.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 1**

00015

1 BY MR. SCHWARTZ:

2    Q.    And Ms. Marczak, I want to direct your

3 attention to the first paragraph, where Ms. Shearn

4 is offered a position in the mortgage department.

5 And you will note that at the bottom of this

6 document, it's marked HSBC Bank USA.

7        Is HSBC Mortgage Corporation the

8 mortgage department for HSBC Bank, USA?

9    A.    The mortgage -- there is a legal entity

10 for our mortgage division, and that would be what

11 would be referred to here as the mortgage

12 department.

13    Q.    And what is that legal entity?

14    A.    I don't know the exact legal name, but

15 it would be HSBC Mortgage.  There may be a few

16 letters attached to that, HSBC Mortgage USA, N.A.

17 I'm not sure of that, but it's HSBC mortgage is

18 its own legal entity.

19    Q.    Is this HSBC Mortgage that you're

20 referring to different than HSBC Mortgage

21 Corporation USA, N.A.?

22    A.    I would consider them the same thing.

23    Q.    Okay.  So the HSBC Mortgage Corporation

24 is the mortgage department for HSBC Bank; is that

25 right?

00016

1  A.  Yes.

2  Q.  I am going to show you -- I am going to

3  show you a document now to be marked as Exhibit 4

4  of the deposition. It's a two-page document,

5  which is a March 2007 version of the HSBC Bank

6  USA, N.A. fact sheet.

7         (WHEREUPON, a certain document

8          was marked Marczak Deposition

9          Exhibit No. 4, for identification,

10         as of August 30, 2007.)

11 BY MR. SCHWARTZ:

12  Q.  First of all, I will ask you,

13 Ms. Marczak, are you already familiar with this

14 fact sheet?

15  A.  I've seen fact sheets before, yes.

16  Q.  Okay. Do you need a moment to review it

17 or are you generally familiar with the document

18 enough to answer questions or two?

19  A.  No, I'm generally familiar with the

20 document. It would, of course, depend on your

21 question.

22  Q.  Sure.

23      It says here that the total assets on

24 the second page financials, the total assets in

25 2006 of HSBC USA, Inc., are $168.9 billion. Do

00021

1 they -- do they say HSBC USA, Inc.?

2    A.    I have no idea.

3    Q.    And is that something I'd, again, have

4 to talk to finance about?

5    A.    Possibly someone in finance would be

6 able to answer that question. It's certainly not

7 something that I know.

8    Q.    On Exhibit 2 of the deposition, are

9 these all of the officers for HSBC Bank USA, N.A.?

10    A.    These would be the senior level

11 officers.

12    Q.    For HSBC Bank?

13    A.    For HSBC Bank USA.

14    Q.    Okay.

15    A.    N.A.

16    Q.    The second page of this Exhibit 4, the

17 fact sheet, it has a contact for group public

18 affairs in New York, Linda Recupero, that's

19 R-e-c-u-p-e-r-o.

20       Is she the public affairs contact for

21 HSBC Bank USA, N.A. and also HSBC Mortgage

22 Corporation?

23    A.    Yes, she is.

24    Q.    And is she also the public affairs

25 contact for HSBC USA, Inc.?

00022

1   A.   Yes, she is.

2   Q.   Is she the public affairs contact for

3 any other entities that you are aware of?

4   A.   Not that I'm aware of.

5   Q.   Where on your org chart, Exhibit 2 of

6 the deposition, is Miss -- or is the public

7 affairs operations for all of these entities?

8   A.   She is not on this org chart.

9   Q.   Wall, actually, now, I'm sorry, you

10 know, I answered my own question because I see her

11 under COO, chief operating officer, David Dew.

12   A.   Oh, there she is. I'm sorry. Yes, she

13 is.

14   Q.   Okay. Does HSBC Mortgage Corporation

15 USA have a CEO?

16   A.   No, they do not.

17   Q.   Does HSBC Mortgage Corporation USA have

18 a chief operating officer?

19   A.   No.

20      Can I clarify that?

21   Q.   Sure.

22   A.   They could have people operating in that

23 function. I've not seen that -- those

24 designations on an organization chart.

25   Q.   What do you mean by that?

00027

1    A.   HSBC Mortgage Corporation provides

2  products and services for HSBC Bank USA's

3  customers.

4    Q.   Okay.  Well, on the facts sheet that I

5  showed you, which was Exhibit 4, it talks about

6  lines of business.  And it says, "Personal

7  Financial Services provides" et cetera.  And then

8  it says, "Residential Mortgage Lending provides

9  loan financing through several origination

10  channels."

11       Is that a reference to the HSBC Mortgage

12  Corporation?

13    A.   Yes, it is.

14    Q.   So the mortgage corporation is one of

15  the -- is part of one of the lines of business of

16  HSBC Bank USA?

17    MS. BARRETT:  Objection.  The document speaks

18  for itself.

19  BY MR. SCHWARTZ:

20    Q.   Is that accurate?

21    A.   It's a product that's provided to the

22  customers.  The technicality of how the legal

23  entities work is really -- this is a simple fact

24  sheet for our customers.  I don't think it goes to

25  the exact legal definition that you are trying to

00028

1  get to.

2      Q.   I'm just trying to understand, actually.

3  I'm not trying to get to any exact legal anything.

4  I'm just trying to understand what the mortgage

5  corporation is.

