# Exhibit 5

```
00001
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
 4 PHILIP WONG, FREDERIC CHAUSSY,
 5 And LESLIE MARIE SHEARN,
 6 Individually, on behalf of all
 7 Others similarly situated, and
 8 On behalf of the general public,
 9           Plaintiffs,
10   vs.           NO. 3:07-CV-2446 MMC
11 HSBC MORTGAGE CORPORATION (USA)
12 HSBC BANK, USA, N.A.; and
13 DOES 1 through 50, inclusive,
14           Defendants.
15 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
16
17          DEPOSITION OF PHILIP WONG
18          SAN FRANCISCO, CALIFORNIA
19             NOVEMBER 29, 2007
20
21
22    Reported by Yvonne Fennelly, CSR No. 5495
23
24
25
```

**Wong, Philip - 11/29/2007**                    **Page 1**

00115
1      for identification.)

2 BY MR. TICHY:

3    Q.  Do you recognize this document?

4    A.  Yes.

5    Q.  Is this a schedule that was provided to the
6 various loan officers for July of 2007?

7    A.  Yes.

8    Q.  And when it indicates a location such as
9 Montgomery or Irving, is that a location of HSBC Bank?

10   A.  Yes.

11   Q.  And were there any particular hours that the
12 bank was open in July?

13   A.  From 9:00 to 5:00.

14   Q.  9:00 to 5:00?

15   A.  Okay.

16   Q.  And did you, when you went to work at any
17 branch, come to that branch at a specific time which you
18 had established in advance, or did it vary?

19   A.  No, I was there from 9:00 to 5:00. At times we
20 would have to join the branch meetings, and that was at
21 8:00 o'clock. And the majority of our time was spent --
22 before we even left, we would all stay there until
23 everyone left.

24   Q.  Okay.

25       Now, when you say "everyone left," you're

00116

1 talking about customers?

2  A. No. Bank employees.

3  Q. Did anyone tell you that you had to arrive at a
4 bank at 9:00 o'clock?

5  A. We had e-mail sent by Amy Ku stating that we
6 should be professionals assigned by our schedule and be
7 at that banking center.

8  Q. Right.

9    Was there anything that was ever indicated to
10 you that you had to be there at 9:00 o'clock as opposed
11 to 9:15 or 9:30?

12  A. Can you rephrase the question?

13  Q. I'll let her read it back.

14    (Record read.)

15    THE WITNESS: Yes, according to the e-mail from
16 Amy Ku.

17 BY MR. TICHY:

18  Q. Now, how many e-mails did you get from Amy Ku
19 that told you you had to be there at 9:00 o'clock?

20  A. As of today, I do not recall.

21  Q. Was it more than one?

22  A. Yes.

23  Q. And your recollection as you sit here today is
24 that when we go into those e-mails, there is going to be
25 an e-mail that says you must be at the bank at