# Exhibit 6

Case 3:07-cv-02446-MMC    Document 69-7    Filed 12/21/2007    Page 1 of 3



March 2007



# HSBC Bank USA, National Association

**Who we are**

HSBC Bank USA, N.A. has nearly 450 bank branches throughout the United States, with about 400 in New York State and a growing network of branches in California, Connecticut, New Jersey and Florida. The bank also has branches in Delaware, Washington, D.C., Washington state, Pennsylvania, and Oregon. It is the principal subsidiary of HSBC USA Inc., an indirectly-held, wholly-owned subsidiary of HSBC North America Holdings Inc. HSBC Bank USA Inc. is one of the nation's 10 largest bank holding companies by assets.

HSBC Bank USA, N.A. offers its four million customers access to global markets and services. The bank provides a full-range of commercial banking products and services to individuals, corporations, institutions and governments through its personal financial services, private banking, commercial banking and corporate, investment banking and markets segments. The bank is also an international dealer in derivative instruments and has mortgage banking and brokerage operations.

The HSBC Group, headquartered in London, is one of the largest banking and financial services organizations in the world.

For information on HSBC Bank USA, N.A. products and services, visit www.us.hsbc.com.

**Lines of Business**

*Personal Financial Services* provides a broad range of financial products and services including installment and revolving term loans, deposits, branch services, mutual funds, investments and insurance. Residential Mortgage Lending provides loan financing through several origination channels. HSBC Direct, the bank's on-line only banking business, offers high-yield savings and payment accounts.

*Private Banking* offers a full range of wealth management and specialist advisory services for high net worth individuals and families, including tailored lending, banking and cash management; investment services; insurance; trust and estate administration and custody services. In addition, Private Bank professionals are able to leverage HSBC's vast global capabilities, resources and expertise on behalf of clients. Private Bank's capabilities range from wealth and tax advisory, philanthropic services and family office advisory to structured products, commercial real estate and middle market lending.

*Commercial Banking* provides loan and deposit products to small and middle market corporations including specialized products such as real estate financing. Consumer Banking also offers various credit and trade related products, including standby facilities, performance guarantees and acceptance.

Fact Sheet

*Corporate, Investment Banking And Markets* is an emerging markets-led and financing-focused business that provides tailored financial solutions to major government, corporate and institutional clients worldwide. Managed as a global business, CIBM's dedicated offices around the globe serve the subsidiaries and offices of our clients in more than 60 countries and territories. The bank's affiliate, HSBC Securities (USA) Inc., serves as a primary dealer in U.S. government and federal agency securities.

**Management**

Paul Lawrence is president and chief executive officer of HSBC Bank USA, N.A. and HSBC USA Inc.

**Financials**

**HSBC USA Inc.**

| For the year | 2006 | 2005 |
|---|---|---|
| Net income (millions) | 1,036 | 976 |
| Return on assets | 0.62% | 0.66% |
| Return on common equity | 9.03% | 8.78% |

| At December 31, 2006 | | |
|---|---|---|
| Total assets (billions) | $168.9 | $153.9 |
| Total deposits (billions) | $104.5 | $91.8 |

| Credit Ratings: Long term debt | Moody's | S&P | Fitch |
|---|---|---|---|
| HSBC USA Inc. | Aa3 | AA- | AA |
| HSBC Bank USA | Aa2 | AA | AA |

**Location**

HSBC Bank USA, N.A.  Wilmington, Delaware
HSBC USA Inc. New York, New York

**History**

The Bank's predecessor bank, Marine Midland, was founded in Buffalo, NY in 1850 to finance the shipping trade along the Great Lakes. HSBC acquired 51 percent of the Bank in 1980 and the remaining 49 percent in 1987. The name change to HSBC Bank USA in 1999 was the result of a worldwide re-branding campaign to strengthen recognition of HSBC as one of the world's most customer-oriented financial services organizations.

**Contact**

Linda Recupero
Group Public Affairs
212-525-3800

**Share Listings**

HSBC Holdings plc (NYSE: HBC) serves over 125 million customers worldwide through some 10,000 offices in 82 countries and territories in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa. With assets of US $168.9 billion at 31 December 2006, HSBC is one of the world's largest banking and financial services organizations. HSBC is marketed worldwide as "the world's local bank."