# Exhibit 7



March 2007

The world's local bank

## HSBC North America Holdings Inc.

**Who we are**   HSBC North America Holdings Inc. is one of the top 10 financial services organizations in the United States with assets totaling more than $300 billion. HSBC - North America is the holding company for all of HSBC's U.S. and Canadian businesses. The company's businesses serve more than 60 million customers in five key areas: personal financial services, consumer finance, commercial banking, private banking, and corporate investment banking and markets. Financial products and services are offered under the HSBC, HFC and Beneficial brands.

**Lines of business**   *HSBC Bank USA, N.A.* and *HSBC National Bank* offer customers access to global markets and services, through a full range of commercial banking products and services to individuals, corporations, institutions and governments. HSBC Bank USA, N.A. serves as an international dealer in derivative instruments and has mortgage banking and brokerage operations. HSBC has nearly 450 bank branches throughout the United States, with about 400 in New York State and a growing network of branches in New Jersey, Connecticut, Florida and California. HSBC also has bank branches in Pennsylvania, Washington, D.C., Delaware, Washington and Oregon.

HSBC Bank USA serves customers in the following areas:

*Personal Financial Services* provides a broad range of financial products and services including installment and revolving term loans, deposits, branch services, mutual funds, investments and insurance. Residential Mortgage Lending provides loan financing through several origination channels.

> *Private Banking* offers a full range of wealth management and specialist advisory services for high net worth individuals and families, including tailored lending, banking and cash management; investment services; insurance; trust and estate administration and custody services. In addition, our Private Bank professionals are able to leverage HSBC's vast global capabilities, resources and expertise on behalf of our clients, delivering capabilities ranging from wealth and tax advisory, philanthropic services and family office advisory to structured products, commercial real estate and middle market lending.
>
> *Commercial Banking* provides loan and deposit products to small and middle market corporations including specialized products such as real estate financing. Consumer Banking also offers various credit and trade related products, including standby facilities, performance guarantees and acceptance.
>
> *Corporate, Investment Banking and Markets* provides tailored financial products and services to the world's central banks, international and local corporations, institutional investors, financial institutions and other market participants. It includes corporate and institutional banking, investment banking, markets, asset management and transaction banking. The bank's affiliate, HSBC Securities (USA) Inc., serves as a primary dealer in U.S. government and federal agency securities.

*HSBC Bank Canada* is the seventh largest bank and a leading international financial institution in Canada. The bank provides a broad spectrum of products and services through its personal and commercial financial services, and corporate, investment banking and markets segments. The bank, with its corporate office located in Vancouver, has more than 170 offices including 127 branches across the country.

*Fact Sheet*



NKA001320

> *HSBC Finance Corporation* was formed as the legal entity that had been known as Household International, Inc. HSBC Finance Corporation's subsidiaries primarily provide middle market consumers real estate secured loans, auto finance loans, MasterCard® and Visa® credit cards, private label credit cards, personal non-credit card loans, taxpayer financial services and specialty insurance products. The following are the primary businesses that make up HSBC Finance Corporation:
>
>> *HSBC's Consumer Lending* business operates in the United States under the HFC and Beneficial names. It is one of the nation's largest consumer finance companies, with more than 1,350 branches in 46 states. It provides a variety of real estate secured and unsecured loans to primarily non-prime customers.
>>
>> *HSBC Mortgage Services* : Services residential real estate secured loans. Decision One Mortgage Company originates real estate secured loans that are sourced through mortgage brokers.
>>
>> *HSBC Card Services* is the sixth largest issuer of MasterCard or Visa credit cards in the United States. Its principal programs include The GM Card(SM), the AFL-CIO Union Plus® card and HSBC-branded cards. Under the HSBC Bank Nevada, N.A., Orchard Bank and Direct Merchants Bank® brands, the business also offers credit cards to consumers underserved by traditional providers in the United States.
>>
>> *HSBC Retail Services* is a leading issuer of private label and co-branded credit cards in the United States. It partners with the world's premier retailers and manufacturers to provide credit solutions to consumers and small businesses, to help them increase sales and enhance customer loyalty. Retail Services has more than 60 merchant relationships, including Best Buy, Bon-Ton, Costco, Neiman Marcus, Saks, Sony and Yamaha.
>>
>> *HSBC Auto Finance* is a leading provider of financing for new and used vehicles and has products that serve the full spectrum of credit consumers. The company purchases consumer contracts from thousands of active dealers in 47 states. Additionally, it originates and finances auto loans through direct solicitations, the Internet and alliances, and services auto loans for select HFC and Beneficial branches.
>>
>> *HSBC Insurance Services* offers credit life, disability, unemployment, accidental death, term life, whole life, annuities, long term care and a variety of other specialty insurance products to customers in the United States and Canada.
>>
>> *HSBC Taxpayer Financial Services* is the leading U.S. servicer of tax-related financial products offered to consumers through nearly 28,000 professional tax preparer locations and tax preparation software providers. Serving more than 10 million customers annually, the business leverages the annual U.S. income tax filing process to provide products that offer consumers quick and convenient access to funds in the amount of their anticipated tax refund.
>>
>> *HSBC Financial Corporation Limited* has over 130 branches in 10 provinces across Canada and offers consumer loans, mortgages, deposit products and private label credit cards to Canadian consumers.
>>
>> *HFC Bank Limited* in the United Kingdom is one of the largest pure consumer finance companies and specializes in the provision of loans and insurance to predominantly near-prime consumers through: a 150 strong branch network branded Beneficial Finance; two secured lending businesses, Sterling Credit Limited and Endeavour Personal Finance; a Retail Finance business and an Insurance business.

| | |
|---|---|
| **Location** | HSBC North America Holdings Inc. is headquartered in Prospect Heights, Ill. |
| **Media Contacts** | Group Public Affairs: Prospect Heights, (Ill.), 847-564-6761;   New York, 212-525-3800; Vancouver (BC) 604-641-2973; Toronto, 416-868-3878<br>Web site: www.hsbcusa.com |
| **Share Listings** | HSBC Holdings plc (NYSE:HBC) serves over 125 million customers worldwide through some 10,000 offices in 82 countries and territories in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa.  With assets of US $1,861 billion at 31 December 2006, HSBC is one of the world's largest banking and financial services organizations.  HSBC is marketed worldwide as 'the world's local bank'. |