# Exhibit 8

Form

EXHIBIT NO. 1

Y. FENNELY CSR5495

Page 1 of 12

# HSBC 

Thank you for taking the time to complete HSBC's Online Application. Our application is divided into several sections that can be completed separately. All applicants to HSBC are required to go through a criminal, credit, & previous employment Background Check. You will be taken to our application upon the agreement to the following disclosures. Thank you again for your interest in HSBC!

### Acknowledgement, Informed Consent and Release of Liability

"I certify that the facts contained in this application are true and complete. I understand that any false statement, omission or misrepresentation on this application is sufficient cause for refusal to hire, or dismissal if I have been employed. I authorize HSBC, Inc. and subsidiaries (the Company) to conduct a thorough investigation of my references and background, including a criminal background check. I release the Company, my former employers, my current and former education institutions and all references listed above from any and all claims, demands or liabilities arising out of or related to such investigation. I understand that employment is conditioned upon successful completion of the background investigation and my ability to verify my legal right to work in the United States and to be bonded. I also understand that employment may be terminated by me or by the Company at will, which means for any reason or no reason at all. I understand that according to the policy of the Company, a copy of which I have received, I will be required to submit a sample of my urine for chemical analysis if I accept an offer of regular employment. The purpose of this analysis is to determine or rule out the presence of prohibited controlled substances in my urine. I have had an opportunity to consider the testing request and this form and consent freely and voluntarily to this request for a urine specimen. I hereby release the Company, the testing laboratory and their employees, agents and contractors from any liability whatsoever arising from the testing of the urine sample and decisions made concerning my application for employment based upon the results of this analysis. Upon failure or refusal to submit to testing, I may not reapply for employment at the Company for 12 months. Results of testing will be kept confidential by the Company and the laboratory, although I have access to them. If necessary, I consent to have my drug test results released to a company-designated medical doctor for further evaluation."

Response *

I agree

### Authorization to Conduct a Criminal Background Investigation

Section 19 of the Federal Deposit Insurance Act provides that "except by prior written consent of the FDIC, any person who has been convicted of any criminal offense involving dishonesty or breach of trust may not participate, directly or indirectly, in any manner in the conduct of the affairs of any insured depository institution; and an insured depository institution may not permit such participation.

### RELEASE

I do hereby authorize HSBC (hereafter referred to as the Company) to obtain my fingerprints for the purpose of conducting a criminal background investigation, provided that this information is used solely for the purpose of determining my eligibility for employment. I understand that this is MANDATORY and a condition of my employment with the Company. I also agree to supply all of the additional information requested in this release and to provide all information requested on the Fingerprint Card, which is necessary to complete this investigation. I fully understand that if a criminal record is discovered, subject to review, my employment could be terminated. I understand that the Federal Bureau of Investigation will disclose all arrests whether the arrest resulted in a conviction or other disposition. If a previous arrest that resulted in a criminal record will be disclosed, I agree to contact a Human Resources Representative to discuss further. I also affirm that I have withheld no information that would affect my employment with the Company and understand that falsification of employment information, including information requested on this form, may result in the termination of my employment. I hereby release all persons connected with this criminal background investigation, including but not limited to the Company from any liability or damages for using or furnishing this information.

### ADDITIONAL INFORMATION

It is a requirement that a fidelity bond cover all employees. Unless your background is acceptable to a fidelity bonding company (not affected by race, color, religion, gender, national origin, age, disability, veteran status, or status within any protected group), it will be difficult to secure this bond and the Company may be unable to continue your employment. The following questions must be answered in determining suitability for hire. A dishonest answer to either of the two questions will lead to immediate dismissal. A "Yes" answer may necessitate further inquiry.

Have you ever been convicted of a felony, misdemeanor, or any offense other than a minor traffic

MORT000133

NKA001562

Form

violation? *
No

Have you ever been held liable in any civil or administrative action or had judgment entered against you
by any court or public agency in a matter involving dishonesty or breach of trust, including but not
limited to fraud, conversion, embezzlement, or theft? *
No

I have read this release and acknowledge that I understand the statements set forth. *
I agree

**By entering my name below, I understand that I am:**

1. Agreeing to all disclosures and releases stated above;
2. Authorizing my former employers and educational institutions to provide information to the
Company in connection with my application for employment; and
3. Consenting to receive this form electronically.

| | |
|---|---|
| Please Enter Your Name * | Philip Wong |
| Today's Date * | 10/25/2005 |

MORT000134

NKA001563

Form                                        Page 3 of 12

**Fair Credit Reporting Act Disclosure and Consent**

"As part of our procedure for processing your employment application, we will obtain from a credit reporting agency a consumer report containing financial and other information about you. We will not obtain such a report without your signed authorization. We comply with the Fair Credit Reporting Act, which provides consumers with rights regarding consumer reports and which places specific obligations on employers using credit reports."

Response *

**I agree**

By clicking yes to the Submit authorization question below, I understand that I am:

1. Authorizing the Company to obtain a consumer report from a credit reporting agency; and
2. Consenting to receive the disclosures above electronically.

