# Exhibit 16

26-Jun-2007 09:13 AM  LITTLER MENDELSON P.C.  (415) 399-8490                                                         3/3



## HSBC Mortgage Corporation (USA)                                                                          April, 2007

**Who we are**   HSBC Mortgage Corporation (USA) is ranked among the top mortgage companies, servicing over 433,000 mortgage and home equity loans totaling $68.8 billion. HSBC Mortgage Corporation (USA), a wholly owned subsidiary of HSBC Bank USA, N.A., is a member of the HSBC Group, which is one of the largest banking and financial service organizations in the world. The Group's international network comprises around 10,000 offices in 82 countries and territories in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa.

**History**   HSBC merged with Spectrum Home Mortgage Corporation in 1995, enhancing our retail philosophy, which increased the servicing portfolio to $8 billion. In 1997, HSBC purchased First Federal Savings & Loan Association of Rochester, extending the broker network to over 1,000 accounts, elevating the servicing portfolio to $20 billion. In 2000, HSBC merged with Republic Consumer Lending Group, providing more than 1,500 additional third party accounts, increasing the servicing portfolio to $32 billion.

**Products**
- Adjustable & Fixed Rate Mortgages
- Affordable Housing
- Alt A
- Conforming & Jumbo Loan Amounts
- Home Equity Lines & Loans
- Home Renewal (rehab loans)
- Interest Only
- Less than perfect credit programs
- Limited Documentation
- Low/No Downpayment
- New Construction
- VA and FHA

**Management**
| | |
|---|---|
| Randall L. Raup | EVP, Mortgage Banking |
| Vinodh Balaraman | SVP, Home Equity Strategy and Development |
| David S. Gates | SVP, National Mortgage Sales |
| John Guo | SVP and Chief Credit Officer |
| Thomas J. Scanlon | SVP and Chief Accounting Officer |
| Kathleen Chubb | SVP, Mortgage Lending Operations and Business Administration |
| David Travis | SVP, Asset Management and Capital Markets |
| Susan Wojnar | SVP, Servicing and Business Administration |

**Headquarters**   2929 Walden Avenue, Depew, NY 14043

**Offices**   Over ninety account executives are responsible for over 5,000 wholesale and correspondent accounts in 48 states. There is also a retail sales staff of over 340 loan officers covering more than 39 offices in CA, CT, FL, NJ, NY, PA, VA and D.C. The Telesales group conducts business in 48 states.

**Staff**   More than 1,500 employees

**Recognition**
Member of the Freddie Mac "Hall of Fame"
Freddie Mac Tier 1 Servicer – performing and non-performing loans 2000-2006
Rated STRONG by S&P for Residential Loan Servicing (highest available rating)
Rated RPS2+ by Fitch Ratings for Prime, Alt-A and Home Equity Residential Loan Servicing
Fannie Mae Peak Performance with a rating of Excellence-Investor Reporting
Mortgage loan officers named to Mortgage Originator Magazine Top 200 list 2000-2005

**Media Contacts**   Public Affairs: Buffalo (716) 841-5003 / New York City (212) 525-3800

**Website**   us.hsbc.com/personal/mortgage

## Fact Sheet

 Issued by HSBC Mortgage Corporation (USA) 2007
Designed by HSBC Mortgage Corporation (USA)

APS985387 4/07

NKA001212