# Exhibit 17