# Exhibit 5

```
00001
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4 PHILIP WONG, FREDERIC CHAUSSY,
 5 And LESLIE MARIE SHEARN,
 6 Individually, on behalf of all
 7 Others similarly situated, and
 8 On behalf of the general public,
 9           Plaintiffs,
10   vs.           NO. 3:07-CV-2446 MMC
11 HSBC MORTGAGE CORPORATION (USA)
12 HSBC BANK, USA, N.A.; and
13 DOES 1 through 50, inclusive,
14           Defendants.
15 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
16
17           DEPOSITION OF PHILIP WONG
18           SAN FRANCISCO, CALIFORNIA
19             NOVEMBER 29, 2007
20
21
22   Reported by Yvonne Fennelly, CSR No. 5495
23
24
25
```

00115
1      for identification.)

2 BY MR. TICHY:

3    Q.  Do you recognize this document?

4    A.  Yes.

5    Q.  Is this a schedule that was provided to the
6 various loan officers for July of 2007?

7    A.  Yes.

8    Q.  And when it indicates a location such as
9 Montgomery or Irving, is that a location of HSBC Bank?

10   A.  Yes.

11   Q.  And were there any particular hours that the
12 bank was open in July?

13   A.  From 9:00 to 5:00.

14   Q.  9:00 to 5:00?

15   A.  Okay.

16   Q.  And did you, when you went to work at any
17 branch, come to that branch at a specific time which you
18 had established in advance, or did it vary?

19   A.  No, I was there from 9:00 to 5:00. At times we
20 would have to join the branch meetings, and that was at
21 8:00 o'clock. And the majority of our time was spent --
22 before we even left, we would all stay there until
23 everyone left.

24   Q.  Okay.

25       Now, when you say "everyone left," you're

00116

1 talking about customers?

2   A.  No.  Bank employees.

3   Q.  Did anyone tell you that you had to arrive at a

4 bank at 9:00 o'clock?

5   A.  We had e-mail sent by Amy Ku stating that we

6 should be professionals assigned by our schedule and be

7 at that banking center.

8   Q.  Right.

9       Was there anything that was ever indicated to

10 you that you had to be there at 9:00 o'clock as opposed

11 to 9:15 or 9:30?

12   A.  Can you rephrase the question?

13   Q.  I'll let her read it back.

14      (Record read.)

15      THE WITNESS:  Yes, according to the e-mail from

16 Amy Ku.

17 BY MR. TICHY:

18   Q.  Now, how many e-mails did you get from Amy Ku

19 that told you you had to be there at 9:00 o'clock?

20   A.  As of today, I do not recall.

21   Q.  Was it more than one?

22   A.  Yes.

23   Q.  And your recollection as you sit here today is

24 that when we go into those e-mails, there is going to be

25 an e-mail that says you must be at the bank at