# Exhibit 12

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | **Case No.: 3:07-cv-2446 MMC**<br><br><br><br>**NOTICE OF COLLECTIVE ACTION** |

**TO:** **ALL PRESENT AND FORMER RETAIL MORTGAGE LENDING CONSULTANTS, SENIOR RETAIL MORTGAGE LENDING CONSULTANTS, AND PREMIER MORTGAGE SALES OFFICERS ("LOAN OFFICERS") WHO WORKED FOR HSBC MORTGAGE CORPORATION (USA), AND HSBC BANK USA, N.A., ("HSBC") FROM MAY 7, 2004 TO THE PRESENT.**

**RE:** **FAIR LABOR STANDARDS ACT LAWSUIT FILED AGAINST HSBC.**

## INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit brought against HSBC, to advise you of how your rights may be affected by this action, and to instruct you on the procedure to make a claim if you choose to do so.

## DESCRIPTION OF THE ACTION

On May 7, 2007, an action was filed against Defendant HSBC on behalf of the named Plaintiffs and all other similarly-situated individuals who worked as Loan Officers or Sales Assistants[1] for HSBC during the past three years. Specifically, the action alleges that these individuals are owed overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, for hours worked in excess of forty (40) per week. Plaintiffs also seek an additional amount as liquidated damages, as well as attorneys' fees and costs. This litigation is currently in the early pretrial stage.

Generally, the overtime provisions of the FLSA require that, for all hours over forty hours per week that an employee works, the employer must compensate the employee at the rate of one and one-half times his or her regular hourly rate, unless that employee is properly classified as "exempt" from the overtime provisions of the FLSA. The Plaintiffs in this lawsuit claim that during one or more weeks of their employment with HSBC, they worked in excess of forty hours, but were not paid overtime at the rate of one and one-half times their hourly rate for the hours they worked in excess of forty. Plaintiffs claim that HSBC misclassified them as exempt from overtime.

HSBC denies Plaintiffs' allegations in their entirety. Specifically, HSBC asserts that the company properly classified its current and former Loan Officers – including Plaintiffs and the

---

[1] Sales Assistants are not part of the present notice.

- 1 -

NOTICE OF COLLECTIVE ACTION
C 07-2446 MMC

class of employees Plaintiffs seek to represent – as exempt from the receipt of overtime wages because these current and former employees are, and at all times were, primarily performing the work of overtime-exempt employees. HSBC also contends that it properly paid all of its current and former Loan Officers.

### **PERSONS ELIGIBLE TO RECEIVE THIS NOTICE**

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly-situated. Those individuals that Plaintiffs allege are similarly-situated are current and former Loan Officers employed by HSBC anywhere in the United States from May 7, 2004 to the present.

This notification is only for the purpose of determining the identity of those persons who wish to be involved in this case and has no other purpose. Your right to participate in this lawsuit may depend on a later decision by the United States District Court that you and the representative Plaintiffs are actually "similarly-situated."

### **YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT**

If you are or were a Loan Officer at HSBC during the previous three years, you may have a right to participate in this lawsuit. Enclosed you will find a document entitled "Plaintiff Consent Form and Declaration." If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, assuming the Court determines that you are similarly-situated to the named Plaintiffs, it is extremely important that you read, sign and return the Consent Form and Declaration by mail to Plaintiffs' counsel at the following address:

Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll-Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870

The "Plaintiff Consent Form and Declaration" must be postmarked by _____[60 days after new notice is mailed], 2008.

- 2 -     NOTICE OF COLLECTIVE ACTION
C 07-2446 MMC

**EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT**

If you choose to join this action, you and HSBC will be bound by any ruling, judgment, or award, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. In addition, Nichols Kaster & Anderson will seek to be compensated for their efforts in litigating this case, at least 1/3 of all proceeds, and up to a combined 40% of all recovery, which will proportionately reduce the award that each class member would receive.

You should also understand that if you join the lawsuit, then you may, but will not necessarily, be required to provide documents to HSBC's lawyers and/or attend a deposition and answer HSBC's lawyers' questions under oath.

If you decide to participate in this action, you will not incur any costs at all during or after the litigation process, since Nichols Kaster & Anderson has agreed to absorb all such costs.

If you do not join this action, you will not be bound by any ruling, judgment, award, or settlement, entered in this case, favorable or unfavorable. If you do not to join this action, you are free to take action on your own.

**STATUTE OF LIMITATIONS**

The FLSA has a maximum statute of limitations of three years. If you choose to join this action and the Court finds in favor of the Plaintiffs, you may be able to recover back wages only during weeks you worked within three years of the date you file your "Plaintiff Consent Form." If you choose not to join in this action, then you may file your own action. Be advised that the clock will still be running on your time limit for filing your own action, if you do not join this lawsuit.

**NO RETALIATION PERMITTED**

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, HSBC is prohibited from discharging you or retaliating against you in any other

manner because you choose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Plaintiff Consent Form, you will be agreeing to representation by Plaintiffs' Counsel:

**Nichols Kaster & Anderson, PLLP**
Donald H. Nichols, Paul J. Lukas, and Tim Selander
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

**Nichols Kaster & Anderson, LLP**
Bryan Schwartz and Matt Helland
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870
www.nka.com

The Plaintiffs' attorneys are being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees. The specific terms and conditions of representation will be contained in a fee agreement entered into by Plaintiffs' attorneys and you.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting attorneys for Plaintiffs**:**

BRYAN SCHWARTZ
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (877) 448-0492
Facsimile: (415) 421-1700
Email: Schwartz@nka.com
www.nka.com

**YOU SHOULD NOT CONTACT THE COURT AT THIS TIME.**

## CONCLUSION

**THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE HONORABLE MAXINE CHESNEY, UNITED STATES DISTRICT COURT JUDGE.**

**THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.**

_____
The Honorable Maxine Chesney
United States District Judge

**CONSENT FORM AND DECLARATION**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No. C 07-2446 MMC

    I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

    I certify under the penalty of perjury that the following is true and correct:

During the past three years, there were occasions where I worked over 40 hours per week for HSBC and did not receive overtime compensation.

    I worked for HSBC as (please check all that apply):

    ☐ Sr. Retail Mort. Lending Consultant

    ☐ Retail Mort. Lending Consultant

    ☐ Premier Mortgage Sales Officer

    ☐ Other Mortgage Sales Employee

_____  _____
Signature                                Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
Print Name

_____
City, State, Zip Code

_____
Best Phone Numbers

_____
E-Mail Address

_____
Social Security Number

_____
Emergency Contact

_____
HSBC Branch Location Worked

**Fax or Mail To:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**