the **Voice** for employees

**Nichols Kaster & Anderson** LLP

December 28, 2007

**VIA HAND-DELIVERY AND ECF**
Honorable Judge Maxine Chesney
U.S.D.C. Northern District of California
Courtroom 7, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Wong et al v. HSBC et al*
            *07-cv-2446 MMC*
            *Our File 10609-01*

Honorable Judge Chesney:

Per Defendant's request, on December 27, 2007, Plaintiffs filed an Amended Motion for Conditional Class Certification and Partial Summary Judgment (Docket #71), re-noticing the motion hearing date to February 1, 2007. Plaintiffs have extended the courtesy of requesting a new hearing date in order to accommodate Defendant's Notice of Unavailability from December 22, 2007 to January 4, 2008 (Docket # 62).

Attached, please find a courtesy copy of the Amended Motion and attachments.

Please contact me if you have any questions or concern. Thank you for your time and attention to this matter.

                                              Sincerely,

                                              Bryan J. Schwartz

cc:    Michelle Barrett
        VIA EMAIL, without attachments