1  Counsel listed on next pages

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR TOLLING OF FLSA STATUTES OF LIMITATIONS REGARDING CLASS AND PUTATIVE CLASS MEMBERS AND MOVING HEARING ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION |

1  Donald H. Nichols, MN State Bar No. 78918
2  (admitted **pro hac vice**)
   Paul J. Lukas, MN State Bar No. 22084X
3  (admitted **pro hac vice**)
   Tim C. Selander, MN Bar No. 0387016
4  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
   Email: nichols@nka.com, lukas@nka.com, selander@nka.com
7
   Bryan J. Schwartz, CA State Bar No. 209903
8  Matthew C. Helland, CA State Bar No. 250451
   NICHOLS KASTER & ANDERSON, LLP
9  One Embarcadero Center, Ste. 720
   San Francisco, CA 94111
10 schwartz@nka.com, helland@nka.com

11 Attorneys for Individual and Representative Plaintiffs

12 George J. Tichy, II, CA Bar No. 041146
   Michelle R. Barrett, CA Bar No. 197280
13 Kimberly L. Owens, CA Bar No. 233185
   Justin T. Curley, CA Bar No. 233287
14 LITTLER MENDELSON
   A Professional Corporation
15 650 California Street, 20th Floor
   San Francisco, CA 94108.2693
16 Telephone: 415.433.1940
   Facsimile: 415.399.8490
17 E-mail: gtichy@littler.com, mbarrett@littler.com,
18 kowens@littler.com, jcurley@littler.com

19 Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
20 HSBC BANK USA, N.A.

21
22
23
24
25
26
27
28

- 2 -

PURSUANT TO LOCAL RULE 7-12, Plaintiffs Philip Wong, *et al.* and Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, NA (collectively, "the parties") stipulate as follows:

WHEREAS, the parties understand that scheduling difficulties arise during the holiday season;

WHEREAS, the parties have agreed, upon Court approval, that Plaintiffs and putative Plaintiffs' Class Members should not be adversely affected by counsel's scheduling requirements;

WHEREAS, the FLSA, 29 U.S.C. § 216(b) does not toll the statute of limitations on FLSA claims until each class member "opts-into" the suit;

WHEREAS, Plaintiffs have filed a motion for conditional certification which, if successful, would provide for judicial notice to class members, to notify them of an opportunity to "opt-into" the suit;

WHEREAS, Defendants wish to postpone the hearing on this motion until February 8, 2008, from its current January 25, 2008 date, due to previous holiday plans, as noticed in the Notice of Unavailability filed with the Court on November 13, 2007, as well as due to a previously scheduled business trip planned by lead counsel, George J. Tichy and Michelle R. Barrett, for January 24 and 25, 2008; and

WHEREAS, nothing by this stipulation or any other written or oral agreement by Defendants shall be construed as an admission or a waiver that class certification or a collective action in this case is appropriate;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

The parties respectfully request that this Court toll the statute of limitations for all FLSA claims for a period of two (2) weeks for any putative Plaintiffs' class members who file a "Consent" or "Opt-In" form after the date this Court decides upon the Plaintiffs' motion for conditional certification, currently on file. The effect of such tolling shall be that any putative

class members shall have two (2) weeks added to the statute of limitations applying to each putative class member's claims.

Dated: January 2, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/_____
Bryan J. Schwartz
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: January 2, 2008

LITTLER MENDELSON, PC

By: _____/s/_____
Michelle R. Barrett
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Maxine M. Chesney
United States District Court Judge