1   Counsel listed on next pages

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10  Philip Wong, Frederic Chaussy, and Leslie        **Case No.: 3:07-cv-2446 MMC**
    Marie Shearn, individually, on behalf of all
    others similarly situated, and on behalf of      **STIPULATION AND [PROPOSED]**
11  the general public,                              **ORDER FOR TOLLING OF FLSA**
                                                     **STATUTES OF LIMITATIONS**
12                                Plaintiffs,         **REGARDING CLASS AND PUTATIVE**
                                                     **CLASS MEMBERS AND MOVING**
13            vs.                                    **HEARING ON PLAINTIFFS' MOTION**
                                                     **FOR CONDITIONAL CERTIFICATION**
14  HSBC Mortgage Corporation (USA);
    HSBC Bank USA, N.A.; and DOES 1
15  through 50, inclusive,

16                                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1

2

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X

3

4

(admitted **pro hac vice**)
Tim C. Selander, MN Bar No. 0387016
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP

5

4600 IDS Center
80 S. 8th Street

6

Minneapolis, MN 55402
Email: nichols@nka.com, lukas@nka.com, selander@nka.com

7

8

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP

9

One Embarcadero Center, Ste. 720
San Francisco, CA 94111
schwartz@nka.com, helland@nka.com

10

11

Attorneys for Individual and Representative Plaintiffs

12

George J. Tichy, II, CA Bar No. 041146
Michelle R. Barrett, CA Bar No. 197280

13

Kimberly L. Owens, CA Bar No. 233185
Justin T. Curley, CA Bar No. 233287

14

LITTLER MENDELSON
A Professional Corporation

15

650 California Street, 20th Floor
San Francisco, CA 94108.2693

16

Telephone: 415.433.1940
Facsimile: 415.399.8490

17

E-mail: gtichy@littler.com, mbarrett@littler.com,

18

kowens@littler.com, jcurley@littler.com

19

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and

20

HSBC BANK USA, N.A.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
TOLLING OF FLSA STATUTES OF LIMITATIONS
REGARDING CLASS AND PUTATIVE CLASS, ETC.
MEMBERS  C 07 2446 MMC

1    PURSUANT TO LOCAL RULE 7-12, Plaintiffs Philip Wong, *et al.* and

2    Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, NA (collectively, "the

3    parties") stipulate as follows:

4    WHEREAS, the parties understand that scheduling difficulties arise during the

5    holiday season;

6    WHEREAS, the parties have agreed, upon Court approval, that Plaintiffs and

7    putative Plaintiffs' Class Members should not be adversely affected by counsel's scheduling

8    requirements;

9    WHEREAS, the FLSA, 29 U.S.C. § 216(b) does not toll the statute of limitations

10   on FLSA claims until each class member "opts-into" the suit;

11   WHEREAS, Plaintiffs have filed a motion for conditional certification which, if

12   successful, would provide for judicial notice to class members, to notify them of an opportunity to

13   "opt-into" the suit;

14   WHEREAS, Defendants wish to postpone the hearing on this motion until

15   February 8, 2008, from its current January 25, 2008 date, due to previous holiday plans, as

16   noticed in the Notice of Unavailability filed with the Court on November 13, 2007, as well as due

17   to a previously scheduled business trip planned by lead counsel, George J. Tichy and Michelle R.

18   Barrett, for January 24 and 25, 2008; and

19   WHEREAS, nothing by this stipulation or any other written or oral agreement by

20   Defendants shall be construed as an admission or a waiver that class certification or a collective

21   action in this case is appropriate;

22   IT IS HEREBY STIPULATED by and between the parties to this action through

23   their designated counsel as follows:

24   The parties respectfully request that this Court toll the statute of limitations for all FLSA

25   claims for a period of two (2) weeks for any putative Plaintiffs' class members who file a

26   "Consent" or "Opt-In" form after the date this Court decides upon the Plaintiffs' motion for

27   conditional certification, currently on file. The effect of such tolling shall be that any putative

28

1    class members shall have two (2) weeks added to the statute of limitations applying to each

2    putative class member's claims.

3

4    Dated:  January 2, 2008

5                                                    NICHOLS KASTER & ANDERSON, LLP

6

7                                                    By: _____/s/_____
                                                              Bryan J. Schwartz
8                                                    Attorneys for Plaintiffs and Representative Plaintiffs

9

10   Dated:  January 2, 2008

                                                     LITTLER MENDELSON, PC
11

12

13                                                   By: _____/s/_____
                                                              Michelle R. Barrett
14                                                   Attorneys for Defendants

15

16                                         **ORDER**

17        PURSUANT TO STIPULATION, IT IS SO ORDERED, and the hearing on plaintiffs' motion is
     continued to February 8, 2008, at 9:00 a.m.
18

19

20   Dated:  ___January 4, 2008___        _____
                                                     Honorable Maxine M. Chesney
21                                                   United States District Court Judge

22

23

24

25

26

27

28
                                                     STIPULATION AND [PROPOSED] ORDER FOR
                                                     TOLLING OF FLSA STATUTES OF LIMITATIONS
                                                     REGARDING CLASS AND PUTATIVE CLASS, ETC.
                                                     MEMBERS  C 07 2446 MMC