GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF DAVID GATES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT**<br><br>Date:            February 8, 2008<br>Time:           9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:          Hon. Maxine M. Chesney<br><br>Complaint Filed:   June 29, 2007 (Amended)<br>Trial Date:           Not Yet Set |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF DAVID GATES                                                                                      Case No. C 07 2446 MMC [ECF]

1  I, David Gates, hereby declare and state:

2  1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following.

3  2. I am employed by HSBC Mortgage Corporation (USA) (hereinafter "HMCU") as "Senior Vice President—National Sales and Marketing." My employer's name—"HSBC Mortgage Corporation (USA)"—appears on my work-related documents, including my business cards.

4  3. In 1997, I worked for a company called Marine Midland Bank, which was owned by an HSBC company. In or about 2000, Marine Midland Bank rebranded and became known as HSBC Mortgage Corporation (USA).

5  4. Since May 7, 2004, HMCU has employed approximately four hundred seventy-five (475) people in the Senior Retail Mortgage Lending Consultant, Retail Mortgage Lending Consultant or Premier Mortgage Sales Officer positions.

6  5. HMCU currently employs approximately two hundred sixty (260) people in the Senior Retail Mortgage Lending Consultant, Retail Mortgage Lending Consultant or Premier Mortgage Sales Officer positions (generally called "loan officers"). These "loan officers" work in California, Connecticut, Delaware, Florida, New Jersey, New York, Pennsylvania, and the District of Columbia.

7  6. Of the approximate, current 260 "loan officers," approximately only ten (10) are employed in California. In fact, since 2004, HMCU has employed only an approximate total of thirty-three (33) "loan officers" in California.

8  7. Historically, neither HBUS nor HMCU has had a very big or strong presence in California. It was only in 2005 that HBUS and HMCU began to work on increasing their presence and recognition in California. By comparison, HBUS and HMCU have had very strong and visible presences in New York for at least ten (10) years. Given the fact that HBUS and HMCU are more well known in the Eastern states, it would be fair and accurate to say that "loan officers" working in California have had very different experiences in working for HMCU and developing their business and prospective client base. Thus, the experiences of "loan officers" in California

DECLARATION OF DAVID GATES    1.    Case No. C 07 2446 MMC [ECF]

cannot be seen as typical or similar to loan officers working in other states. I base this statement upon the fact that I talk to divisional and regional managers who head up the divisions or regions of HMCU across the country who have told me what their business market is like. I also base this statement upon the fact that I have talked to "loan officers" across the country about their business market and experiences.

8. The way in which "loan officers' perform their job duties is not the same. For example, when using the LoanQuest software provided by HMCU, some "loan officers" use the software in the client's presence to fill out required paperwork. Others choose to write down information received from the client and then complete the required paperwork on LoanQuest later. The result is that some "loan officers" may spend more time doing more administrative duties than others.

9. Any office space maintained or used by HMCU is considered to be only a "touchdown" space for "loan officers" to briefly stop by if they need to meet a client, attend a meeting, make a few calls or do some paperwork. HMCU does not intend, nor does it permit, that "loan officers" to spend all of their work days in this office space.

10. HBUS provides only general oversight of HMCU's financial management.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 18th day of January, 2008, in Depew, New York.

_____
DAVID GATES

Firmwide:84052982.1 023404.1043

DECLARATION OF DAVID GATES          2.          Case No. C 07 2446 MMC [ECF]