1    GEORGE J. TICHY, II, Bar No. 041146
     MICHELLE R. BARRETT, Bar No. 197280
2    KIMBERLY L. OWENS, Bar No. 233185
     JUSTIN T. CURLEY, Bar No. 233287
3    LITTLER MENDELSON
     A Professional Corporation
4    650 California Street, 20th Floor
     San Francisco, CA  94108.2693
5    Telephone:     415.433.1940
     Facsimile:     415.399.8490
6    E-mail: gtichy@littler.com, mbarrett@littler.com,
     kowens@littler.com, jcurley@littler.com
7
     Attorneys for Defendants
8    HSBC MORTGAGE CORPORATION (USA) AND
     HSBC BANK USA, N.A.
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No.  C 07 2446 MMC [ECF] |
| 15                   Plaintiffs, | **DECLARATION OF DANIEL KILFOIL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT** |
| 16       v. | |
| 17  HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.;  and DOES 1 through 50, inclusive, | |
| 19                   Defendants. | Date:        February 8, 2008<br>Time:        9:00 a.m.<br>Courtroom:   7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney |
| 21 | Complaint Filed:  June 29, 2007 (Amended)<br>Trial Date:       Not Yet Set |

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

1    I, Daniel Kilfoil, hereby declare and state:

2    1.    I have personal knowledge of the facts set forth below. If called as a witness,

3    I could and would testify to the following:

4    2.    I am a regional manager employed by HSBC Mortgage Corporation USA

5    ("HSBC Mortgage"). I manage all of the loan officers and sales managers employed by HSBC

6    Mortgage in the Long Island and Queens region in New York. The sales managers report directly to

7    me, and the loan officers report to the sales managers. There are currently two HSBC Mortgage

8    offices in the region. A third HSBC Mortgage office located in Queens closed in April 2007. HSBC

9    Mortgage employs approximately twenty-three (23) loan officers and three (3) sales managers in the

10    Long Island and Queens region.

11    3.    The Long Island and Queens region offices of HSBC Mortgage sell only

12    residential loans. The offices do not provide commercial loans.

13    4.    My employer is HSBC Mortgage, which is a separate company from HSBC

14    Bank U.S.A., N.A. ("HSBC Bank"). The company name "HSBC Mortgage Corporation USA"

15    appears on all of my work-related documents, including my business cards. HSBC Bank is

16    exclusively a referral source for HSBC Mortgage loan officers in the region. The HSBC Mortgage

17    loan officers in my region do not work for HSBC Bank.

18    5.    HSBC Mortgage loan officers in the Long Island and Queens region are

19    compensated on a 100% commission basis. In addition, loan officers receive a recoverable draw.

20    Newly hired loan officers are given a forgiven draw for the first six (6) months of their employment.

21    6.    The HSBC Mortgage loan officers in the Long Island and Queens region

22    generally work remotely. They are not required to be in the office. The position of a loan officer at

23    HSBC Mortgage is a sales job, so the loan officers spend a large majority of their time outside of the

24    office developing, meeting and interacting with clients.

25    7.    A significant part of loan officers' overall employment rating is based on the

26    amount of mortgages they produce and on their ability to complete sales. I expect loan officers to

27    perform sales efforts between 8:30 a.m. and 5:00 p.m. Monday through Friday. I also expect them to

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

DECLARATION OF DANIEL KILFOIL    1.    Case No. C 07 2446 MMC [ECF]

1    take a lunch break every day. They are not required to work any other hours unless they want to in

2    support of increasing their sales.

3           8.    The loan officers that I supervise are not required to spend their work hours or

4    meet clients in any particular location. They have the discretion to develop clients and originate

5    loans in the manner that works best for them.

6           9.    Loan officers at HSBC Mortgage are not supposed to depend on HSBC

7    Mortgage for referrals. Their job duty is to develop outside sources of business and to create their

8    own networks. Loan officers in the Long Island and Queens region get referrals from a number of

9    sources, including realtors, attorneys and networking groups.

10          10.    HSBC Bank is one source for referrals. There are approximately fifty (50)

11   HSBC Bank branches in the Long Island and Queens region. I "assign" bank branches to loan

12   officers based on ability and geographical location. By "assign," I mean that any referrals that may

13   originate out of an HSBC Bank branch will go to the loan officer who is "assigned" that bank

14   branch. If a loan officer is a high producer and is sales savvy, I assign him or her to an HSBC Bank

15   branch that is within reasonable distance. Not all of the loan officers I supervise are assigned to

16   bank branches. Approximately twenty-six (26) loan officers in the Long Island and Queens region

17   are assigned to HSBC Bank branches. On average, each of those loan officers is assigned to two (2)

18   branches. Although I encourage the loan officers assigned to HSBC Bank branches to go to the

19   branch occasionally to put a face behind their names and to develop a relationship with the HSBC

20   Bank employees who may make a referral, they are not required to sit in the branches all of the time,

21   nor are they required to meet the clients referred by the bank at the bank branches.

22          11.    When loan officers are hired by HSBC Mortgage in the Long Island and

23   Queens region, they receive High Trust Sales training through our WEBEX system. These trainings

24   can be done remotely on a computer. I also regularly send out "Best Sales Practices" emails that

25   contain advice and pointers from me. I do this as a means of continuing training of employees that I

26   supervise.

27          12.    Until 2008, loan officers in the Long Island and Queens region were provided

28   with a monthly reimbursement amount for travel expenses and cellular phone use. As of 2008, loan

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2893
415 433 1940

DECLARATION OF DANIEL KILFOIL          2.          Case No. C 07 2446 MMC [ECF]

1  officers in my region will continue to receive a monthly reimbursement amount and will also be

2  provided with company cellular phones. Loan officers in the Long Island and Queens region do not

3  get Blackberries.

4         I declare under penalty of perjury under the laws of the States of California and New

5  York and the United States of America that the foregoing declaration is true and correct to the best

6  of my personal knowledge.

7         Executed this 18th day of January, 2008, in Stroudsberg, Pennylvania.

8

9

10  DANIEL KILFOIL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF DANIEL KILFOIL    3.    Case No. C 07 2446 MMC [ECF]