GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  C 07 2446 MMC [ECF]<br><br>**DECLARATION OF MICHELLE KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT**<br><br>Date:           February 8, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:         Hon. Maxine M. Chesney<br><br>Complaint Filed:  June 29, 2007 (Amended)<br>Trial Date:            Not Yet Set |

DECLARATION OF MICHELLE KIM    No.  C 07 2446 MMC [ECF]

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

I, Michelle Kim, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am a senior retail mortgage lending consultant employed by HSBC Mortgage Corporation USA ("HSBC Mortgage"). My employer's name "HSBC Mortgage Corporation USA" appears on my work-related documents, including my business cards. I have worked for HSBC Mortgage as a lending consultant since January 9, 2006.

3. HSBC Mortgage USA sells mortgages. My job duties include servicing clients, giving clients advice regarding the best solution for their mortgage needs, and making mortgage sales for HSBC Mortgage. I essentially provide one-stop servicing for customers interested in a new mortgage or refinancing.

4. I get most of my clients through referrals. Some of my referrals come from various branches of HSBC Bank USA ("HSBC Bank"), which is both a client and a business partner of HSBC Mortgage. I am assigned to receive referrals from four HSBC Bank branches. I get calls from HSBC Bank branches in Los Angeles, Beverly Hills, Pasadena and Torrance when a client expresses interest in a mortgage. When I receive such a call, I make arrangements to meet with the client at a location convenient for him or her. If I meet with a client at a bank branch, I sit in a conference room, office or cubicle that has a sign posted right above the entrance that says "HSBC Mortgage Corporation USA." HSBC Mortgage leases this space from HSBC Bank for HSBC Mortgage lending consultants.

5. I also get clients through referrals from other sources, such as real estate agents. I sometimes attend trade show events for public relations purposes. At the events, I work to get the name of HSBC Mortgage out to potential clients and sometimes receive referrals as a result of these events.

6. I treat my job at HSBC Mortgage in an entrepreneurial fashion. I set my own goals with guidance from my manager. I have drafted my own business plan, which I am not required to do. My role as a senior retail mortgage lending consultant provides me with flexibility to ensure that I provide world class customer service and achieve my personal goals. I have chosen to

follow the plan and procedure that I follow because I believe it is the most effective way for me to be a successful senior retail mortgage lending consultant.

7. When I meet with a client, I gather information from the client to determine his or her short and long term goals and needs. Once I meet with a client, I do the analysis of the client's financial situation and make the decision regarding which product would best meet the client's needs. I am not controlled by any procedures on how I analyze the client's financial situation, which mortgage product I decide best meets the client's needs, or how I sell that mortgage product, so long as I follow the laws and regulations related to mortgage sales. Once I make these decisions, I educate the client about the different products available to him or her and recommend the product that I feel best fits his or her goal. I do not have to check with anyone or get anyone's approval before I make the offer to the client.

8. I spend a lot of my time traveling. I am a sales consultant, so I constantly need to meet new people. I like to build a lot of face time with my clients and my referral sources. We do not have to follow any guidelines regarding where to meet clients. I make sure that I am flexible and visit my clients at locations and times that are convenient for them.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 18th day of January, 2008, in Los Angeles, California.

_____
MICHELLE KIM

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF MICHELLE KIM    3.    No. C 07 2446 MMC [ECF]