GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 07 2446 MMC [ECF]<br><br>**DECLARATION OF HELEN KUJAWA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT**<br><br>Date:             February 8, 2008<br>Time:            9:00 a.m.<br>Courtroom:   7 (19th Floor)<br>Judge:           Hon. Maxine M. Chesney<br><br>Complaint Filed:   June 29, 2007 (Amended)<br>Trial Date:           Not Yet Set |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF KUJAWA .    Case No. C 07 2446 MMC [ECF]

I, Helen Kujawa, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I have been employed by HSBC Bank USA, National Association (including its predecessors) since the year 1991. Although my corporate title since that time has changed, I was at all times employed in the Corporate Secretarial Office. My present title is Corporate Secretary. My job duties include maintaining corporate minutes, board resolutions, and other matters concerning corporate governance and record keeping involving HSBC USA Inc. and all of its subsidiaries. It is that experience that permits me to state the facts in this declaration.

3. HSBC Bank USA, N.A. ("HSBC Bank") and HSBC Mortgage Corporation (USA) ("HSBC Mortgage") are separate corporations. HSBC Bank is a National Bank duly organized and existing under the laws of the United States of America having its headquarters in the state of Delaware, and HSBC Mortgage is incorporated in the State of Delaware.

4. HSBC Bank and HSBC Mortgage do not have common directors. Each company has a separate board of directors. No director of HSBC Bank is a director of HSBC Mortgage, and visa versa.

5. In addition to each having their own Board of Directors, the two companies each have separate and different Articles of Incorporation and Bylaws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 17th day of January 2008, in Buffalo, New York

*Helen Kujawa*
Helen Kujawa

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF KUJAWA    1.    Case No. C 07 2446 MMC [ECF]