GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF KEVIN MACPHERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: June 29, 2007 (Amended)<br>Trial Date: Not Yet Set |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF KEVIN MACPHERSON

Case No. C 07 2446 MMC [ECF]

I, Kevin MacPherson, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Bank USA, N.A. ("HSBC Bank"). I am currently the manager of the entire Rockville Center Premier Branch. Before January 2007, I was the manager of the Premier Center, which handled the affluent customer base at the Rockville Center Premier Branch, from its opening in October 2005.

3. Premier Centers are bank branches that focus on customers that have deposits of $100,000.00 or more. The goal of Premier Centers is to provide superior service.

4. HSBC Bank refers customers who ask about mortgages to HSBC Mortgage.

5. HSBC Mortgage assigns certain loan officers who specialize in providing mortgages to high income customers to receive the referrals from the Premier Center that I manage. They also sell loans to mass market customers.

6. The HSBC Mortgage loan officer who was assigned to receive referrals from my branch when it opened in October 2005 was Karen Flanagan, who I am informed has opted to participate in this lawsuit. Ms. Flanagan was not an employee of HSBC Bank, and I was not her manager. I or another bank employee would call Ms. Flanagan on her cell phone when a customer wanted to find out information about mortgages.

7. Ms. Flanagan was also assigned to receive referrals from another bank branch. She did not spend all or even half of her time at the Rockville Premier Center.

8. During the days she came to the Rockville Centre, she usually spent less than one-half of the day at the bank. Sometimes a week would go by without her coming into the branch at all. Also, if she was at the Rockville Centre and received a call from another prospective client, she would leave to meet with that client. For the most part, Ms. Flanagan set her own schedule.

9. The loan officer who currently receives referrals from the Rockville Premier Centre spends approximately 1.5 days a week at the bank. He spends most of that time meeting with clients that he has scheduled appointments with.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF KEVIN MACPHERSON                 1.                 Case No. C 07 2446 MMC [ECF]

10. The HSBC Mortgage loan officers that receive referrals from the Rockville Premier Center are not under my management. They are in charge of their own schedules. They are free to meet with clients at the bank. I allow them to use one of the open desks for this purpose. However, they make their own appointments and can also meet with clients we refer to them in other places.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 18th day of January, 2008, in _CENTRE_, New York.

KEVIN MACPHERSON

DECLARATION OF KEVIN MACPHERSON    2.    Case No. C 07 2446 MMC [ECF]