# Exhibit 18

Retail Mortgage Consultant

# Job Description
<u>Close</u> | <u>Next Description</u> | <u>Previous Description</u>

Page 1 of 2

| | |
|---|---|
| Job Title: | Retail Mortgage Consultant |
| Job Code: | UZ3U0 |
| Band: | A |
| Functional Areas: | HBUS-Mortgage Banking |

## US — JOB DESCRIPTION

| | |
|---|---|
| Department: | Mortgage Sales |
| Business Unit(s): | HSBC Mortgage Corporation |
| Reports To: | Retail Mortgage Sales Manager |
| Job Code: UZ3U0(Reports To: (X = geographic zone code)Manager: | N/A |
| Bonus Plan/Date: | December 2004 (revised August 2006) |

### I. Summary of Position

Job Title: Retail Mortgage Consultant
Career Band: A
Exempt/Non-Exempt: Exempt

Generates and increases market share of high quality saleable retail residential mortgage loans, primarily through realtor relationships, builder and branch relationships, while ensuring high customer service levels.

### II. Principal Accountabilities

1. Develop and maintain long-term referral sources with branches, realtors, builders, attorneys and other external sources; service referrals from branches and other Company departments as appropriate. Create a team environment in supporting assigned retail branches.
2. Counsel customers on various types of mortgage financing, choosing a program best suited to their needs; complete mortgage application; follow through to closing and resolve any problems, while ensuring salability and compliance guidelines represent the Corporation through interactions with realtors, builders and trade groups.
3. Attain production goals, average loan size, sell-out and income expense goals; promote and refer cross-sell business to other areas of the Company; Foster Community Reinvestment Act (CRA) relationships and community-oriented initiatives.
4. Educate realtors, attorneys, builders, branches and public on mortgage programs through seminars, etc.
5. Adhere strictly to compliance and operational risk controls in accordance with Company and regulatory standards, policies and practices; report control weaknesses, compliance breaches and operational loss events.
6. Complete other related duties as assigned. Support the Company's Diversity programs.

### III. Knowledge, Skills & Abilities

*This position requires an individual with:*

1. Minimum of one year's proven mortgage banking experience or equivalent or minimum of two years proven customer service experience or equivalent.
2. Minimum of an Associates degree in business, finance, related field or equivalent experience.
3. Proven communications, sales, interpersonal and presentation skills.
4. Knowledge of secondary market guidelines and compliance requirements.
5. Highly motivated and able to act independently.

### IV. Quantitative Dimensions

N/A

### V. Additional Information

N/A

NKA002024

MORT001296

## Retail Mortgage Consultant

*The material provided here is for informational purposes only. The Company reserves the right to modify any or all of the information contained in this job description. Although information is updated on a regular basis, recent changes may not yet be reflected in this document.*

Return to top of document

MORT001297

NKA002025