# Exhibit 22

00001
1   IN THE UNITED STATES DISTRICT COURT FOR THE
2       NORTHERN DISTRICT OF CALIFORNIA
3   PHILIP WONG, FREDERIC CHAUSSY,   )
4   and Leslie Marie Shearn,         )
5   individually, on behalf of the   )
6   general public,                  )
7       Plaintiffs,                  )
8   vs.                              ) No. 07-CV-2446
9   HSBC MORTGAGE CORPORATION (USA); )
10  HSBC Bank USA, N.A.; and DOES 1, )
11  through 50, inclusive,           )
12      Defendants.                  )
13          The 30(b)(6) deposition of HSBC
14  MORTGAGE CORPORATION, SUSAN R. MARCZAK, called as
15  a 30(b)(6) witness by the Plaintiffs, for
16  examination, taken pursuant to notice, agreement
17  and by the provisions of the Rules of Civil
18  Procedure for the United States District Courts
19  pertaining to the taking of depositions, taken
20  before Patricia A. Armstrong, a Notary Public
21  within and for the County of DuPage, State of
22  Illinois, and a Certified Shorthand Reporter,
23  No. 084-1766, of said state, at 200 North LaSalle
24  Street, Chicago, Illinois, on the 30th day of
25  August, 2007 at 10:00 a.m.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**            **Page 1**

```
00002
 1  PRESENT:
 2
 3    NICHOLS KASTER & ANDERSON, LLP,
 4    (One Embarcadero Center, Suite 720,
 5    San Francisco, CA 94111,
 6    415-277-7235), by:
 7    MR. BRYAN J. SCHWARTZ,
 8       appeared on behalf of the Plaintiffs;
 9
10
11    LITTLER MENDELSON,
12    (650 California Street, 20th Floor,
13    San Francisco, California 94108-2693,
14    415-433-1940), by:
15    MS. MICHELE R. BARRETT,
16       appeared on behalf of Defendants.
17
18
19    ALSO PRESENT:
20       MR. JIM ROSS, Videographer.
21
22
23  REPORTED BY: PATRICIA ARMSTRONG, CSR, RPR.
24       Certificate No. 84-1766.
25
```

```
00033
 1  running of the branches and the processing of any
 2  information as far as checks, et cetera, he would
 3  be responsible for that.
 4         He would be responsible for the bank's
 5  contingency plans, those types of operational
 6  things.
 7   Q.  What do you mean by "contingency plans"?
 8   A.  If we were to lose power in a building,
 9  what do we do. If there was a snow storm and the
10  branches were closed, what happens, that type of
11  contingency plan.
12   Q.  That probably happens a lot more in
13  Buffalo than in San Francisco?
14   A.  Probably more than in San Francisco,
15  yes.
16   Q.  Does HSBC, while we are on the subject
17  of this bank operations Mr. Kaiser in Buffalo,
18  does HSBC Mortgage Corporation have a separate
19  operations person who's responsible for processing
20  checks and contingency plans for branches and
21  things like that?
22     MS. BARRETT: Objection; goes beyond the scope
23  of the deposition notice.
24  BY THE WITNESS:
25   A.  They wouldn't process checks. They
```