1  Counsel listed on next pages

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>**JOINT NOTICE OF MOTION AND MOTION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE (N.D. Cal. Local ADR Rule 5-5)**<br><br>Date:            January 30, 2008<br>Judge:          Hon. Maxine M. Chesney<br>Complaint Filed:  June 29, 2007 (Amended)<br>Trial Date:     None Yet Set |

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Tim C. Selander, MN Bar No. 0387016
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Email: nichols@nka.com, lukas@nka.com, selander@nka.com

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
schwartz@nka.com, helland@nka.com

Attorneys for Individual and Representative Plaintiffs

George J. Tichy, II, CA Bar No. 041146
Michelle R. Barrett, CA Bar No. 197280
Kimberly L. Owens, CA Bar No. 233185
Justin T. Curley, CA Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com, kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

1  PLEASE TAKE NOTICE that on January 30, 2008, Plaintiffs Philip Wong, Frederic Chaussy, and Leslie Marie Shearn (collectively referred to as "Plaintiffs") and Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. (collectively referred to as "Defendants") jointly request the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 to extend the Early Neutral Evaluation deadline of January 31, 2008 to April 30, 2008, pursuant to Northern District of California Local ADR Rule 5-5, Civil Local Rule 7-11, and Civil Local Rule 7-12.

The parties make this joint motion on the grounds that:

1. The parties have agreed, with the Early Neutral Evaluator's concurrence, that additional discovery should be conducted related to Plaintiffs' claims and Defendants' defenses, in order to make the ENE process more meaningful; and

3. The parties have agreed, with the Early Neutral Evaluator's concurrence, that the ENE process will be more meaningful if the parties have received a ruling from the Court on Plaintiffs' Motion for Conditional Certification under the Fair Labor Standards Act.

//
//
//
//
//
//
//
//
//
//
//
//

1         The Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Joint Stipulation, and upon all the files, records and proceedings herein.

Dated: January 30, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/_____
PAUL J. LUKAS
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: January 30, 2008

LITTLER MENDELSON, PC

By: _____/s/_____
MICHELLE R. BARRETT
Attorneys for Defendants

JOINT NOTICE OF MOTION AND MOTION TO EXTEND ENE DEADLINE
CASE NO. C 07 2446 MMC