1 | Counsel listed on next pages

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF MOTION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE** |

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Tim C. Selander, MN Bar No. 0387016
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Email: nichols@nka.com, lukas@nka.com, selander@nka.com

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
schwartz@nka.com, helland@nka.com

Attorneys for Individual and Representative Plaintiffs

George J. Tichy, II, CA Bar No. 041146
Michelle R. Barrett, CA Bar No. 197280
Kimberly L. Owens, CA Bar No. 233185
Justin T. Curley, CA Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com, kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING ENE DEADLINE  C 07 2446 MMC

1    WHEREAS, Plaintiffs Philip Wong, Frederic Chaussy, and Leslie Marie Shearn (collectively referred to as "Plaintiffs") and Defendants HSBC Mortgage Corporation USA and HSBC Bank USA, N.A. (collectively referred to as "Defendants") jointly submit this Stipulation requesting to extend the January 31, 2008 deadline set by the Court for conducting an Early Neutral Evaluation ("ENE") of this case;

WHEREAS, the parties' Stipulation is submitted pursuant to Northern District of California Local Alternative Dispute Resolution Rule 5-5, Civil Local Rule 7-11, and Civil Local Rule 7-12;

WHEREAS, Civil Local Rule 7-11 requires the parties to submit a stipulation in support of their Motion;

WHEREAS, Plaintiffs and Defendants have agreed that an extension of time for participating in ENE would allow the parties to conduct further discovery that would make participation in ENE more meaningful for the parties; and

WHEREAS, Plaintiffs and Defendants have also agreed that an extension of time for participating in ENE would allow the parties to potentially receive a ruling from the Court regarding Plaintiffs' Motion for Conditional Certification that would make participating in ENE more meaningful for the parties.

//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that they will participate in ENE, as agreed by the parties and Evaluator Roderick P. Bushnell, on April 1, 2008, as planned and that the deadline for conducting ENE should be extended to April 30, 2008.

Dated: January 30, 2008

          NICHOLS KASTER & ANDERSON, LLP

          By: _____/s/_____
                PAUL J. LUKAS
          Attorneys for Plaintiffs and Representative Plaintiffs

Dated: January 30, 2008

          LITTLER MENDELSON, PC

          By: _____/s/_____
               MICHELLE R. BARRETT
               Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                    Honorable Maxine M. Chesney
                                    United States District Court Judge