IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP WONG, et al.,

        Plaintiff,

  v.

HSBC MORTGAGE CORPORATION (USA), et al.,

        Defendants
                                             /

No. C-07-2446 MMC

**ORDER OF REFERENCE**

It is HEREBY ORDERED that plaintiff's "Motion For Conditional Certification And Judicial Notice Pursuant To § 216(B) Of The FLSA, For Production Of Updated Class List In Excel Format Within 10 Days Of The Date This Motion Is Granted, For A Partial Summary Judgment Under Fed. R. Civ. P. 56 That Named Defendants Are Properly-Named Employers Under the FLSA, And For Partial Summary Judgment Under Fed. R. Civ. P. 56 On FLSA Exemptions Applied To Loan Officers" is referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the hearing on said motion by notice from Judge Nielsen's chambers. The February 8, 2008 hearing before the undersigned is vacated.

**IT IS SO ORDERED.**

Dated: February 1, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge