IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiff, | **ORDER WITHDRAWING REFERENCE; SETTING HEARING** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants | |

By order filed February 1, 2008, plaintiff's "Motion For Conditional Certification And Judicial Notice Pursuant To § 216(B) Of The FLSA, For Production Of Updated Class List In Excel Format Within 10 Days Of The Date This Motion Is Granted, For A Partial Summary Judgment Under Fed. R. Civ. P. 56 That Named Defendants Are Properly-Named Employers Under the FLSA, And For Partial Summary Judgment Under Fed. R. Civ. P. 56 On FLSA Exemptions Applied To Loan Officers" was referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

The motion is hereby set for hearing before the undersigned on March 14, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 7, 2008

MAXINE M. CHESNEY
United States District Judge