NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **Case File No. 07-cv-2446 MMC**<br><br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form(s) for the following person(s):

Bailey        Raymond

---

NOTICE OF CONSENT FILING

1    Dated: February 12, 2008            s/Bryan J. Schwartz

2

**NICHOLS KASTER & ANDERSON, LLP**
3                               Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
4                               Suite 720
San Francisco, CA 94111
5                               Telephone: (415) 277-7236
Facsimile: (415) 277-7238
6

7                               **NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
8                               (Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
9                               (Admitted *pro hac vice*)
Matthew C. Helland, MN State Bar No. 346214
10                               (Admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
11                               Minneapolis, MN  55402
Telephone (612) 256-3200
12

13

14                               ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 MMC**

3    I hereby certify that on February 12, 2008, I caused the following document(s):

4    **Notice of Consent Filing**

5    to be served via ECF to the following:

6

7    George Tichy, II
Littler Mendelson
650 California Street

8    20th Floor
San Francisco, CA 94108

9    gtichy@littler.com

10

11    Dated:  February 12, 2008                        s/Bryan J. Schwartz

12                                                      **NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903

13                                                      One Embarcadero Center
Suite 720

14                                                      San Francisco, CA 94111
Telephone: (415) 277-7236

15                                                      Facsimile: (415) 277-7238

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

## CONSENT FORM AND DECLARATION

1
2      I hereby consent to join the lawsuit against HSBC as a Plaintiff to assert claims against it
3 for violations of the wage and hour laws of the United States and/or the states where I worked for
HSBC. During the past three years, there were occasions when I worked over 40 hours per week
4 for HSBC and did not receive overtime compensation.
5      I worked for HSBC as a (please check all that apply):

- ☒ Retail Mortgage Lending Consultant
6 - ☐ Senior Retail Mortgage Lending Consultultant
7 - ☐ Premier Mortgage Sales Officer
- ☐ Field Administrator
8 - ☐ Senior Field Administrator
9 - ☐ Other Non-Management Mortgage Sales Employee
10 (Specify Title: _____ )

11 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
12 correct.

13 *Raymond Bailey*
*33 Crestview Dr*
14 *Willingboro, NJ 08046*

Signature         2-12-08
               Date

15 If above information is incorrect, please change

Raymond Bailey
16 Print Name

17
18 **Fax or Mail To:**

19 **Paul Lukas**
20 **Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
21 **Minneapolis, MN 55402**
22 **FAX (612) 215-6870**

23
24
25
26
27
28

REDACTED

CONSENT AND DECLARATION