IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants / | |

Plaintiffs' motion for conditional class certification having been rescheduled for hearing on March 14, 2008, the Case Management Conference scheduled for February 22, 2008 is hereby CONTINUED to May 2, 2008. A Joint Case Management Statement shall be filed no later than April 25, 2008.

**IT IS SO ORDERED.**

Dated: February 19, 2008

MAXINE M. CHESNEY
United States District Judge