ORIGINAL FILED
08 MAR -4 PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  GEORGE J. TICHY II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone:  (415) 433-1940
   Facsimile:  (415) 399-8490
6  E-mail:     gtichy@littler.com,
   mbarrett@littler.com, kowens@littler.com,
7  jcurley@littler.com

8  SCOTT D. MILLER (*Pro Hac Vice* Admission
   Applicant)
9  HSBC Bank USA, N.A.
   One HSBC Center, 27th Floor
10 Buffalo, New York 14203
   Telephone:  (716) 841-4230
11 Facsimile:  (212) 642-1554
   E-mail:     scott.d.miller@us.hsbc.com
12
   Attorneys for Defendants
13 HSBC MORTGAGE CORPORATION (USA) and
   HSBC BANK USA, N.A.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18 | Philip Wong, Frederic Chaussy, and Leslie | Case No. C 07 2446 MMC
   | Marie Shearn, individually, on behalf of all |
19 | others similarly situated, and on behalf of | APPLICATION FOR ADMISSION OF
   | the general public., | ATTORNEY SCOTT D. MILLER *PRO*
20 |  | *HAC VICE*
21              Plaintiffs,

22       v.

23 HSBC Mortgage Corporation (USA);
   HSBC Bank USA, N.A.; and DOES 1
24 through 50, inclusive,

25              Defendants.

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

APPLICATION FOR ADMISSION OF
ATTY *PRO HAC VICE*                    Case No. C 07 2446 MMC [ECF]

1       Pursuant to Civil L.R. 11-3, Scott D. Miller, an active member in good standing of the bar of
2  the State of New York, hereby applies for admission to practice in the Northern District of California
3  on a *pro hac vice* basis representing Defendants HSBC MORTGAGE CORPORATION (USA) and
4  HSBC BANK USA, N.A. in the above-entitled action.
5       In support of this application, I certify under oath that:
6       1.    I am an active member in good standing of the highest court of the State of New
7  York. I am also an active member in good standing of the following courts: United States Court of
8  Appeals for the Second Circuit; United States District Courts for the Southern District of New York,
9  Northern District of New York, Eastern District of New York, Western District of New York and
10 District of Colorado; and United States Court of Federal Claims;
11      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
12 Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
13 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and
14      3.    An attorney who is a member of the bar of this Court in good standing and who
15 maintains an office within the State of California has been designated as co-counsel in the above-
16 entitled action. The name, address and telephone number of that attorney is: GEORGE J. TICHY
17 II, Bar No. 041146 and MICHELLE R. BARRETT, Bar No. 197280, LITTLER MENDELSON, a
18 Professional Corporation, 650 California Street, 20th Floor, San Francisco, California; telephone:
19 415.433.1940.
20      I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2008

_____
Scott D. Miller

APPLICATION FOR ADMISSION OF
ATTY *PRO HAC VICE*                    1.              Case No. C 07.2446 MMC [ECF]

TOTAL P.02