1  GEORGE J. TICHY II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California  94108
5  Telephone:    (415) 433-1940
   Facsimile:    (415) 399-8490
6  E-mail:    gtichy@littler.com,
   mbarrett@littler.com, kowens@littler.com,
7  jcurley@littler.com

8  SCOTT D. MILLER
9  HSBC Bank USA, N.A.
   One HSBC Center, 27th Floor
10 Buffalo, New York 14203
   Telephone:    (716) 841-4230
11 Facsimile:    (212) 642-1554
   E-mail:    scott.d.miller@us.hsbc.com

12 Attorneys for Defendants
13 HSBC MORTGAGE CORPORATION (USA) and
   HSBC BANK USA, N.A.

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18 Philip Wong, Frederic Chaussy, and Leslie      Case No.  C 07 2446 MMC
   Marie Shearn, individually, on behalf of all
19 others similarly situated, and on behalf of     **[PROPOSED] ORDER GRANTING**
   the general public.,                            **APPLICATION FOR ADMISSION OF**
20                                                 **ATTORNEY SCOTT D. MILLER** *PRO*
                    Plaintiffs,                    *HAC VICE*
21
          v.
22
   HSBC Mortgage Corporation (USA);
23 HSBC Bank USA, N.A.; and DOES 1
   through 50, inclusive,
24
                    Defendants.
25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
an Francisco, CA  94108.2693
415 433 1940

ORDER GRANTING APPLICATION FOR              Case No.  C 07 2446 MMC [ECF]
ADMISSION OF ATTY PRO HAC VICE

1    Scott D. Miller, an active member in good standing of the bar of the highest court of the State

2  of New York, whose business address and telephone number are HSBC Bank USA, N.A., One

3  HSBC Center, 27th Floor, Buffalo, New York 14203, (716) 841-4230, having applied in the above-

4  entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,

5  representing Defendants HSBC MORTGAGE CORPORATION (USA) and HSBC BANK USA,

6  N.A.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

9  Service of papers upon and communication with co-counsel designated in the application will

10  constitute notice to the party.  All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13  Dated: _____, 2008

14

15                              _____

16                              THE HONORABLE MAXINE M. CHESNEY

17

18

19

20

21

22

23

24

25

26

27

28

ITTLER MENDELSON
PROFESSIONAL CORPORATION
650 California Street
20th Floor
n Francisco, CA  94108.2693
415.433.1940

**ORDER GRANTING APPLICATION FOR**          2.          Case No.  C 07 2446 MMC [ECF]
**ADMISSION OF ATTY PRO HAC VICE**