```
1   GEORGE J. TICHY, II, Bar No. 041146
    MICHELLE R. BARRETT, Bar No. 197280
2   PAUL R. LYND, Bar No. 202764
    LITTLER MENDELSON
3   A Professional Corporation
    650 California Street, 20th Floor
4   San Francisco, CA  94108.2693
    Telephone:   415.433.1940
5   Facsimile:   415.399.8490
    E-mail: gtichy@littler.com; mbarrett@littler.com;
6   plynd@littler.com

7   Attorneys for Defendants
    HSBC MORTGAGE CORPORATION (USA) and
8   HSBC BANK USA, N.A.
```

ORIGINAL FILED
08 MAR -4  PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.  C 07 2446 MMC <br><br> **PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108. On March 4, 2008, I served by electronic email and U. S. Mail the within documents:

1. APPLICATION FOR ADMISSION OF ATTORNEY SCOTT D. MILLER APPLICATION FOR ADMISSION OF ATTORNEY SCOTT D. MILLER

2. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SCOTT D. MILLER APPLICATION FOR ADMISSION OF ATTORNEY SCOTT D. MILLER

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE                                    Case No.  C 07 2446 MMC

| | |
|---|---|
| 1 | |
| 2 | [X]     By electronically emailing and placing true copies of the documents listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below. |

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 4, 2008, at San Francisco, California.

_[signature]_
LORETTA M. LEW

Firmwide:84482246.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE     2.     Case No. C 07 2446