1  GEORGE J. TICHY II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone:   (415) 433-1940
   Facsimile:   (415) 399-8490
6  E-mail:      gtichy@littler.com,
   mbarrett@littler.com, kowens@littler.com,
7  jcurley@littler.com

8  SCOTT D. MILLER
   HSBC Bank USA, N.A.
9  One HSBC Center, 27th Floor
   Buffalo, New York 14203
10 Telephone:   (716) 841-4230
   Facsimile:   (212) 642-1554
11 E-mail:      scott.d.miller@us.hsbc.com

12 Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
13 HSBC BANK USA, N.A.

14

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18  Philip Wong, Frederic Chaussy, and Leslie    Case No. C 07 2446 MMC
    Marie Shearn, individually, on behalf of all
19  others similarly situated, and on behalf of  [PROPOSED] ORDER GRANTING
    the general public.,                         APPLICATION FOR ADMISSION OF
20                                               ATTORNEY SCOTT D. MILLER *PRO*
              Plaintiffs,                        *HAC VICE*
21
         v.
22
    HSBC Mortgage Corporation (USA);
23  HSBC Bank USA, N.A.; and DOES 1
    through 50, inclusive,
24
              Defendants.
25

26

27

28

---

ORDER GRANTING APPLICATION FOR                  Case No. C 07 2446 MMC [ECF]
ADMISSION OF ATTY PRO HAC VICE

1    Scott D. Miller, an active member in good standing of the bar of the highest court of the State of New York, whose business address and telephone number are HSBC Bank USA, N.A., One HSBC Center, 27th Floor, Buffalo, New York 14203, (716) 841-4230, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants HSBC MORTGAGE CORPORATION (USA) and HSBC BANK USA, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 6, 2008

_____
THE HONORABLE MAXINE M. CHESNEY

---

ITTLER MENDELSON
PROFESSIONAL CORPORATION
650 California Street
20th Floor
n Francisco, CA 94108.2693
415.433.1940

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTY PRO HAC VICE        2.        Case No. C 07 2446 MMC [ECF]