1 | Counsel listed on next pages

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE** |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE

CASE NO. C 07 2446 MMC

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Tim C. Selander, MN Bar No. 0387016
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Email: nichols@nka.com, lukas@nka.com, selander@nka.com

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
schwartz@nka.com, helland@nka.com

Attorneys for Individual and Representative Plaintiffs

George J. Tichy, II, CA Bar No. 041146
Michelle R. Barrett, CA Bar No. 197280
Kimberly L. Owens, CA Bar No. 233185
Justin T. Curley, CA Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Scott D. Miller (admitted **pro hac vice**)
HSBC BANK USA, N.A.
One HSBC Center, 27th Floor
Buffalo, NY 14203
Telephone: 716.841.4230
Facsimile: 212.642.1554
E-mail: scott.d.miller@us.hsbc.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

1  WHEREAS, Plaintiffs Philip Wong, Frederic Chaussy, and Leslie Marie Shearn
2  (collectively referred to as "Plaintiffs") and Defendants HSBC Mortgage Corporation USA and
3  HSBC Bank USA, N.A. (collectively referred to as "Defendants") jointly submit this Stipulation
4  requesting to extend the April 30, 2008 deadline set by the Court for conducting an Early Neutral
5  Evaluation ("ENE") of this case;

6  WHEREAS, the parties' Stipulation is submitted pursuant to Northern District of
7  California Local Alternative Dispute Resolution Rule 5-5, Civil Local Rule 7-11, and Civil Local
8  Rule 7-12;

9  WHEREAS, Plaintiffs and Defendants are awaiting a ruling from the Court on Plaintiffs'
10 Motion for Conditional Certification and Partial Summary Judgment;

11 WHEREAS, Plaintiffs and Defendants are currently scheduled to attend an ENE with
12 Evaluator Roderick P. Bushnell on April 1, 2008;

13 WHEREAS, Plaintiffs and Defendants agree that participation in an ENE will be more
14 meaningful once the parties have received the Court's ruling on Plaintiffs' Motion for Conditional
15 Certification and Partial Summary Judgment;

16 WHEREAS, Plaintiffs and Defendants have agreed that an extension of time for
17 participating in ENE should be requested; and

18 WHEREAS, Evaluator Bushnell has indicated that he has no objection to postponing the
19 ENE session currently scheduled for April 1, 2008 until a date after the parties have received a
20 ruling from the Court on Plaintiffs' Motion for Conditional Certification and Partial Summary
21 Judgment.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that they will participate in ENE, as agreed by the parties and Evaluator Roderick P. Bushnell, within forty-five (45) days after receiving the Court's ruling on Plaintiffs' Motion for Conditional Certification and Partial Summary Judgment.

Dated: March 17, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/ Bryan J. Schwartz_____
BRYAN J. SCHWARTZ
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: March 17, 2008

LITTLER MENDELSON, PC

By: _____/s/ Kimberly L. Owens_____
KIMBERLY L. OWENS
Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Maxine M. Chesney
United States District Court Judge

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING ENE DEADLINE

CASE NO. C 07 2446 MMC

**ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section 10, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: March 17, 2008                  /s/ Kimberly L. Owens
                                       KIMBERLY L. OWENS

---

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING ENE DEADLINE                              CASE NO. C 07 2446 MMC