1  Counsel listed on next pages

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 | Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No.: 3:07-cv-2446 MMC
11 | | JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE
12 | Plaintiffs, |
13 | vs. |
14 | HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, |
15 | |
16 | Defendants. |

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]            CASE NO. C 07 2446 MMC
ORDER EXTENDING ENE DEADLINE

1  Donald H. Nichols, MN State Bar No. 78918
2  (admitted **pro hac vice**)
   Paul J. Lukas, MN State Bar No. 22084X
3  (admitted **pro hac vice**)
   Tim C. Selander, MN Bar No. 0387016
4  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
   Email: nichols@nka.com, lukas@nka.com, selander@nka.com
7
   Bryan J. Schwartz, CA State Bar No. 209903
8  Matthew C. Helland, CA State Bar No. 250451
   NICHOLS KASTER & ANDERSON, LLP
9  One Embarcadero Center, Ste. 720
   San Francisco, CA 94111
10 schwartz@nka.com, helland@nka.com

11 Attorneys for Individual and Representative Plaintiffs

12 George J. Tichy, II, CA Bar No. 041146
   Michelle R. Barrett, CA Bar No. 197280
13 Kimberly L. Owens, CA Bar No. 233185
   Justin T. Curley, CA Bar No. 233287
14 LITTLER MENDELSON
   A Professional Corporation
15 650 California Street, 20th Floor
   San Francisco, CA 94108.2693
16 Telephone: 415.433.1940
17 Facsimile: 415.399.8490
   E-mail: gtichy@littler.com, mbarrett@littler.com,
18 kowens@littler.com, jcurley@littler.com

19 Scott D. Miller (admitted **pro hac vice**)
   HSBC BANK USA, N.A.
20 One HSBC Center, 27th Floor
21 Buffalo, NY 14203
   Telephone: 716.841.4230
22 Facsimile: 212.642.1554
   E-mail: scott.d.miller@us.hsbc.com
23
24 Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
25 HSBC BANK USA, N.A.

26
27
28

JOINT STIPULATION AND [PROPOSED]          - 2 -                    CASE NO. C 07 2446 MMC
ORDER EXTENDING ENE DEADLINE

1  WHEREAS, Plaintiffs Philip Wong, Frederic Chaussy, and Leslie Marie Shearn (collectively referred to as "Plaintiffs") and Defendants HSBC Mortgage Corporation USA and HSBC Bank USA, N.A. (collectively referred to as "Defendants") jointly submit this Stipulation requesting to extend the April 30, 2008 deadline set by the Court for conducting an Early Neutral Evaluation ("ENE") of this case;

WHEREAS, the parties' Stipulation is submitted pursuant to Northern District of California Local Alternative Dispute Resolution Rule 5-5, Civil Local Rule 7-11, and Civil Local Rule 7-12;

WHEREAS, Plaintiffs and Defendants are awaiting a ruling from the Court on Plaintiffs' Motion for Conditional Certification and Partial Summary Judgment;

WHEREAS, Plaintiffs and Defendants are currently scheduled to attend an ENE with Evaluator Roderick P. Bushnell on April 1, 2008;

WHEREAS, Plaintiffs and Defendants agree that participation in an ENE will be more meaningful once the parties have received the Court's ruling on Plaintiffs' Motion for Conditional Certification and Partial Summary Judgment;

WHEREAS, Plaintiffs and Defendants have agreed that an extension of time for participating in ENE should be requested; and

WHEREAS, Evaluator Bushnell has indicated that he has no objection to postponing the ENE session currently scheduled for April 1, 2008 until a date after the parties have received a ruling from the Court on Plaintiffs' Motion for Conditional Certification and Partial Summary Judgment.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that they will participate in ENE, as agreed by the parties and Evaluator Roderick P. Bushnell, within forty-five (45) days after receiving the Court's ruling on Plaintiffs' Motion for Conditional Certification and Partial Summary Judgment.

Dated: March 17, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/ Bryan J. Schwartz_____
BRYAN J. SCHWARTZ
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: March 17, 2008

LITTLER MENDELSON, PC

By: _____/s/ Kimberly L. Owens_____
KIMBERLY L. OWENS
Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline to conduct the Early Neutral Evaluation is extended to May 2, 2008.

Dated: March 19, 2008

_____
Honorable Maxine M. Chesney
United States District Court Judge

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING ENE DEADLINE

CASE NO. C 07 2446 MMC