IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>[PROPOSED] ORDER |

## ORDER

The Court hereby GRANTS final approval of the Notice of Collective Action and Consent and Declaration submitted by Plaintiffs on April 21, 2008 (Dkt. #114), pursuant to the Court's prior Order of that date (Dkt. #113).

It is so ordered.

_____
Honorable Maxine M. Chesney
United States District Court
Northern District of California

ORDER APPROVING NOTICE OF COLLECTIVE
ACTION AND CONSENT FORM
07-2446 MMC

**Error! Unknown document property name.**