# UNITED STATES DISTRICT COURT

## Northern District of California

Wong,

    Plaintiff(s),

    v.

HSBC Mortgage Corporation (USA),

    Defendant(s).

No. C 07-02446 MMC ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __4/22/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) ____possibly____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __4/24/08__

Evaluator, Roderick P. Bushnell
Bushnell, Caplan, Fielding, & Maier, LLP
900 Kearny St., Suite 299
San Francisco, CA 94133-5124

**Certification of ADR Session**
07-02446 MMC ENE