IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>[PROPOSED] ORDER APPROVING PROPOSED NOTICE AND CONSENT FORM; DIRECTIONS TO COUNSEL FOR PLAINTIFFS |

### **ORDER**

The Court hereby GRANTS final approval of the Notice of Collective Action and Consent and Declaration submitted by Plaintiffs on April 21, 2008 (Dkt. #114), pursuant to the Court's prior Order of that date (Dkt. #113).

Further, counsel for plaintiffs is hereby DIRECTED to redact from any completed Consent form, before it is filed in the public record, all but the last four digits of the party's social security number. See Civil L.R. 3-17(a)(1).    It is so ordered.

Dated: April 25, 2008

_____
Honorable Maxine M. Chesney
United States District Court
Northern District of California

ORDER APPROVING NOTICE OF COLLECTIVE
ACTION AND CONSENT FORM
07-2446 MMC

Error! Unknown document property name.