NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 MMC**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Yep,           Raymond

Dated:  April 29, 2008                           s/Bryan J. Schwartz
                                                 _____
                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                 Bryan Schwartz, State Bar No. 209903
                                                 Matthew Helland, State Bar No. 250451
                                                 One Embarcadero Center
                                                 Suite 720
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 277-7236
                                                 Facsimile: (415) 277-7238

                                                 **NICHOLS KASTER & ANDERSON, PLLP**
                                                 Donald H. Nichols, MN Bar No. 78918
                                                 (Admitted *pro hac vice*)
                                                 Paul J. Lukas, MN Bar No. 22084X
                                                 (Admitted *pro hac vice*)
                                                 4600 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
                                                 Telephone (612) 256-3200


                                                 ATTORNEYS FOR PLAINTIFFS AND THE
                                                 PUTATIVE CLASS

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against HSBC Bank USA, NA, and its joint employers, parents and/or subsidiaries ("HSBC"), as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for HSBC. During the past four years, there were occasions when I worked over 8 hours a day and 40 hours per week for HSBC and did not receive overtime compensation, and/or occasions when I was not authorized and permitted and/or provided a meal and/or rest period required under California law, but did not receive the required premium.

I worked for HSBC as a (please check all that apply):
☐ Personal Banking Officer
☐ Premier Relationship Manager
☒ Small Business Specialist
☒ Business Banking Specialist
☒ Personal Banker
☐ Commercial Banker
☐ Teller
☐ Other Non-Supervisory HSBC Bank USA, NA, Branch Employee
(Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  4-25-08
Signature                  Date

RAYMOND YEP
Print Name

REDACTED

Fax or Mail To:

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 MMC**

I hereby certify that on April 29, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com

Dated: April 29, 2008                    s/Bryan J. Schwartz
                                         _____
                                         **NICHOLS KASTER & ANDERSON, LLP**
                                         Bryan Schwartz, State Bar No. 209903
                                         One Embarcadero Center
                                         Suite 720
                                         San Francisco, CA 94111
                                         Telephone: (415) 277-7235
                                         Facsimile: (415) 277-7238