GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  C 07 2446 MMC [ECF]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS**<br><br>Date:          May 5, 2008<br>Courtroom:   7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR ADMIN.
RELIEF TO FILE UNDER SEAL

Case No. C 07 2446 MMC [ECF]

On April 28, 2008, pursuant to Local Rules 79-5 and 7-11 of the Local Rules for the United States District Court for the Northern District of California, Defendants HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A. (hereinafter "Defendants") filed their Motion for Administrative Relief to File Under Seal Exhibits in support of Defendants' Motion for Rule 11(c) Sanctions.  The Court, having read the Motion for Administrative Relief and the Declaration of Michelle R. Barrett in support of the Motion for Administrative Relief filed with the Court and having provided Plaintiffs with the opportunity to support or oppose the Motion, finds that good cause exists to file the requested documents under seal.

IT IS THEREFORE ORDERED that Defendants' Motion for Administrative Relief to File Under Seal Exhibits in support of Defendants' Motion for Rule 11(c) Sanctions is GRANTED. Pursuant to this Order, the Clerk of the Court shall file the following documents under seal:

    a.    Exhibits A through G to Jeanette Jennings' Declaration in support of Defendants' Motion for Rule 11(c) Sanctions;

    b.    Exhibit A to Henry Yip's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions;

    c.    Exhibit A to Ron Lord's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions, until such time as the Court determines that these documents are not protected by the attorney-client or work-product privileges; and

    d.    Exhibits F and G to Michelle R. Barrett's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions.

IT IS SO ORDERED.

Dated: May __, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Firmwide:85041674.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR ADMIN.
RELIEF TO FILE UNDER SEAL

1.

Case No. C 07 2446 MMC [ECF]