GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**PROOF OF SERVICE RE MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Date:         May 5, 2008<br>Courtroom:    7 (19th Floor)<br>Judge:        Hon. Maxine M. Chesney |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1    Case No. C 07 2446 MMC [ECF]

1    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On April 29, 2008, I served the within document(s):

DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS;

DECLARATION OF MICHELLE R. BARRETT IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL; AND

[PROPOSED] ORDER GRANTING DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS

[x] by causing a copy of the document(s) listed above to be hand delivered by First Legal Messengers to the person(s) at the address(es) set forth below.

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA   94111

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 1, 2008, at San Francisco, California.

_____
Yvonne Catig