1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California  94108
5  Telephone:  (415) 433-1940
   Facsimile:  (415) 399-8490
6  E-mail: gtichy@littler.com, mbarrett@littler.com,
   kowens@littler.com, jcurley@littler.com
7
   Attorneys for Defendants
8  HSBC MORTGAGE CORPORATION (USA) AND
   HSBC BANK USA, N.A.
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No.  C 07 2446 MMC [ECF] |
| Plaintiffs, | **DECLARATION OF GEORGE J. TICHY, II, IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS** |
| v. | Date:      June 6, 2008 |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.;  and DOES 1 through 50, inclusive, | Time:      9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge:     Hon. Maxine M. Chesney |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
an Francisco, CA  94108.2693
415 433.1940

DECLARATION OF GEORGE J. TICHY, II                     Case No. C 07 2446 MMC [ECF]

I, GEORGE J. TICHY, II, declare and state as follows:

1.    I am an attorney licensed to practice in the State of California and a shareholder in the law firm of Littler Mendelson, attorneys for Defendants in the above-captioned matter. I have personal knowledge of the matters set forth below, and if called as a witness I could testify competently to matters contained therein.

2.    On May 29, 2007, I received a letter from Plaintiffs' counsel, Bryan Schwartz ("Schwartz"), regarding the importance of preserving electronically stored information in this case. Attached hereto as Exhibit A is a true and correct copy of this letter.

3.    On May 30, 2007, I sent Schwartz a letter regarding the retention and preservation of evidence. Attached hereto as Exhibit B is a true and correct copy of this letter.

4.    On June 28, 2007, I sent Schwartz a letter regarding the solicitation of Defendants' employees during working hours. Attached hereto as Exhibit C is a true and correct copy of this letter.

5.    In response to the letter attached herein as Exhibit C, Schwartz told me that he did not believe that anyone from his firm had contacted Defendants' employees during working hours, but if they had, they would not do so anymore.

6.    Subsequent to this conversation, I learned that Defendants' employees were being solicited by Plaintiff Wong. In response, I sent a letter to Schwartz dated July 16, 2007 reminding them of the limitations placed on solicitation of employees. Attached hereto as Exhibit D is a true and correct copy of this letter.

7.    Some time thereafter, I learned that Defendants' employees were receiving calls from Plaintiffs' counsel on their cellular phones during working time. In response, I sent a letter to Schwartz dated July 20, 2007 requesting the cessation of such activities. Attached hereto as Exhibit E is a true and correct copy of this letter.

8.    That same day, I received an e-mail response from Schwartz. Attached hereto as Exhibit F is true and correct copy of this e-mail.

9.    Thereafter, on July 25, 2007, I sent Schwartz a letter expressing continuing concern about contact with employees on their mobile telephones and about Nichols Kaster &

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433.1940

DECLARATION OF GEORGE J. TICHY, II          1.          Case No. C 07 2446 MMC [ECF]

1    Anderson using information from Defendants' employee directory.  Attached hereto as Exhibit G is

2    a true and correct copy of this letter.

3           I declare under penalty of perjury under the laws of the State of California that the

4    foregoing is true and correct.  Executed this 25th day of April 2008 at San Francisco, California.

5

6                                        GEORGE J. TICHY, II

7

8    Firmwide:85024285.1 023404.1043

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433.1940

DECLARATION OF GEORGE J. TICHY, II     2.        Case No. C 07 2446 MMC [ECF]

# EXHIBIT A

the **Voice** for employees



May 29, 2007

**VIA EMAIL**
Littler Mendelson
George J. Tichy, II
650 California Street
20th Floor
San Francisco, California 94108-2693
Telephone: (415) 433-1940
Fax: (415) 399-8490
Email: gtichy@littler.com

    *Re:*  *Wong, et al., v. HSBC Home Mortgage (USA), et al.*
       *Court File No.: C07-2446EDL*

Dear Counsel:

Please be advised that we believe electronically stored information to be an important and irreplaceable source of evidence in this case. The discovery requests that will be served by Plaintiffs in this matter will seek information from Defendant's computer systems, removable electronic media and other locations. This includes, but is not limited to, e-mail, word processing documents, spreadsheets, calendars and network access information. We will be requesting all such information relevant to plaintiffs' work hours, compensation, job duties, complaints regarding hours and pay, and Defendant's efforts to comply with the wage and hour laws. It has been our experience that the servers and hard drives the employees and managers have access to contain much of this relevant material.

