1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone: 415.433.1940
   Facsimile: 415.399.8490
6  E-mail: gtichy@littler.com, mbarrett@littler.com,
   kowens@littler.com, jcurley@littler.com
7
   Attorneys for Defendants
8  HSBC MORTGAGE CORPORATION (USA) AND
   HSBC BANK USA, N.A.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   Philip Wong, Frederic Chaussy, and Leslie    | Case No. C 07 2446 MMC [ECF]
14 Marie Shearn, individually, on behalf of all |
   others similarly situated, and on behalf of  | DECLARATION OF RONALD LORD IN
15 the general public,                          | SUPPORT OF DEFENDANTS' MOTION
                                                | FOR RULE 11(C) SANCTIONS
16                  Plaintiffs,                 |
                                                | Date:       June 6, 2008
17         v.                                   | Time:       9:00 a.m.
                                                | Courtroom:  7 (19th Floor)
18 HSBC Mortgage Corporation (USA);             | Judge:      Hon. Maxine M. Chesney
   HSBC Bank USA, N.A.; and DOES 1              |
19 through 50, inclusive,                       |
                                                |
20                  Defendants.                 |

21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF RONALD LORD                              Case No. C 07 2446 MMC [ECF]

I, Ronald Lord, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Technologies and Services, Inc. (hereinafter "HTSU"). My job title is Manager, E-Mail Operations. In my job, I manage E-mail Operations for all HSBC USA entities.

3. In or about March 13, 2008, I was directed to conduct a search on the company's e-mail system for potentially responsive documents to Plaintiffs' discovery requests.

4. As part of my search, I discovered a number of e-mail communications between Plaintiff Philip Wong and his attorney, Bryan Schwartz, as well as additional e-mail communications between HMCU employees and representatives of the Nichols Kaster & Anderson law firm. Attached hereto as Exhibit A are true and correct copies of a number of these e-mail communications.

5. Attached hereto as Exhibit B is a true and correct copy of the "Notice to Users" which, since January 1, 2006, appears on the computer screen each time an HMCU employee logs onto the work computer system.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 29th day of April 2008, in Buffalo, New York.

_____
RONALD LORD

Firmwide:85026148.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF RONALD LORD    1.    Case No. C 07 2446 MMC [ECF]

# EXHIBIT A

**THIS EXHIBIT IS FILED WITH DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS**

# EXHIBIT B

Case 3:07-cv-02446-MMC   Document 126   Filed 04/29/2008   Page 4 of 5



**NOTICE TO USERS**

This is a computer system owned by HSBC BANK plc. All programs and data on this system are the property of, or licensed by HSBC BANK plc. It is for authorised use only. Users (authorised or unauthorised) have no explicit or implicit expectation of privacy.

Any or all uses of this system and all files and data on this system may be intercepted, monitored, recorded, copied, audited, inspected, and disclosed to relevant authorities.

By using this system, the user consents to such interception, monitoring, recording, copying, auditing, inspection, and disclosure at the discretion of HSBC BANK plc authorised personnel.

Unauthorised or improper use of this system may result in administrative disciplinary action and civil and criminal penalties. By continuing to use this system you indicate your awareness of and consent to these terms and conditions of use. LOG OFF IMMEDIATELY if you do not agree to the conditions stated in this warning.

[ OK ]