```
GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   415.433.1940
Facsimile:   415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF HENRY YIP IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS**<br><br>Date:           June 6, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:         Hon. Maxine M. Chesney |

DECLARATION OF HENRY YIP                                                   Case No. C 07 2446 MMC [ECF]

I, Henry E. Yip, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Technology & Services (USA) Inc. (hereinafter "HTSU"). My job title is Director-Network Systems DSS E-Mail Operations. In my job, I oversee the the email systems for various affiliates of HSBC North America Holdings, Inc. including HSBC Bank USA, NA (hereinafter "HBUS") and HSBC Mortgage Corporation (USA) (hereinafter "HCMU").

3. Attached hereto as Exhibit A is a true and correct copy of the "HSBC North America Holdings, Inc. E-mail Policy," available on the corporate intranet.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 25th day of April 2008, in New York, New York.

_____
HENRY E. YIP

Firmwide:85027166.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION

DECLARATION OF HENRY YIP                1               Case No. C 07-2446 MMC (ECF)

# EXHIBIT A

THIS EXHIBIT IS FILED WITH DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT
OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS