1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
6  E-mail: gtichy@littler.com, mbarrett@littler.com,
   kowens@littler.com, jcurley@littler.com
7
   Attorneys for Defendants
8  HSBC MORTGAGE CORPORATION (USA) AND
   HSBC BANK USA, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>      v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**PROOF OF SERVICE RE MOTION FOR SANCTIONS**<br><br>Date:         June 6, 2008<br>Courtroom:   7 (19th Floor)<br>Judge:        Hon. Maxine M. Chesney |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

1     Case No. C 07 2446 MMC [ECF]

1       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On April 29, 2008, I served the within document(s):

**DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR RULE 11(C) SANCTIONS;**

**DECLARATION OF GEORGE J. TICHY, II, IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS;**

**DECLARATION OF MICHELLE R. BARRETT IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS;**

**DECLARATION OF JEANETTE JENNINGS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS;**

**DECLARATION OF HENRY YIP IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS;**

**DECLARATION OF RONALD LORD IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS; AND**

**[PROPOSED] ORDER GRANTING DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR RULE 11(C) SANCTIONS.**

[X]     by causing a copy of the document(s) listed above to be hand delivered by First Legal Messengers to the person(s) at the address(es) set forth below.

Bryan J. Schwartz, Esq.
Nichols Kaster & Anderson, LLP
One Embarcadero Center, Suite 720
San Francisco, CA   94111

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 29, 2008, at San Francisco, California.

_____
Yvonne Catig

Firmwide:85057060.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2     Case No. C 07 2446 MMC [ECF]