IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF SANCTIONS MOTION** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants / | |

Before the Court is defendants' "Motion for Administrative Relief to File Under Seal Exhibits in Support of Defendants' Motion for Rule 11(c) Sanctions," filed April 29, 2008.

By separate order filed this date, the Court has denied as premature defendants' motion for sanctions. Accordingly, the motion for administrative relief, by which defendants seek leave to file under seal documents to be offered in support of the motion for sanctions, is hereby DENIED as moot.

The Clerk is directed, with respect to the subject exhibits, to follow the procedure set forth in Civil Local Rule 79-5(e).

**IT IS SO ORDERED.**

Dated: May 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge