**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: _____

C-07-2446-MMC

__Philip Wong et al__ v __HSBC Mortgage Corp (USA) et al__

Attorneys: __Bryan Schwartz__     __Michelle Barrett__

_____     _____

Deputy Clerk: **TRACY LUCERO**     Reporter: __Not Reported__

**PROCEEDINGS:**     **RULING:**

1. _____     _____

2. _____     _____

3. _____     _____

4. _____     _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference *Continued*

**ORDERED AFTER HEARING:**

11/14/08 @ 10:30 - Continued Case Management Conference, Joint Statement due by 11/7/08.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

( ) Referred to Magistrate For: _____

( ) By Court
(✓) CASE CONTINUED TO __10/10/08 @ 9:00__ for π's motion for Class Certification (to be filed by 9/5/08).

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
Type of Trial: ( ) Jury  ( ) Court

Notes: Deadline to file motion to amend pleadings is 6/30/08.

(20 min)