1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  nichols@nka.com
   (Admitted *pro hac vice*)
3  Paul J. Lukas, MN State Bar No. 22084X
4  lukas@nka.com
   (Admitted *pro hac vice*)
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER & ANDERSON, LLP
9  Bryan Schwartz, State Bar No. 209903
   schwartz@nka.com
10 Matthew C. Helland, State Bar No.250451
11 helland@nka.com
   One Embarcadero Center
12 Suite 720
   San Francisco, CA 94111
13 Telephone: (415) 277-7236
   Facsimile: (415) 277-7238
14
   Attorneys for Individual and Representative Plaintiffs
15
                 **IN THE UNITED STATES DISTRICT COURT**
16
                 **NORTHERN DISTRICT OF CALIFORNIA**
17

18 Philip Wong and Frederic Chaussy,
   individually, on behalf of all others          **Case File No. 07-cv-2446 MMC**
19 similarly situated, and on behalf of the
   general public,
20
                          Plaintiffs,             **NOTICE OF CONSENT FILING**
21
22         vs.

23 HSBC Mortgage Corporation (USA);
   HSBC Bank USA, N.A.; HSBC
24 Holdings, Inc.; and DOES 1 through 50,
   inclusive,
25
                          Defendants.
26

27

28

                          NOTICE OF CONSENT FILING

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2  attached Consent Form(s) for the following person(s):

3

4      Aversano        Michael
       Barbiere        Chad
5      Bhandary        Kimberly
       Hager           Tamara
6      Kelly           John
       LaPierre        Jason
7      Noda            Ibis
       Turk            Cem
8

9

10 Dated:  May 6, 2008                        s/Bryan J. Schwartz

11                                           _____
                                             **NICHOLS KASTER & ANDERSON, LLP**
12                                           Bryan Schwartz, State Bar No. 209903
                                             Matthew Helland, State Bar No. 250451
13                                           One Embarcadero Center
                                             Suite 720
14                                           San Francisco, CA 94111
                                             Telephone: (415) 277-7236
15                                           Facsimile: (415) 277-7238

16                                           **NICHOLS KASTER & ANDERSON, PLLP**
                                             Donald H. Nichols, MN Bar No. 78918
17                                           (Admitted *pro hac vice*)
                                             Paul J. Lukas, MN Bar No. 22084X
18                                           (Admitted *pro hac vice*)
                                             4600 IDS Center, 80 South 8th Street
19                                           Minneapolis, MN  55402
                                             Telephone (612) 256-3200
20                                           BJS/LAJ

21

22                                           ATTORNEYS FOR PLAINTIFFS AND THE
                                             PUTATIVE CLASS

23

24

25

26

27

28

2

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and

HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair

Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three

years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not

receive overtime compensation.

**I worked as (please check all that apply):**
☐ **Sr. Retail Mort. Lending Consultant**
☑ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

_____    5/1/08
Signature                          Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

_Michael Aversano_

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☑ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____    Date _____

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Chad Barbiere*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☑ **Sr. Retail Mort. Lending Consultant**
☑ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____  Date 5/2/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Kimberly Bhandary*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above



### CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☒ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

_____    5/3/08
Signature                   Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Tamara Hager*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

05/05/2008  10:54 | REDACTED | PAGE  01/01

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and

HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair

Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three

years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not

receive overtime compensation.

**I worked as (please check all that apply):**
☐ Sr. Retail Mort. Lending Consultant
☑ Retail Mort. Lending Consultant
☐ Premier Mortgage Sales Officer
☐ Other Mortgage Sales Employee

Signature _____  Date  3/5/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*John Kelly*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):

Signature _____  Date 5/2/08

X Sr. Retail Mort. Lending Consultant
☐ Retail Mort. Lending Consultant
☐ Premier Mortgage Sales Officer
☐ Other Mortgage Sales Employee

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Jason LaPierre*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☐ **Sr. Retail Mort. Lending Consultant**
☒ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☒ **Other Mortgage Sales Employee**

_____    5/1/08
Signature                          Date

REDACTED

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

*Ibis Noda*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
- ☒ **Sr. Retail Mort. Lending Consultant**
- ☐ **Retail Mort. Lending Consultant**
- ☐ **Premier Mortgage Sales Officer**
- ☐ **Other Mortgage Sales Employee**

_____  4-29-08
Signature                              Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____
Street Address

_____
City, State, ZIP

*Cem Turk*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

1

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
2          **Case No. 07-2446 MMC**

3     I hereby certify that on May 6, 2008, I caused the following document(s):

4          **Notice of Consent Filing**

5     to be served via ECF to the following:

6

George J. Tichy, II
7     Michelle Barrett
Littler Mendelson
8     650 California Street
20th Floor
9     San Francisco, CA  94108
gtichy@littler.com
10    barrett@littler.com

11

12    Dated: May 6, 2008                          s/Bryan J. Schwartz

13                                                _____
                                                  **NICHOLS KASTER & ANDERSON, LLP**
14                                                Bryan Schwartz, State Bar No. 209903
                                                  One Embarcadero Center
15                                                Suite 720
                                                  San Francisco, CA 94111
16                                                Telephone: (415) 277-7235
                                                  Facsimile: (415) 277-7238
17

18

19

20

21

22

23

24

25

26

27

28

3