1   NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
2   nichols@nka.com
    (Admitted *pro hac vice*)
3   Paul J. Lukas, MN State Bar No. 22084X
    lukas@nka.com
4   (Admitted *pro hac vice*)
5   4600 IDS Center
    80 South Eighth Street
6   Minneapolis, MN 55402
    Telephone: (612) 256-3200
7   Facsimile: (612) 215-6870

8   NICHOLS KASTER & ANDERSON, LLP
9   Bryan Schwartz, State Bar No. 209903
    schwartz@nka.com
10  Matthew C. Helland, State Bar No.250451
    helland@nka.com
11  One Embarcadero Center
12  Suite 720
    San Francisco, CA 94111
13  Telephone: (415) 277-7236
    Facsimile: (415) 277-7238
14
    Attorneys for Individual and Representative Plaintiffs
15
                IN THE UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17

18  Philip Wong and Frederic Chaussy,
    individually, on behalf of all others          **Case File No. 07-cv-2446 MMC**
19  similarly situated, and on behalf of the
    general public,
20
                                                   **NOTICE OF CONSENT FILING**
21                            Plaintiffs,

22          vs.

23  HSBC Mortgage Corporation (USA);
    HSBC Bank USA, N.A.; HSBC
24  Holdings, Inc.; and DOES 1 through 50,
    inclusive,
25
                              Defendants.
26

27

28

_____
                    NOTICE OF CONSENT FILING

1      PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2 attached Consent Form(s) for the following person(s):

3

| | |
|---|---|
| Deichler | Victoria |
| Gagliano | Karin |
| Lowe | Robert |
| Papantonio | Jeremy |
| Shakir | Hanif |
| San Giovanni | Anthony |
| Sanders | Don |

Dated: May 27, 2008           s/Bryan J. Schwartz

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
Matthew Helland, State Bar No. 250451
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
BJS/MH

ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

2

NOTICE OF CONSENT FILING

1

2

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-2446 MMC**

3    I hereby certify that on May 27, 2008, I caused the following document(s):

4    **Notice of Consent Filing**

5    to be served via ECF to the following:

6

7    George J. Tichy, II
Michelle Barrett

8    Littler Mendelson
650 California Street

9    20th Floor
San Francisco, CA  94108

10    gtichy@littler.com
barrett@littler.com

11

12    Dated: May 27, 2008                          s/Bryan J. Schwartz

13                                          _____

14                                          **NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903

15                                          One Embarcadero Center
Suite 720

16                                          San Francisco, CA 94111
Telephone: (415) 277-7235

17                                          Facsimile: (415) 277-7238

18

19

20

21

22

23

24

25

26

27

28

**CONSENT FORM AND DECLARATION**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☑ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

_Victoria A. Deichler_        5/22/08
Signature                             Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8ᵗʰ Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

_Victoria Deichler_

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

**CONSENT FORM AND DECLARATION**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and

HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair

Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three

years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not

receive overtime compensation.

**I worked as (please check all that apply):**
☒ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _Karin Gagliano_          Date 5/24/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

City, State, ZIP

_Karin Gagliano_

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and

HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair

Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three

years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not

receive overtime compensation.

**I worked as (please check all that apply):**
☐ **Sr. Retail Mort. Lending Consultant**
☒ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____   Date 5/5/08

MAY 27 2008

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Robert Lowe*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
□ **Sr. Retail Mort. Lending Consultant**
☑ **Retail Mort. Lending Consultant**
□ **Premier Mortgage Sales Officer**
□ **Other Mortgage Sales Employee**

Signature _____    Date  5-23-08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

*Jeremy Papantonio*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

REDACTED

# CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

### Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
- ☑ Sr. Retail Mort. Lending Consultant
- ☐ Retail Mort. Lending Consultant
- ☐ Premier Mortgage Sales Officer
- ☐ Other Mortgage Sales Employee

Signature _____  Date 5/23/08

Best Phone Number  856-338-1893   MAY 27 2008   #79

REDACTED

Fax or Mail to:
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

*Hanif Shakir*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

REDACTED

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
☑ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____    Date 5/23/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Anthony San Giovanni*

REDACTED

Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☐ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

_____    5/21/08
Signature                              Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

*Don Sanders*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above