NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                     Plaintiffs,<br><br>       vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>                     Defendants. | **Case File No. 07-cv-2446 MMC**<br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):
3
4  Rivet      Nelson
5
6  Dated: June 3, 2008                    s/Bryan J. Schwartz
7  _____
    **NICHOLS KASTER & ANDERSON, LLP**
8  Bryan Schwartz, State Bar No. 209903
    Matthew Helland, State Bar No. 250451
9  One Embarcadero Center
    Suite 720
10 San Francisco, CA 94111
    Telephone: (415) 277-7236
11 Facsimile: (415) 277-7238
12
    **NICHOLS KASTER & ANDERSON, PLLP**
13 Donald H. Nichols, MN Bar No. 78918
    (Admitted *pro hac vice*)
14 Paul J. Lukas, MN Bar No. 22084X
    (Admitted *pro hac vice*)
15 4600 IDS Center, 80 South 8th Street
16 Minneapolis, MN 55402
    Telephone (612) 256-3200
17 BJS/MH
18
    ATTORNEYS FOR PLAINTIFFS AND THE
19 PUTATIVE CLASS
20
21
22
23
24
25
26
27
28

2
NOTICE OF CONSENT FILING



## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
- ☐ Sr. Retail Mort. Lending Consultant
- ☐ Retail Mort. Lending Consultant
- ☒ Premier Mortgage Sales Officer
- ☐ Other Mortgage Sales Employee

Signature: [signed]    Date: 6-1-08

REDACTED

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

_____
Street Address

_____
City, State, ZIP

*Nelson Rivet*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on June 3, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com

Dated: June 3, 2008                              s/Bryan J. Schwartz
                                                 _____
                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                 Bryan Schwartz, State Bar No. 209903
                                                 One Embarcadero Center
                                                 Suite 720
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 277-7235
                                                 Facsimile: (415) 277-7238