1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  nichols@nka.com
   (Admitted *pro hac vice*)
3  Paul J. Lukas, MN State Bar No. 22084X
4  lukas@nka.com
   (Admitted *pro hac vice*)
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER & ANDERSON, LLP
9  Bryan Schwartz, State Bar No. 209903
   schwartz@nka.com
10 Matthew C. Helland, State Bar No.250451
11 helland@nka.com
   One Embarcadero Center
12 Suite 720
   San Francisco, CA 94111
13 Telephone: (415) 277-7236
   Facsimile: (415) 277-7238
14
   Attorneys for Individual and Representative Plaintiffs
15
                **IN THE UNITED STATES DISTRICT COURT**
16
                   **NORTHERN DISTRICT OF CALIFORNIA**
17

18 Philip Wong and Frederic Chaussy,
   individually, on behalf of all others        **Case File No. 07-cv-2446 MMC**
19 similarly situated, and on behalf of the
   general public,
20
                           Plaintiffs,          **NOTICE OF CONSENT FILING**
21
         vs.
22
23 HSBC Mortgage Corporation (USA);
   HSBC Bank USA, N.A.; HSBC
24 Holdings, Inc.; and DOES 1 through 50,
   inclusive,
25
                           Defendants.
26
27
28

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Eley            Carmen

Dated: June 10, 2008                    s/Bryan J. Schwartz
                                        _____
                                        **NICHOLS KASTER & ANDERSON, LLP**
                                        Bryan Schwartz, State Bar No. 209903
                                        Matthew Helland, State Bar No. 250451
                                        One Embarcadero Center
                                        Suite 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7236
                                        Facsimile: (415) 277-7238

                                        **NICHOLS KASTER & ANDERSON, PLLP**
                                        Donald H. Nichols, MN Bar No. 78918
                                        (Admitted *pro hac vice*)
                                        Paul J. Lukas, MN Bar No. 22084X
                                        (Admitted *pro hac vice*)
                                        4600 IDS Center, 80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone (612) 256-3200
                                        BJS/MH

                                        ATTORNEYS FOR PLAINTIFFS AND THE
                                        PUTATIVE CLASS

REDACTED

# CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
☒ Sr. Retail Mort. Lending Consultant
☐ Retail Mort. Lending Consultant
☐ Premier Mortgage Sales Officer
☐ Other Mortgage Sales Employee

Signature: *[signed]* Carmen Eley          Date: 6/6/08

REDACTED

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

_____
Street Address

_____
City, State, ZIP

*Carmen Eley*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on June 10, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com


Dated: June 10, 2008                    s/Bryan J. Schwartz
                                        _____
                                        **NICHOLS KASTER & ANDERSON, LLP**
                                        Bryan Schwartz, State Bar No. 209903
                                        One Embarcadero Center
                                        Suite 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7235
                                        Facsimile: (415) 277-7238