NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public, | **Case File No. 07-cv-2446 MMC** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Rojas            Juan

Dated: June 12, 2008                    s/Bryan J. Schwartz
                                        _____
                                        **NICHOLS KASTER & ANDERSON, LLP**
                                        Bryan Schwartz, State Bar No. 209903
                                        Matthew Helland, State Bar No. 250451
                                        One Embarcadero Center
                                        Suite 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7236
                                        Facsimile: (415) 277-7238

                                        **NICHOLS KASTER & ANDERSON, PLLP**
                                        Donald H. Nichols, MN Bar No. 78918
                                        (Admitted *pro hac vice*)
                                        Paul J. Lukas, MN Bar No. 22084X
                                        (Admitted *pro hac vice*)
                                        4600 IDS Center, 80 South 8th Street
                                        Minneapolis, MN  55402
                                        Telephone (612) 256-3200
                                        BJS/MH

                                        ATTORNEYS FOR PLAINTIFFS AND THE
                                        PUTATIVE CLASS

2
NOTICE OF CONSENT FILING

CONSENT FORM AND DECLARATION
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
☒ Sr. Retail Mort. Lending Consultant
☐ Retail Mort. Lending Consultant
☐ Premier Mortgage Sales Officer
☐ Other Mortgage Sales Employee

Signature     6-7-2008
              Date

REDACTED

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

_____
Street Address

_____
City, State, ZIP

*Juan Rojas*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on June 12, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com

Dated: June 12, 2008                              s/Bryan J. Schwartz
                                                  _____
                                                  **NICHOLS KASTER & ANDERSON, LLP**
                                                  Bryan Schwartz, State Bar No. 209903
                                                  One Embarcadero Center
                                                  Suite 720
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 277-7235
                                                  Facsimile: (415) 277-7238