NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **Case File No. 07-cv-2446 MMC**<br><br><br>**NOTICE OF CONSENT FILING** |

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2    attached Consent Form(s) for the following person(s):

3

4    Barnes Sr          Albert
     Brooks             S. Lashea
5    Hall               Virginia
     Zumpone            Annmarie
6

7

8    Dated:  June 17, 2008                    s/Bryan J. Schwartz

9                                    _____
                                     **NICHOLS KASTER & ANDERSON, LLP**
10                                   Bryan Schwartz, State Bar No. 209903
                                     Matthew Helland, State Bar No. 250451
11                                   One Embarcadero Center
                                     Suite 720
12                                   San Francisco, CA 94111
                                     Telephone: (415) 277-7236
13                                   Facsimile: (415) 277-7238

14                                   **NICHOLS KASTER & ANDERSON, PLLP**
15                                   Donald H. Nichols, MN Bar No. 78918
                                     (Admitted *pro hac vice*)
16                                   Paul J. Lukas, MN Bar No. 22084X
                                     (Admitted *pro hac vice*)
17                                   4600 IDS Center, 80 South 8th Street
                                     Minneapolis, MN  55402
18                                   Telephone (612) 256-3200
                                     BJS/MH
19

20                                   ATTORNEYS FOR PLAINTIFFS AND THE
                                     PUTATIVE CLASS
21

22

23

24

25

26

27

28
                                         2

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

### Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation. 55 hrs AB

**I worked as (please check all that apply):**
- ☑ **Sr. Retail Mort. Lending Consultant**
- ☐ **Retail Mort. Lending Consultant**
- ☐ **Premier Mortgage Sales Officer**
- ☐ **Other Mortgage Sales Employee**

Signature _____  Date 6-16-08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8ᵗʰ Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

REDACTED

*Albert Barnes Sr*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
**☑ Sr. Retail Mort. Lending Consultant**
**☑ Retail Mort. Lending Consultant**
**☐ Premier Mortgage Sales Officer**
**☐ Other Mortgage Sales Employee**

_Signature_      _Date_ 6/12/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

Street Address

City, State, ZIP

_S Brooks_

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and

HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair

Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three

years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not

receive overtime compensation.

**I worked as (please check all that apply):**
☑ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____     Date  6-17-08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Virginia Hall*

REDACTED

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

REDACTED

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☒ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

_Annmarie Zumpone_ 6-12-08

Signature                              Date

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

_____

Street Address

_____

City, State, ZIP

_Annmarie Zumpone_

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

1

2

**CERTIFICATE OF SERVICE**

Wong et al v. HSBC et al

**Case No. 07-cv-2446 MMC**

3     I hereby certify that on June 17, 2008, I caused the following document(s):

4

5

**Notice of Consent Filing**

to be served via ECF to the following:

6

7     George J. Tichy, II
Michelle Barrett

8     Littler Mendelson
650 California Street

9     20th Floor
San Francisco, CA  94108

10    gtichy@littler.com
barrett@littler.com

11

12    Dated: June 17, 2008                    s/Bryan J. Schwartz

13

14    _____

**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903

15    One Embarcadero Center
Suite 720

16    San Francisco, CA 94111
Telephone: (415) 277-7235

17    Facsimile: (415) 277-7238

18

19

20

21

22

23

24

25

26

27

28

3