NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                      Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>                      Defendants. | **Case File No. 07-cv-2446 MMC**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Foca | Dominic |
| Russell | Darlene |
| Rivera | Loida |

Dated:  June 27, 2008               s/Bryan J. Schwartz

_____
**NICHOLS KASTER & ANDERSON, LLP**
Bryan Schwartz, State Bar No. 209903
Matthew Helland, State Bar No. 250451
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN Bar No. 78918
(Admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(Admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
BJS/MH

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

REDACTED



# CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
- [x] Sr. Retail Mort. Lending Consultant
- [ ] Retail Mort. Lending Consultant
- [ ] Premier Mortgage Sales Officer
- [ ] Other Mortgage Sales Employee

_Signature_ / 6/26/08 _Date_

REDACTED

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

_____
Street Address

_____
City, State, ZIP

*Dominic Foca*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

# CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
☑ Sr. Retail Mort. Lending Consultant
☐ Retail Mort. Lending Consultant
☐ Premier Mortgage Sales Officer
☑ Other Mortgage Sales Employee

Signature _____  Date 6/20/08

REDACTED

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

_____
Street Address

_____
City, State, ZIP

*Darlene Russell*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above



| REDACTED |
|---|

## CONSENT FORM AND DECLARATION
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

I worked as (please check all that apply):
- ☐ Sr. Retail Mort. Lending Consultant
- ☒ Retail Mort. Lending Consultant
- ☐ Premier Mortgage Sales Officer
- ☐ Other Mortgage Sales Employee

Signature / Date 6/20/2008

| REDACTED |
|---|

Fax or Mail to:
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Toll Free Telephone (877) 448-0492
Facsimile: (612) 215-6870

| REDACTED |
|---|

*Loida Rivera*

| REDACTED |
|---|

*Please correct address on the lines allotted if it differs from italicized address above

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on June 27, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com


Dated: June 27, 2008                           s/Bryan J. Schwartz
                                               _____
                                               **NICHOLS KASTER & ANDERSON, LLP**
                                               Bryan Schwartz, State Bar No. 209903
                                               One Embarcadero Center
                                               Suite 720
                                               San Francisco, CA 94111
                                               Telephone: (415) 277-7235
                                               Facsimile: (415) 277-7238