IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No.: 3:07-cv-2446 MMC<br><br>**[PROPOSED] ORDER** |
| Plaintiffs, | |
| vs. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

## <u>ORDER</u>

The Court hereby GRANTS Plaintiffs leave to amend their Complaint, with the Second Amended Complaint, for the reasons stated in Plaintiffs' Motion to Amend.


It is so ordered.


_____

Honorable Maxine M. Chesney
United States District Court
Northern District of California