NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(Admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER & ANDERSON, LLP
Bryan Schwartz, State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, State Bar No.250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>     Plaintiffs,<br><br>  vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>     Defendants. | **Case File No. 07-cv-2446 MMC**<br><br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) that were postmarked on June 26, 2008, for Plaintiff Frances Doll-Lunch and postmarked on June 28, 2008 for Plaintiff Jeffrey Harsh.

Dated: July 1, 2008                    s/Bryan J. Schwartz
                                       _____

                                       **NICHOLS KASTER & ANDERSON, LLP**
                                       Bryan Schwartz, State Bar No. 209903
                                       Matthew Helland, State Bar No. 250451
                                       One Embarcadero Center
                                       Suite 720
                                       San Francisco, CA 94111
                                       Telephone: (415) 277-7236
                                       Facsimile: (415) 277-7238

                                       **NICHOLS KASTER & ANDERSON, PLLP**
                                       Donald H. Nichols, MN Bar No. 78918
                                       (Admitted *pro hac vice*)
                                       Paul J. Lukas, MN Bar No. 22084X
                                       (Admitted *pro hac vice*)
                                       4600 IDS Center, 80 South 8th Street
                                       Minneapolis, MN  55402
                                       Telephone (612) 256-3200
                                       BJS/MH

                                       ATTORNEYS FOR PLAINTIFFS AND THE
                                       PUTATIVE CLASS

2

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☐ **Sr. Retail Mort. Lending Consultant**
☑ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature    Date    June 20, 2008

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Frances Doll-Lund*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

## CONSENT FORM AND DECLARATION
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07-2446 MMC

I hereby consent to join the lawsuit against HSBC Mortgage Corporation (USA) ("HMCU") and HSBC Bank USA, NA ("HBUS") as a Plaintiff to assert claims against them for violations the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I certify under the penalty of perjury that the following is true and correct: During the past three years, there were occasions where I worked over 40 hours per week for HMCU and HBUS and did not receive overtime compensation.

**I worked as (please check all that apply):**
☒ **Sr. Retail Mort. Lending Consultant**
☐ **Retail Mort. Lending Consultant**
☐ **Premier Mortgage Sales Officer**
☐ **Other Mortgage Sales Employee**

Signature _____  Date 6/27/08

REDACTED

**Fax or Mail to:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Paul Lukas**
**4600 IDS Center**
**80 S. 8th Street**
**Minneapolis, MN 55402**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (612) 215-6870**

REDACTED

*Jeffrey Harsh*

REDACTED

*Please correct address on the lines allotted if it differs from italicized address above

1

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
2
**Case No. 07-cv-2446 MMC**

3
I hereby certify that on July 1, 2008, I caused the following document(s):

4
**Notice of Consent Filing**

5
to be served via ECF to the following:
6

George J. Tichy, II
7
Michelle Barrett
Littler Mendelson
8
650 California Street
20th Floor
9
San Francisco, CA  94108
gtichy@littler.com
10
barrett@littler.com
11

12
Dated: July 1, 2008                                   s/Bryan J. Schwartz
13

**NICHOLS KASTER & ANDERSON, LLP**
14
Bryan Schwartz, State Bar No. 209903
One Embarcadero Center
15
Suite 720
San Francisco, CA 94111
16
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
17

18

19

20

21

22

23

24

25

26

27

28

3