1  GEORGE J. TICHY II, Bar No. 041146
   MICHAEL F. MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   KIMBERLY L. OWENS, Bar No. 233185
3  JUSTIN T. CURLEY, Bar No. 233287
   LITTLER MENDELSON
4  A Professional Corporation
   650 California Street, 20th Floor
5  San Francisco, California 94108
   Telephone:   (415) 433-1940
6  Facsimile:   (415) 399-8490
   E-mail: gtichy@littler.com, mmccabe@littler.com,
7  mbarrett@littler.com, kowens@littler.com,
   jcurley@littler.com
8
   Attorneys for Defendants
9  HSBC MORTGAGE CORPORATION (USA) and
   HSBC BANK USA, N.A.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. C 07 2446 MMC [ECF] |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that MICHAEL F. MCCABE, a shareholder of the law firm LITTLER MENDELSON, A Professional Corporation, 650 California Street, 20th Floor, San Francisco, California 94108, 415.433.1940, counsel of record for Defendants HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A. ("Defendants"), hereby enters his appearance as one of the attorneys of record for Defendants in the above-captioned matter. Please send or e-mail copies of all future pleadings and correspondence and all communications to and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF APPEARANCE OF COUNSEL      1.      Case No. C 07 2446 MMC [ECF]

1  from the Court concerning this matter to the undersigned at 650 California Street, 20th Floor, San
2  Francisco, California 94108.2693, or at mmccabe@littler.com.
3  Dated: July 3, 2008

MICHAEL F. McCABE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA)
and HSBC BANK USA, N.A.

Firmwide:85751095.1 023404.1043

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF APPEARANCE OF COUNSEL            2.            Case No. C 07 2446 MMC [ECF]