1  Adrianna S. Haugen, MN Bar #0387799
   NICHOLS KASTER & ANDERSON, PLLP
2  4600 IDS Center, 80 South 8th Street
   Minneapolis, Minnesota 55402
3  Telephone (612) 256-3200

FILED
08 JUL -8 PM 3: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Philip Wong and Frederic Chaussy,
individually, on behalf of all others similarly
situated, and on behalf of the general public,

    Plaintiffs,

v.

HSBC Mortgage Corporation (USA); HSBC
Bank USA, N.A.; HSBC Holdings, Inc.; and
DOES 1 through 50, inclusive,

    Defendant.

Case No: 07-cv-2446 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Adrianna S. Haugen, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

1

1  counsel in the above-entitled action. The name, address, and telephone number of
2  that attorney is:

3  
4  Bryan J. Schwartz
   Nichols Kaster & Anderson, LLP
   One Embarcadero Center
5  Suite 720
   San Francisco, CA  94111
6  415-277-7235

7  
8  I declare under penalty of perjury that the foregoing is true and correct.

9  Dated: 7/1/08                                  /s/ Adrianna Haugen
10                                                Adrianna S. Haugen

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2