1  Donald H. Nichols, MN State Bar No. 78918
   (admitted **pro** **hac** **vice**)
2  Paul J. Lukas, MN State Bar No. 22084X
   (admitted **pro** **hac** **vice**)
3  Timothy C. Selander, MN State Bar No. 0387016
   (admitted **pro** **hac** **vice**)
4  NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402

7  Bryan J. Schwartz, CA State Bar No. 209903
8  Matthew C. Helland, CA State Bar No. 250451
   NICHOLS KASTER & ANDERSON, LLP
9  One Embarcadero Center, Ste. 720
   San Francisco, CA 94111
10
11 Attorneys for Individual and Representative Plaintiffs

12

13              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.: 3:07-cv-2446 MMC**<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

Case No. 07-cv-2446 MMC

NOTICE OF UNAVAILABILITY OF COUNSEL

**TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS ON RECORD:**

PLEASE TAKE NOTICE that, from July 29, 2008 through and including August 13, 2008, Plaintiffs' counsel will be unavailable for all purposes, including, but not limited to, receiving and responding to notices of any kind, appearing in Court, responding to *ex parte* applications, attending depositions, or otherwise communicating with the Court and opposition counsel.

Request is hereby made that no motions, *ex parte* applications, or orders to show cause be filed or noticed between July 29, 2008 and August 13, 2008. Plaintiffs have not received service of any notices, subpoenas, motions, or otherwise which set any matter, hearing, deposition, or deadline during this time period.

Dated: July 10, 2008              **NICHOLS KASTER & ANDERSON, LLP**

/s/ Bryan J. Schwartz
Bryan J. Schwartz
One Embarcadero Center
Suite 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

**ATTORNEYS FOR PLAINTIFFS**