GEORGE J TICHY, II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
JUSTIN T. CURLEY, Bar No. 233287
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: gtichy@littler.com,
mmccabe@littler.com, mbarrett@littler.com,
kowens@littler.com, jcurley@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA)
AND HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF STEPHANIE GIRON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>Date: August 22, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed: May 7, 2007<br>FAC filed: June 29, 2007<br>Trial Date: Not Yet Set |

DECLARATION OF S. GIRON

Case No. C 07 2446 MMC [ECF]

I, Stephanie Giron, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Pay Services, Inc. My job title is Vice President, Human Resources Services. In my job, I familiar with payroll inquiries and paycheck summaries.

3. A great deal of pay related information for current and former HMCU employees is maintained in a PeopleSoft system. Among the pay information kept in PeopleSoft are "Paycheck Summaries" for individuals who or were employed by HMCU. A "Paycheck Summary" shows how much an individual was paid on a bi-weekly basis. The document attached hereto as Exhibit A is a true and correct copy of Ms. Flanagan's "Paycheck Summary" containing information as to the earnings Ms. Flanagan was paid for her employment with HMCU in 2007.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 1st day of August 2008, in Wood Dale, Illinois.

*Stephanie Giron*
STEPHANIE GIRON

Firmwide 86028787.1 023404.1043

# EXHIBIT A

```
Report ID: SPY00260                        PeopleSoft                              Page No.   1
                                        PAYCHECK SUMMARY                           Run Date  07/09/2008
                                                                                   Run Time  12:25:25

EmplId: 43157644    Company: 558   Paygroup: US1   Department: 801033-B   Date Range: 12/30/2006 - 12/29/2007

***************************************************************************************************************
PAY END DATE: 12/31/2006   CHECK NBR: 5466976
* EARNINGS                                         * DEDUCTIONS                                    * TAXES
*                                                  *                                               *
* GROSS PAY:    2,116.59   NET PAY:     2,692.31   * DED CODE  PLAN TYPE  DED CLASS     AMOUNT     * STATE  LOCALITY  TAX CLASS       AMOUNT
* REG HOURS:        0.00   REG HOURLY EARNS:       * -------   ---------  ---------     ------     * -----  --------  ---------       ------
* REG EARN HOURS:  80.00   REG EARNS:   2,692.31   * US1MED    Medical    Before-Tax     71.08     * FED              OASDI/EE        162.15
* OT HOURS:         0.00   OT EARNS:        0.00   * US1MED    Medical    Nontaxable    255.23     * FED              OASDI/ER        162.15
* OTHER EARNINGS:                                  * US1DEN    Dental     Before-Tax     17.08     * FED              MED/EE           37.92
*   EARN CODE     HOURS         AMOUNT             * US1DEN    Dental     Nontaxable     27.94     * FED              MED/ER           37.92
*   ---------     -----         ------             * US1BLF    Life       Nontaxable      5.84     * FED              Withholding     168.33
*                                                  * US1BLF    Life       Taxable        11.15     * FED              Unempl ER        20.83
*                                                  *                                               * NY               Withholding     119.16
*                                                  *                                               * NY               Unempl ER        70.00
***************************************************************************************************************
PAY END DATE: 01/14/2007   CHECK NBR: 5519540
* EARNINGS                                         * DEDUCTIONS                                    * TAXES
*                                                  *                                               *
* GROSS PAY:    2,114.25   NET PAY:     2,692.31   * DED CODE  PLAN TYPE  DED CLASS     AMOUNT     * STATE  LOCALITY  TAX CLASS       AMOUNT
* REG HOURS:        0.00   REG HOURLY EARNS:       * -------   ---------  ---------     ------     * -----  --------  ---------       ------
* REG EARN HOURS:  80.00   REG EARNS:   2,692.31   * US1MED    Medical    Before-Tax     71.08     * FED              OASDI/EE        162.52
* OT HOURS:         0.00   OT EARNS:        0.00   * US1MED    Medical    Nontaxable    255.23     * FED              OASDI/ER        162.52
* OTHER EARNINGS:                                  * US1DEN    Dental     Before-Tax     17.08     * FED              MED/EE           38.01
*   EARN CODE     HOURS         AMOUNT             * US1DEN    Dental     Nontaxable     27.94     * FED              Withholding     169.81
*   ---------     -----         ------             * US1BLF    Life       Nontaxable      5.84     * FED              Med/ER           38.01
*                                                  * US1BLF    Life       Taxable        17.09     * FED              Unempl ER        20.84
*                                                  *                                               * NY               Withholding     119.56
*                                                  *                                               * NY               Unempl ER        70.00
***************************************************************************************************************
```

