1  GEORGE J. TICHY, II, Bar No. 041146
   MICHAEL F. MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   KIMBERLY L. OWENS, Bar No. 233185
3  JUSTIN T. CURLEY, Bar No. 233287
   LITTLER MENDELSON
4  A Professional Corporation
   650 California Street, 20th Floor
5  San Francisco, California 94108
   Telephone: (415) 433-1940
6  Facsimile: (415) 399-8490
   E-mail: gtichy@littler.com,
7  mmccabe@littler.com, mbarrett@littler.com,
   kowens@littler.com, jcurley@littler.com
8

9  Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA)
10 AND HSBC BANK USA, N.A.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 Philip Wong, Frederic Chaussy, and Leslie    Case No. C 07 2446 MMC [ECF]
   Marie Shearn, individually, on behalf of all
16 others similarly situated, and on behalf of   DECLARATION OF JEANETTE
   the general public,                           JENNINGS IN SUPPORT OF
17                                               DEFENDANTS' OPPOSITION TO
                   Plaintiffs,                   PLAINTIFFS' MOTION FOR LEAVE TO
18                                               AMEND FIRST AMENDED COMPLAINT
         v.
                                                 Date:       August 22, 2008
19 HSBC Mortgage Corporation (USA);              Time:       9:00 a.m.
   HSBC Bank USA, N.A.; and DOES 1              Courtroom:  7 (19th Floor)
20 through 50, inclusive,                       Judge:      Hon. Maxine M. Chesney

21                 Defendants.                  Complaint filed: May 7, 2007
                                                FAC filed:       June 29, 2007
22                                              Trial Date:      Not Yet Set

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF JEANETTE JENNINGS                                Case No. C 07 2446 MMC [ECF]

I, Jeanette Jennings, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Bank USA, N.A. (hereinafter "HBUS"). My corporate title is "Senior Vice President." My functional job title is "Group Director for Human Resources." In my job, I supervise a group of Human Resources professionals. I, along with the individuals I supervise, provide Human Resources services for HSBC Mortgage Corporation (USA) (hereinafter "HMCU").

3. It is HMCU's practice, in conjunction with assistance from the Human Resources group providing Human Resources services for HMCU, to provide all individuals participating in an HMCU sales incentive plan with a copy of that incentive plan. For example, I am aware that Plaintiffs Wong and Chaussy received copies of incentive plans applicable to their jobs.

4. The Human Resources professionals that I supervise have responsibility for inputting personnel related information and/or processing instructions related to personnel changes during or at the end of an individual's employment with HMCU. Much of the personnel information that is maintained for these individuals is kept in our PeopleSoft system. I have reviewed the PeopleSoft records for proposed named plaintiff Karen Flanagan. The records reflect that Ms. Flanagan's employment with HMCU ended on March 30, 2007.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this __ day of August 2008, in Depew, New York.

*/s/ Jeanette Jennings*
JEANETTE JENNINGS

Firmwide.86058490.1 023404.1043

DECLARATION OF JEANETTE JENNINGS     1.     Case No. C 07 2446 MMC [ECF]