1  NICHOLS KASTER, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  nichols@nka.com
   (Admitted *pro hac vice*)
3  Paul J. Lukas, MN State Bar No. 22084X
4  lukas@nka.com
   (Admitted *pro hac vice*)
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER, LLP
9  Bryan Schwartz, State Bar No. 209903
   schwartz@nka.com
10 Matthew C. Helland, State Bar No.250451
   helland@nka.com
11 One Embarcadero Center
   Suite 720
12 San Francisco, CA 94111
13 Telephone: (415) 277-7236
   Facsimile: (415) 277-7238
14
   Attorneys for Individual and Representative Plaintiffs
15
   **IN THE UNITED STATES DISTRICT COURT**
16
   **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public, | **Case File No. 07-cv-2446 MMC** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

NOTICE OF FIRM NAME CHANGE

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster & Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP, respectively. Our address, phone number, and fax number have not changed.

Dated:  August 5, 2008				s/Bryan J. Schwartz
						_____
						**NICHOLS KASTER, LLP**
						Bryan Schwartz, State Bar No. 209903
						Matthew Helland, State Bar No. 250451
						One Embarcadero Center
						Suite 720
						San Francisco, CA 94111
						Telephone: (415) 277-7236
						Facsimile: (415) 277-7238

						**NICHOLS KASTER, PLLP**
						Donald H. Nichols, MN Bar No. 78918
						(Admitted *pro hac vice*)
						Paul J. Lukas, MN Bar No. 22084X
						(Admitted *pro hac vice*)
						4600 IDS Center, 80 South 8th Street
						Minneapolis, MN  55402
						Telephone (612) 256-3200
						BJS/MH

						ATTORNEYS FOR PLAINTIFFS AND THE
						PUTATIVE CLASS

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on August 5, 2008, I caused the following document(s):

**Notice of Firm Name Change**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com


Dated: August 5, 2008                    s/Bryan J. Schwartz
                                         _____
                                         **NICHOLS KASTER, LLP**
                                         Bryan Schwartz, State Bar No. 209903
                                         One Embarcadero Center
                                         Suite 720
                                         San Francisco, CA 94111
                                         Telephone: (415) 277-7235
                                         Facsimile: (415) 277-7238

3
NOTICE OF FIRM NAME CHANGE