1  NICHOLS KASTER, PLLP
   Donald H. Nichols, MN State Bar No. 78918
2  nichols@nka.com
   (Admitted *pro hac vice*)
3  Paul J. Lukas, MN State Bar No. 22084X
4  lukas@nka.com
   (Admitted *pro hac vice*)
5  4600 IDS Center
   80 South Eighth Street
6  Minneapolis, MN 55402
7  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
8
   NICHOLS KASTER, LLP
9  Bryan Schwartz, State Bar No. 209903
   schwartz@nka.com
10 Matthew C. Helland, State Bar No.250451
   helland@nka.com
11 One Embarcadero Center
12 Suite 720
   San Francisco, CA 94111
13 Telephone: (415) 277-7236
   Facsimile: (415) 277-7238
14
   Attorneys for Individual and Representative Plaintiffs
15
   **IN THE UNITED STATES DISTRICT COURT**
16
   **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| Philip Wong and Frederic Chaussy, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; HSBC Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case File No. 07-cv-2446 MMC**<br><br>**NOTICE OF FIRM NAME CHANGE** |

NOTICE OF FIRM NAME CHANGE

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster & Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP, respectively.  Our address, phone number, and fax number have not changed.

Dated:  August 5, 2008                    s/Bryan J. Schwartz
                                          _____
                                          **NICHOLS KASTER, LLP**
                                          Bryan Schwartz, State Bar No. 209903
                                          Matthew Helland, State Bar No. 250451
                                          One Embarcadero Center
                                          Suite 720
                                          San Francisco, CA 94111
                                          Telephone: (415) 277-7236
                                          Facsimile: (415) 277-7238

                                          **NICHOLS KASTER, PLLP**
                                          Donald H. Nichols, MN Bar No. 78918
                                          (Admitted *pro hac vice*)
                                          Paul J. Lukas, MN Bar No. 22084X
                                          (Admitted *pro hac vice*)
                                          4600 IDS Center, 80 South 8th Street
                                          Minneapolis, MN  55402
                                          Telephone (612) 256-3200
                                          BJS/MH

                                          ATTORNEYS FOR PLAINTIFFS AND THE
                                          PUTATIVE CLASS

NOTICE OF FIRM NAME CHANGE

**CERTIFICATE OF SERVICE**
Wong et al v. HSBC et al
**Case No. 07-cv-2446 MMC**

I hereby certify that on August 5, 2008, I caused the following document(s):

**Notice of Firm Name Change**

to be served via ECF to the following:

George J. Tichy, II
Michelle Barrett
Littler Mendelson
650 California Street
20th Floor
San Francisco, CA  94108
gtichy@littler.com
barrett@littler.com

Dated: August 5, 2008                              s/Bryan J. Schwartz
                                                   _____
                                                   **NICHOLS KASTER, LLP**
                                                   Bryan Schwartz, State Bar No. 209903
                                                   One Embarcadero Center
                                                   Suite 720
                                                   San Francisco, CA 94111
                                                   Telephone: (415) 277-7235
                                                   Facsimile: (415) 277-7238