IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
|     Plaintiffs, | **ORDER VACATING AUGUST 22, 2008 HEARING** |
|   v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
|     Defendants | |

    Before the Court is plaintiffs' "Motion for Leave to Amend," filed June 30, 2008, by which plaintiffs seek leave to file a Second Amended Complaint. Defendants have filed opposition. Plaintiffs have not filed a reply. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for August 22, 2008.

    **IT IS SO ORDERED.**

Dated: August 19, 2008

MAXINE M. CHESNEY
United States District Judge