GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com, mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**NOTICE OF CHANGE OF COUNSEL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF CHANGE OF COUNSEL      1.      Case No. C 07 2446 MMC [ECF]

1  TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that attorney Justin T. Curley of Littler Mendelson is no longer counsel for Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. Defendants respectfully request that all service lists be updated to reflect this change and that Mr. Curley be removed from the Court's CM/ECF electronic mail service list for the above-captioned matter.

Dated: August 20, 2008

                                                        /s/ Michelle R. Barrett
                                                        MICHELLE R. BARRETT
                                                        GEORGE J. TICHY II
                                                        MICHAEL F. MCCCABE
                                                        KIMBERLY L. OWENS
                                                        LITTLER MENDELSON
                                                        A Professional Corporation
                                                        Attorneys for Defendants
                                                        HSBC MORTGAGE CORPORATION (USA)
                                                        and HSBC BANK USA, N.A.

Firmwide:86319700.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940