GEORGE J. TICHY, II, Bar No. 041146
MICHAEL McCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: gtichy@littler.com, mbarrett@littler.com,
kowens@littler.com, mmccabe@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF RONALD LORD IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS**<br><br>Date:           October 10, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:         Hon. Maxine M. Chesney |

I, Ronald Lord, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am employed by HSBC Technologies and Services, Inc. (hereinafter "HTSU"). My job title is Manager, E-Mail Operations. In my job, I manage E-mail Operations for all HSBC USA entities.

3. In or about March 13, 2008, I was directed to conduct a search on the company's e-mail system for potentially responsive documents to Plaintiffs' discovery requests.

4. As part of my search, I discovered a number of e-mail communications between Plaintiff Philip Wong and his attorney, Bryan Schwartz, as well as additional e-mail communications between HMCU employees and representatives of the Nichols Kaster & Anderson law firm. Attached hereto as Exhibit A are true and correct copies of a number of these e-mail communications.

5. Attached hereto as Exhibit B is a true and correct copy of the "Notice to Users" which, since January 1, 2006, appears on the computer screen each time an HMCU employee logs onto the work computer system.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 29th day of April 2008, in Buffalo, New York.

_____
RONALD LORD

Firmwide:85026148.1 023404.1043

DECLARATION OF RONALD LORD                1.                Case No. C 07 2446 MMC [ECF]

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

# EXHIBIT A

**THIS EXHIBIT IS FILED WITH DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS**

# EXHIBIT B

