GEORGE J. TICHY, II, Bar No. 041146
MICHAEL MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: gtichy@littler.com, , mmccabe@littler.com
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A.'S MOTION FOR RULE 11(C) SANCTIONS<br><br>Date:           October 10, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:         Hon. Maxine M. Chesney |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR RULE 11(C)
SANCTIONS

Case No. C 07 2446 MMC [ECF]

On October 10, 2008, Defendants HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A (hereinafter "Defendants") Motion for Rule 11(c) Sanctions came on for hearing at 9:00 a.m. before the Honorable Maxine M. Chesney. Plaintiffs and Defendants were both represented by counsel.

After considering all the papers filed in support of and in opposition to the Motion, as well as the argument of counsel, the Court issued the following rulings:

    a.    Nichols Kaster ("NK") are disqualified as class counsel due to their unethical conduct and conflicts of interest with putative class members;

    b.    Plaintiffs Philip Wong and Frederic Chaussy are disqualified as class representatives due to their failure to adequately represent putative class members;

    c.    The Court imposes monetary sanctions in the amount of $_____ against NK;

    d.    The Court imposes monetary sanctions in the amount of $_____ against Philip Wong;

    e.    The Court imposes monetary sanctions in the amount of $_____ against Frederic Chaussy;

    f.    The Court grants Defendants' attorneys' fees and costs associated with filing this motion.

IT IS SO ORDERED.

Dated: October ___, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Firmwide:86520466.1 023404.1043

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS      1.      Case No. C 07 2446 MMC [ECF]