1  GEORGE J. TICHY, II, Bar No. 041146
   MICHAEL MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   KIMBERLY L. OWENS, Bar No. 233185
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
6  E-mail: gtichy@littler.com, mmccabe@littler.com,
   mbarrett@littler.com, kowens@littler.com,
7
   Attorneys for Defendants
8  HSBC MORTGAGE CORPORATION (USA) AND
   HSBC BANK USA, N.A.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   Philip Wong, Frederic Chaussy, and Leslie      Case No. C 07 2446 MMC [ECF]
14 Marie Shearn, individually, on behalf of all
   others similarly situated, and on behalf of    **[PROPOSED] ORDER GRANTING
15 the general public,                            DEFENDANTS HSBC MORTGAGE
                                                  CORPORATION (USA) AND HSBC BANK
16              Plaintiffs,                       USA, N.A.'S MOTION FOR
                                                  ADMINISTRATIVE RELIEF TO FILE
17         v.                                     UNDER SEAL EXHIBITS IN SUPPORT
                                                  OF DEFENDANTS' MOTION FOR RULE
18 HSBC Mortgage Corporation (USA);               11(C) SANCTIONS**
   HSBC Bank USA, N.A.; and DOES 1
19 through 50, inclusive,                         Date:       October 10, 2008
                                                  Time:       9:00 a.m.
20              Defendants.                       Courtroom:  7 (19th Floor)
                                                  Judge:      Hon. Maxine M. Chesney
21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR ADMIN.
RELIEF TO FILE UNDER SEAL                         Case No. C 07 2446 MMC [ECF]

On September 5, 2008, pursuant to Local Rules 79-5 and 7-11 of the Local Rules for the United States District Court for the Northern District of California, Defendants HSBC MORTGAGE CORPORATION (USA) AND HSBC BANK USA, N.A. (hereinafter "Defendants") filed their Motion for Administrative Relief to File Under Seal Exhibits in support of Defendants' Motion for Rule 11(c) Sanctions. The Court, having read the Motion for Administrative Relief and the Declaration of Michelle R. Barrett in support of the Motion for Administrative Relief filed with the Court and having provided Plaintiffs with the opportunity to support or oppose the Motion, finds that good cause exists to file the requested documents under seal.

IT IS THEREFORE ORDERED that Defendants' Motion for Administrative Relief to File Under Seal Exhibits in support of Defendants' Motion for Rule 11(c) Sanctions is GRANTED. Pursuant to this Order, the Clerk of the Court shall file the following documents under seal:

    a.    Exhibits A through G to Jeanette Jennings' Declaration in support of Defendants' Motion for Rule 11(c) Sanctions;

    b.    Exhibit A to Henry Yip's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions;

    c.    Exhibit A to Ron Lord's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions, until such time as the Court determines that these documents are not protected by the attorney-client or work-product privileges; and

    d.    Exhibits F and G to Michelle R. Barrett's Declaration in support of Defendants' Motion for Rule 11(c) Sanctions.

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Firmwide:86531804.1 023404.1043

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMIN. RELIEF TO FILE UNDER SEAL    1.    Case No. C 07 2446 MMC [ECF]