# Exhibit 4

```
00001
 1  IN THE UNITED STATES DISTRICT COURT

 2  NORTHERN DISTRICT OF CALIFORNIA
    --------------------------------------------- x
 3  PHILIP WONG and FREDERIC CHAUSSY,
    individually, on behalf of others
 4  similarly situated, and on behalf of
    the general public,
 5
                Plaintiffs,
 6
                        Case number
 7      -against-        07-cv-2446 MMC

 8  HSBC MORTGAGE CORPORATION (USA); HSBC
    BANK USA, N.A.; HSBC HOLDINGS, INC.;
 9  and DOES 1 through 50, inclusive,

10              Defendants.
    --------------------------------------------- x
11

12

13          DEPOSITION of ERIC LIBOY, taken

14  pursuant to Notice, held at the offices of

15  Littler Mendelson, Esqs., 885 Third Avenue, New

16  York, New York, on August 15, 2008, at 8:33

17  a.m., before Fran Insley, a Notary Public of

18  the States of New York and New Jersey.

19

20

21

22

23

24

25
```

```
00002
 1  A P P E A R A N C E S:

 2

 3     NICHOLS KASTER & ANDERSON, LLP

 4        Attorneys for Plaintiffs

 5        One Embarcadero Center
          Suite 720
 6        San Francisco, California  941

 7     BY:  BRYAN J. SCHWARTZ, ESQ.
            (415) 277-7235
 8          schwartz@nka.com

 9

10

11     LITTLER MENDELSON, ESQS.

12        Attorneys for Defendants

13        750 California Street
          20th Floor
14        San Francisco, California  941

15     BY:  MICHAEL F. MC CABE, ESQ.
            (415) 433-1940
16          mmcabe@littler.com

17

18

19  ALSO PRESENT:

20        DAVID JIMENEZ, Videographer

21

22
              xxxxx
23

24

25
```

```
00003
 1  ------------------ I N D E X ------------------
 2  WITNESS           EXAMINATION BY         PAGE
 3  ERIC LIBOY        MR. SCHWARTZ             5
 4                    MR. MC CABE            140
 5
 6
 7  ---------------- E X H I B I T S ----------------
 8  EXHIBITS          DESCRIPTION            PAGE
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

00068

1  A. Wage and hour laws, not that I

2 recall, no.

3    MR. SCHWARTZ: I'm going to get into

4    the next whole line of questioning, so why

5    don't we just take a five-minute break.

6    MR. MC CABE: Okey-doke.

7    THE VIDEOGRAPHER: We are now off

8    the record at 10:13 a.m., August 15, 2008.

9    (Whereupon a discussion was held

10   off the record.)

11   THE VIDEOGRAPHER: Here begins

12   tape 3 of the deposition of Mr. Eric

13   Liboy.

14   We are now on the record at

15   a.m., August 15, 2008.

16  Q. Mr. Liboy, I want to talk to you

17 about the period of time when you were

18 overseeing the Premier mortgage division. Is

19 that what it is called, Premier mortgage

20 division?

21  A. It sounds good.

22  Q. During that period, in addition to

23 Mr. Lato and Ms. Clements, you also oversaw

24 Premier loan officers?

25  A. Yes.

00069

1  Q. How many did you have?

2  A. At its peak, there were seven.

3  Q. Was their primary duty selling

4  mortgages to Premier customers?

5  A. Yes.

6  Q. To the best of your understanding,

7  is their job essentially the same as other loan

8  officers within the company, that they focused

9  on obviously the Premier customer demographic?

10  A. Yes.

11  Q. Premier loan officers specifically

12  were assigned to sell mortgages to clients

13  referred by -- referred to you by Premier

14  centers which are banks -- Premier centers; is

15  that right?

16  A. Yes.

17  Q. And Premier centers are branches of

18  HSBC Bank reserved for high-income, not

19  ultra-wealthy, but high-income clients?

20  A. Yes.

21  Q. Who is Mike Vasami, V-U-S-A-M-I?

22  A. Michael Vasami, V-A-S-A-M-I. He

23  used to work for HSBC Premier. He doesn't -- I

24  don't believe he works for the organization

25  anymore.

00106
1   Q.   The only thing you were concerned
2   about was that his production go up?
3   A.   Correct.
4   Q.   Were you ever involved in a
5   discussion with any of your Premier loan
6   officers regarding the difference between
7   outside sales and inside sales?
8   A.   No.
9   Q.   Did you ever have a discussion
10  relating to that issue with any other HSBC
11  official?
12  A.   No. I'm not really sure I know what
13  you mean by inside sales, outside sales.
14  Q.   Well, if you didn't discuss it and
15  you don't know what it is, the difference is,
16  then it's not necessarily significant to
17  follow-up further on it.
18       MR. MC CABE:  Well, objection.
19       You've asked him a question. You said if
20       he doesn't understand it, he should ask
21       you about it. Now you're saying if he
22       doesn't understand, you'll just assume he
23       did.
24       MR. SCHWARTZ:  No, that's not what
25       I'm saying.

00107
1          MR. MC CABE: Yeah, it is. Do you
2     want to explain to him what you mean by
3     it?
4     Q.   My question to you was simply if
5  those -- if you ever had a discussion with any
6  HSBC official in which those terms came up.
7     A.   Those terms never came up.
8     Q.   Were you ever involved in a
9  discussion with any HSBC officials regarding
10  the classification of your Premier loan
11  officers under federal and state wage and hour
12  laws?
13     A.   No.
14     Q.   Their classification as exempt or
15  nonexempt never came up?
16     A.   That, yes.
17     Q.   How did it come up?
18     A.   It never came up about all loan
19  officers are exempt employees.
20     Q.   You're aware of that? Was that ever
21  discussed with you in some way?
22     A.   With respect to the loan officers?
23     Q.   Yes.
24     A.   I mean, the Premier loan officers?
25     Q.   Yes.

```
00143
 1         C E R T I F I C A T E
 2
 3       I, FRAN INSLEY, hereby certify that
 4  the Deposition of ERIC LIBOY was held before me
 5  on the 15th day of August, 2008; that said
 6  witness was duly sworn before the commencement
 7  of testimony; that the testimony was taken
 8  stenographically by myself and then transcribed
 9  by myself; that the party was represented by
10  counsel as appears herein;
11         That the within transcript is a true
12  record of the Deposition of said witness;
13         That I am not connected by blood or
14  marriage with any of the parties; that I am not
15  interested directly or indirectly in the
16  outcome of this matter; that I am not in the
17  employ of any of the counsel.
18         IN WITNESS WHEREOF, I have hereunto
19  set my hand this 20th day of August, 2008.
20
21              - - - - - - - - - - - -
                   FRAN INSLEY
22
23
24
25
```