# Exhibit 8

```
00001
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4

 5

 6 Philip Wong, Frederic Chaussy,
   Leslie Marie Shearn,
 7 individually,

 8         Plaintiff,

 9    vs.       CASE NO. C 07 2446 MMC [ECF]

10 HSBC Mortgage Corporation (USA);
   HSBC Bank USA, N.A.; and
11 DOES 1 through 50,

12         Defendants.

13 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

14

15           VIDEOTAPED DEPOSITION OF

16              STEPHANY HOR

17
              June 13, 2008
18
                8:50 a.m.
19

20     2049 Century Park East, 5th Floor,

21         Los Angeles, California

22

23

24

25       David Sanchez, CSR No. 5620
```

```
00002
 1            APPEARANCES OF COUNSEL

 2    For Plaintiffs:

 3       NICHOLS, KASTER & ANDERSON, LLP
         BRYAN J. SCHWARTZ, ESQ.
 4        One Embarcadero Center, Suite 720
         San Francisco, California 94111
 5        (415) 277-7235
         (415) 277-7238 Fax
 6        schwartz@nka.com

 7
      For Defendants HSBC Mortgage Corp., and HSBC
 8    Bank USA, N.A.:

 9       LITTLER MENDELSON
         MICHAEL F. McCABE, ESQ.
10        650 California Street, 20th Floor
         San Francisco, California 94108
11        (415) 433-1940
         (415) 399-8490 Fax
12        mmccabe@littler.com

13

14    Also Present:

15       Jeffrey P. Needham
         Todd Bullock, Videographer
16

17

18

19

20

21

22

23

24

25
```

00067
 1   Q   So the more loans you funded the higher your
 2 compensation; is that correct?
 3   A   Well, also we have a quota we have to meet,
 4 not just that.
 5   Q   Okay. But can you answer my question?
 6   A   If I can answer, if I understand your
 7 question, then yes, you get more loan funded.
 8   Q   So in a sales position you're motivated to
 9 make sales to make more money, correct?
10   A   Not just, we do everything. We service, we
11 try and sell loan for the bank. And of course if you
12 get paid for the loan amount we close, then yes. But
13 we do have to meet the bank quota. We just doing our
14 job what we need to do.
15   Q   During your tenure with HSBC Mortgage
16 Corporation, was it your goal to generate as many
17 sales as possible in order to earn commissions?
18   A   To sell the loan product, that's my goal,
19 that's my main, you know, job.
20   Q   As opposed to selling 50 versus one, your
21 goal was to sell 50; correct, because that meant more
22 money to you?
23   A   Not only -- well, you know, mostly it's
24 partially me, it's partially for the banks too. If I
25 don't bring the loan to the bank the bank is paying my

```
00214
 1           REPORTER'S CERTIFICATION
 2
 3    I, David Sanchez, a Certified Shorthand Reporter
 4 in and for the State of California, do hereby certify:
 5
 6    That the foregoing witness was by me duly sworn;
 7 that the deposition was then taken before me at the
 8 time and place herein set forth; that the testimony
 9 and proceedings were reported stenographically by me
10 and later transcribed into typewriting under my
11 direction; that the foregoing is a true record of the
12 testimony and proceedings taken at that time.
13
14    IN WITNESS WHEREOF, I have subscribed my name
15 this 29th day of June, 2008.
16
17
18        _____
19          David Sanchez, CSR No. 5620
20
21
22
23
24
25
```