# Exhibit 11

00001

1        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2        SAN FRANCISCO DIVISION

3

4  Philip Wong, Frederic Chaussy,
   and Leslie Marie Shearn, individually,
5  on behalf of all others similarly
   situated, and on behalf of the
6  general public,

7       Plaintiffs,

8    vs.        Case No.
           C 07 2446 MMC [ECF]
9
   HSBC Mortgage Corporation (USA);
10  HSBC Bank USA, N.A.; and DOES 1
   through 50, inclusive,
11
       Defendants.
12 _____

13

14

15   VIDEOTAPED DEPOSITION OF FREDERIC CHAUSSY

16      San Francisco, California

17      Thursday, March 13, 2008

18        Volume 1

19

20

21  Reported by:
   CHRIS TE SELLE
22  RPR, CSR No. 10836

23  Job No. 3-83065

24

25

**Chaussy, Frederic 3.13.2008.txt**       **Page 1**

00002

1            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2              SAN FRANCISCO DIVISION

3

4  Philip Wong, Frederic Chaussy,
   and Leslie Marie Shearn, individually,
5  on behalf of all others similarly
   situated, and on behalf of the
6  general public,

7            Plaintiffs,

8      vs.              Case No.
                        C 07 2446 MMC [ECF]
9
   HSBC Mortgage Corporation (USA);
10  HSBC Bank USA, N.A.; and DOES 1
   through 50, inclusive,
11
             Defendants.
12 _____

13

14

15

16      Videotaped deposition of FREDERIC CHAUSSY,

17   volume 1, taken on behalf of Defendants, at the

18   offices of Littler Mendelson, 650 California

19   Street, San Francisco, California, beginning at

20   10:14 a.m. and ending at 4:22 p.m., on

21   Thursday, March 13, 2008, before CHRIS

22   TE SELLE, RPR, Certified Shorthand Reporter

23   No. 10836.

24

25

**Chaussy, Frederic 3.13.2008.txt**                    **Page 2**

00117

1    Q.   But that was something you suggested might

2   be useful; is that right?

3    A.   Yeah, like a newsletter would have been

4   useful.

5    Q.   Okay.

6        When you did, when you mailed out

7   marketing materials, were these marketing materials

8   that you helped prepare, or were these marketing

9   materials someone else prepared?

10    A.   Someone else prepared.

11    Q.   Did you provide any input into the

12   development of those?

13    A.   No, I did not.

14    Q.   I notice that you mentioned that from time

15   to time that you would give small gifts to what you

16   referred to as influential people might be helpful.

17        Did you ever give prospective customers,

18   or, quote, influential people, unquote, wine?

19    A.   No, not when I was working at HSBC.  The

20   only thing that I did is just take clients, from

21   time to time, to lunch, as listed in my --

22    Q.   Okay, fair enough.

23    A.   -- reports.

24    Q.   I notice on page 5, Bates stamped 57, you

25   list a number of real estate companies from which

00208

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

8   of the proceedings was made by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12        Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [  ] was [  ] was not requested.

16        I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19        IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: _____

23

24        _____

CHRIS TE SELLE

25        CSR No. 10836