# Exhibit 16

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JEREMY STANFIELD, et al., | No. C 06-3892 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 315] |
| FIRST NLC FINANCIAL SERVICES, LLC, et al., | |
| Defendants. | |

For the reasons stated on the record on December 18, 2007, the Court GRANTS the parties' Joint Motion for Final Approval of Settlement and Release between Plaintiffs and Defendant [Docket No. 315], with the modification that Counsel for the Plaintiffs be awarded 25% of the common fund, consistent with the Court's findings at the fairness hearing.

IT IS SO ORDERED.

December 21, 2007

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge