# Exhibit 17

Philip G Wong/HBUS/HSBC
09/11/2006 05:30 PM

To amy.s.ku@us.hsbc.com
cc
bcc
Subject Re: Minimum Production - Philip G Wong

| History: | This message has been forwarded. |
|---|---|

yes I know!!!
Will do!

Amy S Ku/HBUS/HSBC
09/11/2006 05:25 PM

Please respond to
amy.s.ku@us.hsbc.com by 09/12/2006

To Philip G Wong/HBUS/HSBC@HSBC
cc Jeff Needham/HBUS/HSBC@HSBC
Subject Minimum Production - Philip G Wong



Dear Philip,

Per our conversation today, senior management has approved to extend/renew the probation/forgivable draw for you until 12-31-2006.
In addition, the minimum funding production requirement is adjusted to $550K. A senior loan consultant should generate an average of $2 million monthly.
You need to build your pipeline by diligently engaged in 15 meaningful mortgage conversation daily. You know this is a number game.
With Fremont branch opening on 10-9-06, there will be plenty of opportunity to talk to new HSBC clients.
New streamline processing and products are coming our way and therefore giving us the chance to shine!
But don't wait another day, go get the applications and as always, I am just a phone call away.

* Please reply this email to acknowledge your minimum production requirement.

Thanks!

Amy S. Ku
Retail Sales Manager, Northern California Region
HSBC Mortgage Corporation (USA)
amy.s.ku@us.hsbc.com
Fax: (917) 229-5167

Amy S Ku/HBUS/HSBC
09/11/2006 12:38 PM
Please respond to amy.s.ku@us.hsbc.com by 09/12/2006

To Frederic Y Chaussy/HBUS/HSBC@HSBC
cc Jeff Needham/HBUS/HSBC@HSBC
bcc
Subject Minimum Production - Frederic Chaussy.

History: This message has been forwarded.



Hi Frederic,

Per our conversation today, senior management has approved to extend/renew the probation/forgivable draw for you until 12-31-2006.
In addition, the minimum funding production requirement is adjusted to $550K. A senior loan consultant should generate an average of $2 million monthly.
You need to build your pipeline by diligently engaged in 15 meaningful mortgage conversation daily. You know this is a number game.
With Fremont branch opening on 10-9-06, there will be plenty of opportunity to talk to new HSBC clients.
New streamline processing and products are coming our way and therefore giving us the chance to shine!
But don't wait another day, go get the applications and as always, I am just a phone call away.

* Please reply this email to acknowledge your minimum production requirement.

Thanks!

Amy S. Ku
Retail Sales Manager, Northern California Region
HSBC Mortgage Corporation (USA)
amy.s.ku@us.hsbc.com
Fax: (917) 229-5167
Cellular: (650) 222-5645

HSBC values your patronage.
We are committed to providing overall exceptional service to our customers.

MORT001338