# Exhibit 18



| | | |
|---|---|---|
| Jeff Needham/HBUS/HSBC | To | Philip G Wong/HBUS/HSBC@HSBC |
| 05/03/2007 08:11 AM | cc | Amy S Ku/HBUS/HSBC |
| | bcc | |
| | Subject | Fw: Meng, 0839434952 |

History: ⟹ This message has been forwarded.

Phil,

Accounting will waive the fee recovery on the MENG transaction. As you are aware, required fee's must be collected, otherwise it will result in a payroll deduction.

Thanks.

----- Forwarded by Jeff Needham/HBUS/HSBC on 05/03/2007 08:09 AM -----

| | | |
|---|---|---|
| Lisa Petrus/HBUS/HSBC | | |
| 05/03/2007 06:02 AM | To | Debra Mack/HBUS/HSBC@HSBC |
| | cc | Jeff Needham/HBUS/HSBC@HSBC, Amy S Ku/HBUS/HSBC@HSBC |
| | Subject | Fw: Meng, 0839434952 |

Hi Debra.

Please do not charge for this loan.

Thanks

Lisa Petrus
Financial Admin
Phone 716-651-6498
Fax 732-352-6931

----- Forwarded by Lisa Petrus/HBUS/HSBC on 05/03/2007 08:59 AM -----



| | | |
|---|---|---|
| Jeff Needham/HBUS/HSBC | | |
| 05/02/2007 07:38 PM | To | Lisa Petrus/HBUS/HSBC@HSBC |
| | cc | Amy S Ku/HBUS/HSBC |
| | Subject | Meng, 0839434952 |

Lisa,

The above referenced loan appeared on the recent withdrawn/declined report for fee collection of $325. Per Philip Wong, LO, the borrower was an existing HSBC Mtg Corp customer, who made application with him via the Oakland branch, and then rec'd a retention/modification offer from telesales. The borrower chose the retention offer, and withdraw application.

Given the circumstances on this loan, please waive the recovery of the application fee.

Please confirm.... Thanks.

REDACTED

Send Invite 98 left
preview invite

----Forwarded by Philip G Wong/HBUS/HSBC on 03/02/2008 08:35AM ----

To: Philip G Wong/HBUS/HSBC@HSBC
From: Amy S Ku/HBUS/HSBC
Date: 02/26/2008 01:46PM
Subject: Declined/Withdrawn Expense Report Jan 08.

Philip,

http://mail.google.com/mail/?ui=1&ik=65542002eb&view=cv&search=inbox&th=11adfef1a4724920&ww=1065&cvap=0&qt=...   7/1/2008

NKA009131

Compose Mail

Inbox (137)
Starred
Chats
Sent Mail
Drafts (8)
All Mail
Spam (117)
Trash

Contacts

▼ Quick Contacts
Search, add, or invite

● Philip Wong
Connecting in 38s..
Try now

We're experiencing technical difficulties that may prevent your chats from being sent.

▼ Labels
Edit labels

▼ Invite a friend
Give Gmail to:

Send Invite | 88 left
preview invite

The following is the Declined/Withdrawn Expense Report Jan 08 showing 3 charges for loan application fees uncollected. As you already knew about the mandatory application fee requirement, you will be charged for not collecting these fees at application.
Please call me if you have any questions or concern.

Declined/Withdrawn Expense Report Jan 08.

| Title | Loan Officer | Loan Number | Borrower | Appr fee | Credit rpt fee | Appl fee | Total expens |
|---|---|---|---|---|---|---|---|
| Retail Loan Officer | | | | | | | |
| | Wong, Philip | 449904075 | PRADO | $0.00 | $0.00 | $325.00 | $325. |
| | Wong, Philip | 459751239 | CHNG | $0.00 | $0.00 | $525.00 | $525. |
| | Wong, Philip | 459338552 | RIZO | $0.00 | $0.00 | $325.00 | $325. |

Best regards,

Amy S Ku
VP, Sr Regional Retail Mortgage Lending Manager, Northern California | HSBC Mortgage Corporation (USA)
601 Montgomery Street, San Francisco, CA 94111
Ask me about Premier Deluxe Mortgage program. We offer Great Rate Discount and NO Lender Fees!

Phone. 650-222-5845
Fax. 917-229-5167
Email. amy.s.ku@us.hsbc.com

*************************************************
This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
*************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!

http://mail.google.com/mail/?ui=1&ik=65542002eb&view=cv&search=inbox&th=11adfcf1a4724920&ww=1065&cvap=0&qt=...   7/1/2008

NKA009132