# Exhibit 19

00001

1    IN THE UNITED STATES DISTRICT COURT FOR THE

2        NORTHERN DISTRICT OF CALIFORNIA

3    PHILIP WONG, FREDERIC CHAUSSY,    )

4    and Leslie Marie Shearn,         )

5    individually, on behalf of the   )

6    general public,                  )

7         Plaintiffs,                 )

8        vs.                    ) No. 07-CV-2446

9    HSBC MORTGAGE CORPORATION (USA);  )

10   HSBC Bank USA, N.A.; and DOES 1,  )

11   through 50, inclusive,           )

12        Defendants.                 )

13        The 30(b)(6) deposition of HSBC

14   MORTGAGE CORPORATION, SUSAN R. MARCZAK, called as

15   a 30(b)(6) witness by the Plaintiffs, for

16   examination, taken pursuant to notice, agreement

17   and by the provisions of the Rules of Civil

18   Procedure for the United States District Courts

19   pertaining to the taking of depositions, taken

20   before Patricia A. Armstrong, a Notary Public

21   within and for the County of DuPage, State of

22   Illinois, and a Certified Shorthand Reporter,

23   No. 084-1766, of said state, at 200 North LaSalle

24   Street, Chicago, Illinois, on the 30th day of

25   August, 2007 at 10:00 a.m.

00002

1  PRESENT:

2

3      NICHOLS KASTER & ANDERSON, LLP,

4      (One Embarcadero Center, Suite 720,

5      San Francisco, CA 94111,

6      415-277-7235), by:

7      MR. BRYAN J. SCHWARTZ,

8          appeared on behalf of the Plaintiffs;

9

10

11     LITTLER MENDELSON,

12     (650 California Street, 20th Floor,

13     San Francisco, California 94108-2693,

14     415-433-1940), by:

15     MS. MICHELE R. BARRETT,

16         appeared on behalf of Defendants.

17

18

19     ALSO PRESENT:

20         MR. JIM ROSS, Videographer.

21

22

23  REPORTED BY: PATRICIA ARMSTRONG, CSR, RPR.

24         Certificate No. 84-1766.

25

00111

1    Q.    I see.  Okay.

2        Who did they report to before then?

3    A.    Actually, they reported to Brian Wallace

4    when he was a HSBC Mortgage Corporation employee.

5    Q.    And who did he report to at that time?

6    MS. BARRETT:  Objection; beyond the scope of

7    the deposition notice.

8    BY THE WITNESS:

9    A.    I'm not sure.  I would assume he

10    reported at that time to Randy Roup, who was the

11    EVP of mortgage at that time.  But that is a guess

12    on my part.

13    BY MR. SCHWARTZ:

14    Q.    Beyond that, do you have any knowledge

15    about training that's conducted for employees to

16    mortgage corporation?

17    A.    No.

18    Q.    If you look at the next topic, which

19    relates to performance expectations, you have

20    already testified you don't really know about

21    performance expectations of the different

22    employees within the mortgage corporation, but the

23    disciplinary and removal procedures, through --

24    where -- through whom do supervisors in the

25    mortgage unit go when they want to discipline or

00141

1  STATE OF ILLINOIS  )

2              )  SS.

3  COUNTY OF DU PAGE  )

4      I, Patricia A. Armstrong, Certified

5  Shorthand Reporter No. 084-1766, Registered

6  Professional Reporter and Notary Public in and for

7  the County of DuPage, State of Illinois, do hereby

8  certify that previous to the commencement of the

9  examination, said witness was duly sworn by me to

10  testify the truth; that the said deposition was

11  taken at the time and place aforesaid; that the

12  testimony given by said witness was reduced to

13  writing by means of shorthand and thereafter

14  transcribed into typewritten form, and that the

15  foregoing is a true, correct, and complete

16  transcript of my shorthand notes so taken as

17  aforesaid.

18      I further certify that there were

19  present at the taking of the said deposition the

20  persons and parties as indicated on the appearance

21  page made a part of this deposition.

22      I further certify that I am not counsel

23  for nor in any way related to any of the parties

24  to this suit, nor am I in any way interested in

25  the outcome thereof.

**Marczak, Susan R 30(b)(6) 8-30-07.txt**          **Page 141**

00142

1        I further certify that this certificate

2   applies to the original signed IN BLUE and

3   certified transcripts only.  I assume no

4   responsibility for the accuracy of any reproduced

5   copies not made under my control or direction.

6        IN TESTIMONY WHEREOF I have hereunto set

7   my hand and affixed my notarial seal this 4th day

8   of September, A.D., 2007.

9

10

11

12

13

14

15        _____

16        Patricia A. Armstrong, CSR, RPR.,

17

18  My Commission Expires

19

20  March 23, 2009.

21

22

23

24

25