# Exhibit 22



# HSBC

## The world's local bank

March 2008

## The HSBC Group

| | |
|---|---|
| **Who we are** | The HSBC Group is one of the largest banking and financial services organisations in the world, with well-established businesses in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa. |
| **Head office** | HSBC Holdings plc is incorporated in England, with its head office in London. |
| **Strategy** | HSBC's strategic direction reflects its position as 'the world's local bank' with its uniquely cosmopolitan customer base. Group strategy is aligned with the key trends shaping the global economy. HSBC recognises that emerging markets are growing faster than developed economies, world trade is expanding at a greater rate than GDP, and life expectancy is increasing virtually everywhere. HSBC is, therefore, reshaping its business by investing primarily in the faster growing emerging markets and, in developed markets, focusing on businesses which have international connectivity. |
| **Assets** | US$2,354 billion (£1,172 billion HK$18,359 billion) at 31 December 2007. |
| **Profit before tax** | US$24,212 million (£12,106 million HK$188,878 million) for 2007. |
| **Capital strength** | Tier 1 capital ratio: 9.3% <br> Total capital ratio: 13.6% } at 31 December 2007 |
| **International reach** | Around 10,000 offices in 83 countries and territories. |
| **Staff** | 330,000 employees worldwide. |
| **Customers** | About 128 million worldwide, with a total of 46 million customers registered for internet banking. |
| **Share listings** | HSBC Holdings is listed on the London, Hong Kong, New York, Paris and Bermuda stock exchanges. The company's US$0.50 ordinary shares are traded on the London, Hong Kong, Paris and Bermuda stock exchanges and are traded in New York in the form of American Depositary Shares, each of which represents five ordinary shares. Shares in HSBC Holdings are held by more than 200,000 shareholders in over 100 countries and territories. |
| **Technology** | HSBC is a major user of advanced information technology, with an annual spending of US$5.9 billion. Its e-business channels include the internet, PC banking and telephone banking. HSBC maintains its own private telecommunications network – one of the world's largest – to deliver IT services to customers and to staff around the world. HSBC web sites attracted 2.1 billion visits during 2007. |
| **Customer groups and global businesses** *Personal Financial Services (including Consumer Finance)* | HSBC provides its personal customers worldwide with a full range of personal financial services, including current and savings accounts, mortgages, insurance, credit cards, loans, pensions and investments. Consumer finance, part of Personal Financial Services, facilitates point-of-sale credit to consumers, and lends money and provides related services to meet the financial needs of everyday people. <br><br> Pre-tax profit for 2007 was US$5.9 billion, a decrease of 38% on the previous year, due to higher impairment charges, particularly in the US. Excluding US consumer finance, pre-tax profit increased by 18%, driven by exceptionally strong net operating income growth in Asia and Latin America. As Asian stock markets grew in value, HSBC delivered a wider array of products and services to meet demand. The HSBC Insurance brand was launched as part of a strategy to accelerate growth in the insurance business. |
| *Commercial Banking* | HSBC is a leading provider of financial services to small, medium-sized and middle-market enterprises. Pre-tax profit increased by 19% to US$7.1 billion, driven by strong results in Asia, Latin America and the Middle East. Customer numbers grew faster than in previous years, by 8%, to 2.8 million. HSBC continued to improve its capacity to meet customers' cross-border business requirements. International banking centres covering a further 38 countries and territories were opened, increasing their coverage to 54 countries and nearly all of the customer base. |
| *Global Banking and Markets (formerly Corporate, Investment Banking and Markets)* | This global business provides tailored financial services to corporate, institutional and government clients, and reported an increase of 5% in pre-tax profit to US$6.1 billion. Record revenues were reported in foreign exchange, equities, securities services, payments and cash management, and HSBC Global Asset Management. In 2007, the implementation of the 'emerging markets-led and financing-focused' strategy was completed and Corporate, Investment Banking and Markets was renamed Global Banking and Markets. |
| *Private Banking* | HSBC is one of the world's top private banking businesses, providing financial services to high net worth individuals and their families in 93 locations. Pre-tax profits increased by 24%, to US$1.5 billion, primarily due to an outstanding performance in Hong Kong, and strong growth in Switzerland and throughout the Americas. Client assets increased by 26% to US$421 billion, of which US$35.9 billion related to net new money, reflecting strong investment performance and increased marketing expenditure. |
| **Primary press contacts** | London: 44 020 7992 3756 / 44 020 7992 1573 <br> Hong Kong: 852 2822 4929 <br> New York: 1 212 525 3800;  Chicago: 1 224 544 3310 |
| **Web** | www.hsbc.com |

