# PLACEHOLDER FOR EXHIBIT 25