the **Voice** for employees®

**Nichols Kaster**, LLP
**Attorneys at Law**

Minneapolis • San Francisco

September 9, 2008

**VIA ECF**
Honorable Judge Maxine Chesney
U.S.D.C. Northern District of California
Courtroom 7, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: Wong et al v. HSBC et al
     07-cv-2446

Dear Honorable Judge Chesney:

The undersigned has just noted several unintended editing errors with the Second Amended Complaint (Dkt. #183) – in particular, that the phrase "meal and rest period" was included with respect to the New York and New Jersey proposed classes, when Plaintiffs assert no such claim, and that references to New York were made in the statement of a New Jersey cause of action. As such, the attached Second Amended Complaint is revised to reflect what was permitted by this Court in its Order regarding Plaintiffs' Motion for Leave to Amend. I also attach a "red-lined" comparison for the Court between the attached substitution for the Second Amended Complaint, and the Second Amended Complaint with errors which was filed as Docket #183.

Additionally, undersigned counsel, in reviewing Plaintiffs' Motion For Class Certification Under Fed.R.Civ.P.23 recently filed (Dkt 186), realized that Exhibit 19, as described in the Motion and as attached thereto, failed to include relevant pages for the point asserted (regarding centralized disciplinary authority). As such, the complete Exhibit 19 is filed herein (Dkt 190).

I apologize for any inconvenience to the Court these errors and this substitution may have caused.

     Sincerely,

     s/Bryan J. Schwartz

     Bryan J. Schwartz

Enclosures