# Exhibit 19

```
00001
 1    IN THE UNITED STATES DISTRICT COURT FOR THE
 2         NORTHERN DISTRICT OF CALIFORNIA
 3  PHILIP WONG, FREDERIC CHAUSSY,   )
 4  and Leslie Marie Shearn,         )
 5  individually, on behalf of the   )
 6  general public,                  )
 7        Plaintiffs,                )
 8     vs.                           ) No. 07-CV-2446
 9  HSBC MORTGAGE CORPORATION (USA); )
10  HSBC Bank USA, N.A.; and DOES 1, )
11  through 50, inclusive,           )
12        Defendants.                )
13           The 30(b)(6) deposition of HSBC
14  MORTGAGE CORPORATION, SUSAN R. MARCZAK, called as
15  a 30(b)(6) witness by the Plaintiffs, for
16  examination, taken pursuant to notice, agreement
17  and by the provisions of the Rules of Civil
18  Procedure for the United States District Courts
19  pertaining to the taking of depositions, taken
20  before Patricia A. Armstrong, a Notary Public
21  within and for the County of DuPage, State of
22  Illinois, and a Certified Shorthand Reporter,
23  No. 084-1766, of said state, at 200 North LaSalle
24  Street, Chicago, Illinois, on the 30th day of
25  August, 2007 at 10:00 a.m.
```

```
00002
 1  PRESENT:
 2
 3     NICHOLS KASTER & ANDERSON, LLP,
 4     (One Embarcadero Center, Suite 720,
 5     San Francisco, CA 94111,
 6     415-277-7235), by:
 7     MR. BRYAN J. SCHWARTZ,
 8        appeared on behalf of the Plaintiffs;
 9
10
11     LITTLER MENDELSON,
12     (650 California Street, 20th Floor,
13     San Francisco, California 94108-2693,
14     415-433-1940), by:
15     MS. MICHELE R. BARRETT,
16        appeared on behalf of Defendants.
17
18
19     ALSO PRESENT:
20        MR. JIM ROSS, Videographer.
21
22
23  REPORTED BY: PATRICIA ARMSTRONG, CSR, RPR.
24        Certificate No. 84-1766.
25
```

00111

1   Q.  I see.  Okay.

2       Who did they report to before then?

3   A.  Actually, they reported to Brian Wallace

4 when he was a HSBC Mortgage Corporation employee.

5   Q.  And who did he report to at that time?

6   MS. BARRETT:  Objection; beyond the scope of

7 the deposition notice.

8 BY THE WITNESS:

9   A.  I'm not sure.  I would assume he

10 reported at that time to Randy Roup, who was the

11 EVP of mortgage at that time.  But that is a guess

12 on my part.

13 BY MR. SCHWARTZ:

14   Q.  Beyond that, do you have any knowledge

15 about training that's conducted for employees to

16 mortgage corporation?

17   A.  No.

18   Q.  If you look at the next topic, which

19 relates to performance expectations, you have

20 already testified you don't really know about

21 performance expectations of the different

22 employees within the mortgage corporation, but the

23 disciplinary and removal procedures, through --

24 where -- through whom do supervisors in the

25 mortgage unit go when they want to discipline or

00112

1  remove an employee?

2   A.   There is actually two.  There is
3  differences between disciplining and removing.
4  But there is a corrective action policy that
5  applies across all of -- all employees across the
6  U.S. that provides guidance on how disciplinary
7  action should be done.

8   Q.   And that's from HSBC Finance Corp?

9   A.   That's correct.

10   Q.   And that is through Miss Kalamaras?

11   A.   Kalamaras, right.

12   Q.   Kalamaras.
13       Now -- and then, you said there's
14  another -- a different policy for --

15   A.   It's not a different policy.
16  Terminations would -- human resources is advised
17  on a potential termination.
18       So the guide -- we would provide
19  guidance, human resources, in this case for the
20  mortgage corporation, it would be Jeanie Jennings
21  would provide guidance to the manager on a
22  potential termination.
23       They don't make the decision.  The
24  decisions are made by the business and the
25  business manager, but they would provide guidance

**Marczak, Susan R 30(b)(6) 8-30-07.txt**               **Page 112**

00113

1 over the situation.

2   Q.   Does the overarching policy for all HSBC

3 entities in the U.S., which is set out by a HSBC

4 Finance Corp, does that policy describe some

5 progressive discipline that managers are supposed

6 to follow?

7   A.   It provides guidelines on different

8 steps that can occur, but there is no hard and

9 fast.  We are an at-will company, so there is no

10 hard and fast steps.  Based on the situation at

11 hand, it would determine what corrective action

12 would be taken.

13   Q.   Is that true also of -- that's true of

14 both disciplinary and termination, that the

15 policies come from HSBC finance Corp, the

16 guidance -- the hands-on guidance comes from your

17 HR department, and then it's executed by,

18 obviously, the manager of the particular employee

19 involved?

20   A.   That's correct.

21   Q.   If you will turn to Topic No. -- and

22 then -- well, just to wrap that up, I assume based

23 on your prior testimony, that beyond that, you

24 don't have specific information as to what would

25 lead to a termination for a loan officer or a

```
00141
 1  STATE OF ILLINOIS  )
 2                     )  SS.
 3  COUNTY OF DU PAGE  )
 4         I, Patricia A. Armstrong, Certified
 5  Shorthand Reporter No. 084-1766, Registered
 6  Professional Reporter and Notary Public in and for
 7  the County of DuPage, State of Illinois, do hereby
 8  certify that previous to the commencement of the
 9  examination, said witness was duly sworn by me to
10  testify the truth; that the said deposition was
11  taken at the time and place aforesaid; that the
12  testimony given by said witness was reduced to
13  writing by means of shorthand and thereafter
14  transcribed into typewritten form, and that the
15  foregoing is a true, correct, and complete
16  transcript of my shorthand notes so taken as
17  aforesaid.
18         I further certify that there were
19  present at the taking of the said deposition the
20  persons and parties as indicated on the appearance
21  page made a part of this deposition.
22         I further certify that I am not counsel
23  for nor in any way related to any of the parties
24  to this suit, nor am I in any way interested in
25  the outcome thereof.
```

```
00142
 1         I further certify that this certificate
 2  applies to the original signed IN BLUE and
 3  certified transcripts only.  I assume no
 4  responsibility for the accuracy of any reproduced
 5  copies not made under my control or direction.
 6         IN TESTIMONY WHEREOF I have hereunto set
 7  my hand and affixed my notarial seal this 4th day
 8  of September, A.D., 2007.
 9
10
11
12
13
14
15         _____
16         Patricia A. Armstrong, CSR, RPR.,
17
18  My Commission Expires
19
20  March 23, 2009.
21
22
23
24
25
```