GEORGE J. TICHY, II, Bar No. 041146
MICHAEL MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com, mbarrett@littler.com, kowens@littler.com,

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF MICHELLE R. BARRETT IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

I, MICHELLE R. BARRETT, hereby declare and state as follows:

1. I am an attorney licensed to practice in the State of California, and I am a shareholder in the law firm of Littler Mendelson, attorneys for Defendants in the above-captioned matter. I have personal knowledge of the matters set forth below, and if called as a witness I could testify competently to matters contained therein.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF MICHELLE R.
BARRETT/OPP. TO RULE 23 CLASS CERT

Case No. C 07 2446 MMC [ECF]

2. Defendant HSBC Mortgage Corporation (USA) ("HMCU") has produced lists of putative FLSA class members to Plaintiffs on several occasions during this litigation. In addition, HMCU previously prepared Rule 23 class action lists by state that have not been produced in this matter, as they have not yet been requested. I compared these FLSA and Rule 23 lists and removed duplicate entries to arrive at the following numbers: There are only 40 putative class members in California, 53 putative class members in New Jersey, and 386 putative class members in New York.

3. I have reviewed all consent forms filed by Plaintiffs for the FLSA opt-in action. From this review, I determined that only 14 of the 40 California putative class members, 16 of the 53 New Jersey putative class members, and 50 of the 386 New York putative class members have chosen to opt-in to this lawsuit, which is only 16.7% of all putative class members. I have determined, from reviewing the FLSA and Rules 23 lists referenced above, that not all of the individuals opting into the FLSA suit are properly within the classes sought by Plaintiffs.

4. Attached hereto as Exhibit 1 is a true and correct copy of the U.S. District Court for the Central District of California's Order DENYING Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Between Plaintiffs and Defendants, Filed June 20, 2008. The Order, dated August 21, 2008, pertains to *Morgan Rivera, et al. v. Solstice Capital Group, Inc., et al.*, Case No. CV 07-1852 PSG (VBKx). The attorneys of Nichols Kaster are counsel of record for Plaintiffs in the *Rivera* case. Pursuant to Federal Rule of Appellate Practice 32.1, this Order may be cited for any purpose, provided a copy of the Order is filed and served with the brief or other paper in which it is cited. *See also* Civ. L.R. 3-4(e), 7-14 (prohibiting citation only of orders specifically designated as "not for citation"); *Saunders v. Equifax Info. Servs., L.L.C.*, 469 F. Supp. 2d 343, 353 n.14 (E.D. Va. 2007) ("Recently amended Rule 32.1 of the Federal Rules of Appellate Procedure now permits a party to cite to unpublished federal court decisions for their persuasive value or for any other reason.").

5. A true and correct copy of an HSBC Mortgage Corporation (USA) Retail Loan Consultant Incentive Plan is attached hereto as Exhibit 2.

6. Attached as Exhibit 3 are true and correct copies of personnel documents regarding opt-in plaintiffs, which HMCU produced to Plaintiffs in this litigation. These documents

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF MICHELLE R. BARRETT/OPP. TO RULE 23 CLASS CERT    1.    Case No. C 07 2446 MMC [ECF]

are from 38 of the FLSA opt-in plaintiffs' personnel files, specifically their employment offer letters from HMCU, which describe how they were compensated during their employment with HMCU. A comparison of these offer letters alone demonstrates more than 23 different compensation structures, with variable amounts and lengths of forgivable draws offered.

7. True and correct copies of witness declarations that Defendants submit in opposition to Plaintiffs' motion for class certification are attached as follows:

| DECLARATION | EXHIBIT NO. |
| --- | --- |
| Declaration of David Gates (Dkt. # 81) | 4 |
| Declaration of Jeanette Jennings (Dkt. # 80) | 5 |
| Declaration of Jeffrey Needham (Dkt. # 82) ("Needham I") | 6 |
| Declaration of Stella Chan (Dkt. # 83) | 7 |
| Declaration of Michael Coyne (Dkt. # 84) | 8 |
| Declaration of Lawrence Kelter (Dkt. # 85) | 9 |
| Declaration of Daniel Kilfoil (Dkt. # 86) | 10 |
| Declaration of Michelle Kim (Dkt. # 87) ("Kim I") | 11 |
| Declaration of Michelle Kim (Dkt. #88) ("Kim II") | 12 |
| Declaration of Eric Liboy (Dkt. # 89) | 13 |
| Declaration of Kevin MacPherson (Dkt. # 90) | 14 |
| Declaration of Evette Montieth (Dkt. # 91) ("Montieth I") | 15 |
| Declaration of Michael O'Rourke (Dkt. # 92) | 16 |
| Declaration of Amy Young (Dkt. # 93) | 17 |
| Declaration of Amy Ku (Dkt. # 94) | 18 |
| Declaration of Jeffrey Needham ("Needham II") | 19 |
| Declaration of Lisa Petrus | 20 |
| Declaration of Debbie DeZego | 21 |
| Declaration of Jackie Markunas | 22 |
| Declaration of Gloria Lin | 23 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DECLARATION OF MICHELLE R. BARRETT/OPP. TO RULE 23 CLASS CERT**   2.   Case No. C 07 2446 MMC [ECF]

| | |
|---|---|
| Declaration of Lisa Lee | 24 |
| Declaration of Kenneth Chan | 25 |
| Declaration of Abby Ho | 26 |
| Declaration of Kristofer Pogorzelski | 27 |
| Declaration of Evette Montieth (Montieth II) | 28 |
| Declaration of Patricia O'Connor | 29 |
| Declaration of Varughese Oommen. | 30 |
| Declaration of Rebecca Slapo. | 31 |
| Declaration of Rhonda Conte. | 32 |
| Declaration of Greg Thelian. | 33 |

8. In addition, I have attached relevant excerpts of depositions taken in this case as follows:

| DATE | DEPONENT | EXH. NO. |
|---|---|---|
| 9/11/2007 | David Gates | 34 |
| 11/29/2007 | Plaintiff Philip Wong | 35 |
| 12/19/2007 | Jeannette Jennings | 36 |
| 3/13/2008 | Plaintiff Frederic Chaussy | 37 |
| 9/3/200 | Plaintiff Leslie Shearn | 38 |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 19th day of September, 2008 at San Francisco, California.

                                       MICHELLE R. BARRETT

Firmwide:86673054.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DECLARATION OF MICHELLE R. BARRETT/OPP. TO RULE 23 CLASS CERT**   3.   **Case No. C 07 2446 MMC [ECF]**