

March 28, 2006

Chad Barbiere
16 Commanders Court
Totowa, NJ 07512

Dear Chad:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Senior Retail Mortgage Lending Consultant, Career Band A, reporting directly to Gilbert Syre, Regional Manager Retail Mortgage Sales NJ Loan Processing Office.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first nine months of employment you will be paid a fixed salary at a rate of $40,000 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

Monday, April 3, 2006 will be your first day of employment with HSBC, you will receive information from Victor Victoratos shortly on when and where to report for your first day.

HSBC Bank USA, National Association
Human Resources Department, One HSBC Center, 11th Floor, Buffalo, NY 14203
Fax: (716) 841-1047

MORT005237

Chad Barbiere
Page 2 of 2
March 28, 2006


Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1416.

Sincerely,

Willie L. Daniel
Vice President
Human Resources



cc: Gil Syre
Victor Victoratos
Lisa Petrus
Mary Rozmus

MORT005238



August 8, 2006

Kimberly Bhandary
466 Gillette Ave.
Bayport, NY 11705

Dear Kimberly:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Sr. Retail Mortgage Lending Consultant, Career Band A, reporting directly to Kathleen Lamb, Regional Retail Mortgage Team Leader Southampton New York Processing Office.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first ten months of employment you will be paid a fixed salary at a rate of $35,000 ($16.82/hr), plus any commissions earned in accordance with the terms of the sales commission plan.   Minimum standards must be maintained, otherwise draw could fall accordingly to match production levels.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements.   Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

On August 14, 2006 we will have you report for your first day of employment with HSBC, you will receive information from Kathleen Lamb on when and where to report.

HSBC Mortgage Corporation (USA)
Human Resources Department, 2929 Walden Avenue, Depew, NY 14043
Fax: (716) 651-1417


LENDER

MORT005263

Kimberly Bhandary
Page 2 of 2
August 8, 2006

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1414.

Sincerely,

Diane C. Williams
Assistant Vice President
Human Resources

cc: Kimberly Bhandary
Lisa Petrus
Mary Rozmus

MORT005264



April 26, 2001

Deborah Carras
5 17th
Wading River, NY 11792

Dear Deborah:

I am pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Retail Mortgage Consultant, job grade Z98, reporting directly to Richard Kilfoil.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2001 performance period.

- As such, during the first six months of employment you will be paid a fixed salary at a rate of $20,800 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, your salary will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

**This offer is contingent upon satisfactory completion of a drug test arranged by HSBC.**

On Monday, April 30, 2001, please report at 8:30 a.m. to Richard Kilfoil at 534 Broadhollow Road, Suite 100, Melville, NY 11746.

Your coverage under GroupChoice, a flexible benefits program, will be effective on the day your employment begins. Enclosed are your GroupChoice Enrollment Workbook and materials along with the necessary payroll forms to activate your employment. Review this information thoroughly and complete the forms carefully. Your GroupChoice Enrollment Worksheet will be provided to you shortly after your first day of employment. These forms must be submitted to the Corporate Benefits Department, 25th Floor, One HSBC Center, Buffalo **within seven days of your date of employment.**

Since U.S. Law requires you to provide proof of identification and eligibility to work in the United States, please bring documentation establishing your identity and employment eligibility on your first day (see enclosed Payroll Forms Guide).

**HSBC Bank USA**
Resourcing and Employee Relations. One HSBC Center. Buffalo, NY 14203

4/30

MORT008306

Deborah Carras
Page 2

Also enclosed in your Orientation package is an Employee Handbook and receipt to be signed and
returned with your payroll forms. Please review these materials and be sure to bring them with you
on your first day.

We are pleased about the opportunity of having you as a member of the HSBC Team and look
forward to you joining us. If you have any questions regarding this offer, do not hesitate to call me
at (716) 841-2755.

Sincerely,

Charles B. Ohl
VP, Resourcing / Employee Relations

cbo:st
cc: Richard Kilfoil
    Lisa Petrus

MORT008307



May 9, 2006

Michael Cohen
20 Woodmere Rd
North Brunswick, NJ 07746

Dear Michael:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Sr. Retail Mortgage Lending Consultant, Career Band A, reporting directly to Douglas Porter, Regional Retail Mortgage Team Leader Red Bank, New Jersey Loan Processing Office.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first nine months of employment you will be paid a fixed salary at a rate of $40,000 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

On May 15, 2006 you will report for your first day of employment with HSBC. Please report directly to Douglas Porter at 125 Half Mile Rd, Suite 200 in Red Bank, NJ

HSBC Bank USA, National Association
Human Resources Department, One HSBC Center, 11th Floor, Buffalo, NY 14203
Fax: (716) 841-1047

MORT008401

Michael Cohen
Page 2 of 2
May 9, 2006

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1414.

