1  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
2  KIMBERLY L. OWENS, Bar No. 233185
   JUSTIN T. CURLEY, Bar No. 233287
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street
   20th Floor
5  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
6  Facsimile: 415.399.8490
   Email: gtichy@littler.com, mbarrett@littler.com,
7  kowens@littler.com, jcurley@littler.com

8  Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) AND
9  HSBC BANK USA, N.A.

10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13 | Philip Wong, Frederick Chaussy, and       | Case No. C 07 2446 MMC [ECF]
14 | Leslie Marie Shearn, individually, on     |
   | behalf of all others similarly situated, and | DECLARATION OF STELLA CHAN IN
15 | on behalf of the general public,          | SUPPORT OF DEFENDANTS'
   |                                           | OPPOSITION TO PLAINTIFFS' MOTION
16 |                 Plaintiffs,               | FOR CONDITIONAL CERTIFICATION,
   |                                           | PRODUCTION OF UPDATED CLASS
17 |      v.                                   | LIST, AND PARTIAL SUMMARY
   |                                           | JUDGMENT
18 | HSBC Mortgage Corporation (USA);          |
   | HSBC Bank USA, N.A.; and DOES 1           | Date:       February 8, 2008
19 | through 50, inclusive,                    | Time:       9:00 a.m.
   |                                           | Courtroom:  7 (19th Floor)
20 |                 Defendants.               | Judge:      Hon. Maxine M. Chesney
21 |                                           |
   |                                           | Complaint Filed: June 29, 2007 (Amended)
22                                             | Trial Date:      Not Yet Set

23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF STELLA CHAN                No. C 07 2446 MMC [ECF]

I, Stella Chan, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am the manager of the Oakland branch of HSBC Bank USA, N.A. ("HSBC Bank"). I have worked at the bank since 2002. The bank is my workplace. I am usually at the bank whenever it is open for business.

3. HSBC Bank is a client of HSBC Mortgage Corporation (USA) ("HSBC Mortgage"). If one of our customers expresses interest in a mortgage, we refer that customer to HSBC Mortgage. Philip Wong, a loan officer employed by HSBC Mortgage, usually receives the referrals from the Oakland branch.

4. Although Mr. Wong receives referrals from the Oakland branch and sometimes comes into the Oakland branch to meet with clients and sign documents, he does not come into the branch on any regular schedule. Mr. Wong works for a company that is separate from HSBC Bank and makes his own schedule. The Oakland branch has no control over his schedule, and I do not know his schedule ahead of time. It is Mr. Wong's decision whether he wants to meet with potential mortgage clients at the Oakland branch or somewhere else, for how long and when.

5. On average, Mr. Wong comes into the Oakland branch two or three times per week, although this is not always the case, as Mr. Wong's schedule is flexible and changes a lot.

6. When he does come into the Oakland branch, Mr. Wong does not stay at the bank for any set period of time. The Oakland branch is only open for business between 9:00 a.m. to 5:00 p.m. Monday through Friday and 10:00 a.m. to 3:00 p.m. on Saturdays. On more than half of the days that Mr. Wong comes in, he stays for four hours or less. He sometimes stays for only one or two hours. He rarely stays at the bank for more than one-half of the day.

7. Mr. Wong does not have an office at the Oakland branch. If he needs a place to sit and speak with clients, he uses an empty cubicle.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

DECLARATION OF STELLA CHAN    2.    No. C 07 2446 MMC [ECF]

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing declaration is true and correct to the best of my personal
3  knowledge.
4  Executed this _17_ day of January, 2008, in __OAKLAND__, California.

*[signature]*
STELLA CHAN

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECLARATION OF STELLA CHAN        3.        No. C 07 2446 MMC [ECF]