GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:    (415) 433-1940
Facsimile:    (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants

HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  C 07 2446 MMC [ECF]<br><br>**DECLARATION OF MICHELLE KIM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date:        October 10, 2008<br>Time:        9:00 a.m.<br>Courtroom:   7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney |

I, Michelle Kim, hereby declare and state:

1.    I have personal knowledge of the facts set forth below.  If called as a witness, I would testify to the following.

2.    I have sold mortgages for approximately six years.  I am currently employed by HSBC Mortgage Corporation (USA) ("HMCU") as a Senior Retail Mortgage Lending Consultant. I have worked at HMCU since January 2006. I am assigned to the Southern California

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.566.0056

DECLARATION OF MICHELLE KIM

1    Region.  There are currently seven loan officers in this region, one sales assistant and one sales

2    manager.  The Regional Sales Manager is Amy Young.

3      3.  My primary job duty is to sell mortgages, and I spend more than 50% of my

4    time engaged in sales activities.  I am a salesperson.  I enjoy the freedom of not having set hours and

5    not having to work in an office all day.  I enjoy being out networking with people and developing

6    business.

7      4.  HMCU does not require me to use any particular process to obtain sales

8    business.  How lending consultants get business is up to them; they make these decisions

9    independently.  My job description says that my job is to generate new mortgage deals, but it does

10   not tell me how to do so.

11      5.  I work independently without supervision.  I am not even required to check in

12   with my manager at any particular time.  My manager sees the sales figures and can determine from

13   those figures that I am out there in the field working.  I do not see my manager, Amy Young, very

14   often, but I do contact her by email or telephone when I have questions.

15      6.  I treat my job at HSBC Mortgage in an entrepreneurial fashion,  I set my own

16   goals with guidance from my manager.  Every year, I draft my own business plan, which I am not

17   required to do.  However, I do this because I believe every salesperson should have a business plan

18   in order to stay on track to meet their goals.  HMCU does not have a template or standard business

19   plan.  Instead, my business plan is a power point that I created myself.  My business plan includes

20   my target loan funding per month and year, the number of potential clients I need to contact per day,

21   how many applications I need to submit per month and other detailed plans I have devised on my

22   own in order to reach my target income.  I have chosen to follow the plan and procedure that I

23   follow because I believe it is the most effective way for me to be a successful senior retail mortgage

24   lending consultant.  Every lending consultant at HMCU has a different business plan.

25      7.  The primary reason I have chosen to be a salesperson is because I like making

26   my own schedule, determining how much I want to work and having freedom.  I think salespeople

27   cannot be efficient and successful by being chained to a desk all day.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DECLARATION OF MICHELLE KIM      2.      C 07 2446 MMC [ECF]

1      8.      Every day at my job is different. My work hours vary based on how busy I

2  am. The number of clients that I meet with varies from day to day. I try to be flexible and meet with

3  clients at times that are convenient for them.

4      9.      HMCU does not require that lending consultants work any minimum number

5  of hours per week. The number of hours lending consultants choose to work has a direct correlation

6  with how much money they want to make.

7      10.     I choose to work more than many other lending consultants because I want to

8  retire early. I have already made almost $500,000 this year. My goal is to make $600,000 by the

9  end of 2008. To do that, I will need to reach my personal target of selling $108,000,000 in

10  mortgages. In 2007, I made $250,000.

11      11.     I spend a lot of my time traveling. As a salesperson, I constantly need to meet

12  new people. I like to build a lot of face time with my clients and my referral sources. I am not

13  required to follow any guidelines regarding where to meet clients. I make sure that I am flexible and

14  visit my clients at locations and times that are convenient for them.

15      12.     I get many clients through referrals. Some of my referrals come from various

16  branches of HSBC Bank USA ("HSBC Bank"), which is both a client and a business partner of

17  HMCU, but the majority of my sales come from my own sources.

18      13.     I am not required to work in any particular location. HMCU has office space

19  on the eighth floor at 660 Figueroa Street, 8th Floor, Los Angeles, California. I have an assigned

20  cubicle there. If I wanted to, I could never come into the office, as I am not required to be in the

21  office during any particular hours or for any minimum amount of time. However, by choice, I do try

22  to come into the office one day a week to build partnerships and develop relationships with my

23  colleagues. On this one day, I also visit the branch of HSBC Bank that is located on the first floor of

24  660 Figueroa Street. I am the designated HMCU employee to receive referrals from this branch. I

25  like to put in some "face time" with the bankers and tellers there, so they will refer business to me

26  when bank customers ask about mortgages. When I visit the bank, I say hello to the employees and

27  see how they are doing.

