| | |
|---|---|
| 1 | GEORGE J. TICHY, II, Bar No. 041146 |
| | MICHELLE R. BARRETT, Bar No. 197280 |
| 2 | KIMBERLY L. OWENS, Bar No. 233185 |
| | JUSTIN T. CURLEY, Bar No. 233287 |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. C 07 2446 MMC [ECF] <br><br> **DECLARATION OF EVETTE MONTEITH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, PRODUCTION OF UPDATED CLASS LIST, AND PARTIAL SUMMARY JUDGMENT** <br><br> Date: February 8, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 7 (19th Floor) <br> Judge: Hon. Maxine M. Chesney <br><br> Complaint Filed: June 29, 2007 (Amended) <br> Trial Date: Not Yet Set |

DECLARATION OF EVETTE MONTEITH     Case No. C 07 2446 MMC [ECF]

I, Evette Monteith, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following:

2. I am a senior retail mortgage consultant employed by HSBC Mortgage Corporation USA ("HSBC Mortgage") in the state of New York. My employer's name "HSBC Mortgage Corporation USA" appears on my work-related documents, including my business cards. I have worked for HSBC Mortgage as a mortgage consultant since 2001, and for an additional 3 years before 2001, when the company operated under a different name. I am paid by HSBC Mortgage on a draw plus commission basis.

3. HSBC Mortgage sells mortgages. My job duties include traveling to various locations to speak with clients, securing and reviewing information regarding clients' income and assets, determining which mortgage products are appropriate for each client, and making mortgage sales for HSBC Mortgage. After I take the initial application and meet with the client to explain his or her mortgage options, I submit the application to HSBC Mortgage's processing department. The processing department takes it from there and does the paperwork related to the mortgage and closing.

4. Although HSBC Mortgage sells various mortgage products and mortgage consultants can sell any of them, I focus my business on selling one particular mortgage product. The mortgage product that I focus on is a Community Reinvestment Act discounted mortgage for first time home buyers. I work with a lot of clients whose credit is not initially high enough to qualify for a mortgage. I refer those clients to non-profit organizations for help on improving their credit, and once they are ready for a mortgage, I sell them the product that best fits their needs.

5. I get most of my clients through referrals. A lot my referrals come from non-profit organizations and former clients. I get some referrals during seminars on discounted mortgages that we conduct together with various non-profit organizations. I also get some of my referrals from various branches of HSBC Bank USA ("HSBC Bank"), which is a client of HSBC Mortgage. HSBC Bank clients interested in a mortgage contact me directly after looking at HSBC Mortgage material that is available at the various bank branches. Sometimes I also get calls from

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF EVETTE MONTEITH    2.    Case No. C 07 2446 MMC [ECF]

1  HSBC Bank branches when a bank customer expresses interest in a mortgage. When I receive such
2  a call, I travel to meet with the client at whatever location the client wishes to meet.
3      6.  On a busy day, I see about five clients. On a slower day, I see two or three
4  clients. I do my own scheduling and make my own decisions regarding the number of clients I see
5  each day and when and where I meet them. There are no requirements regarding the number of
6  clients I have to see, and I do not have to report to my manager daily regarding the number of clients
7  I have seen.
8      7.  Once I meet with a client, I do the analysis of the client's financial situation
9  and make the decision regarding the best products that I can offer him or her. HSBC Mortgage does
10 not supervise me during this process, and I do not have to go to anyone on a different level to obtain
11 approval before I offer mortgage products to a client.
12     8.  Once I decide which products best fit a client's need, I describe to the client
13 the range of mortgage products that I can offer him or her, explain why I think they fit his or her
14 needs, clarify the documents and procedure, and help him or her to make a decision.
15     9.  I spend more than half of my time traveling all over Brooklyn and Queens to
16 meet with clients, including to the non-profit organizations that I work with and clients' places of
17 business. Occasionally I meet with clients at one of two HSBC Bank Branches. I am not required to
18 spend any set amount of time in the branches and do not go there more than two days a week. I
19 make myself available to meet with clients at the location that is convenient for them.
20     I declare under penalty of perjury under the laws of the States of California and the
21 laws of the United States of America that the foregoing declaration is true and correct to the best of
22 my personal knowledge.
23     Executed this 18th day of January, 2008, in _Bay Shore_, New York.
24
25
26                                              EVETTE MONTEITH
27
28

DECLARATION OF EVETTE MONTEITH         3.        Case No. C 07 2446 MMC [ECF]

Lew, Loretta M.

| | |
|---|---|
| From: | ECF-NDCA |
| Sent: | Friday, January 18, 2008 9:21 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:07-cv-02446-MMC Wong et al v. HSBC Mortgage Corporation (USA) et al Declaration in Support |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Owens, Kimberly entered on 1/18/2008 9:20 PM PST and filed on 1/18/2008

**Case Name:** Wong et al v. HSBC Mortgage Corporation (USA) et al
**Case Number:** 3:07-cv-2446
**Filer:** HSBC Mortgage Corporation (USA)
HSBC Bank USA, N.A.
**Document Number:** 91

**Docket Text:**
Declaration of Evette Monteith in Support of [78] Memorandum in Opposition,,,, filed byHSBC Mortgage Corporation (USA), HSBC Bank USA, N.A.. (Related document(s)[78]) (Owens, Kimberly) (Filed on 1/18/2008)

**3:07-cv-2446 Notice has been electronically mailed to:**

Michelle R. Barrett    mbarrett@littler.com, RYee@littler.com

Matthew C Helland    helland@nka.com, assistant@nka.com

Paul J. Lukas    lukas@nka.com, assistant@nka.com

1/22/2008

Donald H. Nichols    nichols@nka.com, assistant@nka.com

Kimberly Lynn Owens    kowens@littler.com

Bryan Jeffrey Schwartz    schwartz@nka.com, assistant@nka.com

Timothy C Selander    selander@nka.com

George Joseph Tichy , II    gtichy@littler.com, LChow@littler.com

**3:07-cv-2446 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** L:\EFILE\Barrett, Michelle R\HSBC-Wong\Monteith Dec.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/18/2008] [FileNumber=4068977-0]

[13a92d17474bc94f8f4c65e6838ce889794a59387026e0054a0bb127b84340771e89e
c85f3bbee3f4596c8249e764773f654e9f893e4e28ef8101eba5bfa983d]]

1/22/2008