GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants

HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  C 07 2446 MMC [ECF]<br><br>**DECLARATION OF GLORIA LIN IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date:          October 10, 2008<br>Time:         9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:        Hon. Maxine M. Chesney |

I, Gloria Lin, hereby declare and state:

1.    I have personal knowledge of the facts set forth below. If called as a witness, I would testify to the following.

2.    Although I go by the name of "Gloria Lin" professionally, I am listed in HSBC Mortgage Corporation (USA)'s records as "Shu Hua Graves."

3.    I have approximately seven and one-half years of experience in mortgage sales. I am currently employed by HSBC Mortgage Corporation (USA) ("HMCU") as a Retail

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF GLORIA LIN                                                      C 07 2446 MMC [ECF]

Mortgage Lending Consultant. I have been employed by HMCU since February 19, 2007. I am assigned to the Southern California Region of HMCU. My manager is Amy Young.

4. In my job, I sell loans to residential clients. HMCU does not have any required procedure for how to make sales; how I get business is up to me. I treat my job as my own business where I work independently and use my discretion to meet my own personal goals.

5. HMCU does not require me to work any number of hours. I choose how much to work based on how much income I want to earn. I have no set work schedule or hours. I do not have an office that I am required to work from. I decide when and where to work.

6. Based on my own experience at HMCU, my observations of my co-workers, and discussions with my co-workers, I can say that the amount of time that HMCU lending consultants work varies. Some people work faster than others and are more organized and able to sell loans faster. Some lending consultants do not find many clients, and some lending consultants have many clients.

7. Every day on my job is different. My work hours vary every day. Sometimes I begin working very early in the morning, and sometimes I choose to start working later. Some days I work late, and some days I finish working earlier. If I decide to work less in a particular day or to run a personal errand, I have that flexibility. I just need to ensure that the needs of my clients are met.

8. How busy I am also varies based on market conditions. I am more busy during the summer and right after tax season because those are periods when more people purchase houses. I also make more sales when interest rates are lower.

9. I work independently with little supervision. I do not see my manager very often. I communicate with my manager by cell phone or emails only when questions arise, or there is otherwise a need to communicate.

10. The training I received from HSBC Mortgage included a one week training session in Buffalo, New York at the beginning of my employment. After that, my manager, Amy Young, answered questions I had. Then, I immediately began working to sell loans. There are also on-line training programs for me to do if I chose to do them, although a few training sessions are

DECLARATION OF GLORIA LIN    2.    C 07 2446 MMC [ECF]

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

mandatory. These training sessions do not take up very much time. I am not required to attend any outside training sessions, and I have not chosen to do any outside training.

11. We also have divisional meetings by telephone about once a month. The agenda for these meetings includes information about new products and market conditions. Obtaining this information helps me with my sales because it is important to me knowledgeable about the mortgage products we offer.

12. I receive referrals from two branches of HSBC Bank USA, N.A. I am the designated HMCU employee to receive referrals from the branches located in San Gabriel and Pasadena, California. HMCU does not require that I spend any particular amount of time at the bank branches, and I do not have any set hours at the banks. Instead, I am in and out of these branches based on when and where I schedule appointments with clients. The bankers at these branches have my cell phone number and email address (I carry a Blackberry) and contact me when they have a client to refer to me. I obtain about 50 to 60% of my sales from referrals made by bankers at these two branches. I also refer my clients to HSBC Bank for their banking and investment needs, so it is a "win win" situation.

13. I also obtain 40 to 50% of my sales from sources other than HSBC Bank. A major source of business for me is referrals from other clients. I also get referrals from real estate agents and mortgage brokers. My other sources of business are return clients and friends. Word of mouth is my best form of advertising.

14. HSBC Mortgage Corporation does not require me to obtain business in any particular way. I am not required to attend conventions or business development events, and I generally do not attend networking events because I am able to obtain a lot of business from other sources.

15. I schedule appointments directly with clients. I like to meet with clients in public places for safety reasons. I sometimes meet with clients at branches of HSBC Bank; however, I also sometimes meet with clients at Starbucks or another public location. On occasion, I meet with clients at their offices as well. I also meet with realtors or clients at realtors' offices about 5 or 6 times a year.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF GLORIA LIN    3.    C 07 2446 MMC [ECF]

16. I spend more than 50% of my work time working with clients and engaging in sales activities. I spend about half my time meeting with or talking to clients. I also spend a lot of time communicating with clients about what needs to be done to close the loan, and ensuring that the loan is closed.

