GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:    (415) 433-1940
Facsimile:    (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants

HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF KENNETH CHAN IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date:        October 10, 2008<br>Time:        9:00 a.m.<br>Courtroom:   7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney |

I, Kenneth Chan, hereby declare and state:

1.    I have personal knowledge of the facts set forth below. If called as a witness, I would testify to the following.

2.    I have been employed by HSBC Mortgage Corporation (USA) ("HMCU") as a Retail Mortgage Lending Consultant since November 2007. I work in the Northern California Region. My manager is Amy Ku.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Oxford Park Road
6th Floor
Los Angeles, CA 90067-9187
510.353.6300

DECLARATION OF KENNETH CHAN                                    C 07 2446 MMC [ECF]

3.      My primary duty as a Retail Mortgage Lending Consultant is to sell loans. HMCU does not require that I get business in any particular way; however, I am required to use my own judgment in determining how to maximize my business opportunities. The only direction my manager gives to me about how to obtain sales is telling me to be entrepreneurial and suggesting potential sources of business, such as realtors.

4.      In my job, I have flexible work hours. No one tells me how many hours to work. I set my own schedule, and it is my decision when and how much to work. If I want to take a day off or work fewer hours in any given day, I can do that.

5.      HMCU permits me to take breaks whenever I want. I work independently and determine my own schedule, so I can take breaks at the time of my choosing and of the length of my choosing. I could take an entire hour for lunch if I wanted. I am free to run personal errands or attend personal appointments at any time. No one at HMCU has ever told me not to take breaks or otherwise discouraged or prevented me from taking breaks.

6.      HMCU also does not require me to work in any particular location. I do not have an office that I work from. Rather, I meet with clients at branches of HSBC Bank or at other locations that are convenient for the client. It is up to me where I meet with clients. I have traveled as far as Santa Cruz, California to meet with one of my former clients at his office. I have also met with clients at Starbucks or at the client's house. Every client is different, and I try to do what will make the client comfortable. I usually meet with clients in person because that helps to develop trust, which makes a sale more likely; I meet with about 90% of my clients in person.

7.      The training I received when I started working at HMCU was primarily from my manager, Amy Ku. She spent a lot of time with me during the first weeks of my employment and explained various procedures to me. I also attended a short one week training in Buffalo, New York. In addition, my region has monthly meetings where our manager provides us with updates and additional training. Sometimes these meetings are by conference call because all the lending consultants travel a lot. HMCU also holds live webcasts when needed, which has been about three or four times in the last year. I have also done a couple outside training sessions through the California Association of Mortgage Brokers (CAMB). I went to two trainings through CAMB in

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECLARATION OF KENNETH CHAN         2.         C 07 2446 MMC [ECF]

1  San Ramon, California. One was about understanding tax returns and one was about how to sell

2  Federal Housing Association (FHA) loans. These trainings were suggested by my manager, Amy

3  Ku, but not required.

4         8.   I work independently, and I rarely see my manager in person. I usually talk to

5  her by phone when questions arise.

6         9.   To be successful in this industry, it is important to obtain business from many

7  sources and to be available to clients.

8        10.   A major source of sales for me is referrals from satisfied customers. One of

9  my clients referred four other people to me. I have been in the mortgage industry since 2003, so I

10  already had a lot of clients when I began working for HMCU. I also get repeat business from

11  satisfied clients.

12        11.   I also receive a lot of business from referrals from bankers at HSBC Bank

13  USA, N.A. My manager asked me to be the contact person to receive referrals from three branches

14  of HSBC Bank: Milpitas, Cupertino and Warm Springs/Fremont. It is important for me to build

15  good rapport with the bankers at these locations, so they will refer clients to me.

16        12.   I also receive referrals from a few realtors, and I am working on developing

17  relationships with additional realtors.

18        13.   It is up to me what sort of networking or marketing I want to do. I

19  occasionally take a client to lunch or dinner. I also call past clients when their loans are expiring or

20  when interest rates drop. I do not often attend networking events because I already have a lot of

21  clients.

