GEORGE J. TICHY, II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants
HSBC MORTGAGE CORPORATION (USA) AND
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF CHUI MEI HO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

I, Chui Mei Ho, hereby declare and state:

1. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the following.

2. My given name is Chui Mei Ho. However, professionally, I go by the name of Abby Ho.

3. I am a Retail Mortgage Lending Consultant employed by HSBC Mortgage Corporation USA ("HMCU"). I have worked for HMCU since April 2006, in the Northern California Region. My manager is Amy Ku.

4. As a Retail Mortgage Lending Consultant, I sell loans to clients. I have been told to go out and get business how and from whatever sources I can. Since 2006, I have made my own schedule and have chosen how many hours to work per week. I am also permitted to work from any location.

5. When I began working for HMCU, "HSBC" was not a well known brand name in the Northern California Region, and there were only two branches of HSBC Bank USA, N.A. ("HSBC Bank") in the region. In the beginning, my sources of business were primarily referrals from friends and friends of friends. I met with clients at various locations, such as coffee shops or the client's house or office.

6. Because the HSBC brand name was not well known, I participated in many events in 2006 to increase sales. The first few months of my employment at HMCU, I went to two to three events per week to network and meet potential mortgage clients. I handed out flyers and gifts to people at street fairs and attended business development mixers and dinners two to three times per week, where I met people and handed out my business card.

7. I continued to go to these networking events occasionally in 2007, and I still try to go when I can. I also attend premier client events at the branches of HSBC Bank that I receive referrals from, which are held every three months. HMCU does not require me to attend networking events; however, I do so when I choose to develop more sales business.

8. I also periodically take current and former clients to lunch or dinner to develop sales relationships. Building relationships with employees of HSBC Bank is also important to be successful. I spend a lot of time chatting with bankers or taking them to lunch, so that they will refer business to me.

9. Currently, my primary sources of business are referrals from branches of HSBC Bank and referrals from past clients, friends and friends of friends. I also get some calls from realtors who refer their clients to me.

10. I am currently the designated person to receive referrals from two branches of HSBC Bank: the branch on Irving Street in San Francisco, California and the branch in Millbrae, California. In 2007, I was the designated person to receive referrals from three HSBC Bank

branches: the branch in Cupertino, California; the branch in Fremont, California; and the branch on Montgomery Street in San Francisco, California.

11. The bankers at these branches know me and have my contact information. If I am not at a bank branch and a customer asks about mortgages, a banker will contact me or give my business card to the customer. It is important for me to build good business relationships with the bank employees, so they will refer business to me. The relationship between HMCU and HSBC Bank is mutual, as I also refer my clients to HSBC Bank for their banking needs.

12. After a client is referred to me, I work directly with the client. I schedule my own appointments with potential clients. On average, I see three or four clients a day. I do my own scheduling and make my own decisions regarding the number of clients I see each day and when and where I will meet them.

13. When I began working at HMCU, I attended a two week training in Buffalo, New York. My region also has monthly meetings where my manager discusses various topics with lending consultants.

14. Most days, I do not see my manager, Amy Ku, in person; I email her when I have questions or need her help with closing a loan.

15. Every workday is different. The number of potential clients I meet with per day varies. Sometimes I finish working at 5:00 p.m., and sometimes I work as late as 8:00 p.m.

16. Since 2007, I sell mostly premier mortgages, which are mortgages to clients who have more than $100,000 in deposits with HSBC Bank. I receive a lot of referrals from managers of HSBC Premier Banks, and I concentrate on selling to premier clients. This has been my choice to focus on this clientele.

17. The typical process to sell a mortgage includes the following: First, there is the initial meeting and discussion process with the client. Every client is different and some clients require a lot of back and forth before they will commit to applying for a loan. I assess clients' needs and financial status and then identify mortgage options for which they will qualify. I then discuss the options with the client and hopefully the client will apply. Second, is the application process. I gather the documents from the client and complete the loan application paperwork. Third, I submit

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF CHUI MEI HO        2.        Case No. C 07 2446 MMC [ECF]

the documents to the underwriter who approves or declines the loan. Fourth, I discuss the status with my client and work with my client to close the loan. I call the title company to connect with the underwriter to close the loan. I have to ensure the loan is closed because there is no sale unless the loan is funded.

18. During the loan process, I have to use my own judgment under HSBC Mortgage guidelines in how to deal with customers and what extra things I may need to do for the customer to close the deal.

19. I am paid on a commission basis under an Incentive Plan.

20. Under the compensation plan, the amount of my incentive commissions is determined at the end of the month based on the amount of mortgages I sold that were closed. I receive a report from my manager each month that shows how much I will earn in incentive commissions.

21. For the first year of my employment, I received a basic salary. Now, I receive a draw at the beginning of each month.

22. My manager, Amy Ku, has told me that I must collect credit card information from clients upfront to cover the loan application fees. If the mortgage closes, the amount of the fee is refunded to the client. If the mortgage does not close, however, the client is not refunded the fee. If I fail to collect the fee and the mortgage does not close, then that amount is deducted from my commissions.

23. I have received 3 or 4 notices from Plaintiffs' counsel about this lawsuit. I chose not to join this lawsuit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 19 day of September, 2008, in Millbrae, California.



CHUI MEI HO

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF CHUI MEI HO    3.    Case No. C 07 2446 MMC [ECF]