1  GEORGE J. TICHY II, Bar No. 041146
   MICHAEL F. MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   KIMBERLY L. OWENS, Bar No. 233185
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone:    (415) 433-1940
   Facsimile:    (415) 399-8490
6  E-mail: gtichy@littler.com, mmccabe@littler.com,
   mbarrett@littler.com, kowens@littler.com
7
   Attorneys for Defendants
8
   HSBC MORTGAGE CORPORATION (USA) and
9  HSBC BANK USA, N.A.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  Philip Wong, Frederic Chaussy, and Leslie        Case No.  C 07 2446 MMC [ECF]
    Marie Shearn, individually, on behalf of all
14  others similarly situated, and on behalf of
    the general public,                              **DECLARATION OF VARUGHESE**
15                                                   **OOMMEN IN OPPOSITION TO**
                  Plaintiffs,                        **PLAINTIFFS' MOTION FOR CLASS**
16                                                   **CERTIFICATION FED. R. CIV. P. 23**
        v.
17                                                   Date:      October 10, 2008
    HSBC Mortgage Corporation (USA);                 Time:      9:00 A.M.
18  HSBC Bank USA, N.A.; and DOES 1                   Courtroom: 7 (19th Floor)
    through 50, inclusive,                           Judge:     Hon. Maxine M. Chesney
19
                  Defendant.
20

21          I, Varughese Oommen, hereby declare and state:

22          1.    I am over the age of 18, and I have personal knowledge of the facts listed

23  below.  If called as a witness, I would testify to the following.

24          2.    I work for HSBC Mortgage Corporation (USA) ("HMCU") as a Retail

25  Mortgage Lending Consultant, which is also commonly called a "loan officer."  I have worked for

26  HMCU as a "loan officer" from 1998 to the present.  I am assigned to the Loan Production Office

27  ("LPO") located at 534 Broadhollow Road, Melville, New York 11747.  However, on a weekly

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308
DECL. OF V. OOMMEN/OPP. TO CLASS        Case No.  C 07 2446 MMC [ECF]
CERT.

1  basis, I do not often utilize the LPO. Most months, I will not even go into the LPO for one or two

2  weeks at a time. On occasion, and as will more fully be described below, I also work with one of

3  HSBC Bank USA, N.A.'s ("HBUS") bank branch locations in Jericho, New York. Prior to working

4  with the Jericho branch, I previously also worked with, at various times, the Valley Stream and New

5  Hyde Park, New York HBUS bank branches. However, for almost eight years, I did not work with

6  any HBUS bank branches.

7     3.    As a loan officer, I am responsible for originating mortgage loans and

8  bringing these loans to closing, servicing the HMCU's customers related to these loan closings,

9  identifying sources of business, and building my own customer base. This, in essence, is my

10  business. I believe I am an outside salesperson who sells the HMCU "logo" or "brand."

11     4.    I have chosen to focus my marketing efforts toward the East Indian

12  community on Long Island. This source is responsible for 95% of my book of business. To

13  generate my business and potential new customers, I rely on an extensive source of referrals from

14  previous clients as well as referral relationships that have built up over the years. The referrals can

15  come from attorneys, real estate brokers, CPAs and financial advisors. I also perform a variety of

16  marketing activities including mailings and small advertisements in local Indian community papers

17  and churches.

18     5.    Another source of business is from the HBUS bank branch that I service.

19  However, that bank branch source only represents approximately 5% of my business. I am present

20  in the Jericho branch infrequently. I maintain contact with the Jericho bank personnel but my

21  philosophy for success is that I do not or cannot grow my business by waiting for customers to come

22  to me in bank branches. Rather, I go out to wherever the potential customers are. Therefore, other

23  than performing "floor time" one to two times per month (being at the bank branch), I am rarely

24  physically at an HBUS bank branch.

25     6.    I generally work long hours most days, including some nights and some

26  weekends. I will meet with clients in any number and variety of locations outside bank branch

27  locations. The decision about where and when to meet clients is strictly for client convenience – I

28  go where the client wants me to go so that I can originate business and close deals.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310 553 0308

DECL. OF V. OOMMEN/OPP. TO CLASS
CERT.                               2.                          Case No. C 07 2446 MMC [ECF]

7.    On occasion, I will work with one of my referring Real Estate agents at an "Open House" event.  When I do this, I physically go to the house being sold and talk to potential buyers, describe the HMCU mortgage products, and work to develop a personal relationship.  I also visit various real estate people to develop business.

8.    In order to identify potential customers, I have significant freedom to engage in all ethical conduct and activities that best help me meet sales goals.  HMCU does not insist I do anything in particular to identify customer or to develop business.  It also does not regulate the time I spend on the job in any way whatsoever.  There is very little managerial control over my activities.  In fact, I usually tell management to "leave me alone" and "don't bother me" so I can focus on my job.

9.    Kathleen Lamb is my manager; however, I have little contact with her.  She does require me to provide her with a weekly report of my proposed activities for the week, which I provide to her.  Most often, Ms. Lamb and I contact each other by telephone while we are out in the field or on the road.

