GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:    (415) 433-1940
Facsimile:    (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants

HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 07 2446 MMC [ECF]<br><br>DECLARATION OF RHONDA CONTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FED. R. CIV. P. 23<br><br>Date:         October 10, 2008<br>Time:         9:00 A.M.<br>Courtroom: 7 (19th Floor)<br>Judge:        Hon. Maxine M. Chesney |

I, Rhonda Conte, hereby declare and state:

1.    I am over the age of 18, and I have personal knowledge of the facts listed below. If called as a witness, I would testify to the following.

2.    I work for HSBC Mortgage Corporation USA ("HMCU") as a Retail Mortgage Lending Consultant. Another name for this position is "loan officer." I have worked for HMCU as a "loan officer" from 2006 to the present. Geographically, I am assigned to the Loan Production Office ("LPO") located at 16 Route 303, Tappan, New York. I was previously assigned

DECL. OF R. CONTE/OPP. TO CLASS
CERT.                                                                                                                Case No. C 07 2446 MMC [ECF]

to the LPO in Nyack, New York. I also work with one HSBC Bank USA, N.A. ("HBUS") bank branch location in Bardonia, New York. Prior to working with the Bardonia branch, I previously worked with, at various times, the Sloatsburg and Nyack, New York, bank branches.

3. As a loan officer, I sell mortgages by educating my customers and serving HMCU customers as it relates to providing them with the best mortgage product to meet their needs. In addition, I cross-sell the "HSBC" brand by helping to bring in additional new client accounts, i.e., checking, money market, savings, etc., into HSBC Bank USA, N.A. ("HBUS"). Further, as a loan officer, I am responsible for identifying sources of business and building my own customer base.

4. I market myself and the HMCU products everywhere. These types of sources that I independently develop are responsible for 80% of my book of business. To generate my business and potential customers, I rely on an extensive source of referrals from previous clients, as well as referral relationships. I have these relationships with attorneys, real estate brokers, CPAs and financial advisors. I also perform a variety of marketing activities for a scholarship fund named for my son and donate $100.00 of my commission from every closing to this scholarship fund. Likewise, the closing attorney and title closer generally also donate to the fund. While this scholarship fund is certainly not for generating business, it seems to have contributed to increasing my business. I also employ my own assistant who works for me approximately two days per week doing various tasks such as organizing my files, writing thank you notes, etc.

5. Another source of business comes from the HBUS bank branches that I service. However, the branch source only represents approximately 20% of my business. I do not get business from sitting behind a desk. My philosophy is that you have to "go to the people" to grow your business and service your clients. Therefore, I go out to wherever the potential customers are. While I will hold an occasional seminar at a bank branch, I do not choose to participate in "floor time." It is pretty apparent that I do not depend on the HBUS bank branches to make my money. I am always on the outside bringing the business to HMCU.

6. I regularly meet with clients personally in a variety of locations both inside and outside bank locations. The decision about where and when to meet clients is strictly for client convenience. I am a "people person" so personal contact is essential for me to develop the

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECL. OF R. CONTE/OPP. TO CLASS CERT      2.      Case No. C 07 2446 MMC [ECF]

relationship and close the deal. I do not generally conduct client business on the phone. I also attend every one of my closings. In fact, it is a pretty typical situation that during one client's closing, my service so impresses others, that I get new business "at the closing table."

7. On occasions, I will also work with one of my referring Real Estate agents at an "Open House" event. In that case, I am present at the house being sold and approach potential buyers by describing the HMCU mortgage products. This helps to develop a personal relationship and plays to my strength as a "people person."

8. I have significant freedom to engage in activities that best help me identify and develop customers, as well as to meet my sales goals. HMCU does not insist I do anything nor regulate my time spent on the job in any way. Other than conducting myself in an ethical manner, there is very little managerial control over my activities. I have complete freedom to do my job.

9. My current manager is Robert Burns. I do not find that I generally need to have a lot of contact with or input from him. However, when I do need his help, I will call him, given that he and I are out or on the road most of the time.

10. HMCU provides specialized training in a variety of areas and with regard to its products. This training is done to assist loan officers in knowing more about their job. Most of this training is done online.

11. To my knowledge and based upon my experience at HMCU, no policies and/or procedures exist regarding how I go about conducting my sales activities. Specifically, except for attending a monthly meeting and maintaining a relationship with my branch, no one regulates how I spend my time.

12. I have worked under one previous manager, Michael Coyne, during the course of my employment as a loan officer with HMCU. When working for different managers, my experience of management styles was significantly different. For example, while Mr. Coyne was my manager, he required us to attend weekly meetings at the office while my current manager only speaks briefly with each individual loan officer once or twice a week.

13. I believe my relationship with the various underwriters working on my clients' files are essential. Therefore, I call the underwriters daily and even meet with them

personally in Buffalo, New York, if necessary. I believe this relationship is also essential to the success of my business. I make my schedule and set my hours. I am the #1 producer in Rockland County.

14. I cannot say that I generally work from any fixed location. In fact, I do not maintain a home office. I have to be flexible about location and often take referrals to lunch and always attend my customers' closings. I regularly go to clients' homes or places of business to meet with them. It is my philosophy that it is important to be out in the field meeting with customers, generating new sources of business, and not sitting behind a desk.

15. As a loan officer, I am paid by a draw and incentive commissions from the HMCU incentive plan. This year, I have already made approximately $150,000.00.

16. HMCU has a requirement that customer application fees should not be waived. My personal philosophy is that I will not process a client's loan application unless I know the loan will close so I never take the application fee up front. I am well aware that if I do not take the fee and the loan eventually does not close, that the amount of the waived fee will reduce the amount of my incentive compensation. This has happened to me on approximately ten occasions. I believe it is my choice if I do not take the fee. If the loan closes, the customer eventually pays the fee at closing. Frankly, I look at my choice not to take the application fee as my option and the price of doing business.

17. HMCU lets me decide independently how, when, and where I do my job. This job is like my own business. What I put into it, I get out of it. Therefore, I use my discretion in managing my business to determine how to best sell HMCU's mortgage products and service its customers. While I often work long hours, I decide how to spend those hours.

18. I took the mortgage lending consultant position with HSBC because it provided me with the opportunity to earn commissions and determine my own hours. I do not want any changes to my compensation plan, hours or independence from supervision. My managers have never threatened that I would lose my job if I joined this lawsuit.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECL. OF R. CONTE/OPP. TO CLASS CERT.                    4.                    Case No. C 07 2446 MMC [ECF]

1  I declare under penalty of perjury under the laws of the State of New York, the laws of the State of California, and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 19 day of September 2008 in _____, New York.

_____
RHONDA CONTE

DECL. OF R. CONTE/OPP. TO CLASS CERT.    5.    Case No. C 07 2446 MMC [ECF]