GEORGE J. TICHY II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   (415) 433-1940
Facsimile:    (415) 399-8490
E-mail: gtichy@littler.com, mmccabe@littler.com,
mbarrett@littler.com, kowens@littler.com

Attorneys for Defendants

HSBC MORTGAGE CORPORATION (USA) and
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 07 2446 MMC [ECF]<br><br>**DECLARATION OF GREGORY J. THELIAN IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FED. R. CIV. P. 23**<br><br>Date:        October 10, 2008<br>Time:       9:00 A.M.<br>Courtroom: 7 (19th Floor)<br>Judge:       Hon. Maxine M. Chesney |

I, Gregory J. Thelian, hereby declare and state:

1. I am over the age of 18, and I have personal knowledge of the facts listed below. If called as a witness, I would testify to the following.

2. I work for HSBC Mortgage Corporation USA ("HMCU") as a Retail Mortgage Lending Consultant, which is commonly referred to as a "loan officer." I have worked for HMCU as a "loan officer" approximately the last three years.

3. As a loan officer, my average yearly income is _100,000_. Currently, I

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECL. OF G. THELIAN/OPP. TO CLASS CERT.

Case No. C 07 2446 MMC [ECF]

1  am paid on a draw and incentive commission basis. The terms of how my incentive commission is
2  calculated are outlined in an HMCU incentive plan, which I sign and acknowledge my
3  understanding of on an annual basis.

4.  HMCU requires that customer application fees must be collected from customers. If the fees are not collected and the loan does not close, my incentive commission will be reduced by the amount of the application fee. If I choose not to collect an application fee, I can still submit the loan application, but if the loan does not close, I take the risk that this amount will reduce my incentive compensation. If I do this, it is my choice and I see this as the price of doing business. Despite this HMCU "requirement," there are situations where the fees can be waived on a "case by case basis" by a manager. To do this, I must go to my manager, David Peters, and to request special permission prior to submitting the loan application. It is up to that individual manager whether or not to approve this exception.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 18 day of September 2008 in _Central Islip_, New York.

_____
GREGORY J. THELIAN

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECL. OF G. THELIAN/OPP. TO CLASS CERT.    2.    Case No. C 07 2446 MMC [ECF]