UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Philip Wong, Frederic Chaussy,
and Leslie Marie Shearn, individually,
on behalf of all others similarly
situated, and on behalf of the
general public,

    Plaintiffs,

vs.

Case No.
C 07 2446 MMC [ECF]

HSBC Mortgage Corporation (USA);
HSBC Bank USA, N.A.; and DOES 1
through 50, inclusive,

    Defendants.

**CERTIFIED COPY**

---

VIDEOTAPED DEPOSITION OF FREDERIC CHAUSSY

San Francisco, California

Thursday, March 13, 2008

Volume 1


Reported by:
CHRIS TE SELLE
RPR, CSR No. 10836

Job No. 3-83065

| | | |
|---|---|---|
| 15:50:39:09 | 1 | to the questions which I have asked? |
| 15:50:41:07 | 2 | A.  To the best of my knowledge, at this time, |
| 15:50:43:00 | 3 | yes, I did, sir. |
| 15:50:44:18 | 4 | Q.  And is it also your understanding that as |
| 15:50:47:25 | 5 | you have described the duties of the job and the way |
| 15:50:50:03 | 6 | the job has been performed, that that also is the |
| 15:50:53:27 | 7 | way in which other loan officers or mortgage |
| 15:50:57:09 | 8 | consultants at the mortgage company perform their |
| 15:51:00:19 | 9 | job? |
| 15:51:02:07 | 10 | A.  I only know about the people I worked with |
| 15:51:05:04 | 11 | in this area.  I just don't know what job |
| 15:51:08:10 | 12 | specification on different part of the country, or |
| 15:51:11:04 | 13 | other cities in California.  I couldn't, I just know |
| 15:51:14:10 | 14 | what the requirements are with my manager and the |
| 15:51:16:09 | 15 | team that I had in this area, in the San Francisco |
| 15:51:18:22 | 16 | Bay Area. |
| 15:51:20:00 | 17 | Q.  Will you tell me who was part of the team |
| 15:51:23:16 | 18 | in Northern California while you worked there. |
| 15:51:26:27 | 19 | A.  We had quite a few people, and we lost |
| 15:51:29:10 | 20 | quite a few people.  Amy Ku was our supervisor. |
| 15:51:36:03 | 21 | Mr. Philip Wong was there.  Abby Ho was one of the |
| 15:51:40:15 | 22 | worker. |
| 15:51:43:00 | 23 | There was a couple of other gentlemen. |
| 15:51:44:00 | 24 | Ryan.  I don't know his last name.  They got two or |
| 15:51:50:18 | 25 | three gentlemen that worked with us and decided to |

189

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record of the
7    proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is a true record of the
10   testimony given.
11   Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [ ] was [X] was not requested.
15   I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18   IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated:   MAR 2 4 2008
22
23
     _____
     CHRIS TE SELLE
24   CSR No. 10836
25