1

1

2     UNITED STATES DISTRICT COURT

3     NORTHERN DISTRICT OF CALIFORNIA

4     SAN FRANCISCO DIVISION
      - - - - - - - - - - - - - - - - - - -x
5     Philip Wong, Frederic Chaussy, and
      Leslie Marie Shearn, individually,
6     on behalf of all others similarly
      situated, and on behalf of the
7     general public,

8                         Plaintiffs,
                                              Index No.
9          -against-                          C 07 2446
                                                MMC (ECF)
10    HSBC Mortgage Corporation (USA);
      HSBC Bank USA, N.A.; and
11    DOES 1 through 50,
      inclusive,

12                        Defendants.
13    - - - - - - - - - - - - - - - - - - -x

14

15          VIDEOTAPED DEPOSITION of LESLIE MARIE SHEARN,

16    taken by Defendants, held at the offices of Littler

17    Mendelson, 885 Third Avenue, New York, New York

18    10022-4834, on Wednesday, September 3, 2008,

19    commencing at 9:18 a.m., before Jean Wilm, a

20    Registered Professional Reporter, Certified LiveNote

21    Reporter and Notary Public within and for the State of

22    New York.

23

24

25

66

                        Shearn

1

2                   numbers that add up to more than

3                   ten, but if you can answer again as

4                   to the number that you remember

5                   about this meeting you remember very

6                   little about of people who were in

7                   attendance, you can proceed.

8          A     I don't know how many were there.

9    BY MR. TICHY:

10         Q     Okay.  Did you receive any

11   training when you became a loan officer?

12         A     Yes.

13         Q     Where did you receive the

14   training?

15         A     In Buffalo.

16         Q     Were you given a job description?

17         A     Possibly.  I don't really

18   remember.

19         Q     During the time that you were a

20   loan officer, how were you paid?  Were you

21   salaried?

22         A     Well, according to -- yeah,

23   according to Gil, I was hourly.

24         Q     Gil, Gil told you you were hourly

25   as a loan officer?

```
1                         Shearn
2          A      As per Gil, yes.
3          Q      Yes.  What did he say that your
4    hourly rate was?
5          A      I don't remember.  It was not
6    going to change, that's all I know.  I wasn't
7    going to make any more or any less money than I
8    was already making.
9          Q      Is that true during the entire
10   time that you were a loan officer?
11         A      That things were not going to
12   change?
13         Q      No, no, no.  Excuse me.  Is that
14   true that your -- let me back up.
15                Did your rate of pay change at any
16   time during the period that you were a loan
17   officer?
18         A      Yes.
19         Q      When did it change?
20         A      Possibly after six months.
21         Q      How did it change?
22         A      It lessened.
23         Q      Okay.  How did it lessen?
24         A      How did it lessen?
25         Q      Yes.  Were you given any sort of
```

68

Shearn

1   compensation or incentives?

2

3       A       I received less base pay and

4   whatever commissions came in.

5       Q       Okay.  Were you commissioned for

6   six months?

7       A       Actually, for the first six

8   months, you received your base pay, and if

9   anything closed within that time, you actually

10  received both.

11      Q       During the first six months that

12  you were a loan officer, did you receive any

13  commission?

14      A       Yes.

15      Q       After the first six months, did

16  you receive any commissions?

17      A       I believe I may have received one

18  commission that I didn't really receive because

19  at that point I was on draw.  So I closed the

20  loans, but I was overdrawn and, therefore, I did

21  not receive the commission.  The commission went

22  back to the company for the moneys that they had

23  paid me.

24      Q       Okay.  When were you put on draw?

25      A       When was I what?

69

Shearn

1

2      Q       Placed on draw.

3      A       Probably approximately six months

4  after becoming a loan officer.

5      Q       So when you say that your base was

6  decreased after six months, what you're saying

7  is that you converted from salary to draw, plus

8  commission; is that correct?

9      A       Well, yes and no.  I received the

10 base salary and then a commission, so yes.

