1  GEORGE J. TICHY, II, Bar No. 041146
   MICHAEL F. MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   KIMBERLY L. OWENS, Bar No. 233185
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108
5  Telephone:    (415) 433-1940
   Facsimile:    (415) 399-8490
6  E-mail: gtichy@littler.com, mmccabe@littler.com,
   mbarrett@littler.com, kowens@littler.com
7

8  Attorneys for Defendants
   HSBC MORTGAGE CORPORATION (USA) and
9  HSBC BANK USA, N.A.

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>16                 Plaintiffs,<br><br>17        v.<br><br>18  HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>20                 Defendants. | Case No. C 07 2446 MMC [ECF]<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**<br><br>Date:       October 10, 2008<br>Time:       9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge:      Hon. Maxine M. Chesney |

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Case No. C 07 2446 MMC [ECF]

On October 10, 2008, Plaintiffs' Motion for Class Certification Under Federal Rule of Civil Procedure 23 came on for hearing at 9:00 a.m. before the Honorable Maxine M. Chesney. Plaintiffs and Defendants were both represented by counsel.

For all the reasons set forth in Defendants' Opposition to Plaintiffs' Motion for Class Certification Under Federal Rule of Civil Procedure 23, the supporting documents filed with the Opposition, and the record herein, and based on the arguments of counsel, the Court orders as follows:

1. Plaintiffs' Motion for Class Certification Under Federal Rule of Civil Procedure 23 is DENIED. To meet their burden, Plaintiffs must show that the proposed classes meet all of the Rule 23(a) requirements. *See General Tel. Co. of Southwest v. Falcon*, 457 U.S. 147, 161 (1982); *see also Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 614 (1997); *In re Dalkon Shield Prod. Liab. Litig.*, 693 F.2d 847 (9th Cir. 1982), *cert. denied*, 459 U.S. 1171 (1983). The evidence submitted by the parties demonstrates that Plaintiffs have failed to meet their burden of showing that the proposed classes meet all of the Rule 23(a) requirements.

    a. Plaintiffs have failed to show that the three proposed classes are so numerous such that joinder of all class members is impracticable as only a small percentage of putative class members have opted in to the FLSA action, thus evidencing that the Court can handle their claims on an individual basis. *Thiebes v. Wal-Mart Stores, Inc.*, 2002 U.S. Dist. LEXIS 664, at *8 (D.Or. Jan. 9, 2002).

    b. Plaintiffs have failed to show "commonality." Specifically, Plaintiffs have failed to show that class members are subject to an institution-wide policy or practice that constitutes an unlawful practice. *Williams v. Agilent Tech.*, 2004 U.S. Dist. LEXIS 24972 at *18 (N.D. Cal. Dec. 3, 2004); *see also Morisky v. Public Serv. Elec. and Gas Co.*, 111 F. Supp. 2d 493 (D.N.J. 2000).

    c. Plaintiffs have further failed to show "typicality" between the class representative's interest and putative class members' interests. Named Plaintiffs' work experiences are not necessarily the experiences shared by other loan officers; any determination requires an

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1.

Case No. C 07 2446 MMC [ECF]

individualized inquiry as to whether named Plaintiffs' experiences are typical to other putative class members. *See McNichols v. Loeb Rhoades & Co., Inc.*, 97 F.R.D. 331, 334 (N.D. Ill. 1982).

      d.    Plaintiffs have failed to show that the representatives can adequately represent the proposed classes. *See Lerwill v. Inflight Motion Pictures, Inc.*, 582 F.2d 507, 512 (9th Cir. 1978). Antagonism and conflict abound among putative class members; further, Plaintiffs have improperly revealed confidential production and financial information about putative class members that they had no right to reveal.

  2.    Plaintiffs' Motion for Class Certification Under Federal Rule of Civil Procedure 23 is also DENIED because Plaintiffs have failed to meet their burden of showing that the proposed class certifications are appropriate under any one of the Rule 23(b) requirements. *See General Tel. Co. of Southwest v. Falcon*, 457 U.S. 147, 161 (1982); *see also Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 614 (1997); *In re Dalkon Shield Prod. Liab. Litig.*, 693 F.2d 847 (9th Cir. 1982), *cert. denied*, 459 U.S. 1171 (1983).

      a.    Plaintiffs have failed to show "predominance." The question whether each loan officer was improperly classified as exempt or was subject to unlawful deductions depends on each individual loan officer's circumstances, and is different depending on various state laws and regulations. *See Perry v. U.S. Bank*, 2001 U.S. Dist. LEXIS 25050 (N.D. Cal. Oct. 17, 2001). Plaintiffs thus fail to show that common questions of law and fact predominate over individual questions.

      b.    Plaintiffs have failed to show "superiority." Only 16.7% of putative class members have opted into the FLSA action. This indicates that a class action is not the superior method of resolving this controversy as plaintiffs who have opted in will be free to bring their pendant state law claims as a part of their FLSA collective action. *Leuthold v. Destination Am., Inc.*, 224 F.R.D. 462, 469-70 (N.D. Cal. 2004).

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
THE HONORABLE MAXINE M. CHESNEY

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER DENYING PLAINTIFFS' CONDITIONAL CERT./PARTIAL MSJ**    2.    Case No. C 07 2446 MMC [ECF]