IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiffs, | **ORDER DENYING DEFERRED PORTION OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11(C) SANCTIONS** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants | |

On September 5, 2008, defendants filed a "Motion for Administrative Relief to File Under Seal Exhibits in Support of Defendants' Motion for Rule 11(c) Sanctions." Now before the Court are the matters therein on which the Court previously deferred ruling.

By order filed September 16, 2008, the Court found defendants had failed to show why the entirety of Exhibits A through G to the Declaration of Jeannette Jennings and Exhibit A to the Declaration of Henry Yip were properly filed under seal, and afforded defendants leave to file, no later than September 23, 2008, any additional documents to support the filing of any portions of said exhibits under seal.[1] To date, defendants have not filed any additional material with respect to the above-referenced exhibits.

---

[1] The Court granted the motion to the extent defendants sought leave to file other exhibits under seal.

Accordingly, for the reasons stated in the Court's September 16, 2008 order, defendants' administrative motion is hereby DENIED to the extent defendants seek leave to file under seal Exhibits A through G to the Declaration of Jeannette Jennings and Exhibit A to the Declaration of Henry Yip.

The Clerk is DIRECTED to file Exhibits A through G to the Declaration of Jeannette Jennings and Exhibit A to the Declaration of Henry Yip in the public record.

**IT IS SO ORDERED.**

Dated: September 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2