IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HSBC MORTGAGE CORPORATION (USA), et al.,<br><br>    Defendants<br>_____/ | No. C-07-2446 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On September 26, 2008, plaintiffs electronically filed a reply to defendants' opposition to plaintiffs' motion for class certification, and a declaration in support thereof. Plaintiffs have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

      Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiffs are hereby advised that if they fail in the future to comply with the

1  Court's Standing Order to provide a chambers copy of each electronically-filed document,
2  the Court may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5      **IT IS SO ORDERED.**
6
7  Dated: October 7, 2008
8                                          MAXINE M. CHESNEY
                                        United States District Judge