IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants / | |

The hearing on plaintiffs' motion for class certification and defendants' motion for sanctions is hereby CONTINUED from October 10, 2008 to November 7, 2008.[1] If any party is unable to attend on November 7, the Court will entertain a stipulation or motion to reschedule. Counsel are advised, however, that, based on the Court's current calendar, the remainder of the potential hearing dates between November 7, 2008 and the end of the year, with the exception of November 21, 2008, are not available.

**IT IS SO ORDERED.**

Dated: October 8, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] It is possible, however, that the Court will deem one or both motions appropriate for decision on the parties' respective written submissions, in which case, counsel will be so advised.