IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., | No. C-07-2446 MMC |
| Plaintiffs, | **SECOND ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et al., | |
| Defendants | |

On October 22, 2008, defendants electronically filed a "Motion to Change Time for Hearing on Plaintiff's Motion for Class Certification Under Fed. R. Civ. Proc. 23," and two supporting declarations. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

documents.

The Court has previously advised defendants of their failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (<u>See</u> Order, filed October 3, 2007.) Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, defendants are hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge