IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC MORTGAGE CORPORATION (USA), et al., <br><br> Defendants / | No. C-07-2446 MMC <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME FOR HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS TO JANUARY 9, 2009** |

Before the Court is defendants' "Motion to Change Time for Hearing on Plaintiffs' Motion for Class Certification Under Fed. R. Civ. Proc. 23," filed October 22, 2008, and plaintiffs' response thereto.

In their motion, defendants seek an order moving the hearing on plaintiffs' motion to January 9, 2009, because defendants are unavailable on November 7, 2008, the date to which the Court continued the hearing on plaintiffs' motion. Defendants observe that although they are available on November 21, 2008, plaintiffs had indicated they are not. In their response to defendants' motion to change time, however, plaintiffs state they are now available on November 21, 2008.

In the interim, the Court's November 21, 2008 calendar has become unavailable.

//

Accordingly, defendants' motion to change time is hereby GRANTED, and the hearing on plaintiffs' motion for class certification is hereby CONTINUED to January 9, 2009.

Further, the hearing on defendants' motion for judgment on the pleadings is hereby CONTINUED from November 21, 2008 to January 9, 2009. Plaintiffs' opposition thereto remains due on October 31, 2008, and defendants' reply remains due on November 14, 2008.

**IT IS SO ORDERED.**

Dated: October 31, 2008

_____
MAXINE M. CHESNEY
United States District Judge