1   Donald H. Nichols, MN State Bar No. 78918
    (admitted *pro hac vice*)
2   Paul J. Lukas, MN State Bar No. 22084X
    (admitted *pro hac vice*)
3   NICHOLS KASTER, PLLP
    4600 IDS Center
4   80 S. 8th Street
    Minneapolis, Minnesota  55402
5
    Bryan J. Schwartz, CA State Bar No. 209903
6   Matthew C. Helland, CA State Bar No. 250451
    NICHOLS KASTER, LLP
7   One Embarcadero Center, Suite 720
    San Francisco, California  94111
8
    Attorneys for Individual and Representative Plaintiffs
9
    George J. Tichy, II, CA State Bar No. 041146
10  Michael F. McCabe, CA State Bar No. 111151
    Michelle R. Barrett, CA State Bar No. 197280
11  Kimberly L. Owens, CA State Bar No. 233185
    LITTLER MENDELSON, P.C.
12  650 California Street, 20th Floor
    San Francisco, California  94108
13
14  Attorneys for Defendants
    HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.
15
16                IN THE UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19 Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. 07-CV-2446 MMC |
| 20 | **STIPULATION & [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| 21                    Plaintiffs, | **[Civ. L.R. 6-1, 7-11.]** |
| 22       vs. | CMC Date:      Nov. 14, 2008 |
| 23 HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, | Time:          10:30 a.m. Judge:          Hon. Maxine M. Chesney Courtroom:      7, 19th Floor |
| 24 | |
| 25                    Defendants. | Date Action Filed:   May 7, 2007 |

26
27
28

STIPULATION & [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                          Case No.  07-CV-2446 MMC

SF:148553.1

1    **STIPULATION**

2         WHEREAS, a case management conference is currently scheduled in this case for

3    November 14, 2008, at 10:30 a.m.;

4         WHEREAS, Plaintiffs' motion for class certification under Federal Rule 23 and

5    Defendants' motion for judgment on the pleadings are currently pending;

6         WHEREAS, by Order dated October 31, 2008, the Court granted Defendants'

7    motion to continue the hearing date of the above motions;

8         WHEREAS, the above motions are currently scheduled to be heard on January 9,

9    2009;

10        WHEREAS, the Parties believe that a case management conference would be

11   more meaningful and helpful for the Parties and the Court if it were held after the above motions

12   have been decided;

13        THEREFORE, the Parties hereby stipulate, and respectfully request the Court to

14   order, that the case management conference scheduled for November 14, 2008 be continued to a

15   date on or after January 23, 2009.

16        IT IS SO STIPULATED.

17   Dated:  November 6, 2008          NICHOLS KASTER, LLP

18

19                                    By: /s/ *Bryan J. Schwartz*
                                          BRYAN J. SCHWARTZ
20                                        Attorneys for Plaintiffs and
                                          Representative Plaintiffs
21

22   Dated:  November 6, 2008          LITTLER MENDELSON, PC

23                                    By: /s/ *Kimberly L. Owens*
                                          KIMBERLY L. OWENS
24                                        Attorneys for Defendants HSBC Mortgage
                                          Corporation (USA) and HSBC Bank USA, NA.
25

26

27

28

---

**STIPULATION & [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT**          1.          **Case No. 07-CV-2446 MMC**

1

## [PROPOSED] ORDER

2

Pursuant to stipulation, it is hereby ordered that the case management conference

3

scheduled for November 14, 2008, is continued to _February 20, 2009.____, 2008_. The Parties

4

shall file an updated joint case management conference statement by _February 13, 2009._____.

5

_2008._

6

IT IS SO ORDERED.

7

8

Dated: _November 7, 2008_____

HON. MAXINE M. CHESNEY
United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION & [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT**

2.

**Case No. 07-CV-2446 MMC**