1  Donald H. Nichols, MN State Bar No. 78918
   (admitted *pro hac vice*)
2  Paul J. Lukas, MN State Bar No. 22084X
   (admitted *pro hac vice*)
3  NICHOLS KASTER, PLLP
   4600 IDS Center
4  80 S. 8th Street
   Minneapolis, Minnesota 55402

5  Matthew C. Helland, CA State Bar No. 250451
   NICHOLS KASTER, LLP
6  One Embarcadero Center, Suite 720
   San Francisco, California 94111
7
   Attorneys for Individual and Representative Plaintiffs
8
9  George J. Tichy, II, CA State Bar No. 041146
   Michael F. McCabe, CA State Bar No. 111151
10 Michelle R. Barrett, CA State Bar No. 197280
   Kimberly L. Owens, CA State Bar No. 233185
11 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
12 San Francisco, California 94108

13 Attorneys for Defendants
14 HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.

15
                    IN THE UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 07-CV-2446 MMC<br><br>**STIPULATION &** [PROPOSED] **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-1, 7-11.]<br><br>CMC Date:   February 20, 2009<br>Time:        10:30 a.m.<br>Judge:       Hon. Maxine M. Chesney<br>Courtroom:   7, 19th Floor<br><br>Date Action Filed:  May 7, 2007 |

---

STIPULATION & [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                              Case No. 07-CV-2446 MMC

SF:148553.1

**STIPULATION**

WHEREAS, a case management conference is currently scheduled in this case for February 20, 2009, at 10:30 a.m.;

WHEREAS, by Minute Order dated January 9, 2009, the Court informed the parties to this action that they could reschedule the case management conference by submitting a stipulation, if necessary;

WHEREAS, the Parties believe that a case management conference would be more meaningful and helpful for the Parties and the Court if it were held after the parties have an opportunity to resolve issues related to how this case may proceed;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, that the case management conference scheduled for February 20, 2009 be continued to a date on or after April 17, 2009.

IT IS SO STIPULATED.

Dated: February 13, 2009            NICHOLS KASTER, LLP

By: _____
MATTHEW C. HELLAND
Attorneys for Plaintiffs and
Representative Plaintiffs

Dated: February 13, 2009            LITTLER MENDELSON, PC

By: _____
MICHELLE R. BARRETT
Attorneys for Defendants HSBC Mortgage
Corporation (USA) and HSBC Bank USA, NA.

STIPULATION & [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                1.                    Case No. 07-CV-2446 MMC

### [PROPOSED] ORDER

Pursuant to stipulation, it is hereby ordered that the case management conference scheduled for February 20, 2009, is continued to  April 17 , 2009. The Parties shall file an updated joint case management conference statement by  April 10 , 2009.

IT IS SO ORDERED.

Dated: February 17, 2009

*[signature]*
HON. MAXINE M. CHESNEY
United States District Court Judge