1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, Minnesota  55402

Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, California  94111

Attorneys for Individual and Representative Plaintiffs

George J. Tichy, II, CA State Bar No. 041146
Michael F. McCabe, CA State Bar No. 111151
Michelle R. Barrett, CA State Bar No. 197280
Kimberly L. Owens, CA State Bar No. 233185
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108

Attorneys for Defendants
HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>           Plaintiffs,<br><br>   vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 07-CV-2446 MMC<br><br>**STIPULATED REQUEST & [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 6-1, 7-11.]**<br><br>CMC Date:    April 17, 2009<br>Time:         10:30 a.m.<br>Judge:       Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor<br><br>Date Action Filed: May 7, 2007 |

1

## STIPULATION

2          WHEREAS, a case management conference is currently scheduled in this case for

3 April 17, 2009, at 10:30 a.m.; and

4          WHEREAS, the Parties wish to explore whether settlement of this case is possible

5 at this time; and

6          WHEREAS, the Parties believe that a case management conference would be

7 more meaningful and helpful if it were held after the parties have explored settlement;

8          THEREFORE, the Parties hereby stipulate, and respectfully request the Court to

9 order, that the case management conference scheduled for April 17, 2009 be continued to a date

10 on or after May 29, 2009.

11          IT IS SO STIPULATED.

12
13 Dated: April 14, 2009

14
15                                             /s/ Matthew C. Helland
                                               MATTHEW C. HELLAND
16                                             NICHOLS KASTER, LLP
                                               Attorneys for Plaintiffs and Representative
17                                             Plaintiffs

18 Dated: April 14, 2009

19
20                                             /s/ Kimberly L. Owens
                                               KIMBERLY L. OWENS
21                                             Attorney for Defendants
                                               HSBC Mortgage Corporation (USA) & HSBC
22                                             Bank (USA), N.A.

23

24

25

26

27

28

---

**STIPULATION & [PROPOSED] ORDER**
**CONTINUING CASE MANAGEMENT**                    1.                    **Case No.  07-CV-2446 MMC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

   Pursuant to stipulation, it is hereby ordered that the case management conference scheduled for April 17, 2009, is continued to __May 29_____, 2009.  The Parties shall file an updated joint case management conference statement by _ May 22 _____, 2009.

   IT IS SO ORDERED.

Dated:  _ April 15, 2009 _____

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

---