1 | Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
2 | Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
3 | NICHOLS KASTER, PLLP
4600 IDS Center
4 | 80 S. 8th Street
Minneapolis, Minnesota  55402

5 | Matthew C. Helland, CA State Bar No. 250451
6 | NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
7 | San Francisco, California  94111

8 | Attorneys for Individual and Representative Plaintiffs

9 | George J. Tichy, II, CA State Bar No. 041146
Michael F. McCabe, CA State Bar No. 111151
10 | Michelle R. Barrett, CA State Bar No. 197280
LITTLER MENDELSON, P.C.
11 | 650 California Street, 20th Floor
San Francisco, California  94108

13 | Attorneys for Defendants
HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, Frederic Chaussy, and Leslie Marie Shearn, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 07-CV-2446 MMC<br><br>**STIPULATED REQUEST &** ~~**[PROPOSED]**~~ **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 6-1, 7-11.]**<br><br>CMC Date:    May 29, 2009<br>Time:             10:30 a.m.<br>Judge:            Hon. Maxine M. Chesney<br>Courtroom:   7, 19th Floor<br><br>Date Action Filed: May 7, 2007 |

**STIPULATION**

WHEREAS, a case management conference is currently scheduled in this case for May 29, 2009, at 10:30 a.m.; and

WHEREAS, the Parties continue to explore whether settlement of this case is possible at this time; and

WHEREAS, the Parties believe that a case management conference would be more meaningful and helpful if it were held after the parties have explored settlement;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, that the case management conference scheduled for May 29, 2009 be continued to a date on or after June 26, 2009.

IT IS SO STIPULATED.

Dated: May 21, 2009

/s/ Matthew C. Helland
MATTHEW C. HELLAND
NICHOLS KASTER, LLP
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: May 21, 2009

/s/ Michelle R. Barrett
MICHELLE R. BARRETT
Attorney for Defendants
HSBC Mortgage Corporation (USA) & HSBC Bank USA, N.A.

**STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT**  1.  **Case No. 07-CV-2446 MMC**

**[PROPOSED] ORDER**

Pursuant to stipulation, it is hereby ordered that the case management conference scheduled for May 29, 2009, is continued to __June 26_____, 2009. The Parties shall file an updated joint case management conference statement by __June 19_____, 2009.

IT IS SO ORDERED.

Dated: _May 22, 2009_____   _____
HON. MAXINE M. CHESNEY
United States District Court Judge