IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, et al, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                       Plaintiffs,<br><br>  vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>                       Defendants. | Case No.: 3:07-cv-2446 MMC<br><br>[PROPOSED] ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT |

Having reviewed Plaintiffs' request for leave to file a second motion for partial summary judgment, and defendants' opposition thereto and good cause appearing therefore, Plaintiffs' request is hereby GRANTED.

Plaintiffs shall file their motion for summary judgment on or before March 19, 2010. No further requests shall be made by letter. See Civil L.R. 7-1(a).

IT IS SO ORDERED.

Dated: March 5, 2010

                                      _____
                                      HONORABLE MAXINE CHESNEY
                                      UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.