IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP WONG, et al.,

        Plaintiffs,

  v.

HSBC MORTGAGE CORPORATION (USA), et al.,

        Defendants.

No. C-07-2446 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     Before the Court is the parties' Joint Further Case Management Statement, filed June 18, 2010.

     In light of the pendency of defendants' Motion for Decertification of the Conditional FLSA Class and plaintiffs' Motion for Partial Summary Judgment, the Court hereby CONTINUES the Case Management Conference from June 25, 2010 to September 10, 2010, at 10:30 a.m. If the parties, or either of them, wish to update any of the information in the Statement filed June 18, 2010, an updated Joint Further Case Management Statement shall be filed no later than September 3, 2010.

     **IT IS SO ORDERED.**

Dated: June 22, 2010

MAXINE M. CHESNEY
United States District Judge