IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP WONG, et al.,

       Plaintiffs,

  v.

HSBC MORTGAGE CORPORATION (USA), et al.,

       Defendants.

                                                /

No. C-07-2446 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     In light of the pendency of defendants' Motion for Decertification of the Conditional FLSA Class and plaintiffs' Motion for Partial Summary Judgment, the Court hereby CONTINUES the Case Management Conference from September 10, 2010 to October 22, 2010. A Joint Case Management Statement shall be filed no later than October 15, 2010.

     **IT IS SO ORDERED.**

Dated: September 2, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge