Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com (admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com (admitted **pro hac vice**)
Tim C. Selander, MN Bar No. 0387016
Selander@nka.com (admitted **pro hac vice**)
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, et al, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation (USA), HSBC Bank USA, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 07-cv-2446 MMC<br><br>**STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>AND ORDER THEREON |

Plaintiffs Philip Wong, et al, and Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. ("Defendants") by and through their respective counsel of record, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

STIPULATION AND [proposed] ORDER

WHEREAS, in the case management conference held on October 22, 2010, Plaintiffs proposed, and Defendants and the Court agreed, that the trial of this action will include five California Plaintiffs: Philip Wong, Frederic Chaussy, Ryan Kanazawa, Stephany Hor and Christine Lim; and

WHEREAS, at the same case management conference Plaintiffs proposed, and Defendants and the Court agreed, that former named Plaintiffs Chad Barbiere and Leslie Marie Shearn would not be included in the trial of this action, but rather their claims would be dismissed without prejudice to refile in another jurisdiction; and

WHEREAS, Plaintiffs seek to amend their complaint to conform to this agreement amongst counsel and Order of the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

1) Defendants grant their consent to Plaintiffs to file their Third Amended Complaint, attached hereto as Exhibit A.

Pursuant to General Order 45, concurrence of all signatories has been obtained by the filing of this stipulation.

Dated: November 12, 2010     NICHOLS KASTER, LLP

By, s/Matthew C. Helland
Matthew C. Helland

NICHOLS KASTER, PLLP
Attorneys for Plaintiffs

Dated: November 12, 2010     LITTLER MENDELSON P.C.

By, s/Michelle R. Barrett
Michelle R. Barrett
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 19, 2010

Honorable Maxine M. Chesney
United States District Judge