| | |
|---|---|
| 1 | Donald H. Nichols, MN State Bar No. 78918 |
|   | (admitted *pro hac vice*) |
| 2 | Paul J. Lukas, MN State Bar No. 22084X |
|   | (admitted *pro hac vice*) |
| 3 | NICHOLS KASTER, PLLP |
|   | 4600 IDS Center |
| 4 | 80 S. 8th Street |
|   | Minneapolis, Minnesota  55402 |
| 5 | |
|   | Matthew C. Helland, CA State Bar No. 250451 |
| 6 | NICHOLS KASTER, LLP |
|   | One Embarcadero Center, Suite 720 |
| 7 | San Francisco, California  94111 |
| 8 | Attorneys for Plaintiffs Wong, Chaussy, Kanazawa, Hor, and Lim |
| 9 | George J. Tichy, II, CA State Bar No. 041146 |
|   | Michael F. McCabe, CA State Bar No. 111151 |
| 10 | Michelle R. Barrett, CA State Bar No. 197280 |
|   | LITTLER MENDELSON, P.C. |
| 11 | 650 California Street, 20th Floor |
|   | San Francisco, California  94108 |
| 12 | |
| 13 | Attorneys for Defendants |
|   | HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, et al., individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 07-CV-2446 MMC<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor<br><br>Date Action Filed: May 7, 2007 |

**STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

**Case No. 07-CV-2446 MMC**

SF:148553.1

1         Plaintiffs Philip Wong, et al. ("Plaintiffs"), and Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. ("Defendants"), by and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree as follows:

**STIPULATION**

        WHEREAS, Plaintiffs Wong, Chaussy, Kanazawa, Hor and Lim have decided to cease pursuit of their claims against HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.; and

        WHEREAS, the Parties have agreed that Plaintiffs' claims should be dismissed with prejudice against both HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.;

        THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiffs' Third Amended Complaint be dismissed in its entirety with prejudice and that a dismissal with prejudice of this matter be entered as to all Defendants.

        IT IS SO STIPULATED.

Dated: December 29, 2010

*/s/ Matthew C. Helland*
MATTHEW C. HELLAND
NICHOLS KASTER, LLP
Attorneys for Plaintiffs

Dated: December 29, 2010

*/s/Michelle R. Barrett*
MICHELLE R. BARRETT
Attorney for Defendants
HSBC Mortgage Corporation (USA) & HSBC Bank USA, N.A.

**STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**      1.      **Case No. 07-CV-2446 MMC**

## **[PROPOSED] ORDER**

Pursuant to stipulation and Federal Rules of Civil Procedure 41, it is hereby ordered that Plaintiffs' Third Amended Complaint be dismissed with prejudice in its entirety and that a dismissal with prejudice be entered as to all Defendants.

IT IS SO ORDERED.

Dated: _____      _____
HON. MAXINE M. CHESNEY
United States District Court Judge

## ATTESTATION OF CONCURRENCE

Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 29th day of December, 2010, in San Francisco, California.

*/s/ Michelle R. Barrett*