Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402

Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, California 94111

Attorneys for Plaintiffs Wong, Chaussy, Kanazawa, Hor, and Lim

George J. Tichy, II, CA State Bar No. 041146
Michael F. McCabe, CA State Bar No. 111151
Michelle R. Barrett, CA State Bar No. 197280
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108

Attorneys for Defendants
HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Wong, et al., individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation (USA); HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 07-CV-2446 MMC<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge:      Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor<br><br>Date Action Filed: May 7, 2007 |

**STIPULATION & [PROPOSED] ORDER
DISMISSING CASE WITH PREJUDICE**   Case No. 07-CV-2446 MMC

SF:148553.1

Plaintiffs Philip Wong, et al. ("Plaintiffs"), and Defendants HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A. ("Defendants"), by and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree as follows:

**STIPULATION**

WHEREAS, Plaintiffs Wong, Chaussy, Kanazawa, Hor and Lim have decided to cease pursuit of their claims against HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.; and

WHEREAS, the Parties have agreed that Plaintiffs' claims should be dismissed with prejudice against both HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiffs' Third Amended Complaint be dismissed in its entirety with prejudice and that a dismissal with prejudice of this matter be entered as to all Defendants.

IT IS SO STIPULATED.

Dated: December 29, 2010

/s/ Matthew C. Helland
MATTHEW C. HELLAND
NICHOLS KASTER, LLP
Attorneys for Plaintiffs

Dated: December 29, 2010

/s/Michelle R. Barrett
MICHELLE R. BARRETT
Attorney for Defendants
HSBC Mortgage Corporation (USA) & HSBC Bank USA, N.A.

**STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**   1.   Case No. 07-CV-2446 MMC

1

## [PROPOSED] ORDER

2   Pursuant to stipulation and Federal Rules of Civil Procedure 41, it is hereby
3   ordered that Plaintiffs' Third Amended Complaint be dismissed with prejudice in its entirety and
4   that a dismissal with prejudice be entered as to all Defendants.

5

6   IT IS SO ORDERED.

7
Dated: December 29, 2010
8   _____
HON. MAXINE M. CHESNEY
9   United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION & [PROPOSED] ORDER
DISMISSING CASE WITH PREJUDICE**          2.            **Case No. 07-CV-2446 MMC**