6          So it's a -- it's a product that HSBC

7  Bank provides is the mortgage corporation?

8      A.   Mortgages are a product that HSBC Bank

9  provides.  The corporation isn't a product.

10     Q.   Okay.  So HSBC Mortgage Corporation USA

11  is the device that HSBC Bank has -- HSBC Bank USA,

12  N.A. has for delivering the mortgage product?

13     A.   That's true.

14     Q.   Okay.  The headquarters for the HSBC

15  Bank USA, N.A., where you work, that's in Buffalo;

16  correct?

17     A.   No, that's not the legal headquarters.

18     Q.   Oh, what is the headquarters for the

19  bank?

20     A.   The headquarters is in Wilmington,

21  Delaware.

22     Q.   I see.  And what office do you work at

23  in Buffalo then?

24     A.   I work in the Buffalo -- you could call

25  it the Buffalo headquarters, if you will.  But

00034

1  would -- checks in the way I was talking about,

2  where you walk into a branch and cash a check,

3  those would all be processed through bank

4  operations.

5      Mortgage would have its own operations

6  that would handle the mortgage product.  But if

7  you, as a customer, walked into a branch to make a

8  payment on your mortgage, that would go through

9  bank operations.

10  BY MR. SCHWARTZ:

11    Q.    The HSBC Mortgage Corporation, does it

12  have branches that are separate from the branches

13  of HSBC Bank?

14    A.    No, it doesn't.

15    Q.    Okay.  And we were up to Mr. Kaiser.

16  Who else is in the Buffalo office?

17    A.    Mike Ebbs, E-b-b-s.  He is the chief

18  information officer.  He is in the Buffalo office.

19      Joseph Simpson, S-i-m-p-s-o-n, he is the

20  EVP -- he is an EVP in finance.  He is in the

21  Buffalo office.

22      Michael Doherty, D-o-h-e-r-t-y, he is

23  the EVP -- he is another EVP in finance.  He is in

24  the Buffalo office.

25    Q.    Now, here -- let's just do the last

00035

1 person you mentioned, Mr. Doherty, it says he is

2 in charge of ALCO Capital Management. What does

3 that mean?

4    A.   I can't actually explain that. ALCO has

5 something to do with the way the bank manages its

6 money, the assets and liabilities and how it's

7 managed. But I can't give you a better definition

8 than that.

9    Q.   Okay. Going back, the other people you

10 just mentioned, Mr. Ebbs, the CI -- the chief

11 information officer.

12    A.   Yes.

13    Q.   Is he the chief information officer also

14 for HSBC Mortgage Corporation?

15    MS. BARRETT: Objection; goes beyond the scope

16 of the deposition notice.

17 BY THE WITNESS:

18    A.   Yes. He would provide those services

19 for the Mortgage Corporation.

20 BY MR. SCHWARTZ:

21    Q.   Okay. And Mr. Simpson, you said he is a

22 controller?

23    A.   Yes.

24    Q.   What does that position entail?

25    A.   Again, it's a position that oversees

00038

1  guess I'm saying I don't know.

2    Q.    Okay.  What I was getting at is, I mean,

3  he would -- presumably he would think -- he would

4  do something like we, you know, now, okay, now

5  the -- what do you call them, the -- the sub prime

6  collapse, so we are going to have to -- you know,

7  and there's a lot of talk about jumbo loans, and

8  we can't give so many jumbo loans, these kinds of

9  decisions about -- presume those have something to

10  do with credit risk and policy, I would assume; is

11  that right?

12    MS. BARRETT:  Objection; calls for

13  speculation.

14  BY THE WITNESS:

15    A.    I think that you could assume that's

16  true, and there would be some coordination or

17  collaboration between the mortgage corporation and

18  what Mr. Zeller does in his position.

19  BY MR. SCHWARTZ:

20    Q.    Anybody else among the senior managers

21  that works out of the Buffalo headquarters?

22    A.    No.

23    Q.    So your supervisor, Miss Ebersole, she

24  is out of the New York City office?

25    A.    That's correct.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 38**

00039

1    Q.   And is she the head of human resources

2  operation over HSBC Mortgage Corporation, as well?

3    A.   Yes.

4    Q.   Let's take a look at --

5    A.   Can I clarify that statement?

6    Q.   Yes.

7    A.   There are not any HSBC -- there are not

8  any human resources people that are in the HSBC

9  Mortgage Corporation.

10       HSBC Banking USA, N.A. provides the

11  human resources services for the mortgage

12  corporation.

13    Q.   Thank you.  That helps.

14       Okay.  Let's take a look at Exhibit 6 of

15  the deposition.  It's another fact sheet.  This is

16  the fact sheet for HSBC North America Holdings,

17  Incorporated.

18       (WHEREUPON, a certain document

19       was marked Marczak Deposition

20       Exhibit No. 6, for identification,

21       as of August 30, 2007.)

22  BY MR. SCHWARTZ:

23    Q.   And this fact sheet describes that HSBC

24  North America is the holding company for all of

25  HSBC's U.S. and a Canadian businesses; do you see

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 39**

00043

1 are of the HSBC North America Holdings Company.

2 There may not be employees of that.

3    Q.    Okay.  Can you tell me what is the HSBC

4 Finance Corporation that you just mentioned that

5 has its headquarters in Prospect Heights,

6 Illinois?

7    A.    The HSBC Finance Corporation is what was

8 formerly the Household Finance Corporation that

9 was acquired by HSBC Group in 2003.