Submit Authorization *

Yes

MORT000135

https://ushsbc71.recruitmax.com/MAIN/showDocument.cfm?szDocumentType=candidate...  8/20/2007

Form

## Basic Information

| First Name * | Middle | Last Name * | Preferred Name |
|---|---|---|---|
| **Philip** | | **Wong** | |

**Address1 ***
**43 Mateo Ave**

**City ***
**Daly City**

| Email * | State * | | Country |
| **pwong38@pacbell.net** | **CA** | Zip * | **USA** |
| | | **94014** | |

Current/Previous
Employer
**World Savings Bank**
Current/Previous Title
**Savings Loan
Specialist/Supervisor**

## Previous Addresses

| Previous Address 1 | Previous Address 2 |
|---|---|
| Street Address | Street Address |
| City | City |
| State | State |
| Zip | Zip |
| County | County |
| Length of Time (years) | Length of Time (years) |

## Additional Questions

Have you ever worked for HSBC and Household
International or one of its business units (HSBC
and Household) as an employee or through a
temporary agency? *
No
If yes, when?
If through a temporary agency please indicate the
Agency Name.

Do you have any relatives working at HSBC? *
No
If yes, give name
Relationship

What is your Social Security Number? (no dashes)
*
558550118
What is your date of birth (month/day only)? ex.
02/28 *
2/13

**MORT000136**

Form

Are you legally authorized to work in the United States? *

Yes

If no, please explain

Will you now or in the future require sponsorship for employment visa status? *

No

In what state were you issued your current driver's license?

ca

What is your current driver's license number?

b4644259

Are you willing to be transferred to different locations within the metropolitan area in which you apply? *

Yes

Are you willing to be transferred to other cities, if required? *

Yes

Are there any circumstances that would prevent you from performing any of the functions of the position for which you have applied? *

No

Explain

Applicants are not required to disclose sealed or expunged records of conviction or arrest.

Have you ever been convicted of a felony or misdemeanor? *

No

If yes, explain

Have you ever received court supervision, deferred adjudication (or any other type of pretrial diversion program),or pleaded guilty, nolo contendere, or no contest to a crime involving dishonesty or breach of trust? *

No

If yes, please explain

HSBC conducts background investigations. Answering "yes" will not necessarily disqualify you from being considered for employment.

Are you subject to a confidentiality agreement or a non-compete agreement with your current, or any former employer? If so, please provide a copy of the agreement. *

No

Do you have a commitment that would prevent you from working any particular hours or days? *

No

Explain

Are you at least 18 years of age? *

Yes

If not, do you have your working papers?

No

List dates and branches of all active US Military service.

Provide any additional information you believe we should consider regarding your application:

Self starter, driven, strong banking background with real estate background, problem solver, strong business ethics, willing to be educated in more than one area, full of ideas, enjoys training and developing a strong team

Education

MORT000137

NKA001566

Form

**Please list full educational history starting with the most recent**

Type *                                          Type
**College(s)**                                  **High School**
Name of School *                                Name of School
**San FRancisco State University**              **Westmoor High**
City *                                          City
**San Francisco**                               State
State *                                          Major field of study (GED: When received)
**CA**                                          Type of Degree
Major field of study (GED: When received) *     Did you graduate?
**Asian American Studies**                      **Yes**
Type of Degree *
Did you graduate? *
**Yes**

Type
Name of School
City
State
Major Field of Study (GED: When received)
Type of Degree
Did you graduate?

**Licenses**

License Type                                    License Type
**Notary Public**                               License Number
License Number                                  Issue Date
**B4644259**                                    Issued By
Issue Date                                      Expiration Date
**10/31/2004**
Issued By                                       License Type
**California**                                  License Number
Expiration Date                                 Issue Date
**10/31/2008**                                  Issued By
                                                Expiration Date

License Type
License Number
Issue Date
Issued By
Expiration Date

MORT000138

MORT000139

Form                                                                    Page 8 of 12

## Employment History

Please list all employment during the previous 5 years, beginning with the most recent

Most recent to present position
Company Name
**World Savings**
Company Telephone
**510-446-6000**
Street Address
**2197 Chestnut St**
City
**San Francisco**             State                    Zip
Date Employed From            **ca**                   **94132**
                              Date Employed To         Type
                                                       **Full Time**

Last Position                 Start Position
**Savings Loan**              **Management Trainee**
**Specialist/Supervisor**     Immediate Supervisor's Title
Immediate Supervisor's        Start Gross Pay Rate
Name                          **1800.00**
**Suchayla Sahli**                                     Pay Rate Frequency
Last Gross Pay Rate                                    **Hour**
**18.75**
Reason for Leaving
**better opportunity**
May we contact?
**Yes**

Next most recent position
Company Name
**Bank OF America**
Company Telephone
**4153781189**
Street Address
**sandhill**
City
**menlo park**                State                    Zip
Date Employed From            **ca**                   **94133**
                              Date Employed To         Type
                                                       **Full Time**

Last Position                 Start Position
**Assistant Branch Manager**  **Teller Coordinator**
Immediate Supervisor's        Immediate Supervisor's Title
Name                          **Manager**
**Tuan Dinh**                 Start Gross Pay Rate