The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence. As you know, due to its format, electronic information is easily deleted, modified, or corrupted. Accordingly, we ask that Defendants take every reasonable step to preserve this information until the final resolution of this matter. This includes, but is not limited to, an obligation to discontinue all data destruction and backup tape recycling policies. We would request that you review the current version of the ABA rules on electronic evidence with your client.

One Embarcadero Center, Suite 720, San Francisco, CA 94111 • Toll Free Telephone (877) 448-0492 • Facsimile (415) 277-7238
Direct Dial (415) 277-7236 • Email schwartz@nka.com • Web www.nka.com and www.overtimecases.com

We look forward to working with you on this case.

Sincerely,

Bryan J. Schwartz

# EXHIBIT B



A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

May 30, 2007                                                    George J. Tichy, II          COLORADO
                                                                Direct Fax: 415.743.6608

CONNECTICUT

**VIA EMAIL**                                                                                DISTRICT OF
                                                                                             COLUMBIA

Bryan J. Schwartz, Esq.                                                                      FLORIDA
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111                                                                     GEORGIA

                                                                                             ILLINOIS
Re:    **Philip Wong, et al. v. HSBC Mortgage Corp., et al.**
       **USDC Action No. C 07-2446 EDL**
                                                                                             INDIANA

Dear Bryan:
                                                                                             MASSACHUSETTS

I am in receipt of your May 29, 2007 letter regarding retention of evidence.  Our firm
is aware of the requirements regarding preservation of evidence, including electronic        MINNESOTA
evidence, and will consult with our client accordingly.

                                                                                             MISSOURI
Your letter raises a concern which we have in defending this matter.  As you are
aware, your clients have a similar obligation to preserve all evidence, including any        NEVADA
electronic evidence.  That means, among other things, home computers, laptops,
PDAs and other sources of electronic information should not be deleted, modified or          NEW JERSEY
corrupted , and of course, any writings need to be preserved.

                                                                                             NEW YORK
We look forward to working with you in this matter and anticipate your cooperation
regarding the issues discussed above.                                                        NORTH
                                                                                             CAROLINA

                                                                                             OHIO
                                   Very truly yours,

                                                                                             PENNSYLVANIA

                                                                                             RHODE ISLAND
                                   GEORGE J. TICHY, II

                                                                                             SOUTH
GJT/lc                                                                                       CAROLINA

cc:    Client                                                                                TEXAS

                                                                                             VIRGINIA
Firmwide:82541747.1 023404.1000

                                                                                             WASHINGTON

# EXHIBIT C



**LITTLER MENDELSON®**

A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

June 28, 2007

George J. Tichy, II
Direct Fax: 415.743.6608

COLORADO

CONNECTICUT

DISTRICT OF
COLUMBIA

**VIA FAX & U.S. MAIL**

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111

FLORIDA

GEORGIA

Re:   **Philip Wong, et al. v. HSBC Mortgage Corp., et al.**
      **USDC Action No. C 07-2446 EDL**

ILLINOIS

INDIANA

Dear Bryan:

It is unfortunate that you will not dismiss HSBC Bank at this stage.  As I mentioned to you earlier, we are agreeable to a dismissal without prejudice.  However, if you believe that a 30(b)(6) deposition is required, we will cooperate as long as the deposition is limited to issues limited to whether the Bank employs any of the individuals mentioned.  Obviously, HSBC Mortgage is not only solvent but has the ability to respond to any judgment which may be rendered in your clients' favor.