MORT007444

```
Report ID: SPY00260                                       PeopleSoft                                    Page No.     2
                                                      PAYCHECK SUMMARY                                  Run Date 07/09/2008
                                                                                                        Run Time 12:25:25
EmplId: 43157644        Company: 558     Paygroup: US1     Department: 801033-B     Date Range: 12/30/2006 - 12/29/2007

PAY END DATE: 01/28/2007      CHECK NBR: 5586461
************************************************************************************************************************
* EARNINGS                         * DEDUCTIONS                                           * TAXES                       *
************************************************************************************************************************
* GROSS PAY:         2,692.31      * DED CODE  DED CLASS     PLAN TYPE    AMOUNT          * STATE LOCALITY TAX CLASS    AMOUNT *
* REG HOURS:             0.00      * --------  ----------    ---------    ------          * ----- -------- ---------    ------ *
* REG EARN HOURS:       80.00      * US1MED    Before-Tax    Medical       71.08          * FED             OASDI/EE    162.51 *
* OT HOURS:              0.00      * US1MED    Nontaxable    Medical      255.23          * FED             OASDI/ER    162.51 *
* OTHER EARNINGS:                  * US1DEN    Before-Tax    Dental        17.08          * FED             MED/EE       38.01 *
*   EARN CODE   HOURS   AMOUNT     * US1DEN    Nontaxable    Dental        27.94          * FED             Withholding 169.81 *
*   ---------   -----   ------     * US1BLF    Nontaxable    Life           5.84          * FED             Med/ER       38.01 *
*                                  * US1BLF    Taxable       Life          17.09          * NY              Unempl ER    14.33 *
*                                  *                                                      * NY              Withholding 119.56 *
*                                  *                                                      * NY              Unempl ER    70.00 *
************************************************************************************************************************

PAY END DATE: 02/11/2007      CHECK NBR: 5644184
************************************************************************************************************************
* EARNINGS                         * DEDUCTIONS                                           * TAXES                       *
************************************************************************************************************************
* GROSS PAY:         2,692.31      * DED CODE  DED CLASS     PLAN TYPE    AMOUNT          * STATE LOCALITY TAX CLASS    AMOUNT *
* REG HOURS:             0.00      * --------  ----------    ---------    ------          * ----- -------- ---------    ------ *
* REG EARN HOURS:       80.00      * US1MED    Before-Tax    Medical       71.08          * FED             OASDI/EE    162.52 *
* OT HOURS:              0.00      * US1MED    Nontaxable    Medical      255.23          * FED             OASDI/ER    162.52 *
* OTHER EARNINGS:                  * US1DEN    Before-Tax    Dental        17.08          * FED             MED/EE       38.01 *
*   EARN CODE   HOURS   AMOUNT     * US1DEN    Nontaxable    Dental        27.94          * FED             Withholding 169.81 *
*   ---------   -----   ------     * US1BLF    Nontaxable    Life           5.84          * FED             Med/ER       38.01 *
*                                  * US1BLF    Taxable       Life          17.09          * NY              Unempl ER     0.00 *
*                                  *                                                      * NY              Withholding 119.56 *
*                                  *                                                      * NY              Unempl ER    11.00 *
************************************************************************************************************************

PAY END DATE: 02/25/2007      CHECK NBR: 5706123
************************************************************************************************************************
* EARNINGS                         * DEDUCTIONS                                           * TAXES                       *
************************************************************************************************************************
* GROSS PAY:         2,692.31      * DED CODE  DED CLASS     PLAN TYPE    AMOUNT          * STATE LOCALITY TAX CLASS    AMOUNT *
* REG HOURS:             0.00      * --------  ----------    ---------    ------          * ----- -------- ---------    ------ *
* REG EARN HOURS:       80.00      * US1MED    Before-Tax    Medical       71.08          * FED             OASDI/EE    162.52 *
* OT HOURS:              0.00      * US1MED    Nontaxable    Medical      255.23          * FED             OASDI/ER    162.52 *
* OTHER EARNINGS:                  * US1DEN    Before-Tax    Dental        17.08          * FED             MED/EE       38.01 *
*   EARN CODE   HOURS   AMOUNT     * US1DEN    Nontaxable    Dental        27.94          * FED             Withholding 169.81 *
*   ---------   -----   ------     * US1BLF    Nontaxable    Life           5.84          * FED             Med/ER       38.01 *
*                                  * US1BLF    Taxable       Life          17.09          * NY              Unempl ER     0.00 *
*                                  *                                                      * NY              Withholding 119.56 *
*                                  *                                                      * NY              Unempl ER     0.00 *
************************************************************************************************************************
```