Fact Sheet

| | |
|---|---|
| Key events in the growth of the HSBC Group | The HSBC Group evolved from The Hongkong and Shanghai Banking Corporation Limited, which was founded in 1865 in Hong Kong with offices in Shanghai and London and an agency in San Francisco. The Group expanded primarily through offices established in the bank's name until the mid-1950s when it began to create or acquire subsidiaries. Below are some key developments in the Group's growth since 1959. |
| 1959 | The Hongkong and Shanghai Banking Corporation acquires The British Bank of the Middle East (formerly the Imperial Bank of Persia, now called HSBC Bank Middle East Limited). |
| 1965 | The Hongkong and Shanghai Banking Corporation acquires a majority shareholding in Hang Seng Bank Limited, now the second-largest bank incorporated in Hong Kong. |
| 1972 | Midland Bank acquires a shareholding in UBAF Bank Limited (now British Arab Commercial Bank Limited). |
| 1978 | The Saudi British Bank is established under local control to take over The British Bank of the Middle East's branches in Saudi Arabia. |
| 1980 | The Hongkong and Shanghai Banking Corporation acquires 51% of New York State's Marine Midland Bank, N.A. (now called HSBC Bank USA, N.A.). Midland Bank acquires a controlling interest in leading German private bank Trinkaus & Burkhardt KGaA (now HSBC Trinkaus & Burkhardt AG). |
| 1981 | Hongkong Bank of Canada (now HSBC Bank Canada) is established in Vancouver. |
| 1982 | Egyptian British Bank S.A.E. is formed, with the Group holding a 40% interest. The Group now holds 94.5% in the renamed HSBC Bank Egypt S.A.E. |
| 1983 | Marine Midland Bank acquires Carroll McEntee & McGinley (now HSBC Securities (USA) Inc.). |
| 1986 | HongkongBank of Australia Limited (now HSBC Bank Australia Limited) is established. |
| 1987 | The Hongkong and Shanghai Banking Corporation acquires the remaining shares of Marine Midland and a 14.9% equity interest in Midland Bank plc (now HSBC Bank plc). |
| 1991 | HSBC Holdings plc is established; its shares are traded on the London and Hong Kong stock exchanges. |
| 1992 | HSBC Holdings purchases the remaining equity in Midland Bank. |
| 1993 | The HSBC Group's Head Office moves to London. |
| 1994 | Hongkong Bank Malaysia Berhad (now HSBC Bank Malaysia Berhad) is formed. |
| 1997 | In Brazil, the Group establishes Banco HSBC Bamerindus S.A. (now HSBC Bank Brasil S.A.-Banco Múltiplo), and acquires Roberts S.A. de Inversiones in Argentina (now HSBC Argentina Holdings S.A.). |
| 1999 | Shares in HSBC Holdings begin trading on a third stock exchange, New York. HSBC acquires Republic New York Corporation (now integrated with HSBC USA Inc.) and its sister company Safra Republic Holdings S.A. (now HSBC Holdings (Luxembourg) S.A.). Midland Bank acquires a 70.03% interest in Mid-Med Bank p.l.c. (now HSBC Bank Malta p.l.c.), Malta's largest commercial bank. |
| 2000 | HSBC acquires CCF (now HSBC France), one of France's largest banks. Shares in HSBC Holdings are listed on a fourth stock exchange, in Paris. |
| 2001 | HSBC acquires Demirbank TAS, now HSBC Bank A.S., Turkey's fifth largest private bank; and signs an agreement to purchase an 8% stake in Bank of Shanghai. |
| 2002 | Acquisitions include Grupo Financiero Bital, S.A. de C.V. (now Grupo Financiero HSBC, S.A. de C.V.), one of Mexico's largest financial services groups. |
| 2003 | HSBC acquires Household International, Inc. (now HSBC Finance Corporation), a leading US consumer finance company; and Losango Promotora de Vendas Ltda in Brazil. Four French private banking subsidiaries combine to form HSBC Private Bank France. HSBC Insurance Brokers Limited forms a joint venture, Beijing HSBC Insurance Brokers Limited, in which it has a 24.9% stake. Hang Seng Bank acquires 15.98% of Industrial Bank Co Ltd, a mainland China commercial bank. |
| 2004 | HSBC acquires The Bank of Bermuda Limited and shares in HSBC Holdings are listed on a fifth stock exchange, in Bermuda. The Hongkong and Shanghai Banking Corporation acquires 19.9% of Bank of Communications Limited, China's fifth largest bank, since reduced to 19%. |
| 2005 | HSBC acquires 9.91% of Ping An Insurance (Group) Company of China, Ltd, subsequently increased to 16.8%. HSBC Finance Corporation acquires Metris Companies Inc. making HSBC the fifth largest issuer of MasterCard and Visa cards in the US. |
| 2006 | HSBC acquires the Panama-based Grupo Banistmo S.A., the leading banking group in Central America. |
| 2007 | In China, HSBC is one of the first foreign banks to incorporate locally under the name HSBC Bank (China) Company Limited, and HSBC Rural Bank opens for business in Hubei Province. In Vietnam, HSBC increases its stake in Techcombank to 14.4% and acquires 10% of Bao Viet, the country's top insurer. In South Korea, HSBC agrees to acquire 51% of Korea Exchange Bank, subject to regulatory approval. In Taiwan, HSBC obtains agreement to acquire certain businesses and operations of The Chinese Bank Co., Ltd. |

© Copyright HSBC Holdings plc 2008 All rights reserved

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of HSBC Holdings plc.

*Approved for issue in the UK by HSBC Bank plc, 8 Canada Square, London E14 5HQ, UK. AC10204*

MCP 30786. Designed by Group Communications (Asia), The Hongkong and Shanghai Banking Corporation Limited
Printed by Chris Fowler International Limited, London, on Regency Satin paper using vegetable oil-based inks. Made in Italy, the paper comprises 92% virgin fibre and 8% mill broke. Pulps used are elemental chlorine-free.