Sincerely,

Diane C. Williams
Assistant Vice President
Human Resources

cc: Douglas Porter
Lisa Petrus
Mary Rozmus

MORT008402



HSBC

03/25/04

Cheryl DeSouza
475 Ramapo Valley Road
Oakland, NJ 07436

Dear Cheryl:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Senior Retail Mortgage Consultant, career band B, reporting directly to Gil Syre.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2004 performance period.

- As such, during the first six months of employment you will be paid a fixed salary at a rate of $30,000, per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, your salary will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

On Monday, March 29, 2004, please report at 8:30 a.m. to Gil Syre at 799 Franklin Avenue, Franklin Lakes, NJ 07417.

An Employee Handbook, Payroll, and Group Choice flexible benefits materials will be provided by your manager. Since U.S. law requires you to provide proof of identification and eligibility to work in the United States, please bring documentation establishing your identity and employment eligibility on your first day. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

**HSBC Bank USA**
One HSBC Center, Buffalo, NY 14203

**MORT001126**

03/25/04

Cheryl DeSouza
Page 2 of 2

We are enthusiastic about having you become a member of HSBC Bank USA's team.
Should you have any questions, please do not hesitate to call me at (716) 841-2755.

Sincerely,

Charles B. Ohl
VP, Resourcing/Employee Relations

cbo:st

cc: Gil Syre
    Larry Schiavi
    Samantha Cichon
    Lisa Petrus

MORT001127



March 25, 2005

Frances Jean Doll-Lund
7230 North West 7th Court
Margate, Florida 33063

Dear Frances:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Senior Retail Mortgage Lending Consultant, Career Band B, reporting directly to Randi Spice.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2005 performance period.

- As such, during the first nine months of employment you will be paid a fixed salary at a rate of $30,000 per year, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

On March 28, 2005, please report at 8:30am to Randi Spice.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

HSBC Bank USA
One HSBC Center, Buffalo, NY 14203

MORT007629

Frances Jean Doll-Lund
Page 2 of 2
March 25, 2005

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 841-2755.

Sincerely,

*Charles B. Ohl*

Charles B. Ohl
VP, Resourcing/Employee Relations

cc: Randi Spice
    Larry Schiavi
    Lisa Petrus

MORT007630



February 7, 2005

Scott Finger
14 Heisser Lane
Farmingdale, NY 11735

Dear Scott:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Retail Mortgage Lending Consultant, Career Band B, reporting directly Daniel Kilfoil.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2005 performance period.

- As such, during the first ten months of employment you will be paid a fixed salary at a rate of $35,000 per year, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

On February 14, 2005, please report at 8:30am for training located at 2929 Walden Avenue, Buffalo, New York 14043.

An Employee Handbook, Payroll, and Group Choice flexible benefits materials will be provided. Since U.S. law requires you to provide proof of identification and eligibility to work in the United States, please bring documentation establishing your identity and employment eligibility on your first day. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents.

HSBC Bank USA, National Association
One HSBC Center, Buffalo, NY 14203

MORT008501

Scott Finger
Page 2 of 2
February 7, 2005

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 841-2755.

Sincerely,

*Charles B. Ohl*

Charles B. Ohl
VP, Resourcing/Employee Relations

cc: Daniel Kilfoil
    Larry Schiavi
    Lisa Petrus

MORT008502

# HSBC Internal Correspondence

To:         Karen Flanagan

From:       Maria Ragusa
            Resourcing and Employee Relations Officer

Date:       September 15, 2005

Re:         Premier Mortgage Sales Officer

I am pleased to confirm your transfer to the HSBC Premier Center in Rockville Centre as a Premier Mortgage Sales Officer, AVP, reporting directly to Michael Vasami, Senior Vice President with a regulatory reporting line to Eric Liboy effective October 1, 2005.

I would also like to outline the terms of your compensation, which will be based on your performance and production level and tied to the Mortgage Corporation's compensation plan and paid in accordance with the plan.