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

**DECLARATION OF MICHELLE KIM**          3.          C 07 2446 MMC [ECF]

14.    In addition to the downtown Los Angeles branch, located at 660 Figueroa Street, I am also the designated person to receive referrals from the Beverly Hills branch of HSBC Bank. I also formerly received referrals from the HSBC Bank branches in Torrance and Pasadena, California. For a little under a year, I received business from all four of these bank branches (downtown Los Angeles, Beverly Hills, Torrance and Pasadena).

15.    I receive about 40% of my business from referrals from HSBC Bank. When a client at one of my designated HSBC branches expresses interest in a mortgage, a banker will hopefully call or email me, although the bankers are not obligated to do so, which is why I spend time networking with the bankers. When I receive such a call, I make arrangements to meet with the client at a location convenient for him or her. I also help the bank branches by referring my customers to the bank for their banking needs.

16.    I do not like to rely on HSBC Bank for all my business, however, and I focus a majority of my time on networking at outside location and events to obtain business from many sources. About 60% of my sales are from my own sources.

17.    When I started working for HMCU, the "HSBC" brand name was not well known in this area. There were only five branches of HSBC Bank in Southern California at that time. The first year of my employment with HMCU, I engaged in extensive networking activities to get the name out there.

18.    When I began working for HMCU, I only received referrals from one branch of HSBC Bank, and another lending consultant also got referrals from that same branch. At that time, I got very little business from HSBC Bank.

19.    In addition to referrals from HSBC Bank, my major sources of sales are referrals from realtors, attorneys, CPAs, friends and past clients. I also get a lot of business from repeat clients.

20.    I never view any client as a "one time client" and always work hard to maintain my relationships with clients, so they will give me repeat business when they want to refinance or purchase another property. I generally send handwritten thank you cards to clients after my first meeting with them and again after the loan closes. I tell my clients to contact me anytime

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECLARATION OF MICHELLE KIM                    4.                    C 07 2446 MMC [ECF]

1  they have questions about new rates. In addition, if the market changes and interest rates drop, I

2  often contact clients to see if they want to refinance and purchase another loan. I also send

3  handwritten birthday cards to my clients and their children. I also send personal communications to

4  my clients periodically, such as informing them about home values or sending them interesting

5  articles. In the future, I am planning to create my own contact database to send automatic updates to

6  clients. None of these sales tactics are required by HMCU. They are all ideas that I came up with

7  on my own and choose to do because I believe they will help me be successful.

8       21.    I am not required to spend any particular amount of time at the HSBC Bank

9  branches that I service. However, I choose to visit each branch at least once a week because it is

10  important to build good relationships with the bankers so that they will send referrals to me.

11       22.    I spend at least two business days a week networking with my various

12  business partners in the Los Angeles area. I schedule meetings with clients and referral sources,

13  check in with them, take them to lunch or meet them out for a happy hour.

14       23.    I spend one business day a month meeting with the three realtors who provide

15  me extensive referrals I take them to lunch or just stop by their offices and speak with them.

16       24.    I also attend a lot of networking events. I am an active member of the Asian

17  Business League, and I attend cocktail parties, dinners and conventions sponsored by that

18  organization in order to meet and network with potential clients. When I first started at HMCU, I

19  attended an Asian Business League event almost every week. Now, I still attend those events, but

20  not quite as often. A few times per year, I also attend monthly meetings or mixers of the Beverly

21  Hills or Torrance Chambers of Commerce to develop my sales business. HMCU does not require

22  me to attend any networking events; I am given the flexibility to choose what networking I want to

23  do to develop my own sales.

24       25.    In addition to networking with my business partners and meeting with clients,

25  my other job duties include completing loan applications and working with clients and underwriters

26  to ensure all loan conditions are met. It only takes me about 20 minutes to complete a loan

27  application.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

**DECLARATION OF MICHELLE KIM**          5.                              C 07 2446 MMC [ECF]

1        26.    Selling loans requires building a personal relationship and dialogue with the

2    client. When I meet with a client, I gather information from the client to determine his or her short

3    and long term goals and needs. I assess their goals, such as whether they plan on getting married

4    and/or having kids and when, to determine which mortgage product is suited to the client. If the

5    client informs me that he or she plans to have kids in five years, for example, I recommend that the

6    client purchase a five year fixed interest loan. If the client plans to stay in the same house for a long

7    time, I recommend a fifteen or thirty year fixed interest loan. I also analyze clients' financial

8    situation, such as their employment history, assets and tax returns, to identify the amount and type of

9    loan for which they will qualify. After I gather information about the client's unique situation, I

10    determine which mortgage product will best meet the client's needs, educate the client about the

11    different products available to him or her and make recommendations. In doing this, I use my

12    independent judgment.