17. It does not take me very long to complete loan applications. It only takes me about 20 minutes per loan application.

18. I send completed loan applications to HSBC Mortgage Corporation's underwriters in Buffalo, New York. After that, I work with clients to ensure that any conditions on the loan approval are met, such as additional documents that need to be submitted.

19. The type of loan I usually sell are premier loans, which include loans to high net worth clients who have certain deposit amounts at HSBC Bank. My clients are primarily residential. I principally sell "jumbo" loans, which are mortgages that are $417,000 or higher. I also sell some conforming loans of lesser amounts, but I am not familiar with and do not sell FHA or other low-income loans. It has always been up to me to decide what types of loan products and/or types of clients on which to focus my activities.

20. In working to sell loans to clients, I perform an independent analysis to make recommendations to my clients about what mortgage product they can qualify for and what mortgage product will best suit their needs. I assess clients' financial situations, including income and employment and credit history. I also assess clients' goals, such as how long they are planning to hold on to the property and their desired loan amounts and interest rates. I ask questions to find out if clients are aggressive or conservative with their investments. Based on this information, I use my judgment and discretion to determine what type and amount of mortgage the client will be able to qualify for and what product will meet the client's needs, and I make recommendations to the client and present the client with choices.

21. I am permitted to take meal and rest breaks whenever I want. No one has ever told me that I cannot take breaks or otherwise discouraged me from taking a break. I decide when to take breaks, and I decide how long of a break to take. Sometimes, I take 1 or 2 hours for lunch and sometimes I take only 10 or 15 minutes; it is my choice. I am also free to run personal errands or

attend personal appointments as needed. No one at HSBC Mortgage checks when I am working or not working because, as I mentioned previously, I work independently.

22. I am paid on a draw and incentive commission basis. I receive a certain percentage of each loan I sell that closes. I received a copy of the commission plan at the beginning of the employment. I signed and agreed to the commission plan.

23. The first six months of my employment I received a forgivable draw. Now, I am paid every two weeks, but only receive my incentive commissions at the end of each month. My first paycheck of the month is a draw that is later subtracted from my incentive commissions. The amount of my incentive commissions is not determined until the end of the commission period. I receive a report from my manager that details the amount of the mortgages I sold that were funded and the amount of my commission. I have the opportunity to tell my manager if my incentive commissions have been calculated incorrectly, but the calculations have always been correct under the incentive commission plan.

24. My income at HMCU is more than $100,000 per year. I have already earned about $270,000 in commissions this year. To be very successful in this business, I believe it is necessary to be out in the field developing business rather than sitting in a fixed location or behind a desk, to create and maintain good relationships with bankers and other sources of referrals and to be available to your clients.

25. HSBC Mortgage requires lending consultants to collect application fees of $325 for conforming loans. Jumbo loans have an appraisal fee of $750, which is used to pay for the property appraisal. If I do not collect the necessary fee, it is my own fault because HSBC Mortgage has made it clear that I must collect the application fee up front by getting the client's credit card information. If I forget to collect the fee, my manager sends me an email instructing me to collect the fee, so it will not be reduce the amount my monthly incentives commissions under the incentive plan.

26. I received two written notices from the Plaintiffs' counsel about this lawsuit. I also received one phone call from someone representing the Plaintiffs, who asked if I wanted to join the lawsuit. I just said no. I do not want to join the lawsuit because I think the lawsuit is ridiculous.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF GLORIA LIN         5.         C 07 2446 MMC [ECF]

1  This job is like having your own business. I love my job. I love the freedom of being able to work
2  whenever and wherever I want. I do not want a 9 to 5 job. No one at HSBC Mortgage has ever
3  pressured me to not join the lawsuit or told me I might lose my job if I join the lawsuit. It is my
4  voluntary and personal choice not to join the lawsuit.
5      I declare under penalty of perjury under the laws of the State of California and the
6  United States of America that the foregoing declaration is true and correct to the best of my personal
7  knowledge. Executed this 19 day of September, 2008, in Temple City
8  California.

*[signature]*

GLORIA LIN

DECLARATION OF GLORIA LIN     6     C 07 2446 MMC [ECF]