22        14.   It is up to me how much time I spend at the bank branches from which I

23  receive referrals. HMCU does not require me to spend any particular amount of time at the bank

24  branches. The bankers have my cell phone number and email address and can contact me, no matter

25  where I am, when a bank customer asks about mortgages.

26        15.   The process of selling mortgages begins with an initial meeting with the client

27  where I work to build the client's trust. I then assess the client's financial status and mortgage

28  needs, so that I can make recommendations as to the type and amount of mortgage that is best suited

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles CA 90067 3107
310.553.0808

DECLARATION OF KENNETH CHAN      3.          C 07 2446 MMC [ECF]

1  to the client. Every client is different, and I must determine what their goals are. For example, some

2  clients just want to get the lowest possible interest rate. Other clients want a fixed rate for a specific

3  amount of time. After I determine the client's goals, I assess their income, credit and assets and tell

4  the client whether they will meet underwriting guidelines for particular mortgages. I make

5  recommendations to the client as to what mortgage to apply for. Nobody tells me what

6  recommendations to make; rather, I use my own independent judgment. If the client decides to

7  apply for a HMCU mortgage, I work with the client to complete a loan application and compile the

8  necessary documents. The amount of time it takes me to complete the paperwork for each loan

9  varies from one to two hours. Then, I send the paperwork to the underwriter, who approves or

10  declines the application. After that, I meet with the client and inform the client of the result. I

11  communicate with clients constantly during the process of closing the loan. It is very important to

12  be available to clients or else they will take their business elsewhere.

13         16.    I estimate that I spend about 30% of my time in initial client meetings and

14  about 30% of my time processing loan applications. Then, I spend about 40% of my time working

15  with clients to answer their questions and meet conditions so their loans can be approved.

16         17.    I earn more than $100,000 per year at HMCU. I have made $250,000 this

17  year as of September 1, 2008.

18         18.    I am paid on a commission basis under a written incentive compensation plan.

19  I received the compensation plan when I began working at HMCU, and the terms were explained to

20  me. I accepted the terms in the plan. Under the plan, I receive 0.5 to 0.65% of the amount of loans I

21  sell that are funded each month. I do not receive any incentive commission if the client decides not

22  to go through with the mortgage; the mortgage must close for me to receive an incentive

23  commission. Thus, part of the selling process is to ensure the client closes on the mortgage The

24  selling process does not end when the customer submits a loan application.

25         19.    I also receive a draw at the beginning of each month. No expenses or fees are

26  deducted from the draw except for taxes and insurance.

27         20.    My incentive commissions are paid at the end of each month and determined

28  on a monthly basis. My manager sends me a report each month showing the amount of my

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, PA 90067-3107
310.553.0408

**DECLARATION OF KENNETH CHAN**     4.     C 07 2446 MMC [ECF]

1   commissions. I have an opportunity to review the amount to ensure it is accurate. There have never

2   been any errors. When my commissions are paid, the only thing deducted is the amount of my draw.

3   My draw was forgivable for only the first three months of my employment at HMCU.

4         21.   Many of the mortgage products that I sell for HMCU have application or

5   appraisal fees that must be paid by the customer. The amount of the fees vary based on the product,

6   and not every loan program has a fee. HMCU's procedures require lending consultants to collect

7   these fees from the clients. This procedure is well known. I have always collected the required fees

8   and have never had any fees deducted from my pay.

9         22.   I have received written notices about this lawsuit from the Plaintiffs' counsel

10  at least two, if not three, times. The reason I do not join this lawsuit is because I think it is frivolous,

11  and I believe I am properly classified as exempt. I like my compensation plan and flexible work

12  hours the way they are. I am not afraid of losing my job if I join the lawsuit, and no one at HMCU

13  has discouraged me from joining.

14        I declare under penalty of perjury under the laws of the State of California and the

15  United States of America that the foregoing declaration is true and correct to the best of my personal

16  knowledge. Executed this 17 day of September, 2008, in MILPITAS            ,

17  California.

18

19  _____

20  KENNETH CHAN

21

22

23

24

25

26

27

28