10.    Because my job requires so much flexibility, it is necessary for me to obtain training in the most convenient way possible.  HMCU provides training in various areas, which I can generally do online.  This training allows me to receive specialized training that helps me to do my job.

11.    I am not aware of any policies or procedures that require me to conduct my job in any particular way.  In fact, based on my experience, I am allowed to dictate how and when I do my job.  Except for attending a once monthly meeting, being available for contact and/or contacting my "assigned" Jericho bank branch on occasion, as well as "floor time" done in the Jericho bank branch once or twice per month, no one regulates how I spend my time.

12.    I use a variety of methods to identify which loan products will work for a particular customer, and to deliver those products to customers I have worked to identify.  With the exception of the requirement that I use the Loan Quest program to enter customer information and utilize HMCU loan products, I have significant discretion to identify the best loan products for a customer and how to best deliver those to my customers.  No two customers are exactly the same.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECL. OF V. OOMMEN/OPP. TO CLASS
CERT.

3.

Case No. C 07 2446 MMC [ECF]

1  Because of this fact, I must work with each customer on a case-by-case basis and look at each

2  customer's credit status and ability to repay the loan so that I can evaluate what works for them. I

3  also need to assess their comfort level with different types of loan arrangements to decide if they will

4  feel comfortable with the amount of financial risk they may be taking. Because an overwhelming

5  majority of my customers are based upon years of doing business with them or their families and

6  friends, they rely on me to use my own judgment to recommend HMCU product options. I have

7  complete flexibility to perform these tasks.

8       13.    I remain personally involved in the entire loan process from start to end,

9  including the actual closing. As part of this process, I not only identify the right loan product for a

10  customer, but I meet with the custom to begin the loan processing. I also use HMCU's Loan Quest

11  program to input customer data. During this whole process, I maintain close contact with the loan

12  underwriter to ensure that the loan is delivered to the customer. I also usually attend the "closing"

13  on the house. And, of course, I also make myself available to the customer to ensure outstanding

14  customer service and satisfaction. This also helps for developing other client referrals.

15       14.    Nobody, except for me, dictates where and when I work. Although I work

16  from home late in the evenings, I typically spend a great deal of my day on the road meeting clients,

17  networking and generating business. Depending on the day and my customers' needs, I may work

18  longer or shorter hours in various locations.

19       15.    I do not generally work from a fixed location. As discussed above, most of

20  my time is spent out developing business and meeting clients at various locations. I use my

21  Blackberry and laptop to keep myself connected others while still remaining mobile and being able

22  to do my job anywhere that my customers need me to be.

23       16.    I make my schedule and set my hours. I am the number one producer in my

24  region. It is my believe that if you count the hours you work, you not only cannot be successful, you

25  cannot do your job at all.

26       17.    As a loan officer, I earn an average of $~~400,000~~ to ~~$500,000~~ 200,000 to 300,000 per year. The job

27  of a loan officer is like owning your own business. Essentially, the more you work, the more you

28  earn. My clients have 24 hour telephone access to me, 7 days per week. HMCU does not force me

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.3308

DECL. OF V. OOMMEN/OPP. TO CLASS CERT.                    4.                    Case No. C 07 2446 MMC [ECF]



1   to provide this service to my customers.

2         18.    HMCU has a policy that customer application fees should not be waived.

3   However, even though I have been told that I should collect these fees, it is up to me whether I will

4   collect it or not. My practice is to decide on a case by case basis whether or not to collect these fees

5   at the start of the application process. However, if the loan closes, this fee will be collected from the

6   customer at closing. When a loan does not close, the application fee I waived comes out of my

7   incentive plan compensation. Frankly, I look at my choice to "forget" to take the application fee as

8   the price of doing business to keep my client happy, close the loan, build the business and make

9   more money.

10        19.    I am aware that managers can sometimes waive an application fee and that it

11   is up to them to decide if they will do that or not.

12        20.    I am not a salaried employee. I am not an hourly employee. Loan officers at

13   HMCU are not "clock employees." HMCU do not want to see loan officers sitting behind a desk.

14   That is not the best way to develop business and be successful. Given the fact that this job is really

15   about a person managing his own time, I believe that this job should be a 1099 job.

16        21.    The tremendous amount of flexibility I am given in deciding when, where and

17   how I do my job is what makes me successful. If I was limited in the number of hours I could spend

18   doing my job, or where I did my, or how I marketed and developed business, I would not able to do

19   my job as well as I do it and to be successful as I am. This job requires me to have that independent

20   discretion to conduct my job duties and I appreciate that I am not told to work a set number of hours

21   a day in any particular location.

22        I declare under penalty of perjury under the laws of the State of New York and the

23   United States of America that the foregoing declaration is true and correct to the best of my personal

24   knowledge. Executed this _19_ day of September 2008 in _Sccoringtown_, New York.

25

26

27                         VARUGHESE O OMMEN

28   Firmwide:86460165.2 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 92167-3107
310 553 0331