11     Q       When did the base salary become a

12 draw?

13     A       Probably after six months.

14     Q       Okay.  Was there any time that the

15 base salary or draw was forfeited?

16     A       What do you mean by "forfeited"?

17     Q       Well, okay.  Let me ask the

18 question a little bit differently.

19             Do you recall what the amount of

20 the base salary was after six months?

21     A       No, I do not.

22     Q       Do you recall the amount of

23 decrease in your base salary after six months?

24     A       No, I do not.

25     Q       Did you receive that base salary

86

                              Shearn

1

2       A       We were given leads from the HSBC

3    Bank, which was located downstairs from HSBC

4    Mortgage, as well as the HSBC Commercial.

5       Q       Did you actually spend time at a

6    desk in HSBC branch at any point?

7       A       If they required that we were to

8    meet a customer there, yes.

9       Q       And how frequently was that?

10      A       As for myself, I only went down a

11   couple of times and took applications.

12      Q       So you only spent a couple of

13   times at an HSBC branch?

14      A       Yes.

15      Q       Do you recall for how many hours?

16      A       Maybe a total of six hours,

17   dependent upon what it was that the customer --

18   if the customer wanted an actual application,

19   which I had done two of, then we would go

20   through the entire application process, which

21   could take two and a half, three hours,

22   dependent upon what the customer wanted.

23              If it was just an idea or getting

24   a feel for whether or not they wanted a mortgage

25   or what they were interested in or consulting,

87

Shearn

1    it could take up to an hour and a half.

2          Q    Okay.  And that occurred a couple

3    of times?

4          A    Yes, a couple of times.

5          Q    During the entire time that you

6    were employed as a retail mortgage consultant;

7    is that right?

8          A    Yes.

9          Q    You said that you conducted

10   seminars in New Jersey?

11         A    In New York.  You asked me if I

12   conducted seminars in New York.

13         Q    Well, did you conduct seminars in

14   New Jersey?

15         A    No.  I just met with realtors in

16   New Jersey.

17         Q    How frequently did you meet with

18   realtors in New Jersey?

19         A    Not often.  I had one realtor

20   contact in particular that I would meet with,

21   and that was about that.

22         Q    Well, how many hours per week were

23   you spending with realtors in New Jersey?

24         A    Maybe about an hour.

112

Shearn

1

2          A       I worked the two Raritan trade

3     shows.

4          Q       Okay.  Did you work with realtors

5     in New Jersey?

6          A       One.

7          Q       "One."  And did you do that during

8     that time period that you were assigned to work

9     in the loan production office two days per week?

10         A       That would be the only time that I

11    would have correspondence or communications with

12    her.

13         Q       So did you work more than 16 hours

14    per week during that time period that you were

15    assigned to the loan production office two days

16    per week in the state of New Jersey?

17         A       In the state of New Jersey,

18    especially when they assigned me to two days a

19    week, I came in at 8 and I left at 5, it was

20    taking away from my business in New York.

21         Q       During this -- so your answer is,

22    and it's just to get it clarified on the record,

23    during the time that you were assigned to the

24    loan production office two days per week in New

25    Jersey, you only worked 16 hours per week in the

1                          Shearn

2    state of New Jersey; am I correct?

3         A    At that particular time, yes.

4         Q    And approximately how many hours

5    per week did you work in the state of New York

6    at that time?

7         A    When I left New Jersey, I would

8    generally get to my home somewhere between 7 and

9    7:30 at night, and then I would meet with other

10   realtors, I would meet with my customers, I

11   would catch up with all of my New York

12   customers.

13        Q    Did you work less than 40 hours

14   per week during the time period that you were --

15   well, let me back up.

16             Did you work less than 40 hours

17   per week in the state of New York during the

18   time period that you were assigned to work two

19   days per week in the loan production office in

20   New Jersey?

21        A    Less than 40 hours a week -- I

22   would work the eight-hour shift at the loan

23   production office and then go home and put in at

24   least, at the very least, five additional hours.