10    Q.    And so HSBC Finance Corporation, which

11 was formerly Household, is part of HSBC North

12 America Holdings, Inc., at this point?

13    A.    Well, if you look at the top of that

14 second page of your fact sheet that you provided

15 that's Exhibit 6, you will see the HSBC Finance

16 Corporation.

17    Q.    I see.

18        HSBC Finance Corporation is not part of

19 HSBC Bank USA, N.A. at all?

20    A.    That's correct.

21    Q.    So the employees of HSBC Bank USA, N.A.

22 and HSBC Mortgage Corporation, they have no

23 interaction with HSBC Finance Corporation?

24    A.    That's not true.

25    Q.    Okay.  What is their interaction, if

00044

1 any?

2    A.    The HSBC Finance Corporation would have

3 from the HSBC Bank USA, N.A. portion --

4 perspective, provides some services for HSBC Bank

5 USA, N.A.

6    Q.    Like what, for example?

7    A.    Payroll processing. That's not correct.

8        There is another group, another legal

9 entity called HSBC Pay Services that provides

10 payroll services.

11        HSBC Finance Corporation provides

12 services such as compensation evaluation,

13 preparation of job descriptions, compensation

14 programs. That's provided by HSBC Finance

15 Corporation to HSBC Bank USA, N.A.

16    Q.    So the HSBC Finance Corporation would

17 make decisions about job descriptions or

18 compensation that would apply to the HSBC Mortgage

19 Corporation?

20    MS. BARRETT:  Objection; goes beyond the scope

21 of the deposition notice.

22 BY THE WITNESS:

23    A.    Yes. The -- well, let me clarify your

24 word, you said "decisions."

25        They would work with the business to

**Marczak, Susan R 30(b)(6) 8-30-07.txt**                    **Page 44**

00045

1  develop the job descriptions and to provide the

2  appropriate market information for those jobs as

3  far as compensation, to the business.

4  BY MR. SCHWARTZ:

5    Q.  So, then, compensation and job

6  descriptions, what you were just discussing, that

7  would have some interaction with your human

8  resources department; correct?

9    A.  Human resources would work with the

10  business, but it's really the business, such as

11  HSBC Mortgage Corporation.  They are the business

12  owners.  They would be the ones responsible for

13  saying what the jobs are, what do they do, what

14  are the responsibilities of the job, working with

15  compensation.

16      Human resources is a party to that, but

17  the information and the decision is made between

18  compensation and the business.

19    Q.  When you say "the business," in this

20  case, you are referring to HSBC Mortgage

21  Corporation?

22    A.  Yes.

23    Q.  And who's your contact at HSBC Finance

24  Corporation who works with compensation and job

25  descriptions?

00046

1     A.   The head of that compensation area, that

2   position is currently vacant.  The next person

3   would be a woman called Stacy Brown.

4     Q.   What is -- do you know Stacy Brown's

5   position?

6     A.   I don't know her exact title.

7     Q.   But she is an employee of HSBC Finance

8   Corporation who works with HSBC Bank and with HSBC

9   Mortgage Corporation on compensation and job

10   description issues?

11     MS. BARRETT:  Objection; assumes facts not in

12   evidence.

13   BY THE WITNESS:

14     A.   Yes.

15   BY MR. SCHWARTZ:

16     Q.   Is there any other service that HSBC

17   Finance Corporation provides for HSBC Bank and

18   HSBC Mortgage Corporation?

19     MS. BARRETT:  Objection; compound.  It goes

20   beyond the scope of the deposition notice.

21   BY THE WITNESS:

22     A.   There is a relationship between HSBC

23   Mortgage Services, which is a business of the HSBC

24   Finance Corporation, and the HSBC Mortgage

25   Corporation.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 46**

00050

1    A.    Any salary changes are processed through

2  HSBC Payroll Services, which is a function

3  provided for the Bank and the mortgage corporation

4  out of Chicago, which is part of the HSBC Finance

5  Corporation.

6    Q.    Who is in charge of HSBC Payroll

7  Services within the HSBC Finance Corporation?

8    MS. BARRETT:  Objection; goes beyond the scope

9  of the deposition notice.

10  BY THE WITNESS:

11    A.    Excuse me.  A woman named Terri,

12  T-e-r-r-i, Pearce, P-e-a-r-c-e.

13  BY MR. SCHWARTZ:

14    Q.    What is her title?

15    A.    I don't know her exact title.  I can

16  assume it's group director human resources.

17  That's a general title.

18    Q.    And would -- so would her area,

19  Miss Terri Pearce, would they provide the same

20  sort of service, compensation -- I'm sorry,

21  salary, payroll services for HSBC Mortgage

22  Services, HSBC Mortgage Corporation, all of these

23  entities?

24    A.    Yes.

25    Q.    Okay.  When did this switch happen, from

00056
1  out of human resources.

2    Q.   How many total employees does HSBC Bank

3  USA N.A. have?

4    A.   Approximately 14,000.

5    Q.   And when you say 14,000, that includes

6  all of the employees under every box on this

7  organizational chart, Exhibit 2; is that right?

8    A.   Every box except those that are grayed

9  out.

10   Q.   What does that mean, boxes that are gray

11 on the organizational chart?