MORT000140

Form                                                          Page 9 of 12

Last Gross Pay Rate          0.00              Pay Rate Frequency
42000.00                                       Year
Reason for Leaving
left the country for China
May we contact?
Yes

Next most recent position
Company Name
Wells Fargo
Company Telephone
18774793557
Street Address
church street
City
san francisco                State                Zip
Date Employed From           ca                   94114
                             Date Employed To     Type
                                                  Full Time

Last Position                Start Position
Branch Manager               Personal Banker
Immediate Supervisor's       Immediate Supervisor's Title
Name                         Manager
Tuan Dinh                    Start Gross Pay Rate
Last Gross Pay Rate          36000.00             Pay Rate Frequency
50000.00                                          Year
Reason for Leaving
finishing degree
May we contact?
Yes

Next most recent position
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                         State                Zip
Last Gross Pay Rate          Date Employed To     Type
                             Start Position
                             Immediate Supervisor's Title
                             Start Gross Pay Rate

                                                  MORT000141

https://ushsbc71.recruitmax.com/MAIN/showDocument.cfm?szDocumentType=candidate...  8/20/2007

Form                                                                      Page 10 of 12

Pay Rate Frequency

Reason for Leaving
May we contact?

**Next most recent position**
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                              State                          Zip
Last Gross Pay Rate               Date Employed To               Type
                                  Start Position
                                  Immediate Supervisor's Title
                                  Start Gross Pay Rate

Pay Rate Frequency

Reason for Leaving
May we contact?

**Next most recent position**
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                              State                          Zip
Last Gross Pay Rate               Date Employed To               Type
                                  Start Position
                                  Immediate Supervisor's Title
                                  Start Gross Pay Rate

Pay Rate Frequency

Reason for Leaving
May we contact?

**Next most recent position**
Company Name
Company Telephone

**MORT000142**

https://ushsbc71.recruitmax.com/MAIN/showDocument.cfm?szDocumentType=candidate...    8/20/2007

Form                                                    Page 11 of 12

Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                        State                    Zip
Last Gross Pay Rate         Date Employed To         Type
                            Start Position
                            Immediate Supervisor's Title
                            Start Gross Pay Rate

                                           Pay Rate Frequency

Reason for Leaving
May we contact?

**Next most recent position**
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                        State
Last Gross Pay Rate         Date Employed To
                            Start Position
                            Immediate Supervisor's Title
                            Start Gross Pay Rate

Reason for Leaving
May we contact?

**Next most recent position**
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                        State                    Zip
Last Gross Pay Rate         Date Employed To         Type
                            Start Position
                            Immediate Supervisor's Title
                            Start Gross Pay Rate

                                                      MORT000143

https://ushsbc71.recruitmax.com/MAIN/showDocument.cfm?szDocumentType=candidate...  8/20/2007

Form                                                                Page 12 of 12


                                          Pay Rate Frequency

Reason for Leaving
May we contact?

**Next Most Recent Position**
Company Name
Company Telephone
Street Address
City
Date Employed From
Last Position
Immediate Supervisor's
Name                              State
Last Gross Pay Rate               Date Employed To
                                  Start Position
                                  Immediate Supervisor's Title
                                  Start Gross Pay Rate


Reason for leaving
May we contact?


**Professional References**

| Reference Name | Reference Name | Reference Name |
|---|---|---|
| **James Harris** | **Amy Kwan** | **Tuan Dinh** |
| Occupation | Occupation | Occupation |
| **Sales** | **Internet editior** | **Branch Manager** |
| Address | Address | Address |
| **3100 geary blvd** | **395 Oyster Point Blvd** | City |
| City | City | **San Jose** |
| **san francisco** | **South San Francisco** | State |
| State | State | **ca** |
| **ca** | **CA** | Years Known |
| Years Known | Years Known | **7** |
| **5** | **2** | Telephone (day) |
| Telephone (day) | Telephone (day) | **415-378-1189** |
| **415-752-6620 x15** | **650-438-0246** | Telephone (evening) |
| Telephone (evening) | Telephone (evening) | **415-378-1189** |
| **415-861-6484** | **650-228-0190** | May we contact? |
| May we contact? | May we contact? | |

**Thank you for completing your application. If you have completed the application please click the "Save" button. Once you click the Save button, you will not have access to make any changes. If you would like to finish the application at a later date, please click Save as Draft.**

MORT000144

**IMPORTANT: COMPLETE ALL SECTIONS AND TYPE OR PRINT IN BLUE OR BLACK INK.**
An incomplete application may disqualify or otherwise work against you. This information will be used to evaluate your qualifications for the positions for which you are eligible. If you need more space, please attach an additional sheet.