MASSACHUSETTS

MINNESOTA

MISSOURI

NEVADA

It has come to our attention that someone from your office has been contacting employees at HSBC Mortgage during working hours.  Although we don't know the extent of these solicitations, we have received various complaints.  As you may not be aware, HSBC Mortgage has a "no solicitation" rule which applies across the board to any person attempting to solicit at the Company.  Moreover, the employees have a right to privacy and are expected to work during work time.  I must insist that you or any representative of your office not contact employees at HSBC Mortgage during work time.  Of course, you may contact after work anyone who is not a supervisor or part of management, assuming that the person has any interest in speaking to anyone from your office.

NEW JERSEY

NEW YORK

NORTH
CAROLINA

OHIO

PENNSYLVANIA

Very truly yours,

GEORGE J. TICHY, II

RHODE ISLAND

SOUTH
CAROLINA

TEXAS

GJT/lc

cc:   Client

VIRGINIA

Firmwide:82687861.1 023404.1043

WASHINGTON

# EXHIBIT D





ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

July 16, 2007                                                          George J. Tichy, II          COLORADO
                                                                       Direct Fax: 415.743.6608

CONNECTICUT

**VIA EMAIL & U.S. MAIL**                                                                         DISTRICT OF
                                                                                                  COLUMBIA

Bryan J. Schwartz, Esq.                                                                           FLORIDA
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111                                                                          GEORGIA

Re:    **Philip Wong, et al. v. HSBC Mortgage Corp., et al.**
       **USDC Action No. C 07-2446 EDL**                                                          ILLINOIS

Dear Bryan:                                                                                       INDIANA

It has come to our attention that Philip Wong has been contacting other employees  MASSACHUSETTS
during work time to solicit and involve employees in the above lawsuit.  This conduct
by Mr. Wong not only violates the Company's no-solicitation rule but could be a      MINNESOTA
basis for immediate discipline and potential discharge from employment.  In order to
avoid such a consequence, I am again writing to remind you of the limitations placed  MISSOURI
on plaintiffs and plaintiffs' counsel regarding the potential solicitation of the putative
class members.  It is my specific request that you immediately contact Mr. Wong      NEVADA
and advise him that any further solicitation of potential class members during work
time may result in discipline or discharge.                                          NEW JERSEY

Both of our firms have cooperated to assure that appropriate standards are met       NEW YORK
during the handling of this lawsuit.  Your continued cooperation will be appreciated.

                                                                                     NORTH
                                                                                     CAROLINA
                              Very truly yours,

                                                                                     OHIO

                              GEORGE J. TICHY, II                                    PENNSYLVANIA

GJT/lc                                                                               RHODE ISLAND

cc:    Client                                                                        SOUTH
                                                                                     CAROLINA

Firmwide:82787218.1 023404.1043
                                                                                     TEXAS

                                                                                     VIRGINIA

                                                                                     WASHINGTON

# EXHIBIT E





ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

July 20, 2007

George J. Tichy, II
Direct Fax: 415.743.6608

COLORADO

CONNECTICUT

**VIA EMAIL & U.S. MAIL**

DISTRICT OF
COLUMBIA

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

FLORIDA

GEORGIA

Re:   **Philip Wong, et al. v. HSBC Mortgage Corp., et al.**
      **USDC Action No. C 07-2446 MMC**

ILLINOIS

INDIANA

Dear Bryan:

Your law firm's method of handling this case appears to be encroaching upon legal and ethical lines. We have received calls that your firm has contacted members of my clients' management as well as other employees, including calls to their cellular phones and during working time. To give you a sense of the magnitude of this issue, we have been advised that contacts have been made in Charlotte, Portland, Houston, Minnesota, and New Jersey.

MASSACHUSETTS

MINNESOTA

MISSOURI

You should be aware that members of management are company representatives and cannot be contacted without company authorization. Given the number of reports which we have received, it appears that your law firm is not receiving the response you anticipated. However, that does not justify any activities which cross the line.

NEVADA

NEW JERSEY

NEW YORK

Should these improper activities not cease immediately, you will provide us with no other alternative but to take this matter up with Judge Chesney.