MORT007445

```
Report ID: SPY00260                              PeopleSoft                                    Page No.    3
                                              PAYCHECK SUMMARY                                 Run Date 07/09/2008
                                                                                               Run Time 12:25:25

EmplId: 43157644      Company: 001   Paygroup: US1   Department: 111262-D   Date Range: 12/30/2006 - 12/29/2007

PAY END DATE:  03/11/2007    CHECK NBR: 5724210
*********************************************************************************************************
* EARNINGS                       *   DEDUCTIONS                                  *   TAXES                                        *
* GROSS PAY:       2,692.31     * DED CODE  DED CLASS     PLAN TYPE   AMOUNT     * STATE  LOCALITY   TAX CLASS      AMOUNT         *
* REG HOURS:           0.00     * -------   ---------     ---------   ------     * -----  --------   ---------      ------         *
* REG EARN HOURS:     80.00     * NET PAY:       2,114.25                        *                                                 *
* OT HOURS:            0.00     * REG HOURLY EARNS:  0.00                        *   FED              OASDI/EE       162.52        *
* OTHER EARNINGS:               * REG EARNS:     2,692.31                        *   FED              OASDI/ER       162.52        *
*   EARN CODE   HOURS   AMOUNT  * OT EARNS:          0.00                        *   FED              MED/EE          38.01        *
*   ---------   -----   ------  *                                                *   FED              Withholding    169.81        *
*                               * US1MED   Before-Tax    Medical       71.08     *   FED              Med/ER          38.01        *
*                               * US1MED   Nontaxable    Medical      255.23     *   NY               Unempl ER       20.83        *
*                               * US1DEN   Before-Tax    Dental        17.08     *   NY               Withholding    119.56        *
*                               * US1DEN   Nontaxable    Dental        27.94     *   NY               Unempl ER      102.31        *
*                               * US1BLF   Nontaxable    Life           5.84     *                                                 *
*                               * US1BLF   Taxable       Life          17.09     *                                                 *
*********************************************************************************************************

PAY END DATE:  03/25/2007    CHECK NBR: 5778968
*********************************************************************************************************
* EARNINGS                       *   DEDUCTIONS                                  *   TAXES                                        *
* GROSS PAY:       3,713.31     * DED CODE  DED CLASS     PLAN TYPE   AMOUNT     * STATE  LOCALITY   TAX CLASS      AMOUNT         *
* REG HOURS:           0.00     * -------   ---------     ---------   ------     * -----  --------   ---------      ------         *
* REG EARN HOURS:     80.00     * NET PAY:       2,731.96                        *                                                 *
* OT HOURS:            0.00     * REG HOURLY EARNS:  0.00                        *   FED              OASDI/EE       225.82        *
* OTHER EARNINGS:               * REG EARNS:     2,692.31                        *   FED              OASDI/ER       225.82        *
*   EARN CODE   HOURS   AMOUNT  * OT EARNS:          0.00                        *   FED              MED/EE          52.81        *
*   ---------   -----   ------  *                                                *   FED              Withholding    425.06        *
*   51           0.00  1,021.00 * US1MED   Before-Tax    Medical       71.08     *   FED              Med/ER          52.81        *
*                               * US1MED   Nontaxable    Medical      255.23     *   NY               Unempl ER       29.00        *
*                               * US1DEN   Before-Tax    Dental        17.08     *   NY               Withholding    189.50        *
*                               * US1DEN   Nontaxable    Dental        27.94     *   NY               Unempl ER      141.10        *
*                               * US1BLF   Nontaxable    Life           5.84     *                                                 *
*                               * US1BLF   Taxable       Life          17.09     *                                                 *
*********************************************************************************************************

PAY END DATE:  04/08/2007    CHECK NBR: 5833898
*********************************************************************************************************
* EARNINGS                       *   DEDUCTIONS                                  *   TAXES                                        *
* GROSS PAY:      22,750.00     * DED CODE  DED CLASS     PLAN TYPE   AMOUNT     * STATE  LOCALITY   TAX CLASS      AMOUNT         *
* REG HOURS:           0.00     * -------   ---------     ---------   ------     * -----  --------   ---------      ------         *
* REG EARN HOURS:     40.00     * NET PAY:      15,255.73                        *                                                 *
* OT HOURS:            0.00     * REG HOURLY EARNS:  0.00                        *   FED              OASDI/EE     1,406.09        *
* OTHER EARNINGS:               * REG EARNS:     1,346.15                        *   FED              OASDI/ER     1,406.09        *
*   EARN CODE   HOURS   AMOUNT  * OT EARNS:          0.00                        *   FED              MED/EE         328.84        *
*   ---------   -----   ------  *                                                *   FED              Withholding  4,246.37        *
*   SVO          0.00 16,153.85 * US1MED   Before-Tax    Medical       71.08     *   FED              Med/ER         328.84        *
*   V            0.00  5,250.00 * US1MED   Nontaxable    Medical      255.23     *   NY               Unempl ER        6.17        *
*                               * US1DEN   Before-Tax    Dental        17.08     *   NY               Withholding  1,424.81        *
*                               * US1DEN   Nontaxable    Dental        27.94     *   NY               Unempl ER        5.41-       *
*                               * US1BLF   Nontaxable    Life           5.84     *                                                 *
*                               * US1BLF   Taxable       Life          17.09     *                                                 *
*********************************************************************************************************
```