You will be paid an annual base salary of $70,000. In addition, based on your October 1, 2005 transfer date to the Premier Center, you will be guaranteed minimum bonus payouts as follows:

> 4th quarter 2005 – full $10,000
> 1st quarter 2006 – full $10,000

In 2006, bonuses will be based on your overall production level, and you will be eligible to receive supplemental compensation, which will be based on your overall performance.

Overall, any compensation earned above the commissions is discretionary and will be based on incremental cross-sell and referrals.

Please sign this letter and return a signed copy of this letter to 525 5th Avenue, 12th floor as an acknowledgement of these terms and conditions of your transfer.

If you have any questions, please feel free to contact me at 212-525-7574.

_____    _____
Karen Flanagan             Date

cc:      File

**MORT001411**



June 29, 2006

Dominic J. Foca
158 Stratton Lane
Mount Laurel, NJ 08054

Dear Dominic:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Sr. Retail Mortgage Lending Consultant, Career Band A, reporting directly to Douglas Porter, Regional Retail Mortgage Team Leader Red Bank, New Jersey Loan Processing Office.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first nine months of employment you will be paid a fixed salary at a rate of $45,000 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

On July 10, 2006 please report to Douglas Porter in Red Bank New Jersey.

**HSBC Mortgage Corporation (USA)**
Human Resources Department, 2929 Walden Avenue, Depew, NY 14043
Fax: (716) 651-1417



MORT007659

Dominic Foca
Page 2 of 2
June 29, 2006

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1414.

Sincerely,

Diane C. Williams
Assistant Vice President
Human Resources

cc: Douglas Porter
Gil Syre
Lisa Petrus
Mary Rozmus

MORT007660



Resourcing/Employee Relations

July 28, 1999

Alysse Gora
314 East 91 Street, Apt. 1E
New York, New York 10128

Dear Alysse:

I am pleased to confirm our offer of employment with HSBC, as a full time Retail Mortgage Lending Consultant reporting directly to Richard Kilfoil.

I would also like to outline the terms of your compensation which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 1999 performance period.

- As such, during the first six months of employment you will be paid a fixed salary at a rate of $15,000 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, your salary will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

This offer is contingent upon satisfactory completion of a drug screening test arranged by HSBC.

On Monday, August 2, 1999, please report to 534 Broadhollow Road, Suite 100, Melville, New York.

Your coverage under GroupChoice, a flexible benefits program, will be effective on the day your employment begins. Enclosed are your GroupChoice Personal Record/Worksheet, Enrollment Workbook for the 1999 calendar year. Also enclosed are the necessary payroll forms to activate your employment. Review this information thoroughly and complete the forms carefully. Your GroupChoice enrollment forms should be submitted to the Corporate Benefits Department, 25th Floor, One HSBC Center, Buffalo **within seven days of your date of employment.**

Since U.S. Law requires you to provide proof of identification and eligibility to work in the United States, please bring documentation establishing your identity and employment eligibility on your first day (see enclosed Payroll Forms Guide).

HSBC Bank USA
One HSBC Center, Buffalo, NY 14203

MORT001154

Alysse Gora
Page 2

Also enclosed in your Orientation package is an Employee Handbook and receipt to be signed and
returned with your payroll forms. Please review these materials and be sure to bring them with you
on your first day.

We are pleased about the opportunity of having you as a member of the HSBC Team and look
forward to you joining us. If you have any questions regarding this offer, do not hesitate to call me
at (716) 841-2755.

Sincerely,

Charles B. Ohl
Resourcing and Employee Relations

cbo:kfm

cc: Richard Kilfoil
    Lisa Petrus
    Larry Schiavi
    File

MORT001155



Steven Gottlieb
44 Derby Place
Smithtown, NY 11787

Dear Steven:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation,
as a full time Senior Retail Mortgage Consultant, career band B, reporting directly to
Richard Kilfoil.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales
  Commission Plan for the 2004 performance period.

- As such, during the first ten months of employment you will be paid a fixed
  salary at a rate of $35,000 per annum, plus any commissions earned in
  accordance with the terms of the sales commission plan.

- Thereafter, your salary will be treated as a recoverable draw and you will be
  paid commissions in accordance with the terms of the sales commission
  plan.

On May 3, 2004, please report at 8:30 a.m. to Richard Kilfoil at 534 Broadhollow Rd.,
Ste.100, Melville, NY 11747.