13        27.    Most of my clients are high income clients and that is the market that I focus

14    on. I sell mostly jumbo mortgages, which are loans in an amount greater than $417,000, and premier

15    deluxe mortgages, which are loans in an amount greater than $1,000,000. At least 60% of the

16    mortgages I sell are for amounts greater than $1,000,000.

17        28.    The training that I received from HMCU consisted of a two week "high trust

18    sales" training course in Buffalo, New York when I first began. In addition, HMCU holds web

19    conferences periodically to inform lending consultants about new or changed products and

20    guidelines. HMCU does not require lending consultants to attend these sessions, but they are

21    beneficial because developing product knowledge is helpful for the sales process. HMCU also has

22    web courses that lending consultants can choose to do on their own time. Only a few courses, such

23    as sexual harassment prevention training, are required per year

24        29.    I have also chosen to complete additional outside training to become a

25    certified mortgage planning specialist. This is not something that HMCU requires, but instead is

26    something I have chosen to do in order to better serve my clients.

27        30.    I choose when to take breaks and for how long. HMCU allows me to

28    determine my own schedule, and no one has ever told me I cannot take a break or otherwise

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

**DECLARATION OF MICHELLE KIM**      6.                C 07 2446 MMC [ECF]

1   discouraged me from taking breaks.  Because I work independently, I am not required to ask
2   permission to take a break and can take a break at any time that works for me.  If I need to run a
3   personal errand during the day, such as going to Walgreens, I do so without having to ask
4   permission.

5          31.    Since the time when I accepted employment at HMCU, I have understood my
6   position to be exempt from overtime, and I agree with this designation.

7          32.    Every year, I sign and agree to an incentive compensation plan from HMCU,
8   which I consider to be a contract.  My compensation plan is the California Senior Retail Mortgage
9   Lending Consultant Incentive Compensation Plan.

10          33.    My compensation plan explains everything about my income.  Under the plan,
11  I earn incentive commissions at the end of every month.  I only receive incentive commissions for
12  loans I sell that are funded.  It generally takes about 30 days for a mortgage to be sold and funded,
13  sometimes longer.  My manager sends me a calculation of my incentive commissions, which I have
14  an opportunity to review.  I have never noticed anything incorrect about my incentive commissions.

15          34.    The compensation plan has tiers where lending consultants receive a higher
16  percentage when they reach a higher level of funding.  When I sell a loan, I have the discretion to
17  decrease a client's interest rate by 0.125%.  However, when I do so, I get a lower percentage of
18  commissions, as provided by the compensation plan.  It is entirely my choice whether to reduce the
19  rate, and I do so very rarely – only when I am competing with another company that has offered a
20  lower rate or for a close friend or family member.  The impact of my decision to decrease the interest
21  rate is that my compensation will be different from another lending consultant who may have a loan
22  in the same amount but who may have chosen not to decrease the rate.

23          35.    Clients must pay a loan application fee, which for most types of loans I sell is
24  used to pay for the property appraisal.  The amount of the fee varies and is usually $325, $500 or
25  $750.  HMCU has made it clear that lending consultants must collect this fee from the client, and
26  every lending consultant knows about this requirement.

27

28

LITTLER MENDELSON
A Professional Corporation
2040 Century Park East
5th Floor
Los Angeles, CA 80067.3107
310.553.0308

**DECLARATION OF MICHELLE KIM**          7.          C 07 2446 MMC [ECF]

36.    If a lending consultant fails to collect an application/appraisal fee, it is deducted from commissions, but that never happens if lending consultants follow the procedures they are supposed to follow.

37.    I believe I had an application/appraisal fee deducted from my commissions one time. Before this happened, I had a chance to dispute it, but did not do so. I do not feel that it is unfair to deduct application/appraisal fees from my commissions because I agreed to do so and it is important to collect a fee from clients so they do not waste your time shopping around.

38.    Application/appraisal fees are never deducted from the draw that lending consultants receive at the beginning of the month; they are only deducted from incentive commissions paid at the end of each month, if at all.

39.    I received five notices about this lawsuit from the Plaintiffs' counsel, all of which I kept at home. No manager at HMCU has ever intimidated me from joining the lawsuit or threatened that I could lose my job if I did so. I do not want to join this lawsuit because I believe my position is properly classified as exempt, and I like my compensation and flexible work schedule the way it is. I believe this lawsuit is ridiculous.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 18th day of September, 2008, in ___TORRANCE___, California.

_____

MICHELLE KIM

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECLARATION OF MICHELLE KIM                8.                        C 07 2446 MMC [ECF]