25   Taking away my traveling time, that will give me

114

Shearn

1    14 hours that I put in.

2            So I would say if you take my 14

3    hours, double it up for two days, that's 28

4    hours, and then you put the other days in,

5    including Saturday, I'd say -- I think it's safe

6    to say that I worked over 40 hours a week, even

7    on the days that I worked in that loan

8    production office.

9        Q    Okay.  Now, my question was only

10    about the state of New York.

11        A    I'm talking about the &&State of

12    New York.

13        Q    So during the period that you were

14    assigned to work two days per week in the state

15    of New Jersey, you worked every day in the state

16    of New York, is that what you are saying?

17        A    Yes, that's what you had to do.

18        Q    But as you sit here today, you

19    don't know how many hours you worked; is that

20    right?

21            MR. SCHWARTZ:  Objection.  She

22            just testified extensively about how

23            many hours she worked.

24        Q    Actual hours.

115

Shearn

1

2          MR. SCHWARTZ:  She just

3      testified about actual hours.

4    Q     Excuse me.

5          Do you know what the actual hours

6    were that you were working in the state of New

7    York during the time that you were assigned to

8    the loan production office in New Jersey to work

9    two days per week?

10         MR. SCHWARTZ:  Objection.

11     Asked and answered many times.

12         You can answer it one more

13     time and then we're going to go to

14     lunch.

15   A     I worked over 40 hours a week

16   during the time that I worked for the state of

17   New Jersey at the LPO.

18         Now, what I can do is basically

19   give you a calculator, or get me a calculator,

20   and I will try to figure out how many

21   approximate hours a week it was, but it was over

22   40 hours because with each trip that I had to

23   make to the LPO in New Jersey, which was a

24   nonproductive thing for me to do, I had to catch

25   up for everything that I lost time on in

116

1                    Shearn

2    New York.

3              MR. TICHY:  Okay.  We're going

4    to break for lunch, and then we will

5    come back here.  It's 12:15.  Let's try

6    to start roughly about 1:15.

7              VIDEOGRAPHER:  Time is now

8    12:15 p.m.  Off the record.

9              (Whereupon, a luncheon

10   recess was taken.)

11             (Document Bates-stamped

12   MORT001263 through 1269 was marked

13   as Deposition Exhibit 10 for

14   identification, as of this date.)

15             (Document Bates-stamped

16   MORT001270 through 1276 was marked

17   as Deposition Exhibit 11 for

18   identification, as of this date.)

19

20

21

22

23

24

25

124

Shearn

2     A      I, I'm still not sure by what you

3  mean by "performed."  I don't understand

4  performed in what way.

5     Q      Okay.  Let me ask the question a

6  little differently for you.

7     A      Okay.

8     Q      Did you ever see other loan

9  officers perform their jobs?

10     A      Yes, I have.

11     Q      During the time that you were a

12  loan officer, did you see other loan officers

13  perform their jobs?

14     A      During the time that I was a loan

15  officer, no.

16     Q      So during the time that you were a

17  loan officer, do you have any knowledge, actual

18  knowledge as to how other loan officers were

19  doing their work?

20     A      During the time that I was a loan

21  officer, I cannot specifically say that I have

22  actual knowledge as to how they were doing their

23  jobs other than what they were saying and

24  whatever assumptions that I made that -- how I

25  knew they worked as a loan production assistant.

1                    Shearn

2        Q      Earlier you told us that you

3   attended a meeting of other loan officers which

4   you believed there were people in attendance

5   from Hoboken, Parsippany, and Toms River.

6                Do you recall that testimony?

7        A      Yes, I do.

8        Q      At the time of that meeting, did

9   you know how any of those other loan officers

10  performed their jobs?

11       A      I, I'm still not sure by what you

12  mean by "performed."   How they do their jobs?