12   A.   The grayed -- the gray, if you look at

13 the legend at the bottom, it denotes none-HSBC

14 Bank, it denotes non-HSBC USA, Inc., employees.

15 They would belong to other legal entities.

16   Q.   I see.  But the employees of HSBC

17 Mortgage Corporation USA, those are HSBC Bank

18 employees?

19   A.   They are not technically considered bank

20 employees because they have their own -- its own

21 legal entity.  They would be considered HSBC Bank

22 USA, Inc., employees.

23   Q.   I see.  So they are part of the 14,000

24 that you stated?

25   A.   Yes.

00061

1          (WHEREUPON, a certain document

2          was marked Marczak Deposition

3          Exhibit No. 10 for identification

4          as of August 30, 2007.)

5  BY MR. SCHWARTZ:

6     Q.   If you go on HSBC's web site, it's

7  Exhibit 10 of the deposition, and click on

8  mortgage, this is what comes up. It's a one-page

9  document, it says "Mortgage Central" at the top.

10         Are you familiar with the HSBC web site?

11    A.   From my own use of the web site, yes.

12    Q.   And this would -- if you apply for a

13  mortgage through the HSBC web site, you will be

14  getting that mortgage through the HSBC Mortgage

15  Corporation USA; is that right?

16    A.   Yes, that's right. Assuming you get a

17  mortgage. You can apply, but you just don't get

18  one just because you apply.

19    Q.   Okay. I was not insinuating that

20  everybody who applies gets one or else we could

21  just cut the deposition off here and go get a --

22  apply for a mortgage real quick.

23         That would be beyond the scope of the

24  deposition.

25         The mortgage corporation, HSBC Mortgage

00062

1  Corporation, that doesn't have any kind of

2  separate web site or anything, does it?  It's part

3  of the same HSBC web site?

4      MS. BARRETT:  Objection; goes beyond the scope

5  of the deposition notice.

6  BY THE WITNESS:

7      A.  I don't -- I think if you -- from a

8  customer standpoint, you would only go through --

9  we would only want you to go through one portal.

10  So I wouldn't think we would direct customers to a

11  separate web site.

12  BY MR. SCHWARTZ:

13     Q.  And the HSBC Mortgage Corporation uses

14  the same logo as HSBC Bank or -- or for that

15  matter, all the HSBC entities, the little red bow

16  tie thing?

17     A.  The red bow tie thing is the group logo

18  for the entire HSBC group.

19     Q.  Including the mortgage corporation and

20  the bank; correct?

21     A.  Correct.

22     Q.  I don't know if it's supposed to be a

23  bow tie, by the way, but I can't think of how else

24  to describe that shape, although I recognize it,

25  so I guess it works.

00063

1       I will show you a document to mark as

2  Exhibit 11 of the deposition.

3       This is a news release on your web site

4  about a mortgage -- an HSBC Mortgage Corporation

5  USA employee.

6          (WHEREUPON, a certain document

7          was marked Marczak Deposition

8          Exhibit No. 11 for identification,

9          as of August 30, 2007.)

10 BY MR. SCHWARTZ:

11  Q.   The mortgage corporation's press or PR

12 or public relations entity, it's -- all of that

13 would go through the bank; correct?

14  A.   It would go through group public

15 affairs.

16  Q.   Group public affairs.

17       Where is group public affairs?

18  A.   That was the position occupied by Linda

19 Recupero.

20  Q.   Okay.  I see, group public affairs,

21 right.

22       And so -- so she -- okay.  And you

23 testified earlier, she does -- she does news

24 releases and public relations for all of the bank,

25 including HSBC Mortgage Corporation; correct?

**Marczak, Susan R 30(b)(6) 8-30-07.txt**                    **Page 63**

00064

1   A.   That's correct.

2   Q.   And let's go to the HSBC Mortgage

3   Corporation USA fact sheet from April 2007.  This

4   is Exhibit 12.

5            (WHEREUPON, a certain document

6            was marked Marczak Deposition

7            Exhibit No. 12 for identification

8            as of August 30, 2007.)

9   BY MR. SCHWARTZ:

10   Q.   Is the headquarters here, DePew,

11   New York, that's different than -- I don't know

12   where DePew, New York is.

13        That's different than Buffalo, though?

14   A.   DePew is a suburb of Buffalo.

15   Q.   Okay.  Is this a different office than

16   the HSBC Bank's headquarters?

17   A.   It's a different office than the main

18   office in Buffalo, yes.

19   Q.   Okay.  Is that office occupied only by

20   the HSBC Mortgage Corporation?

21   A.   Yes.

22   Q.   And the -- on the fact sheet here,

23   Exhibit 12, it says that there are a retail sales

24   staff of over 340 loan officers.

25        Do you see where it says that under

00070
1  Corporation?

2    A.   No.

3    Q.   The Household International HFC and

4  Beneficial Brands, are those all part of HSBC

5  Finance Corporation?

6    A.   Yes.

7    Q.   Who is responsible for the labor

8  relations for the Bank?

9    A.   Can you define labor relations?

10   Q.   I mean, I think you are, but I just want

11  to be clear.

12       The employee complaints or issues that

13  employees would raise regarding any legal claims

14  that they have, anything like that?

15   A.   If an employee had a complaint, there

16  are different routes for them to take depending

17  upon the complaint they had or the question they

18  had.