## Personal Data

| Name Last | First | Middle | Social Security Number |
|---|---|---|---|
| YEE | DENNIS | | 091 - 60 - 1289 |

If additional information relative to a change of name, use of an assumed name or nickname is necessary to enable HSBC to verify your education or work history, please indicate

| Name(s) Used | Date of Name Change |
|---|---|
| | |

| Current Address Street | | Apartment # |
|---|---|---|
| 3380 SHERIDAN DR | | 332 |

| City | State | Zip Code |
|---|---|---|
| AMHERST | NY | 14226 |

| Phone Number | Alternate Phone Number/Type | E-Mail Address |
|---|---|---|
| (716) 553-3888 | ( ) - | YEE@ADELPHIA.NET |

| Are you at least 18 years of age? | If not, do you have your working papers? |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☐ No |

**Are you legally authorized to work in the United States?**

☒ Yes ☐ No    Note: If hired, the law requires you to provide proof that you are legally permitted to work in the U.S.A

**Are any of your relatives employed by HSBC or any of its subsidiaries or affiliates?**

☒ Yes ☐ No    If 'Yes,' please list name(s) and relationship(s)    SAMANTHA YEE , WIFE

**Have you previously worked for HSBC?**

☐ Yes ☒ No    Position _____    Location _____    Dates _____

**Security Information: The following must be obtained for Bank security purposes.**

**Have you ever been convicted of a criminal offense?**

☐ Yes ☒ No    If 'Yes,' please explain _____

Note: Conviction of a criminal offense does not automatically bar a person from employment at HSBC.

**How were you referred to HSBC?**

☐ Advertisement    ☐ College Recruiting    ☐ Internet    ☐ Open House    ☐ Walk-In
☐ Agency    ☒ HSBC Employee    ☐ Job Fair    ☐ Phone Inquiry

If referred by an HSBC employee, please indicate employee's name    SAMANTHA YEE

## Job Interest & Availability

| Please list the position(s) for which you are applying. |
|---|

| First Choice _____ | Date available |
|---|---|
| Second Choice _____ | to start _____ |

**Please indicate the hours you are available to work.**

☒ Full-Time    ☐ Part-Time    ☐ Either

**What days are you available to work?**

☒ Mon.    ☒ Tues.    ☒ Wed.    ☒ Thurs.    ☒ Fri.    ☐ Sat.    ☐ Sun.    ☐ Overtime

Employment at HSBC may include overtime assignments

**What shift(s) are you available to work?**

☒ 1st Shift    ☐ 2nd Shift    ☐ 3rd Shift    ☐ Any

MORT001072

List dates and branches of all active U.S. Military Service (enter N/A if not applicable).

From: _____ To: _____

Branch of Service _____

## Work Experience

Please provide a description of all your work experience, beginning with the most recent.

| Length of Employment | Company Name | Address |
|---|---|---|
| From: 8/01  To: 3/04 | BUBBLE TEA CAFE | FOODCOURT, BLVD MALL, AMHERST, NY |
| **Earnings** | | |
| $ 40,000   hr/wk/mo/(yr) | | |
| **Your title** | **Description of Duties** | |
| OWNER / OPERATOR | · DEVELOPED & EXECUTED COMPREHENSIVE BUSINESS PLANS, ACQUIRING NECESSARY FINANCIAL FUNDING | |
| **Hours worked per week** | · CONSTRUCTED & MAINTAINED BUDGETING, FORECASTING & REPORTING | |
| 60 | PROCEDURES BY CREATING PROCESSES & DETAILED TEMPLATES FOR | |
| **Reason for leaving** | FINANCIAL REPORTING | |
| SOLD BUSINESS | FOR MORE SEE ATTACHED RESUME | |

| Length of Employment | Company Name | Address |
|---|---|---|
| From: 6/97  To: 8/01 | NEAMCO OFC PRODS | 4242 RIDGE LEE RD, AMHERST, NY 14226 |
| **Earnings** | | |
| $ 26,000   hr/wk/mo/(yr) | | |
| **Your title** | **Description of Duties** | |
| DISTRICT SALES MGR | · BUILT & EXPANDED A LOYAL CLIENTBASE, WHICH REPRESENTED $1.6M IN ANNUAL WHOLESALE COMPUTER SUPPLIES SALES. | |
| **Hours worked per week** | · MANAGED ALL INBOUND & OUTBOUND SALES CALLS OF THE | |
| 40 | S.E. UNITED STATES | |
| **Reason for leaving** | | |
| TO OPEN MY OWN BUSINESS | FOR MORE SEE ATTACHED RESUME | |

| Length of Employment | Company Name | Address |
|---|---|---|
| From:   To: | | |
| **Earnings** | | |
| $   hr/wk/mo/yr | **Description of Duties** | |
| **Your title** | | |
| **Hours worked per week** | | |
| **Reason for leaving** | | |

## PRE-EMPLOYMENT STATEMENT

I HAVE CAREFULLY READ AND I UNDERSTAND HSBC'S APPLICATION FORM. The statements I have made are true and I have not knowingly withheld any information requested. I understand that consideration of my application will be subject to any investigations or examinations permitted by law and that, if this application is favorably considered, ANY MISREPRESENTATION MAY BE CAUSE FOR DISMISSAL. In addition, if I am hired, I voluntarily consent to be fingerprinted.

I understand that I may be required to undergo a drug screening test as a condition of employment, and that the results will be reviewed prior to an employment decision. I also understand that I can be dismissed for violation of HSBC's policy on substance abuse.