NORTH
CAROLINA

OHIO

PENNSYLVANIA

Very truly yours,

RHODE ISLAND

GEORGE J. TICHY, II

SOUTH
CAROLINA

GJT/lc

TEXAS

cc:   Client

VIRGINIA

WASHINGTON

Firmwide:82809745.1 023404.1043

# EXHIBIT F

## Chow, Lonell F.

**From:**      Schwartz, Bryan [schwartz@nka.com]
**Sent:**      Friday, July 20, 2007 1:38 PM
**To:**        Tichy, George J.; Barrett, Michelle R.
**Cc:**        Honkanen, Melissa; Chow, Lonell F.
**Subject:**   Wong, et al. v. HSBC; HSBC Intimidation


Mr. Tichy and Ms. Barrett:

You have been courteous enough to let me know about what you and your client consider to
be potentially improper solicitation activities by either my firm's representatives or my
client, Mr. Wong. We have acted quickly to ensure that no improper solicitation is
occurring. I believe your July 20, 2007 letter alleging solicitation of managers is
misguided. We have not intentionally attempted to contact any HSBC managers regarding this
case and have not spoken to any current HSBC manager about HSBC's overtime practices.

Now I must let you know about an improper practice by HSBC, about which we have received
reports. Apparently, one or more HSBC branches has informed its non-management employees -
across-the-board - that they may not speak with anyone who contacts them outside of work
to discuss the practices of the company.

I was quick to agree that neither we nor our clients should, as a general rule, be
contacting potential witnesses or clients about this case during working hours at HSBC
facilities. I hope you will agree, equally quickly, that HSBC intimidating non-management
employees from cooperating in informal discovery outside of their working hours is
inappropriate, as is intimidating employees from joining the suit.

If we see this pattern continuing, we would have no choice but to seek the Court's
intervention to prevent it. However, we have typically been able to work with Defendants
to correct such conduct, and to remedy the effects of such conduct after it has occurred,
and I hope we can do so in this case. If we continue to hear reports of such intimidation,
then we will need to discuss with you not only how to stop the intimidation immediately,
but ways in which to remedy the effects of intimidation.

Please respond by July 27, 2007, with your assurances that HSBC has been instructed not to
intimidate its employees from voluntary cooperation or participation in this case. Thank
you in advance for your prompt cooperation.

Sincerely,

Bryan Schwartz

# EXHIBIT G



**LITTLER MENDELSON®**

A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

July 25, 2007

George J. Tichy, II
Direct Fax: 415.743.6608

COLORADO

CONNECTICUT

**VIA EMAIL & U.S. MAIL**

DISTRICT OF
COLUMBIA

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

FLORIDA

GEORGIA

Re:    **Philip Wong, et al. v. HSBC Mortgage Corp., et al.
USDC Action No. C 07-2446 MMC**

ILLINOIS

Dear Bryan:

INDIANA

I appreciated your response to my letter, dated July 20, 2007. I want you to know
that several of the people who were contacted at the Company said that they were
contacted on their cell phones. They expressed concern because the individual's
cell number was not generally known. In following up, I have learned that the
Company maintains cell phone information in its directory, which is to be used only
for business purposes. If your firm is using the Company's directory to obtain phone
numbers, please discontinue using the Company's directory immediately.

MASSACHUSETTS

MINNESOTA

MISSOURI

NEVADA

I have inquired about any practice which the Mortgage Company or the Bank would
have regarding limitations on discussion about Company practices outside of work.
I note that your email referenced "HSBC branches". It would be helpful if you could
identify which branch or location would have a practice of the type you mentioned.
Our initial review indicates that each company each has limitations regarding
proprietary information, confidential information, trade secrets, and other protected
business practices which are not generally known to the general public. If there are
other limitations at specific locations which are of concern to you, I would appreciate
your providing me with the specific information and I will look into the matter.

NEW JERSEY

NEW YORK

NORTH
CAROLINA

OHIO

PENNSYLVANIA

We look forward to continuing cooperation as we represent our respective clients in
this matter.

RHODE ISLAND

Very truly yours,

SOUTH
CAROLINA

TEXAS

GEORGE J. TICHY, II

VIRGINIA

GJT/lc

cc:    Client

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
650 California Street, 20th Floor, San Francisco, CA 94108.2693 Tel: 415.433.1940 Fax: 415.399.8490, (url)