MORT007446

```
Report ID: SPY00260                              PeopleSoft                                    Page No.      4
                                              PAYCHECK SUMMARY                                  Run Date 07/09/2008
                                                                                                Run Time 12:25:27

EmplId: 43157644      Company: 001   Paygroup: US1   Department: 111262-D   Date Range: 12/30/2006 - 12/29/2007

PAY END DATE:   04/22/2007      CHECK NBR: 5893096
****************************************************************************************************************
* EARNINGS                             * DEDUCTIONS                              *  TAXES                       *
****************************************************************************************************************
* GROSS PAY:       8,724.35  NET PAY:        5,592.96  *  DED CODE   DED CLASS   PLAN TYPE   AMOUNT  *  STATE  LOCALITY   TAX CLASS      AMOUNT  *
* REG HOURS:           0.00  REG HOURLY EARNS:   0.00  *  --------   ---------   ---------   ------  *  -----  --------   ---------      ------  *
* REG EARN HOURS:      0.00  REG EARNS:          0.00  *                                       0.00  *   FED              OASDI/EE       540.91  *
* OT HOURS:            0.00  OT EARNS:           0.00  *                                       0.00  *   FED              OASDI/ER       540.91  *
* OTHER EARNINGS:                                      *                                       0.00  *   FED              MED/EE         126.51  *
*    EARN CODE   HOURS              AMOUNT             *                                       0.00  *   FED              Withholdng   1,886.91  *
*    ---------   -----              ------             *                                       0.00  *   FED              Med/ER         126.51  *
*       51        0.00            8,724.35             *                                       0.00  *   FED              Unempl ER        0.00  *
*                                                      *                                              *    NY              Withholdng     577.06  *
*                                                      *                                              *    NY              Unempl ER        0.00  *

SUMMARY
****************************************************************************************************************
* EARNINGS                             * DEDUCTIONS                              *  TAXES                       *
****************************************************************************************************************
* GROSS PAY:      51,341.52  NET PAY:       36,268.51  *  DED CODE   DED CLASS     PLAN TYPE   AMOUNT  *  STATE  LOCALITY   TAX CLASS      AMOUNT  *
* REG HOURS:           0.00  REG HOURLY EARNS:   0.00  *  --------   ---------     ---------   ------  *  -----  --------   ---------      ------  *
* REG EARN HOURS:    600.00  REG EARNS:     20,192.32  *  US1MED     Before-Tax    Medical     568.64  *   FED              OASDI/EE     3,147.56  *
* OT HOURS:            0.00  OT EARNS:           0.00  *  US1MED     Nontaxable    Medical   2,041.84  *   FED              OASDI/ER     3,147.56  *
* OTHER EARNINGS:                                      *  US1DEN     Before-Tax    Dental      136.64  *   FED              MED/EE         736.12  *
*    EARN CODE   HOURS              AMOUNT             *  US1DEN     Nontaxable    Dental      223.52  *   FED              Withholdng   7,575.72  *
*    ---------   -----              ------             *  US1BLF     Nontaxable    Life         46.72  *   FED              Med/ER         736.12  *
*       51        0.00            9,745.35             *  US1BLF     Taxable       Life        130.78  *   FED              Unempl ER      112.00  *
*       SV0       0.00           16,153.85             *                                              *    NY              Withholdng   2,908.33  *
*        V        0.00            5,250.00             *                                              *    NY              Unempl ER      459.00  *
```

MORT007447