An Employee Handbook Outline, Payroll, and Group Choice flexible benefits materials
will be provided by your manager. Since U.S. law requires you to provide proof of
identification and eligibility to work in the United States, please bring documentation
establishing your identity and employment eligibility on your first day. Acceptable forms
of identification are outlined on the enclosed Lists of Acceptable Documents.

Future changes to your hours or work location may become necessary as a result of
business requirements. Should this occur, your manager will discuss any reasonable
change and provide you with appropriate notice to make arrangements as needed.

HSBC Bank USA
One HSBC Center, Buffalo, NY 14203

MORT008542

Steven Gottlieb
Page 2 of 2


We are enthusiastic about having you become a member of HSBC Bank USA's team.
Should you have any questions, please do not hesitate to call me at (716) 841-2755.

Sincerely,

Charles B. Ohl
VP, Resourcing/Employee Relations


cbo:st

cc: Richard Kilfoil
    Larry Schiavi
    Samantha Cichon
    Lisa Petrus



March 2, 2006
Revised March 23, 2006

Virgina Hall
18208 Santa Adela, Cir
Fountain Valley, CA 92708

Dear Virginia:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Senior Retail Mortgage Lending Consultant, Career Band A, reporting directly to Godwin Tsui, Senior Vice President West Coast Retail Mortgage Sales.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first six months of employment you will be paid a fixed salary at a rate of $48,000 per annum, plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

Monday April 3, 2006 will be your first day of employment with HSBC, you will receive details on when and where to report from Godwin Tsui prior to your on your first day.

HSBC Bank USA, National Association
Human Resources Department, One HSBC Center, 11th Floor, Buffalo, NY 14203
Fax: (716) 841-1047

MORT008521

Virginia Hall
Page 2 of 2
March 2, 2006
Revised March 23, 2006

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring documentation with you that will establish your identity and employment eligibility. Acceptable forms of identification are outlined on the enclosed Lists of Acceptable Documents. If you do not provide the required documentation within three business days you will be placed on an unpaid administrative leave for a maximum of ten days. If you do not provide the required documentation at the end of the administrative leave your employment will be terminated.

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1416.

Sincerely,

Willie L. Daniel
Vice President
Human Resources

cc: Godwin Tsui
Lisa Petrus
Mary Rozmus

MORT008522



May 22, 2006

Maria Hamilton
392 Seneca Lane
Boca Raton, FL 33487

Dear Maria:

We are pleased to confirm our offer of employment with HSBC Mortgage Corporation, as a full time Senior Retail Mortgage Lending Consultant, Career Band A, reporting directly to John Cassese of our Florida Loan Processing Office.

Our offer of employment is subject to the satisfactory completion of all pre-employment processing, including reference checking, drug screening and fingerprint processing. Your employment is at-will which means that either you or the Company may terminate without cause or notice.

I would also like to outline the terms of your compensation, which are as follows:

- You are eligible to participate in the Retail Mortgage Consultant Sales Commission Plan for the 2006 performance period.

- As such, during the first twelve (12) months of employment you will be paid a fixed salary at a rate of $45,000 per annum, (hourly $21.63) plus any commissions earned in accordance with the terms of the sales commission plan.

- Thereafter, you will be treated as a recoverable draw and you will be paid commissions in accordance with the terms of the sales commission plan.

Future changes to your hours or work location may become necessary as a result of business requirements. Should this occur, your manager will discuss any reasonable change and provide you with appropriate notice to make arrangements as needed.

Your start date is June 5, 2006 and we will communicate additional information on where and when to report.

HSBC Bank USA, National Association
Human Resources Department, One HSBC Center, 11th Floor, Buffalo, NY 14203
Fax: (716) 841-1047

MORT008560

Maria Hamilton
Page 2 of 2
May 22, 2006

Federal law requires the Company to verify your identification and eligibility to work in the United States. On your first day of employment please bring two forms of government issued documentation with you that will establish your identity and employment eligibility, (i.e., Drivers License, United States Passport, Birth Certificate, Social Security card, etc).

We are enthusiastic about having you become a member of HSBC Bank USA's team. Should you have any questions, please do not hesitate to call me at (716) 651-1413.

Sincerely,

Allison Hughes
Vice President
Human Resources


Copy:  John Cassese
       Alison Bocanegra
       Lisa Petrus

MORT008561