13       Q      Correct.

14       A      How they --

15       Q      Let me ask it this way.   If you

16  are having difficulty in understanding the word

17  "performed," let me put it to you this way.

18                MR. SCHWARTZ:   The way you're

19            using it.

20       Q      At the time you attended this

21  meeting with other loan officers, the other loan

22  officers being from Parsippany, Toms River, and

23  from Hoboken, did you at that time or subsequent

24  to that time have actual knowledge as to how

25  those loan officers were doing their work?

126

```
 1                      Shearn
 2              MR. SCHWARTZ:   Objection.
 3      Vague as to actual knowledge.
 4                  You can answer if you
 5      understand.  It sounds like he is
 6      asking the same question he asked
 7      before.
 8          A       I am afraid that what I'm not
 9  understanding is the depth that you are asking
10  me of my knowledge of how they do their work.
11                  I mean, I can only tell you on a
12  very peripheral level and what I have observed
13  in the past as a production loan assistant how
14  these employees did their job.
15          Q       So your answer, then, is you
16  really didn't know at that time how the
17  individuals were actually doing their job; is
18  that right?
19          A       No, I do not know how they were
20  doing their job.
21          Q       Fair enough.
22                  Let me show you another document.
23  This one is marked Exhibit Number 10.
24                  Do you recognize that document?
25          A       I recognize it as a document that
```

192

Shearn

1

2 And the underwriters because they were doing the

3 paperwork.

4      Q    Okay.  Now, you testified that

5 there were deductions for loan application fees.

6      I didn't really understand what

7 you were saying, so could you explain to me what

8 you were telling us here about some deductions?

9      A    If I waived a loan application

10 fee, well, you know, the company wasn't going to

11 lose out.  The loan officer did.  So if you

12 waived a fee, it came out of your commission.

13      Q    Now, during the time that you

14 worked as a loan officer, you had a guaranteed

15 salary for six months; am I right?

16      A    Yes.

17      Q    Okay.  Was any money ever taken

18 out of that guaranteed salary for loan

19 application fees?

20      A    It came out of the commission.

21      Q    Okay.  So in other words, you

22 earned less commission if there was a waived

23 loan application fee that didn't fund; is that

24 right?

25      A    Yes, actually there was one that

1                         Shearn                          193

2    that happened with, yes.

3            Q     Okay.  So it was only one time?

4            A     Now that I can recall.

5            Q     But as far as the salary was

6    concerned, you got every penny of that that you

7    were told that you were going to get, right?

8            A     As far as I'm aware of, yeah.

9            Q     And then after six months, you

10   were given a salary or draw?

11           A     Yes, there was a draw.

12           Q     Okay.  Was any money ever taken

13   out of that salary or draw?

14           A     What do you mean by, was it taken

15   out of?

16           Q     Okay.  You're right.  I need to be

17   more specific.

18                 Was there any money taken out of

19   that salary or draw after the first six months

20   when you were on the salary or draw for loan

21   application fees?

22           A     If there was a commission given on

23   that month, then whatever I waived or flexed, it

24   came out of your commission.

25           Q     You're going to have to listen to

205

```
 1
 2                        C E R T I F I C A T E
 3      STATE OF NEW YORK  )
 4                         ) ss.
 5      COUNTY OF NEW YORK )
 6                    I, Jean Wilm, a Shorthand
 7              (Stenotype) Reporter and Notary Public
 8              of the State of New York, do hereby
 9              certify that the foregoing Deposition,
10              of the witness, LESLIE MARIE SHEARN,
11              taken at the time and place aforesaid,
12              is a true and correct transcription of
13              said deposition.
14                    I further certify that I am
15              neither counsel for nor related to any
16              party to said action, nor in any wise
17              interested in the result or outcome
18              thereof.
19                    IN WITNESS WHEREOF, I have
20              hereunto set my hand this 12th day of
21              September, 2008.
22
23              _____
24              JEAN WILM, RPR, CMRS, CLR
25
```