19   Q.   What are those routes?

20   A.   If you had a payroll question, then you

21  would reach out to the payroll services area.

22   Q.   That's the one that's under HSBC Finance

23  Corporation?

24   A.   Right, it's the HSBC Pay -- Pay

25  Services.

00071

1    Q.   Which is part of HSBC Finance

2 Corporation?

3    A.   Yes.

4    Q.   Okay. So that's where the payroll

5 complaint would go.

6         What other -- okay, so if you had a --

7    A.   You --

8    Q.   Go ahead.

9    A.   An employee could raise an issue to a

10 manager, their manager.

11        They could raise an issue to their human

12 resources representative.  There is something

13 called the employee tip line that they could call

14 and raise an issue.

15   Q.   Where is the employee tip line in that

16 organizational chart?

17   A.   It's not on that organizational chart.

18 It's a third-party vendor that's contracted

19 through -- I believe it's contracted through HSBC

20 Pay Services.

21   Q.   And what about a discrimination issue,

22 where would an employee of the bank or any of the

23 entities on this org chart, where would they go

24 with a discrimination issue?

25   MS. BARRETT:  Objection; compound.

00072

1  BY THE WITNESS:

2      A.    They could go to any number of places.

3  They don't even have to come to anyone at the

4  Bank.

5          I mean, they could go to the State

6  Division of Human Rights, they could go to the

7  EEOC.

8  BY MR. SCHWARTZ:

9      Q.    No, I understand that.

10         I mean, within your organization, if

11  they were going to go to somebody about a

12  discrimination issue, for example, who would an

13  employee go to?

14     A.    They could go to their manager, they

15  could go to human resources.  They could call that

16  tip line that I mentioned.

17     Q.    Is there somebody who has EEO

18  responsibility in human resources?

19     A.    Yes, there is.

20     Q.    Who is that?

21     A.    That would be someone in that -- that

22  works for Terri Pearce in that HSBC Pay Services

23  Corporation.

24     Q.    So, if somebody at the HSBC Mortgage

25  Corporation had an EEO issue, they would go to

00073

1  somebody in Terri Pearce's organization?

2    MS. BARRETT:  Objection; goes beyond the scope

3  of the deposition notice.

4  BY THE WITNESS:

5    A.   The question you asked me was who had

6  EEO responsibilities.  And that's what I answered.

7  BY MR. SCHWARTZ:

8    Q.   Right, that's what I mean.

9    A.   If I had a question -- a discrimination

10  issue, it would depend on the situation who I went

11  to.  There isn't an answer that is cut and dry, it

12  would be very situational.

13    Q.   There's nobody with EEO responsibility

14  at the HSBC Mortgage Corporation specifically; is

15  that right?

16    A.   That would have that specific

17  designation, no.

18    Q.   Have that area of responsibility, that's

19  what I mean.

20    MS. BARRETT:  Objection; calls for a legal

21  conclusion.

22  BY MR. SCHWARTZ:

23    Q.   Is that correct?

24    A.   There is no one with a designation that

25  they are responsible for EEO issues at the

00074

1  mortgage corporation.

2    Q.   If an employee had some other type of

3  complaint about a manager, something the manager

4  was doing, and it wanted to speak to somebody at

5  the company, where -- what's their route

6  typically, other than you mentioned the tip line,

7  who do they -- who are they supposed to go to?

8    MS. BARRETT:  Objection; vague and ambiguous

9  as to company.

10  BY THE WITNESS:

11    A.   The general practice would be that you

12  would escalate through the chain of command the

13  next senior manager within your business

14  organization, or you would talk to the human

15  resources representative responsible for your

16  business.

17  BY MR. SCHWARTZ:

18    Q.   Okay.

19      Is Jeanie Jennings, is she an employee

20  of the HSBC Bank?

21    A.   Yes.

22    Q.   Where are timekeeping practices set

23  forth within the organization?

24    MS. BARRETT:  Objection; vague and ambiguous

25  as to organization.

00076

1  employees?

2      A.    There is a policy concerning time entry,

3  yes.

4      Q.    Okay.  Where does that policy generate

5  from?

6      A.    That policy is provided by -- it's

7  generated by the -- the people responsible for

8  policy development, who are part of HSBC Finance

9  Corporation.

10     Q.    And overtime practices, in terms of any

11  guidance that employees would receive on overtime,

12  would that also come from HSBC Finance

13  Corporation?

14     A.    Yes.

15     Q.    That's Miss Pearce's organization?

16     A.    Well, not the policy development group,

17  they are not part of Terri Pearce's group.

18     Q.    Who is responsible for the policy

19  development group for HSBC Finance Corp?

20     A.    That position is currently vacant.  For

21  the head of that area, the woman responsible below

22  that would be a woman named Dawn Kalamaras,

23  K-a-l-a-m-a-r-a-s.

24     Q.    What is Ms. Kalamaras' area of

25  responsibility?

00077
1    A.    She is responsible for benefits design.

2    Q.    Who has overall responsibility for the

3    policy development relating to overtime practices?

4    MS. BARRETT:  Objection; goes beyond the scope

5    of the deposition notice.

6    BY THE WITNESS:

7    A.    The individual I just named,

8    Miss Kalamaras, is responsible for policy

9    development.

10   BY MR. SCHWARTZ:

11   Q.    Including -- because her title says

12   something about benefits, so I didn't -- but

13   that's her -- that's -- she is responsible?