If hired, I agree to abide by the provisions of HSBC's rules, regulations, policies, practices and code of ethics. Further, I understand that the improper use of confidential information concerning HSBC or any of its customers may be cause for dismissal and may subject me and HSBC to penalties under various Federal and State laws and regulations.

If hired, I agree to notify HSBC immediately if I should be convicted of a criminal offense, regardless of any appeal rights which I may have.

I understand that if I am hired, it will be as an employee at will and I or HSBC will be free to terminate my employment at any time for any reason.

**THIS APPLICATION IS NOT AN EMPLOYMENT CONTRACT.**

4-24-04
Date

Signature

MORT001073



# HSBC

## AUTHORIZATION TO REVIEW INTERNAL ACCOUNTS AND/OR TO OBTAIN CONSUMER REPORT, INCLUDING GENERAL RELEASE

In connection with your Application for Employment with HSBC, you authorize HSBC to: (a) internally review any accounts which you presently have or previously have had with HSBC or any of its subsidiaries or affiliates ("Review") and/or (b) to procure an external consumer report ("Report") about you from a consumer reporting agency, such as Experian, Inc. through its "Employment Insight" Program ("Experian").

If any derogatory account information is reported from an internal account Review of HSBC or any of its subsidiaries or affiliates, then HSBC shall report the nature and substance of such information to you directly as part of its employment application process.

If HSBC does order a Report, you will, upon your request, be informed of that fact and of the name and address of any such consumer reporting agency. This disclosure shall be made to you in writing not later than five (5) days after your request and shall include the nature and scope of the Report requested. (Any request for such disclosure should be mailed to "Human Resources," HSBC, One HSBC Center, 25th Floor, Buffalo, New York 14203.)

In addition, you release HSBC, Experian and their respective employees and/or agents and all other persons, agencies and entities providing Reviews or Reports about you from any and all liability arising out of the use of any such Reviews or Reports.

(PLEASE PRINT)

SOCIAL SECURITY NUMBER   091 - 60 - 1289

NAME   DENNIS  
　　　　(First)　　　　　　　　　　　　　　　(Middle)　　　　　　　　　　　YEE (Last)

OTHER NAMES USED

SIGNATURE ___Dennis Yee___　　　DATE   4-24-04

----------------------------------------------------------------

(FOR HUMAN RESOURCES USE ONLY)

MORT001074

## Job Interest & Availability (continued)

### Desired Work Location

| Upstate New York | Metro New York/Long Island | Mid-Hudson | Other |
|---|---|---|---|
| ☐ Albany | ☐ Bronx | ☐ Dutchess County | ☐ Delaware |
| ☐ Binghamton/Elmira | ☐ Brooklyn | ☐ Orange County | ☐ Philadelphia |
| ☒ Buffalo/Erie County | ☐ Manhattan | ☐ Putnam County | ☐ |
| ☐ Niagara County | ☐ Nassau County | ☐ Rockland County | |
| ☐ Northern New York | ☐ Queens | ☐ Sullivan County | |
| ☐ Rochester Area | ☐ Staten Island | ☐ Ulster County | |
| ☐ South Western New York | ☐ Suffolk County | | |
| ☐ Syracuse/Mohawk Valley | ☐ Westchester | | |

## Education & Skills

### Please list all levels of education that apply

| | Name and Address of School | Major Course of Study | Graduate? Yes/No | Degree/Diploma | Check Highest Level Completed |
|---|---|---|---|---|---|
| High School (or equivalent) | BRONX HIGH SCHOOL OF SCIENCE BRONX, NY | MATH & SCIENCE | YES | REGENTS | ☐ 9  ☐ 11  ☐ 10  ☒ 12 |
| College or University | SUNY @ BUFFALO AMHERST, NY 14226 | PSYCHOLOGY | YES | B.A. | ☐ 1  ☐ 3  ☐ 2  ☒ 4 |
| Graduate School | | | | | Credits Completed |
| Business/ Technical School | | | | | Credits Completed |

### Please check all relevant skills:

**Software Knowledge:**
- ☒ WordPerfect
- ☒ Windows NT
- ☒ Microsoft Word
- ☒ Microsoft Excel
- ☒ Microsoft Powerpoint
- ☒ Microsoft Access
- ☒ Microsoft Publisher
- ☒ Lotus 123
- ☒ Lotus Notes
- ☒ Internet

**Systems Knowledge:**
- ☒ AS/400
- ☐ C Programming
- ☐ DB2
- ☐ COBOL/CICS
- ☐ IBM Mainframe/MVS
- ☐ DEC/VAX
- ☐ Client/Server
- ☐ Database Programming

### Additional Skills:

### In what languages can you communicate?

| Language | Native | Able to translate | Proficiency: (L = Low; M = Moderate; H = High) | | |
|---|---|---|---|---|---|
| | | | Speak | Read | Write |
| CHINESE (CANTONESE) | ☒ | ☒ | ☒ M | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |

### Licenses and Certifications

| | | |
|---|---|---|
| License/Certificate Type _____ | License/Certificate Type _____ | License/Certificate Type: _____ |
| License Number: _____ | License Number: _____ | License Number: _____ |
| Issue Date: _____ | Issue Date: _____ | Issue Date: _____ |
| Issued By: _____ | Issued By: _____ | Issued By: _____ |
| Expiration Date _____ | Expiration Date: _____ | Expiration Date: _____ |