14   A.    I didn't say that the title necessarily

15   matched the job responsibilities, but that's the

16   title.

17   Q.    Okay.  Does HSBC Mortgage Corporation

18   have any separate officials responsible for

19   overtime policy?

20   MS. BARRETT:  Objection; goes beyond the scope

21   of the deposition notice?

22   BY THE WITNESS:

23   A.    No, they don't.

24   BY MR. SCHWARTZ:

25   Q.    And HSBC Mortgage Corporation doesn't

00078

1  have any separate official responsible for

2  timekeeping practices?

3      MS. BARRETT:  Objection; goes beyond the scope

4  of the deposition notice and the individual's

5  knowledge.

6  BY THE WITNESS:

7    A.  No.

8  BY MR. SCHWARTZ:

9    Q.  Who made the determination that senior

10  retail mortgage lending consultants and retail

11  mortgage lending consultants at HSBC Mortgage

12  Corporation would be classified as exempt?

13    A.  Who made that determination?  I don't

14  know.

15    Q.  Who would know that?

16    A.  It would depend on when that

17  determination was made.  I don't know when that

18  job was created.  I don't know the history of that

19  job.

20    Q.  Who would know?

21      MS. BARRETT:  Objection; vague and ambiguous

22  as to the time period.  Is this ever in the

23  history of the job being in existence?

24  BY MR. SCHWARTZ:

25    Q.  Who currently employed at HSBC or any of

00079

1  its many entities would be aware of the history of

2  that job, those jobs, senior retail mortgage

3  lending consultant and retail mortgage lending

4  consultant?

5      A.   It would be the compensation area has

6  responsibility for the job descriptions and the

7  determination whether a job is exempt or

8  nonexempt.

9      Q.   That's -- and compensation is -- at HSBC

10  Finance Corporation is Miss Pearce?

11      A.   No, that was Miss Brown.

12      Q.   Miss Brown.  But she is also at HSBC

13  Finance Corporation?

14      A.   That's true.

15      Q.   Does HSBC Mortgage Corporation have a

16  legal unit?

17      MS. BARRETT:  Objection; goes beyond the scope

18  of the deposition notice.

19  BY THE WITNESS:

20      A.   I don't believe they have their own

21  legal unit.

22  BY MR. SCHWARTZ:

23      Q.   So the Janet Burak legal and compliance

24  unit, that would -- they'd be -- that would be the

25  legal unit also, legal and compliance unit also

00080

1 for HSBC Mortgage Corporation?

2    A.    I believe so.

3    Q.    Where in the organization are HSBC

4 mortgage loan products developed?

5    MS. BARRETT:  Objection; goes beyond the scope

6 of the deposition and beyond the witness'

7 knowledge.

8 BY THE WITNESS:

9    A.    I can only assume that there is some

10 function within the mortgage corporation that

11 develops those products.  I don't know for a fact.

12 BY MR. SCHWARTZ:

13    Q.    And who would be responsible for

14 publishing materials used by -- used throughout

15 the bank?

16    A.    That's a pretty broad question.

17        Can you be more specific about

18 materials?

19    Q.    Sure.  Brochures, business cards,

20 fliers, posters?

21    A.    If you are talking about the normal

22 customer communication, brochures about products,

23 there is a marketing group that's responsible for

24 that.

25    Q.    Where in your Exhibit 2 organizational

00081
1 chart is the marketing group?

2    A.   That would be under Kevin Newman's area,

3 and it is a box called marketing, and it has Kevin

4 Martin as the EVP.

5    Q.   I see.

6        And that marketing unit also does all

7 the marketing in terms of those promotional

8 materials and brochures and things for the HSBC

9 Mortgage Corporation?

10   MS. BARRETT:  Objection; assumes facts not in

11 evidence.

12 BY THE WITNESS:

13   A.   They would be responsible for any

14 customer marketing materials.

15 BY MR. SCHWARTZ:

16   Q.   For the mortgage corporation?

17   MS. BARRETT:  Objection; assumes facts not in

18 evidence.

19 BY THE WITNESS:

20   A.   When I say "customer," we look at the

21 customer as an entity and any relationships he

22 has, whether it be mortgage or bank products.

23       The customer doesn't know the

24 difference.  So we have a seamless customer view.

25 So, to the customer, it doesn't matter where they

00082

1  get their product from. So it's --

2  BY MR. SCHWARTZ:

3    Q.   It's all HSBC?

4    A.   To them, to a customer, it's all HSBC,

5  correct.

6    Q.   So any customer-related materials for

7  any HSBC entities in the U.S., they are going to

8  come from this marketing, Kevin Martin?

9    MS. BARRETT:  Objection; assumes facts not in

10  evidence.

11  BY THE WITNESS:

12    A.   For any products that are offered

13  through the bank, they would come through

14  marketing, the bank branches.

15  BY MR. SCHWARTZ:

16    Q.   The bank branches.  And when you say

17  that, you are including the mortgage corporation?

18    A.   Yes.

19          (WHEREUPON, a certain document

20          was marked Marczak Deposition

21          Exhibit No. 14 for identification

22          as of August 30, 2007.)