MORT001075

JUL-19-98 MON 10:44 AM   HSBC USA              FAX NO. 518 420 7627         P. 03

PAGE ONE

| NAME | LAST | FIRST | MIDDLE |
|---|---|---|---|
| | GORA | ALYSSE | |

ADDRESS  STREET  314  E. 91ST ST. N.Y.  APT 1 E    PHONE Area Code 212 996 7321

CITY New York   STATE New York.   ZIP CODE 10128   SOCIAL SECURITY NUMBER 103 74 2364

ARE YOU LEGALLY AUTHORIZED TO WORK IN THE UNITED STATES?
☐ YES    ☐ NO    If you are hired, the law requires you to provide proof that you are legally permitted to work in the U.S.A.

ARE YOU 18 YEARS OF AGE OR OLDER?    DO YOU HAVE RELATIVES WHO WORK FOR HSBC Bank USA?
☑ YES   ☐ NO    ☑ YES  ☐ NO  Name Rebecca Slapo   Relationship Cousin

HAVE YOU PREVIOUSLY WORKED FOR HSBC?
☐ YES
☑ NO   Position _____   Location _____   Dates _____

YOU WERE REFERRED FOR EMPLOYMENT BY: Rebecca Slapo & Barbara Gordon

HAVE YOU EVER BEEN CONVICTED OF A CRIMINAL OFFENSE?
☐ YES  ☑ NO    If YES, please explain: _____

Conviction of a criminal offense does not automatically bar a person from employment at HSBC.

POSITION DESIRED
First Choice  LOAN ORGINATOR                CHOICE OF HOURS
Second Choice _____                   ☑ Full-Time  ☐ Part-Time  ☐ Either

DATE AVAILABLE TO START  July 15th 1999      CHOICE OF SHIFT
                                              ☐ 1st Shift  ☐ 2nd Shift  ☐ 3rd Shift
BRANCH OR LOCATION DESIRED  HAMPTONS & N.Y.C.   ABBREVIATED WORK WEEK
                                              ☐ 3 Day  ☐ 4 Day  ☐ Either
ARE YOU ABLE TO WORK OVERTIME?
☑ YES  ☐ NO    Employment at HSBC may include overtime assignments.

| NAME AND ADDRESS OF SCHOOL | MAJOR FIELD OF STUDY | CHECK HIGHEST LEVEL COMPLETED | GRADUATE? YES/NO | DIPLOMA/DEGREE |
|---|---|---|---|---|
| HIGH SCHOOL OR EQUIVALENCY DIPLOMA | ISRAEL | ☐ 9  ☐ 11  ☐ 10  ☒ 12 | Yes | Yes |
| COLLEGE(S) | ISRAEL | ☐ 1  ☐ 3  ☒ 2  ☐ 4 | | |
| GRADUATE SCHOOL | | CREDITS COMPLETED | | |
| TECHNICAL/VOCATIONAL/OTHER (SPECIFY) | Real Estate | CREDITS COMPLETED | Yes | |

LIST ADDITIONAL EDUCATION OR TRAINING YOU HAVE HAD OR DESCRIBE ANY VOLUNTEER WORK EXPERIENCE YOU HAVE HAD WHICH MAY BE CONSIDERED RELEVANT TO THE JOB FOR WHICH YOU ARE APPLYING.

HAVE YOU SERVED IN THE U.S. ARMED FORCES?
☐ YES  ☑ NO   if YES, what branch? _____
DID YOU RECEIVE SPECIAL TRAINING?
☐ YES  ☑ NO   if YES, what type? _____
DATES OF DUTY
From _____  to _____

HR 208 '7 1995

MORT001145

**Personal Data**

| | | |
|---|---|---|
| Docs. Position or Processing | | (626) 447-8153 588-1664 |
| Hor, Guec muy Eslephany 7 | D.O.B: 06/18/77 | (626 307-4600 |
| 1136 Knoll Dr. | | |
| Monterey Park   CA   91754 | | 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 |

| ☒ Republic Employee | ☐ College Placement | ☐ Search Firm/ Empl. Agency | ☐ Newspaper Ad | ☒ Other Referral |
|---|---|---|---|---|
| Sandy Au | | | | Friend |
| *(Name)* CM A|E | *(Name of School)* | *(Name of Firm)* | *(Which paper)* | *(Please explain)* |

Can you, after employment, submit verification of your legal right to work in the U.S.?  ☒ Yes  ☐ No

Are you at least 18 years of age and, if not, do you have valid working papers?  ☒ Yes  ☐ No

Are you able to perform the functions of the job for which you are applying, with or without a reasonable accommodation?  ☒ Yes  ☐ No

Do you object to working overtime?  ☐ Yes  ☒ No

Have you been employed by or previously applied to Republic New York Corporation or any of its subsidiaries?  ☐ Yes  ☒ No

If Yes, specify dates: Employed from _____ to _____ Applied on _____

---

Republic New York Corporation verifies the information provided by you in your application for employment, including educational and employment references. As part of the verification process, you may be asked to provide copies of degrees/diplomas. Republic may terminate your employment upon discovery of any discrepancy. Please insure that all of the information you provide is correct and that dates, degrees received and educational information is accurate. Answer all questions and indicate "NA" for those questions Not Applicable.