23  BY MR. SCHWARTZ:

24    Q.   I show you a document now previously

25  marked by Defendant as MORT8, a one-page document,

00083

1  Acknowledgement of HSBC Bank USA, N.A. Human

2  Resources Policies, Exhibit 14 to the deposition.

3       This is a -- as you can see, it's an

4  acknowledgement signed by a new employee, who is

5  one of the Plaintiffs in this case, Frederik

6  Chaussy.

7       Are you familiar with this sort of

8  document?

9   A.   Yes, there are -- yes.

10  Q.   And a new employee, whether he or she

11  worked for the mortgage corporation or any other

12  part of the bank, would receive some -- a similar

13  document to this from the HSBC Bank USA, N.A.; is

14  that right?

15  A.   It's a document similar to this.  I

16  can't state that it says exactly this.  It's

17  certainly been -- there has been revisions over

18  time.

19  Q.   But the -- whether the employee worked

20  for mortgage -- in the mortgage arm or in

21  marketing or in HR, they would receive the same

22  human resources policies and they would receive

23  the same form to acknowledge those policies; is

24  that correct?

25  A.   Yes.

00085

1  it.

2  BY MR. SCHWARTZ:

3     Q.   What -- what do you have now instead of

4  a handbook?

5     A.   You have an -- it's on-line, all of the

6  information is on-line.  There isn't a handbook

7  per se as there was in 2002.

8     Q    Good, paper elimination, good thing.

9        So -- but it's the same idea, it's

10  basically an on-line handbook?

11    A.   It's an on-line -- it's the on-line

12  policies, and it's -- yes.

13    Q.   And so, the employees on-line handbook

14  or policies that employees receive now, they

15  similarly, whether they work for the mortgage

16  corporation or any of the other entities on your

17  organizational chart, Exhibit 2, they would sign

18  an acknowledgement of having read the overall

19  Bank's employee policy -- the policies or

20  handbook?

21    A.   Well, the bank doesn't have its own

22  policies.  The policies are established for across

23  North America by the group under HSBC Finance

24  Corporation.

25        So what they are acknowledging is

00086

1  something that any North American employee

2  acknowledges.  There aren't special bank policies.

3    Q.  I see.  So the policies now come from

4  HSBC Finance Corporation for all employees?

5    A.  Yes.

6    Q.  And who is responsible for those?

7    A.  That was the individual, Dawn Kalamaras,

8  that I mentioned earlier.

9    Q.  Okay.  So she is responsible for all

10  employee policies that new employees would have to

11  sign, whether they worked at the HSBC Mortgage

12  Corporation or HSBC or the Bank in the marketing

13  group or any of these other groups?

14    A.  She is responsible -- there is common

15  policies across North America, and she is

16  responsible for those human resource policies.

17        (WHEREUPON, a certain document

18        was marked Marczak Deposition

19        Exhibit No. 16 for identification

20        as of August 30, 2007.)

21  BY MR. SCHWARTZ:

22    Q.  I will show you another document

23  previously marked by Defendant MORT5 through 7.

24        It is a three-page document of March

25  2006, which is an offer letter for Frederik

**Marczak, Susan R 30(b)(6) 8-30-07.txt**            **Page 86**

00096

1 the ways that senior retail mortgage lending

2 consultants or any other position at HSBC Mortgage

3 Corporation in that unit, are you familiar with

4 any differences that exist at different parts of

5 the country or anything like that?

6    A.    I'm not sure I understand your question.

7    Q.    If you are familiar with any differences

8 that exist in the way that they are paid in

9 different parts of the country or anything of that

10 nature, is that something that you would be

11 familiar with?

12    A.    I can tell you overall that there is a

13 geographic pay difference for any positions across

14 the country.

15        We would pay New York City employees at

16 a higher -- we call it a market data point. If

17 you think of it as the mid point of a job. There

18 would be a higher mid point in general for a New

19 York City employee versus a Buffalo employee. So

20 there is a geographic difference, but that is the

21 only difference.

22    Q.    Okay. And that would be true for any

23 part of HSBC Bank, including the HSBC Mortgage

24 Corporation again?

25    A.    That's true.

00098

1  imply to me something different.  We just call it

2  a geographic difference.

3     Q.   Okay.  A geographic differential, but

4  basically more expensive areas in the country,

5  employees have to get paid more; is that the

6  general idea?

7     A.   Yes.

8     Q.   Okay.  So the geographic difference --

9  other than that geographic differential, are there

10  any other regional differences that exist within

11  job X at the mortgage corporation or other parts

12  of the bank?

13     MS. BARRETT: Objection.  Again, this is a

14  bank witness, I don't know that she can testify

15  about different entities.

16  BY THE WITNESS:

17     A.   I can only tell you that that's the

18  structure that's used.  I couldn't tell you the

19  specifics what might happen to each job.

20  Obviously, an individual within a job would

21  perhaps have more experience so they may be paid

22  more than someone else in the same job with less

23  experience.

24        That would be the only other difference

25  that a job would generally have.

00103

1 BY THE WITNESS:

2    A.   Yes.

3 BY MR. SCHWARTZ:

4    Q.   Is this policy represented here in

5 Exhibit 17, is that a policy that all employees

6 under the umbrella of HSBC North America Holdings,

7 Inc., have to sign when they are hired?

8    A.   Yes.

9    Q.   Are there other policies, employment

10 policies, that apply across all of HSBC North

11 America Holdings, Inc.?

12    MS. BARRETT:   Objection; beyond the scope of

13 the deposition notice.