## Education

High School: Mark Keppel H.S. _____ Did you Graduate: yes  Type of Diploma High School

Address: Alhambra, CA.

| | | | | | |
|---|---|---|---|---|---|
| College | | | | | |
| | | | | | |
| | | | | | |
| Graduate School | | | | | |
| | | | | | |
| Supplemental Education | | | | | |
| | | | | | |

MORT001007

Have you ever been convicted of, or pleaded guilty to any crime? ☐ Yes   ☒ No

If yes, please note that a conviction or a pending criminal case will not result in an automatic disqualification from employment. The date(s), nature, and seriousness of the offense will be considered. However, please be advised that Section 19 of the Federal Deposit Insurance Act states that without the written permission of the FDIC, no person who has been convicted of any criminal offense involving dishonesty or a breach of trust or money laundering may participate, directly or indirectly, in the conduct of the affairs of an insured bank.

If you have answered yes, please explain: _____

_____

_____

_____

_____

**Please read the following statements carefully as they represent matters of importance to both you and Republic regarding this employment application:**

As a condition of my employment by Republic, I accept the principle that the welfare of the Corporation depends upon the conduct and honesty of the employee and upon the trust and confidence of the public. Our customers rightly expect honesty, security, and confidentiality in their accounts and the Corporation's affairs. Therefore:

1. I agree not to give any unauthorized information relative to the accounts of Republic or its relations with others to anyone and not to discuss matters of a confidential nature relating to Republic's affairs, unless such discussion is in the necessary course of business and is in accordance with Company policy.

2. I also agree to inform the officers of Republic, without delay, of any fraud, false entry, substantial error, embezzlement and employee misconduct, which I discover or know to have taken place in any records, property or funds of Republic, and to report any transaction or matter that seems to be irregular or damaging to Republic.

I understand that nothing contained in this employment application is intended to lead to or create an employment contract between Republic or any subsidiary or affiliate and myself. I further understand and agree that any employment relationship that may result from my application will be an employment at will, and either Republic New York Corporation or any subsidiary or affiliate may terminate the relationship at any time with or without cause or notice. This policy cannot be waived or changed except in writing, signed by an authorized Representative of Republic New York Corporation or any subsidiary or affiliate thereof.

**I certify that the information provided by me in this application is accurate and complete to the best of my knowledge. I understand that any misrepresentation or omission of information requested herein will be cause for rejection of this application or dismissal after employment.**

_____        _____
Applicant's Signature                              1-21-99
                                                            Date

_____        _____
Human Resources Representative                  Date

_____        _____
Interviewed by (Department/Branch Rep)         3 / 5 / 99
                                                            Date

_____        _____
Interviewed by (Department/Branch Rep)         Date

MORT001009

## Employment

Include U.S. Military service only if relevant - Do not show type of discharge

May we contact your present employer?
☐ Yes, you may contact anytime    ☒ Yes, contact upon acceptance of offer    ☐ No, do not contact at this time

**1**

| 11-97 | Present | T. J. Financial Inc. 9350 Flair Dr. #102, El Monte CA 9173 |
|---|---|---|
| Job Title | | Duties and Responsibilities |
| Cust Service Specialist | | Act as customers & Broker + service and other miscell. duties. |

| Reason for Leaving | Supervisor's Name and Phone No. X 119 | Base Salary | Bonus, Profit Shrg, Commission |
|---|---|---|---|
| | Florinda Volek (626) 307-4600 | 2,000 | Quarter bonus + yr end. $500 or more |

**2**

| 11-97 | Present | Macy's West - Santa Anita |
|---|---|---|
| Job Title | | Duties and Responsibilities |
| | | Beauty Consultant |

| Reason for Leaving | Supervisor's Name and Phone No. | Base Salary | Bonus, Profit Shrg, Commission |
|---|---|---|---|
| | Elizabeth Lam 626-445-5711 X2326 | $9 + Commission | |

**3**

| | | |
|---|---|---|
| Job Title | | Duties and Responsibilities |
| | | |

| Reason for Leaving | Supervisor's Name and Phone No. | Base Salary | Bonus, Profit Shrg, Commission |
|---|---|---|---|
| | | | |

**4**

| | | |
|---|---|---|
| Job Title | | Duties and Responsibilities |
| | | |

| Reason for Leaving | Supervisor's Name and Phone No. | Base Salary | Bonus, Profit Shrg, Commission |
|---|---|---|---|
| | | | |

## Skills

Word Processing /Computer Skills                    Language (other than English)