14 BY THE WITNESS:

15    A.   All the applied -- all the policies

16 apply -- the HR policies all apply across the U.S.

17 Canada has a different set of policies because

18 they have different -- they just have a different

19 set of policies.

20       But across the entire U.S., there is

21 only one set of HR policies.

22 BY MR. SCHWARTZ:

23    Q.   So -- and those are all administered by

24 Miss Kalamaras?

25    A.   That's right.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 103**

00109

1    THE VIDEOGRAPHER: We are back on the record

2    at 1:34 p.m.

3    BY MR. SCHWARTZ:

4    Q.    If you could go to -- back to Exhibit 1

5    and turn to No. 18 -- actually, sorry, go back

6    before that, 16. It asks about training programs

7    and materials.

8        Who would be -- who is responsible for

9    training within the -- at the Bank?

10   A.    At the bank? We have a training

11   department at the bank that is part of human

12   resources.

13   Q.    Okay. And who is the individual

14   responsible for the training program?

15   A.    Brian Wallace.

16   Q.    Is he a group director?

17   A.    Yes.

18   Q.    Okay. And is Mr. Wallace's training

19   operation, do they oversee development and

20   training programs and materials for the mortgage

21   corporation, as well as the other units,

22   marketing, et cetera, et cetera?

23   A.    It's actually a little different. The

24   mortgage corporation has employees that are

25   responsible for training. Those are actual

00110

1  mortgage corporation employees.  And Mr. Wallace

2  has oversight over those individuals.

3     Q.   Okay.  Who are those people?

4     A.   I don't know their names.

5     Q.   So -- and then -- and they report to --

6  the trainers within HSBC Mortgage Corporation

7  report to Mr. Wallace, who reports to

8  Miss Ebersole?

9     A.   Right.  But there is a difference

10  because Mr. Wallace is a bank employee.  Those

11  people reporting to him are mortgage corporation

12  employees.

13     Q.   Okay.

14     A.   And that is a very recent change.  That

15  happened earlier this year.

16     Q.   Which part of that happened earlier?

17     A.   The fact that the mortgage corporation

18  reports up to Jeanne Ebersole.  It was up until

19  earlier this year a total separate independent

20  group operating in the mortgage corporation.

21     Q.   What was the total separate independent

22  group?

23     A.   The learning and development group was

24  part of the mortgage corporation, had no reporting

25  lines up into human resources on the bank side.

00112

1  remove an employee?

2     A.    There is actually two.  There is

3  differences between disciplining and removing.

4  But there is a corrective action policy that

5  applies across all of -- all employees across the

6  U.S. that provides guidance on how disciplinary

7  action should be done.

8     Q.    And that's from HSBC Finance Corp?

9     A.    That's correct.

10    Q.    And that is through Miss Kalamaras?

11    A.    Kalamaras, right.

12    Q.    Kalamaras.

13        Now -- and then, you said there's

14  another -- a different policy for --

15    A.    It's not a different policy.

16  Terminations would -- human resources is advised

17  on a potential termination.

18        So the guide -- we would provide

19  guidance, human resources, in this case for the

20  mortgage corporation, it would be Jeanie Jennings

21  would provide guidance to the manager on a

22  potential termination.

23        They don't make the decision.  The

24  decisions are made by the business and the

25  business manager, but they would provide guidance

00113

1 over the situation.

2    Q.   Does the overarching policy for all HSBC

3 entities in the U.S., which is set out by a HSBC

4 Finance Corp, does that policy describe some

5 progressive discipline that managers are supposed

6 to follow?

7    A.   It provides guidelines on different

8 steps that can occur, but there is no hard and

9 fast. We are an at-will company, so there is no

10 hard and fast steps. Based on the situation at

11 hand, it would determine what corrective action

12 would be taken.

13    Q.   Is that true also of -- that's true of

14 both disciplinary and termination, that the

15 policies come from HSBC finance Corp, the

16 guidance -- the hands-on guidance comes from your

17 HR department, and then it's executed by,

18 obviously, the manager of the particular employee

19 involved?

20    A.   That's correct.

21    Q.   If you will turn to Topic No. -- and

22 then -- well, just to wrap that up, I assume based

23 on your prior testimony, that beyond that, you

24 don't have specific information as to what would

25 lead to a termination for a loan officer or a

**Marczak, Susan R 30(b)(6) 8-30-07.txt**      **Page 113**

00119

1 human resources system. We use a vendor called

2 PeopleSoft.

3   Q.   And I take it, based on your prior

4 testimony, that HSBC Finance Corporation Payroll

5 Services Company manages the PeopleSoft

6 relationship and data?

7   A.   Yes. It's managed by HSBC Pay Services,

8 but it also has -- there is some also involvement

9 by HTS, the information technology group.

10   Q.   That's what HTS is?

11   A.   HTS stands for HSBC Technology Services.

12   Q.   That's HTS?

13   A.   Yes.

14   Q.   Okay. I'm sure it has like six other

15 names, too, but we will go with that.

16       Are you responsible for the naming

17 system for entities of the company?

18   A.   No.

19   Q.   Okay. Then I don't feel bad making fun

20 of it.

21       Most of my cases have been against the

22 government. You should hear some of the acronyms

23 they come up with.

24       Let's see. So you were talking about

25 employee personnel files, you keep them for 10

**Marczak, Susan R 30(b)(6) 8-30-07.txt**        **Page 119**