**Hardware**
☐ DEC
☐ IBM PC
☐ Macintosh
☐ Other ___

**Software**
☐ All in One
☐ Lotus/Excel
☒ Word for Windows
☐ Power Point
☐ Access
___

☐ Other ___

| | Speak | Read | Write |
|---|---|---|---|
| Cantonese | ☒ Speak | ☒ Read | ☐ Write |
| Mandarin | ☒ Speak | ☒ Read | ☒ Write |
| Chou-chow | ☒ Speak | ☐ Read | ☐ Write |
| Cambodia | ☒ Speak | ☐ Read | ☐ Write |

Office Machines you can operate: Typewriter, Copy, Fax    Typing Speed 45 wpm    FLH Speed ___ wpm    Steno Speed ___ wpm

Professional Licenses you hold: ___    License Expiration Dates: ___, ___

MORT001008

Have you ever been convicted of, or pleaded guilty to any crime? ☐ Yes    ☒ No

If yes, please note that a conviction or a pending criminal case will not result in an automatic disqualification from employment. The date(s), nature, and seriousness of the offense will be considered. However, please be advised that Section 19 of the Federal Deposit Insurance Act states that without the written permission of the FDIC, no person who has been convicted of any criminal offense involving dishonesty or a breach of trust or money laundering may participate, directly or indirectly, in the conduct of the affairs of an insured bank.

If you have answered yes, please explain: _____

_____

_____

_____

_____

_____

**Please read the following statements carefully as they represent matters of importance to both you and Republic regarding this employment application:**

As a condition of my employment by Republic, I accept the principle that the welfare of the Corporation depends upon the conduct and honesty of the employee and upon the trust and confidence of the public. Our customers rightly expect honesty, security, and confidentiality in their accounts and the Corporation's affairs. Therefore:

1. I agree not to give any unauthorized information relative to the accounts of Republic or its relations with others to anyone and not to discuss matters of a confidential nature relating to Republic's affairs, unless such discussion is in the necessary course of business and is in accordance with Company policy.

2. I also agree to inform the officers of Republic, without delay, of any fraud, false entry, substantial error, embezzlement and employee misconduct, which I discover or know to have taken place in any records, property or funds of Republic, and to report any transaction or matter that seems to be irregular or damaging to Republic.

I understand that nothing contained in this employment application is intended to lead to or create an employment contract between Republic or any subsidiary or affiliate and myself. I further understand and agree that any employment relationship that may result from my application will be an employment at will, and either Republic New York Corporation or any subsidiary or affiliate may terminate the relationship at any time with or without cause or notice. This policy cannot be waived or changed except in writing, signed by an authorized Representative of Republic New York Corporation or any subsidiary or affiliate thereof.

**I certify that the information provided by me in this application is accurate and complete to the best of my knowledge. I understand that any misrepresentation or omission of information requested herein will be cause for rejection of this application or dismissal after employment.**

_____     _____
Applicant's Signature                          1-21-99
                                                            Date

_____     _____
Human Resources Representative             Date

_____     _____
Interviewed by (Department/Branch Rep)    3/5/99
                                                            Date

_____     _____
Interviewed by (Department/Branch Rep)    Date

MORT001009

*& She provided a copy of her diploma from Mark Keppel High Schl.*

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
Guec Muy Hor   D.O.B. 06/18/79
Republic National Bank

Bukovsky,


EDUCATION .    .    .    .    .    See detail

EMPLOYMENT .    .    .    .    .    .    Verified


Complete

05-06-99

IDENTIFICATION

Guec Muy Hor
1136 Knoll Drive, Monterey Park, CA

========

EDUCATION

Mark Keppel High School                    Given:Not-Given
Alhambra, CA                               Verified:Not-Verified
                                           Diploma

The subject indicated that she attended this institution and
graduated with a Diploma. Yvonne Butler, Records Representative
at Mark Keppel High School, informed us that she was unable to
locate any record of the subject's attendance with the
information provided.  This information differs from that
provided by the subject.  We have forwarded a written request to
this institution in an effort to reverify this information.
Should we receive any information contrary to that obtained by
telephone, we will inform the inquirer in a supplementary report.
] !S05-06
========


EMPLOYMENT

TJ Financial Incorporated                  Given:11/97-Present
El Monte, CA                               Verified:11/97-4/99
                                           Customer Service Specialist

The subject indicated that she has been employed at TJ Financial
Incorporated since 11/97 and currently holds the position of
Customer Service Specialist. We have attempted to contact the
subject's listed supervisor, however, Florinda Kolek was
unavailable. Jocelyn Lee, Manager at TJ Financial Incorporated,
verified that the subject was employed from 11/97 to 4/99. Her
last position held was verified as Customer Service Specialist.
No additional information was furnished.
] V 05-05                                  **MORT001010**
========


Macy's West                                Given:11/97-Present
Santa Anita, CA                            Verified:11/7/97-Present
                                           Beauty Consultant

The subject indicated that she has been employed at Macy's West since 11/97 and currently holds the position of Beauty Consultant. We were informed by Elizabeth Cam, the subject's listed supervisor, that was unable to provide us with a qualitiative reference for the subject. We contacted the Automated Employment Verification Line, for Macy's West, informed us that the subject has been employed since 11/7/97 and currently holds the position of Beauty Consultant. No additional information was furnished.

PROUDFOOT REPORTS INCORPORATED          (C) Copyright 1987